**Substantive Changes Reflected in Plaintiff's 1st Amended Complaint
in *Qing Lu v. District of Columbia, et al.*, Case No. 20-cv-00461 (APM)**

| *Page* | *¶* | *Change* | *Explanation* |
|---|---|---|---|
| 1 | Summary | "…employee of over 12 years" to "over 13 years" | Passage of time. |
| 1 | Summary | "She repeatedly reported her belief that coworker 'S.B.'—who earlier admitted to ethics violations—fraudulently claimed eight weeks' paid parental leave"<br><br>*to*<br><br>"She reported her belief that coworker 'S.B.' engaged in improper conflicts of interest as to his (now) wife, resulting in S.B.'s admitting to violation of ethics rules and paying a $1,000 fine. She further repeatedly reported her conclusion that S.B. fraudulently claimed eight weeks' paid parental leave." | Added further detail on her disclosure of conflict-of-interest violations. |
| 2 | JURIS-DICTION | Deleted the portion of footnote 1 that read, "They are based on the limited information available pre-discovery and so subject to correction/clarification as the case develops." | Updated in light of it now being post-discovery. |
| 5 | 16.4 | Changed from "is a full-time contractor…"<br><br>*to*<br><br>"earlier was a contractor…" | Corrected due to information obtained since. |
| 9 | 30 | Deleted footnote 5 referencing potential deposition of the Mayor. | Resolved during discovery. |
| 15 - 16 | 50 | Changed, "The Board of Ethics and Government Accountability (BEGA) jointly interviewed S.B. and S.C.B. under oath and then decided it lacked jurisdiction, with its investigator speculating to Plaintiff that the baby had been adopted [though that would have been inconsistent with S.B.'s and S.C.B.'s accounts]"<br><br>*to* (note the underlined added text)<br><br>"The Board of Ethics and Government Accountability (BEGA) <u>relied on its earlier ethics-related investigation for which it</u> interviewed S.B. and S.C.B. under oath, but then decided it lacked jurisdiction, with its investigator speculating to Plaintiff that the baby had been adopted [though that would have been inconsistent with S.B.'s and S.C.B.'s accounts]." | Corrected to reflect there was not after all a new investigation as to S.B. paid parental leave fraud issue; instead BEGA simply relied on materials from first investigation. This is per statements of Defendants' counsel in July 20, 2021 court conference. |

**EXH. 1 to First Amended Complaint**

| 17 | 57 (new) | Added under new, "VIII. SUPPLEMENTAL CLAIM" section:<br>"57. Plaintiff also raises as protected activity under the First Amendment and D.C. Whistleblower Protection Act her August-November 2016 disclosures that S.B. improperly was reviewing projects of someone close to him, i.e., S.C.B." | This is text of the Court-approved amendment. (Note S.B.'s wife S.C.B. is also known as S.Y.C.) |
|---|---|---|---|
| 18 | 58 (new) and its five sub-paragraphs | Added:<br>"58. This claim is consistent with documents produced by Defendants (their Bates numbers 207-211) that confirm that:<br><br>58.1 Sydney Lester emailed Plaintiff that her allegations of S.B. wrongdoing had grown more and more serious over time, but lacked evidence.<br><br>58.2 Plaintiff then met with Mr. Lester and his fellow management official Gary Englebert to set out the evidence she had of conflict-of-interest violations by S.B.<br><br>58.3 On September 29, 2016, Plaintiff emailed Human Resources Specialist Mia Brown and DCRA Special Investigator Tyrone Lawson to complain her reports of conflicts of interest by S.B. were unnecessarily disregarded by Sydney Lester.<br><br>58.4 On October 27, 2016, Plaintiff forwarded the above email chain on to BEGA investigator Ileana Corrales and another BEGA staff member.<br><br>58.4.1 (As noted earlier, BEGA went on to require that S.B. admit to an ethics violation and pay a $1,000 fine.)<br><br>58.5 The emails referenced above later became Exhibit 11 in DCRA Investigator Lawson's report of investigation—the one alleging misconduct by Plaintiff that was relied on to propose a 10-day suspension and impose an eight-day suspension on her." | Per Defendants' request for additional detail on the new claim, this information has been added, citing documents Defendants produced in discovery. |
| 19 | 60 | Added: "Plaintiff seeks a jury trial as to all disputed issues of fact." | Added (Defs. have already requested). |

**EXH. 1 to First Amended Complaint**