UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QING LU,
        *Plaintiff*,

v.

DISTRICT OF COLUMBIA, *et al.*,
        *Defendants*.

Civil Action No. 1:20-cv-00461-APM

**PLAINTIFF'S NOTICE TO DEFENDANTS AND TO TIFFANY CROWE OF HER INTENT TO TAKE THE DEPOSITIONS OF CLARENCE GARRET WHITESCARVER, SYDNEY LESTER, AND TIFFANY CROWE VIA WEBEX**

TO:    C.G. (Clarence Garret) Whitescarver, Sydney Lester, Tiffany Crowe,[1] and the District of Columbia, by way of their attorneys via email: Adam P. Daniel (adam.daniel@dc.gov) and Matthew Blecher (matthew.blecher@dc.gov).

Please take note that, under Federal Rule of Civil Procedure 30, Plaintiff intends to take the oral depositions of the following persons at the dates and times noted below.

    Clarence Garret Whitescarver:    February 11, 2021, 9:00–11:00 a.m. EST

    Tiffany Crowe:    February 11, 2021, 12:00–12:45 p.m. EST

    Sydney Lester:    February 11, 2021, from 2:00–4:00 p.m. EST

The times given are estimates; the depositions will continue from day-to-day until completion. The depositions will be conducted via the WebEx platform, with session access information to be provided later. The depositions will be transcribed by GregoryEdwards Court Reporting, 400 Virginia Ave SW, Suite C120, Washington, DC 20024, tel. (202) 347-9300.

Mr. Whitescarver is asked to have reviewed and to have available during his deposition a copy of his decision suspending Plaintiff and Mr. Lester his notice of proposing to suspend Plaintiff.

---

[1] Ms. Crowe is being deposed in her role as an employee of the District of Columbia government, while Messrs. Lester and Whitescarver are appearing both as D.C. employees and as Defendants.

Respectfully submitted,

*/s/ David R. Schleicher*
DAVID R. SCHLEICHER [D.C. Bar 428001]
david@gov.law
SCHLEICHER LAW FIRM, PLLC
1629 K Street, NW, Suite 300
Washington, D.C. 20006
TEL:  (202) 540-9950

*/s/ Crisarla S. Houston*
CRISARLA S. HOUSTON [pro hac vice]
info@crisshoustonlaw.com
SCHLEICHER LAW FIRM, PLLC
424 Clay Avenue # 32688
Waco, TX 76703
TEL:  (713) 208-5808

Served: January 29, 2021

*ATTORNEYS FOR PLAINTIFF*