| | |
|---|---|
| **From:** | Daniel, Adam (OAG) |
| **To:** | David Schleicher; Blecher, Matthew (OAG) |
| **Subject:** | RE: Lu v. DC et al---Notice of Depositions |
| **Date:** | Monday, February 1, 2021 2:56:00 PM |

Good afternoon David,

We acknowledge receipt of the deposition notice for Mr. Lester, Mr. Whitescarver, and Ms. Crowe.  However, we take issue with Plaintiff's instruction regarding how Whitescarver and Lester are supposed to prepare.  If you have authority for the proposition that Plaintiff is entitled to dictate the scope of a fact witness's preparation, please send that along; if not, we intend to read the notice as if it did not contain that language and conduct witness preps using our own discretion.  We also ask that your court reporter present each witness with labeled exhibits through the shared screen function on WebEx.

Additionally, as noticed, we will supply Ms. Crowe as a fact witness only.

Thank you.

Adam

Adam P. Daniel
Assistant Attorney General
Civil Litigation Division, Section III
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, D.C. 20001
Phone:  (202) 442-7272
Fax:  (202) 400-2675
adam.daniel@dc.gov

**Confidentiality Notice:**  The message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:**  This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

**From:** David Schleicher <david@gov.law>

**Sent:** Friday, January 29, 2021 6:24 PM
**To:** Daniel, Adam (OAG) <Adam.Daniel@dc.gov>; Blecher, Matthew (OAG) <matthew.blecher@dc.gov>
**Subject:** Lu v. DC et al---Notice of Depositions

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Adam/Matthew—

One of you please confirm receipt.

Thank you and have a good weekend.


—David Schleicher
m 202-607-7921
o 800-892-1506x1
Schleicher Law Firm, PLLC
www.gov.law  www.deepstate.law
 Waco — Houston — DC

This email may contain an attorney-client communication or otherwise confidential information. Interception illegal. If you are not the intended recipient, please notify sender and then delete all copies from your system. Thank you.