## RE: Qing Lu (DCRA) Potential Whistleblower Case 




                                                                     Dec 9, 2019, 9:13 AM

**Rushab Sanghvi** <Sanghr@afge.org>
to me

David,

I represent AFGE Local 2725 in this arbitration. I'm sorry that I haven't been able to get in touch with you sooner. I was unaware that you were representing Ms. Lu until this morning. I was wondering if you had a few minutes to discuss this matter today. Specifically, the local believes that the settlement proposal on the table from the Agency is the best way to move forward.

As you are likely aware, the local is under no obligation to move this case to arbitration. Indeed, when originally evaluated, we did not believe the case was one that had much merit. The local continues to believe that the case will be unsuccessful and is considering its options to either withdraw the grievance based on the low chance of success or, potentially, arrange for the arbitrator to determine the procedural issue without a hearing. With this in mind, I thought it might be helpful for us to chat about the case.

I look forward to speaking with you.

Best,

Rushab


Rushab Sanghvi
Associate General Counsel
AFGE, Office of the General Counsel
Tel. 202-639-6424
Fax. 202-379-2928


This message may contain confidential attorney-client privileged information and/or confidential attorney work-product.  Only an intended recipient of this message is authorized to view, retain, or otherwise use its content, including any attachments and/or metadata.  If you are not an intended recipient, please so notify the sender immediately by clicking "reply," and delete this message without reading, printing or otherwise preserving or disseminating its contents.

**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** Monday, December 9, 2019 7:37 AM
**To:** Miranda Gillis <mgillis@AFGE2725.COM>
**Cc:** David Schleicher <david@gov.law>; Richard Allison <rallison@AFGE2725.COM>; Rushab Sanghvi <Sanghr@afge.org>
**Subject:** Re: Qing Lu (DCRA) Potential Whistleblower Case


Ms. Gillis, I notified the union that I will NOT accept a letter of reprimand as early as October 21st. This does not change. I have also informed the union that I'll make myself available on January 21 and 28, 2020. Thank you.

Sent from my iPhone

On Dec 9, 2019, at 6:58 AM, Miranda Gillis <mgillis@AFGE2725.COM> wrote:

> Mr. Schleicher while I appreciate your offer Ms. Lu needs to communicate with me and let me know of her decision as the member.  The agency's offer is on the table for a written reprimand as oppose to the discipline and I need to respond.
>
> Any communication I have going forward in reference to this action will be with Ms. Lu.
>
>
>
> Sent from my iPhone
>
>
> > On Dec 8, 2019, at 10:23 PM, David Schleicher <david@gov.law> wrote:
> >
> >  I'll communicate with Ms. Lu and get back to you on this before long.
> >
> > Given the frustration I see back and forth in the messages between you and Ms. Lu, it will likely make things easier for all involved to have the communications be routed through me.  Thanks.
> >
> > —David Schleicher
> > m 202-607-7921
> > o 800-892-1506x1
> > Schleicher Law Firm, PLLC
> > www.gov.law — www.deepstate.law
> > Waco — Houston — DC — Seattle
> >
> > This email may contain an attorney-client communication or otherwise confidential information. Interception illegal. If you are not the intended recipient, please notify sender and then delete all copies from your system. Thank you.
> >
> >
> > > On Dec 7, 2019, at 10:33 AM, Miranda Gillis <mgillis@AFGE2725.COM> wrote:

Ms. Lu the union has not changed its position regarding your case, but if the union has negotiated your discipline down to a letter that counsels you on the expectations of the agency that is the best possible outcome.  And also what you were willing to accept.

I miss typed my statement I meant to say
she wants to do on her on time!  So I do apologize for that error.

Ms. Lu I'm not concerned with Mr. B█████ or anyone else taking action, I am only interested in settling your case.  If you are not willing to accept the written reprimand from the agency please let me know ASAP so that I can work with our attorney to see what the unions options are.

Sent from my iPhone

> On Dec 6, 2019, at 9:49 PM, Qing Lu <luchi_100@hotmail.com> wrote:
>
> Ms. Gillis,
>
> I see your statement is deviating more and more from the union's position in its grievance in July. I made reasonable compromise to resolve this matter with the agency in good will and good gesture before the suspension was implemented. I don't accept assumptions as legal proof.
>
> I feel obligated to myself to clarify something. I have to make at least 2 corrections, though I will have more discussion with my attorney in the next few days:
>
> 1-- "I and Mr. Allison have spoken to Ms. Lu at length regarding this." - I have never had a single conversation with Mr. Allison on this, not even once. I copied Mr. Allison on this email, he can confirm.
>
> 2-- "I explained to Ms. Lu that she can file, investigate, watch Facebook pages, call the family or anything else she has done at work on her own time and using her own resources, ..." Call

whose family? S███ B███'s family? WHEN did I call his family?? My office desk phone is (███) ██-████, my cell is (███) ███-████, my home phone is (███) ██-████. Can you ask S███ B███ and/or his wife to provide PROOF that I called them??

S██ B██ and his family have the equal right to take legal action against any party they deem necessary and they have had more than 3 years to do it. Thank you.

Best Regards,
Qing Lu

---

**From:** Miranda Gillis <mgillis@AFGE2725.COM>
**Sent:** December 6, 2019 7:55 PM
**To:** David Schleicher <david@gov.law>
**Cc:** Qing Lu <luchi_100@hotmail.com>
**Subject:** Re: Qing Lu (DCRA) Potential Whistleblower Case

Not very long!  What they are offering is a corrective action, Ms. Lu became obsessed with this and spent a tremendous amount of work time trying to prove something that was investigated by 3 different independent investigative arms of the DC Government and each with the same result there was no fraud that occurred.  Ms. Lu admitted to Management and the union that she had gotten obsessed with this and should have accepted the findings of the many investigations instead of spending almost 3 years of her life on this.

Unfortunately Ms. Lu to this day is not convinced and is still obsessed with proving her point.  I and Mr. Allison have spoken to Ms. Lu at length regarding this.

The agency is requesting that Ms. Lu come to work, focus on her work, not confront co-workers and not have any contact with the parties she has been accusing of fraud or his family, during work hours.

I explained to Ms. Lu that she can file, investigate, watch Facebook pages, call the family or anything else she has done at work on her own time and using her own resources, but I also explained to her to be careful because she does not want the family to in-turn file additional harassment charges against her.

Mr. Schleicher the only chance that the union has of winning this case if it goes to arbitration is if the arbitrator were to rule favorable on the unions argument that they exceeded the time allotted to issue the discipline notice.  Other than that our attorney has stated that the unions chances of winning this case otherwise are slim!

All of this has been explained to Ms. Lu.

If you need further information please feel free to contact me.


Sent from my iPhone


On Dec 6, 2019, at 3:27 PM, David Schleicher <david@gov.law> wrote:


How long is the offer open so I can discuss with her implications as to civil actions?

—David Schleicher
Schleicher Law Firm, PLLC
www.smallbiz.law  —  www.gov.law
Waco — Houston — DC — Seattle


*This email may contain an attorney-client communication or otherwise confidential information. Interception illegal. If you are not the intended recipient, please notify sender and then delete all copies from your system. Thank you.*


On Fri, Dec 6, 2019 at 12:34 PM Miranda Gillis <mgillis@afge2725.com> wrote:

> Mr. Schleicher the agency has proposed a settlement agreement for Ms. Lu that removes any suspension and only issues a written reprimand which is not a disciplinary action. The union is advising Ms. Lu to settle for the reprimand as Ms. Lu admitted to the agency and the union that she went overboard with her actions and as it relates to this case

Sent from my iPhone

> On Dec 6, 2019, at 11:24 AM,
> David Schleicher
> <[david@gov.law](mailto:david@gov.law)> wrote:

> Mr. Allison & Ms. Gillis--

> Good morning.

> I wanted to alert you that Ms. Lu
> has retained me to assist with
> the possibility of filing a civil suit
> against the District government
> claiming whistleblower
> retaliation.

> We realize that, as to the
> imposed suspension, that can
> only be done after a final
> determination in the arbitration
> (and then may not be
> worthwhile if the arbitrator rules
> fully in her favor).

> I am reviewing whether to file
> suit in the meantime over the
> proposed suspension, since it is
> not the subject of the arbitration
> but nonetheless constitutes an
> actionable threat under the
> whistleblower law.

> If you conclude I can be of
> assistance in some way as to
> the arbitration, please let me
> know; otherwise I'll look forward
> to hearing the outcome of that
> process and hopefully to be
> able to review the related
> transcript to see if some of the
> testimony there would be helpful
> for use in a civil action based on
> the threat and/or on the
> imposed suspension.

> Thank you. I am

at david@gov.law or cell 202-607-7921.

Have a good weekend.

—David Schleicher
Schleicher Law Firm, PLLC
www.deepstate.law — www.gov.law
Waco — Houston — DC — Seattle


*This email may contain an attorney-client communication or otherwise confidential information. Interception illegal. If you are not the intended recipient, please notify sender and then delete all copies from your system. Thank you.*



# AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 2725
## P. O. BOX 75960, WASHINGTON, DC 20013-5960
### (202) 842-4540 Phone    (202) 289-4190 Fax

President – Miranda D. Gillis   1ˢᵗ Vice President – Doreen Broomfield 2ⁿᵈ Vice President – Kermit Johnson
Secretary/Treasurer – Lisa Keily    Sergeant at Arms – Richard Proctor
CHIEF STEWARDS
Ronald Fowler, DCHA   Kwyna Howard, DHCD   LaKeitha Johnson, DCRA   Neil Williams, DOEE
Robin Espy-Harlan, DOH   (Vacant) OSSE
BUSINESS AGENT, Richard W. Allison, II
MAllen@AFGE2725.com

June 30, 2019

Ernest Chrappah
Director,
Department of Consumer and
Regulatory Affairs
1100 4ᵗʰ St. SW
Washington, DC 20024

Re: Step 4 Grievance
    Issue: Eight Day- Suspension
    Employee: Qing (Luchi) Lu, Fire Protection Engineer

Dear Mr. Chrappah,

This grievance comes to you in accordance with the Collective Bargaining Agreement (CBA) between the District of Columbia Department of Consumer and Regulatory Affairs (DCRA) and Local 2725 of the American Federation of Government Employees (the Union) at Article 10 §B(1), Article 9 §B(2), and Article 10 §D(d).

The grievance asserts violations of the CBA at Article 2 §A(1), Article 9 §A, and D.C. Code §1-615.53.

## Nature of the Grievance

By letter dated April 2, 2019, Qing (Luchi) Lu, Fire Protection Engineer was informed of the Agency's intention to suspend her for ten (10) days. **(See Exhibit # 1)** On June 27, 2019, the grievant received a Final Decision suspending her for eight (8) days. **(See Exhibit # 2)**. The discipline was for the following charges (causes) against the Grievant:

Charge (1):    Violation of D.C. DPM §1605.4(b) Making False statements – Knowingly and willfully reporting false or misleading information or purposely omitting facts to any supervisor.

**Agency Position**

Initially, the Agency alleged that between June 2016 and February 2019, the grievant made numerous false statements. **(See Exhibit # 1)** In essence, the complaint alleges that beginning in June 2016 and continuing over the next two and a half years, the grievant lodged a complaint to the Agency that a co-worker, Mr. S██████ B█████ had fraudulently claimed that he had a new born baby in 2016 in order to receive Paid Family Leave (PFL) benefits.

Although the charge stems from allegedly dishonesty towards a supervisor, the Agency saw it fit to include that over a two and a half year period, the following occurred:

1. The grievant raised a complaint with DCRA Human Resources in February 2017 and was informed in May of 2017 that HR believed that Mr. B████ provided "required documentation".
2. Initially the grievant accepted the Agency response; however, the grievant believed that the Agency was not validating the documentation and only accepting it at face value; therefore continued the complaint.
3. That the grievant filed a complaint on with BEGA where she was informed on September 11, 2017 that they could find no reason to take action against Mr. B█████.
4. That the grievant also informed Executive office of the Mayor of the District of Columbia, of the alleged fraud committed by Mr. B████ in September of 2017.
5. That the grievant filed the complaint with the D.C. Office of Human Resources and was informed in November 2017 that they considered the matter closed because all of the qualifications for PFL were met.
6. Lastly, between April and May 2018, the grievant informed various news outlets of her complaint.

The Agency reasons that the grievant knowingly and willfully made false statements when asserting the complaints; however, no evidence was included to support the accusation. The determination was conclusory.

**Position of the Union**

The union disagrees with the Agency's charge and characterization of the grievant's conduct. The Union believes that the Agency has violated numerous contract provisions and the law in its effort to discipline the grievant.

Violation of D.C. DPM 1623.6 as incorporated into the Parties' Agreement via Article 4§B.

As stated above, the Agency proposed discipline on April 2, 2019. The grievant submitted her response on April 12, 2019. **(Exhibit #3)** However, the date on the final decision, is June 27, 2019. **(see Exhibit #2)** Section 1623.6 of the D.C. DPM clearly states that the final decision shall be completed within forty-five (45) days of the latter of the agency's receipt of the employee's response.

Here, the number of days between the employee's response and the final agency decision is roughly seventy-five (75) calendar days and more than fifty (50) workdays. **(Exhibit #4)** The final decision was untimely and in violation of this provision of the DPM; accordingly, this fatal error demands that the action be immediately overturned.

Violation of Contract - Article 9 §A is violated because:

Pursuant to Article 9 §A, the Agency may only discipline an employee for cause. Here, the Union argues that cause has not been proven.

Even if we accept the Agency's facts, just cause still cannot be proven. The Agency alleges that the action is premised upon the employee's dishonesty when reporting information to a supervisor. Though the Agency discussed the order in which complaints were filed and answered, not no point has the Agency provided evidence to support a conclusion that the grievant intended on deceiving anyone. **(see Exhibits #1 & #2)**

The grievant was not charged with negligent misrepresentation although this Local highly doubts that she could have been. What the Agency has essentially done is merely "assumed" that the statements made constitute dishonesty without any legal reasoning to reach such a conclusion. The Agency wholeheartedly neglected to address the grievant's mens rea. **(see Exhibits #1 & #2)** Accordingly, this charge must fail.

Violation of Whistleblower Protection found in D.C. Code §1-615.51 et. seq. as incorporated in the Parties' Agreement via Article 4§B.

AFGE, Local 2725 believes that numerous employees have made a grave error in judgement in this matter. The grievant's complaint is clearly a "Protected Disclosure" as defined in D.C. Code §1-615.52(6) because the grievant clearly was a disclosure of information that she reasonably believed evidenced gross misuse or waste of public funds and a violation of a federal, state, or local law, rule, or regulation. Said disclosure cannot be restricted to time, place, form, motive, context, forum, or prior disclosure made to any person by an employee.

D.C. Code §1-615.53(a) clearly states that a supervisor shall not take, or threaten to take, a prohibited personnel action or otherwise retaliate against an employee because of the employee's protected disclosure or because of an employee's refusal to comply with an illegal order.

Here, The Agency admits that the grievant was informed that she was limited to whom she could continue to make the protected disclosure which was illegal. The Agency, in essence, has admitted that it illegally attempted to chill the grievant's Whistleblower rights by limiting the person/office with whom she could report a real or perceived violation.

According to D.C. Code §1-615.52(5)(A), a prohibited personnel action includes but is not limited to: recommended, threatened, or actual termination, demotion, *suspension*, or reprimand; involuntary transfer, reassignment, or detail; referral for psychiatric or psychological counseling; failure to promote or hire or take other favorable personnel action; or retaliating in any other manner against an employee because that employee makes a protected disclosure or refuses to comply with an illegal order.

Here, the Agency made conclusory allegations of dishonesty; however, very thoroughly set forth the dates, times, and individuals to whom the disclosures were made. The truth of the matter is that dishonesty is merely a pretext for being a squeaky wheel at DCRA.

Not only has the Agency made a horrific error by disciplining the grievant for protected activity, D.C. Code clearly states in § 1–615.54 that an employee aggrieved by a violation of

§ 1-615.53 may bring a civil action against the District, and, *in his or her personal capacity, any District employee, supervisor, or official having personal involvement* in the prohibited personnel action, before a court or a jury in the Superior Court of the District of Columbia seeking relief and damages.

Unfortunately, every single individual at DCRA whose was involved with bringing this suspension to fruition will be personally liable for violating the grievant's Whistleblower Protections for the next three (3) years.  This includes the any and all Office of General Counsel personnel, any and all Human Resources personnel, and any and all supervisors/management officials that worked on, recommended, or otherwise supported the personnel action suspending the grievant.

**Remedy Requested**

The grievant has unfairly been suspended from the workplace in violation of law.  In consideration of all stated above, the Union requests that the suspension be immediately rescinded.

Thank you for your prompt response to this grievance.

Sincerely,

Miranda D. Gillis, President
AFGE, Local 2725

cc:     Qing (Luchi) Lu, Grievant
        Donald Tatum, Labor Relations Liaison

Re: Mr. and Ms. Bump ____ Epidemic paternity leave fraud DCRA

S Major <smajor35@gmail.com>
Tue 4/3/2018 6:02 PM

To: Luchi Lu Hotmail <luchi.lu_100@hotmail.com>

Luchi,

This story keeps getting worse. I almost have no words!!! Just corrupt, defiant and disturbing. He gave me such a hard time when I had a residential elevator project. He wouldn't approve it for nothing. This was a residential elevator and he put requirements on it like it was a commercial elevator. Here he is putting me through all of this unnecessary drama knowing that he's doing all of these corrupt and illegal things with his wife. Disgusting!!! Yes, it was a bizarre triangular shape that's why I noticed it. I thought to myself that something may be wrong with the baby but I never imagined that it wasn't a baby. Wait a minute the guy that just left and got another job was Antonio. Wow!!! I thought you were talking about Keith not Antonio. Antonio told me that he was getting married and having a baby WITH HIS FIANCE!!! I agree with Mr. Chendi, I don't know how these people sleep either. You have a job with benefits. That's better than most people can say. Why do you need to lie, cheat and deceive to get more than what's allotted to you. I don't understand it at all.

Sheba


On Tue, Apr 3, 2018, 1:56 PM Luchi Lu Hotmail <luchi.lu_100@hotmail.com> wrote:

I don't think it's challenging for them to maintain it, not at all  When you think it is hard to maintain you start as a right and normal person, they are not. It took a lot nerves to do that. I mean even within the same family when it comes to something too wrong too dishonest it should still be hard to do together. His wife is a sad exception. They started this in May 2016, but he did not use all 8 weeks until January and March 2017   when he felt totally safe  At that time, he was at home "babysit", his wife came to DCRA each time telling some vivid babysit stories at front desk. It was quite disturbing. I can image " how" they are going to maintain the huge lie, there are his strategies:

1. Stay away from all socializing and ONLY talk about work not anything else at anytime.
2. Do not stay in the receiptionist area where there is higher probability to encounter people  Now he calls customers to his desk to meet with them one after another for jobs. He NEVER stays in the receiptionist area for single minute. When he is walking by, he walks VERY VERY fast to reduce the chance to be stopped by.
3. Don't drink water and hold on using man's room
4. Look angry for no reason – he thought when he appears angry on his face people would automatically be scared and won't talk to him.
5. Ignore greetings from others – now when you call him "Mr. B███" "Mr. B███" – he pretends he did not hear and continues to walk forward

After HR warned him, he no longer coaches Alice directly on the 3rd floor as he knew that now a lot people now knew Alice works for his wife. He coaches his wife instead how to write drscription of work on each project. Now almost ALL his wife's projects escaped fire review – though the same jobs submitted by others all have to go through fire review. He gave his wife our counter schedule, telling her who is the soft touch of each group and when to come.

https://dcra.dc.gov/publications?after[value][date]=&before[value][date]=&keys=building&type=79&sort_by=field_date_value&sort_order=DESC

When you enter her name in the Excel file you can find it out, month by month.

In my coworker Chendi's words "Don't imagine how he could possibly sleep at night." They don't feel bad about this at all. Instead, they are full of pride of themselves. In the way they were taught and raised up, they regard dishonesty as "smart", that's why the 2 are so in tune. Otherwise - if one of them has ever had any sense of shame - this wouldn't have happened.

As said he did MANY MANY her jobs, but he was only for 2 jobs. He defended himself successfully by using "marriage" – he said when he was doing her jobs they were not married. But the reason he did not marry her at that time was only because his lawful wife (then) was still alive, who was killed later by a car in October 2014, click the link to read the news story about his wife's death.

http://wjla.com/news/crime/woman-killed-after-being-hit-by-car-in-maryland-███

http://www.the-chesapeake.com/2014/10/27/metro-police-beat-crossing-busy-indian-head-highway-foot-dark-fatal-mistake-███

PG county police called him at work to notify him of his wife's death, that's how we knew he's married; otherwise we wouldn't know he was married. His first child (a boy) with this permit runner was born in February 2015, 4 months after his wife was killed by car. His first child with this lady was born in February 2015 - the younger boy in the fake family shot, 4 months after his wife got killed.

A correction   the 1st guy sitting at station 20, 21? at the counter   poineer of paternity leave fraud he was not fired  He found a job and quit himself   I just got it from Keith Slade  Keith was his manager  He was the 1st person who found out  Now Keith is with HR now  He is the best person to verify this but don't quote me

BTW, did you  mean you saw a bizarre triangle shape at that time?

Take care,
Luchi

---

**From:** S Major <smajor35@gmail.com>
**Sent:** Monday, April 2, 2018 6:55 PM
**To:** Luchi Lu Hotmail
**Subject:** Re: Mr. and Ms. Bump -- Epidemic paternity leave fraud DCRA

Good evening Luchi,
I finished reading this email and all I can say is "WOW"!!! I didn't know for a second that he was so corrupt and rottenly dishonest. I'm amazed at the elaborate rouge these two people have created and now have to live with and continue. Like you said: "This is a lifetime lie that requires life-time maintenance." He has dug a hole so deep there's no way out of it. I'm so curious about what will happen in the future. What can he possibly do to fix this? It's just crazy that more than one person would try to pull off this fraudulent paternity leave situation. The corruption in DCRA is ridiculous to say the least. Don't worry I will keep this to myself for sure!!!

Sheba



On Mon, Apr 2, 2018, 10:29 AM Luchi Lu Hotmail <luchi.lu_100@hotmail.com> wrote:

I didn't know you had noticed it already  It is a BOLD lie   there was NO BABY   it was just a BUMP, or pillow!!!

Almost all reviewers on the 3rd floor knew. A lot people on the 2nd floor knew it too. It was first discovered by a person of the 3rd floor, he was sitting at front desk covering receptionist and by people at the permit center in the past 2 years, from the conversations with his wife and his about 6-year-old son.

Long story short he submitted fake documents to HR  His wife was wearing a silicone bump underneath her clothes and walking around in DCRA around May 2016. **He took EIGHT WEEKS government paid paternity WITHOUT a baby.**

His wife is a permit runner as you knew  Her company is called ███ Builders, or ███ Consultants LLC.

https://www.checkpermits.com/contractor/███████████████████████

http://www.buzzfile.com/business/█████████████████

She came to DCRA at the end of April 2016. She OFFERED (not being asked) to tell that guy at front desk that she was pregnant  She said to him "Oh, do you know I am pregnant?" There was no sign at all on that day. That guy felt so creepy and uncomfortable about it and he shared it with us. However just a few days later she came back again, this time everyone clearly saw a HUGE bump raised on her belly. She walked around and stopped by many people to OFFER to tell them she is going to have a baby soon  After the "baby" was born, she came back again  **WITHOUT** carrying the baby she OFFERED (not being asked) to tell people it was past due pregnancy and induced labor!!! They NEVER showed the baby. Not even once. When people asked her to show he became evasive.

In the last weeks of May 2016, about 20 plan reviewers had a party after work in an Indian restaurant near Union Station. He was on "paternity leave" then but he still attended the party. During it a person asked him when the baby was born. he said "last Thursday"  which was May 19, 2016   but May 18 was his last day of May in office, by then he had ALREADY showed picture of a baby to people and claimed it was his new born, which means he had showed the baby's picture **BEFORE** the baby was born !!

This is a lifetime lie that requires life time maintenance  The way he maintained it was he borrowed a baby girl from a family friend, his family (he has 2 boys then) took a picture with this girl. He displayed this picture in his cubicle since November 2016 (15 months now and still there), but the girl in the picture is NOT his baby, it is someone else's !!!! He BORROWED the girl from a family friend during her visit to DC in November 2016  The girl's mother is a family friend who lives in Jamaica. It was confirmed by the thread linked to his wife Facebook posts, the girl's mother posted the same picture to her own Facebook.**(see attachment).** Her family member's post confirmed the girl is a cousin. His wife admitted HERSELF that she used other people's kids in her Facebook.

Below is the famous fake family shot that was taken in November 2016 – it is still in his cubicle. I am a mother of one. this picture was taken in November 2016. In my eyes, the girl in the picture looks way older than 6 months!


He told people he got a NEW baby last December 2017, 3 months ago. He said it was a boy. Some people even think this one is also a fraud, I don't think he has the nerve to do 2 frauds. But there are some very strange things about this new baby too:

1. He did not change the picture in his cubicle to show now he has "FOUR" kids. He does not have access to that girl. He and his wife have to WAIT for the girl's mother to come for a visit so he can borrow the girl again to make a new picture with his new born. Alternatively, his whole family has to travel back to Jamaica to take a picture with the girl and come back which is too expensive.
2. He did NOT take paternity leave for this one. He is scared if the HR finally takes action on him for the fake girl, he will be requested to pay the money back, he is saving 8 weeks he is entitled to pay back the fraud. Otherwise it will be too much money.

He actually has 3 boys. But for the rest of his life he has to live by the life-time huge lie that he has 3 boys "AND A GIRL"  -- who does not exist.

We all say he is very "lucky", because even within the same family it is still hard to get the cooperation from the other half when it comes to something too wrong, too dishonest, too indecent and too creepy. Sadly his wife is an exception. She has been so cooperative with him on this shameless fraud from the very beginning.

He met her at the counter and secretly helped her jobs. He did MANY MANY her jobs secretly, but he was only fined $1,000 for 2 jobs. He defended himself successfully by using "marriage" – he said when he was doing her jobs they were not married. He was punished by BEGA (Board of Ethics and Government Accountability) for conflict of interest. He was fined $1,000 in December 2016. Click on the link below to read the report, with his own signature.

https://bega.dc.gov/sites/bega/files/publication/attachments/1548-001_-_S._B██████
_Negotiated_Disposition.pdf
(see attachment)

Now they hired a lady (Alice) to do most their walk through jobs. Alice is the one who alos works for John Giuseppe and Sam Hollen. Alice comes to see him on the 3rd floor whenever she got HFC comments and asks his help to fix those comments. The receptionist of the 3rd floor was the first one to find it out, she also reported it to HR. HR warned him but not send him to BEGA this time. We don't know if they have secretly hired any other people to work for them.

1. More than a year ago, an employee of the 2nd floor asked his 6-year-old son "How's your little sister doing" while he was unattended – the boy goes "I do not have a little sister. I have a little brother"
2. One asked his wife "How come we see your 2 boys all the times but you never brought in your girl?" she goes "we don't want people to see her. We don't want people to comment on her." But she continued to bring his 2 boys to the office.
3. Last April "take your kids to work day", a person asked him "why you didn't bring your kids to work? How many kids do you have" – He was almost falling apart.
4. Recently a female customer saw him going out for lunch and asked him in the 3rd floor receptionist area "It's been a while how's your baby doing?" in front of many people. He was frozen.

Now he avoids having socializing with anyone, he knew once a socializing is engaged, it may start with talking about work but end up with talking about family and kids. He is very afraid of talking to people. He does not seem to understand a baby is an alive human being who is growing, as time goes there will be MORE proof coming, not less. A Birth Certificate is an official government document, knowingly using a fake Birth Certificate for personal gain is forgery, it is a felony crime up to 10 years in prison. **He is rottenly dishonest!**

The reason he did it was because he had a pending lawsuit at that time (June 2016). He was facing some possible prison time per Maryland law. He and his creative wife made up the child birth and attempted to use paternity leave to cover the possible prison time in case he was sentenced. But the funny part is the court actually dropped his case. He ended up over prepared and there was no way to take it back. Nobody can unring the bell.
http://casesearch.courts.state.md.us/casesearch/


This is the 2nd paternity leave fraud of DCRA -- epidemic. The first was a guy sitting at issuance counter at the permit center. That guy did not master the technique so well as he does. He had not pre-briefed the pregnancy to anyone beforehand. He just suddenly announced he got a baby and requested 8 weeks paternity leave. He was not prepared to answer the subsequent baby question or to show baby's pictures. People became suspicious and reported him to HR. HR fired him. S█ B██ is a guru, he is doing much better than that, he knows super well how to utilize his wife's body and his wife is so willing to cooperate with him -- DCRA is amazing isn't it ?!?!

HR knew it, but because HR failed to catch him in the first place when he submitted that fake document - because they did not expect so many frauds -- now it seems too late to take action on him, because revealing the truth will also make HR look stupid.

Now he is avoiding eye contact with people Just watch his face and body language quietly. Keep this to yourself . **Please reply let me know it is safely received by you.**

Luchi

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Friday, February 1, 2019 1:59 PM
**To:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Subject:** Re: Hi Mark: Got time to read it? Ready to dig into it?

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Filing a FOIA for some of the information listed in your email. If you have any more information that would be helpful to narrow down the search are return the information I would need please let me know.

On Fri, Feb 1, 2019 at 12:17 PM Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

K. Thanks

Sent from my iPhone

On Feb 1, 2019, at 9:51 AM, Walker, Mark <mark.walker@nytimes.com> wrote:

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Hi! I just got back in Washington and will look everything over.

On Thu, Jan 31, 2019 at 7:05 PM Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

Sent from my iPhone
DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback<https://www.surveymonkey.com/r/PDXKLYL> on how we performed in our last engagement. Also, subscribe<https://public.govdelivery.com/accounts/DCWASH/subscriber/new?qsp=DCWASH_20> to receive DCRA news and updates.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**We've revamped our customer service model to ensure that when you contact DCRA, you get the help you need within 3 business days. To contact us, fill out our on-demand customer intake form.**

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Wednesday, February 6, 2019 9:59 AM
**To:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Subject:** Re: Mark I sent some FOIA stuff yesterday, did you receive it?

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

I did. I'm going to look over it today and get back to you.

On Wed, Feb 6, 2019 at 9:49 AM Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> Best Regards,
>
> **Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
> Department of Consumer & Regulatory Affaires
>
> luchi.lu@dc.gov | 1100 4th St SW, DC 20024
> Main: 202.442.4400 | Desk: 202.442.9474
> dcra.dc.gov
>
>
> DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**We've revamped our customer service model to ensure that when you contact DCRA, you get the help you need within 3 business days. To contact us, fill out our on-demand customer intake form.**

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** Luchi Lu Hotmail <luchi.lu_100@hotmail.com>
**Sent:** Thursday, February 7, 2019 3:44 PM
**To:** mark.walker@nytimes.com <mark.walker@nytimes.com>
**Subject:** Personal email account.

Hi Mark, from now on I'll write to you from my personal account for job safety. Do you have any update for me?

Luchi

**From:** Luchi Lu Hotmail <luchi.lu_100@hotmail.com>
**Sent:** Tuesday, May 28, 2019 4:22 PM
**To:** Walker, Mark <mark.walker@nytimes.com>
**Subject:** Re: Your official confirmation/decision is awaited

Hi Mark, it's great to know your mind. As I told you clearly "no hope is better than fake hope" - you should have told me earlier. I am not able to provide you with the "concrete evidence" I thought that's all what you yourself have been digging for. If it were that easy there would be no need for media's attention. The suspension was proposed but NOT implemented. It seems you thought that I lied to you about my time off. Thanks for your time.

▫

Sent from Outlook

---

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Tuesday, May 28, 2019 4:01 PM
**To:** Luchi Lu Hotmail
**Subject:** Re: Your official confirmation/decision is awaited

Hi Luchi --

I no longer would like to be part of this story. Further, I have spoken with the reporter you are referring to and she told me that you are misrepresenting the conversation you had with her and that she did in fact speak with her editor today about pursuing the story.

I have multiple times tried to communicate with you that I did not want to do anything that got you fired from work until I had concrete evidence supporting your allegations. However, you suspension from work complicated the process even more. The reporter is still interested in pursuing the story if she gets the clear from her editor. In light of this email I will no longer participate.

Best,

Mark

On Tue, May 28, 2019 at 3:46 PM Luchi Lu Hotmail <luchi.lu_100@hotmail.com> wrote:

Hi Mark,

I'm back <mark>please send me your official confirmation/decision.</mark> You promised that if there is a story you'll definitely take it from here. However you can change your mind at any time and there's no obligation and I'm fine with it. This is more about whether a reporter wants to exhibit responsibility and determination to get it to public attention to resolve the unresolvables. If you don't want to do it anymore, just tell me that's all.

I was more than straightforward and plain with you all the times. Now you are getting evasive and that has caused a lot unnecessary confusion. You see my anxiety for the truth and now you are patronizing me by passing me to another reporter. She called me because you pressured her to call and instructed her to tell me she is interested. this is so unnecessary. She repeatedly instructed me not to contact her back. I have no plan to do it.

Mark I appreciated your expertise as a FOIA expert but I don't need your condescence or patronage no matter how great New York Times is and you are. It is totally ok that you change your mind, but just tell

me. You are a reporter you should be the most straightforward type of person and don't need to be like this. I'm looking forward to receiving your official confirmation/decision to close it. Thank you.

Luchi
Sent from Outlook

--
Mark Walker
The New York Times
Washington Bureau
office
mobile
mark.walker@nytimes.com

This is Mark Walker's <u>text message</u> on 4-30-2019.

---

**From:** Qing Lu <<u>luchi_100@hotmail.com</u>>
**Sent:** May 3, 2019 11:05 AM
**To:** Qing Lu <<u>luchi_100@hotmail.com</u>>
**Subject:** Mark Walker on 4-30-2019

Putting in another FOIA today that may help answer the question. I don't know if a story will come out of this or not. I can definitely take it from here but please do anything else until I have made an official confirmation. If there is a story here I don't want it to be buried any further.

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Thursday, January 24, 2019 3:46 PM
**To:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Subject:** Re: Mark My cell is (███) ███-███, let me know yours and what time.

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

... I will call you about 530 pm.

On Thu, Jan 24, 2019 at 12:35 PM Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> Sent from my iPhone
> DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback<https://www.surveymonkey.com/r/PDXKLYL> on how we performed in our last engagement. Also, subscribe<https://public.govdelivery.com/accounts/DCWASH/subscriber/new?qsp=DCWASH_20> to receive DCRA news and updates.

**We've revamped our customer service model to ensure that when you contact DCRA, you get the help you need within 3 business days. To contact us, fill out our on-demand customer intake form.**

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Friday, January 18, 2019 3:15 PM
**To:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Subject:** Re: DC government - patterned paternity leave fraud

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Received!

On Fri, Jan 18, 2019 at 3:14 PM Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

Mr. Walker,

If you see this message please confirm receipt, so I know it was safely received by you.


**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



---

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, January 18, 2019 2:24 PM
**To:** mark.walker@nytimes.com
**Subject:** Fw: DC government - patterned paternity leave fraud

Mr. Walker,

I understand you may have a lot questions about the materials and you need time to discuss it with your office whether and how to pursue it. For now please confirm receipt and let me know next week if NY Times is interested in this story. Hope you can help to get it out. Attached is my government ID.

Thank you,
Luchi

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Lu, Luchi (DCRA)
**Sent:** Friday, January 18, 2019 1:47 PM
**To:** tips@nytimes.com; nytnews@nytimes.com
**Cc:** elisabeth.bumiller@nytimes.com
**Subject:** DC government - patterned paternity leave fraud

Hello New York Times,

My name is Luchi. I am in DC. I am an employee of DC government. I work for DCRA. I am sending this email to report a paternity leave fraud and DC government's intentional negligence to cover for this fraud, see if you are interested. I will provide a copy of my ID per request.

DC government offers parenthood leave (maternity, paternity) to its employees.
https://dchr.dc.gov/page/paid-family-leave     At DCRA, there has been 2 men who used fake documents and a pillow-wearing woman for paternity leave. The 1st one quit the 2nd one is still here. The 2nd one submitted fake documents to HR in May 2016 and received 8 weeks government paid paternity with NO baby. His wife (not a DC government employee) was a wearing a plastic bump / pillow underneath her clothes and walking around in DCRA. A government employee dragged a pillow-wearing woman to office for 8 weeks paternity leave is not only dishonest, unethical, indecent, ... it's also a fraud and a felony crime, per DC Code – 22-3241.

https://dchr.dc.gov/page/paid-family-leave this link outlines document required by DCHR for paid family leave application, including paternity leave. There is inherent inefficiency in the current policy to prevent a fraud. This means for paternity leave, as long as an employee submits a paper with the 2 words "birth" and "certificate" on it, it will be accepted and deemed to have meet the requirement and 8 weeks will be granted, without verification for state birth record. Nowadays it is a no-brainer to obtain a fake Birth Certificate that looks pretty good. https://www.buyafakediploma.com/fake-birth-certificate.html

https://health.maryland.gov/vsa/Pages/birth.aspx State government prohibits verification of a Birth Certificate by a third party unless with the written authorization of a parent. This means, even DC government is his employer and pays for the 8 weeks time-off, it still **cannot** verify the Birth Certificate he submitted **without** written authorization. To our best knowledge, to obtain written authorization from any employee who is taking paternity leave is NOT in the current DCHR's policy. This you can please verify with DCHR yourself.

All DC government agencies did their very best to circumvent and AVOID finding the truth. The closed the case based on their assumption that the document he submitted was not fake, they know they don't have anything to rule out a fraud. OIG reviewed this case 3 times, and did not do the verification with state birth record because OIG knew doing it will reveal the truth immediately. OIG is determined to hide the truth from being discovered. This law enforcement body has become obstruction of justice.

At first, DCRA's Chief Staff / HR Manager defended him by saying "Of course he has a baby" then he was asked "How could you possibly know? Were you standing by in the hospital's delivery room?" Then DCRA's HR changed its statement of defense to "The documents he submitted meet DCHR's requirements." They were questioned "If you didn't verify the documents he submitted, how do you know whether it is true or fake. What GROUD do you have to rule out a fraud?" Then they change their strategy again. Now DCRA refers to OIG's decision to back up itself, while OIG's conclusion was solely based on the docs passed on by DCRA. BEGA's approach is even more amazing. BEGA interviewed the couple together (which makes it available for the couple to collude and cover for each other at interview) and BEGA used the couple's self-defense / denial statement as "findings." It was like:

[Judge]: Defendant, the plaintiff claimed you stole. Did you steal?

[Defendant]: I did not. This is defamation and harassment.
[Judge]: Defendant is not guilty because he say so.

This case has gone through almost every DC government agencies, including DCRA, OIG (3 times), BEGA, DCHR and EOM (the Mayor's Office). Instead of investigating to find the truth, they all are deliberately negligent and refuse to take any action, though they know clearly there is no ground for them to rule out a fraud. They refer to each other and used the other agency's negligence to legitimize and rationalize their own negligence. We contacted some reporters of a local newspapers and received response, pasted as follows:

Hi there,

Part of it is that it's a set of isolated cases, and yes, they are low-level employees. If there was a broader pattern of this happening, or it being allowed by senior officials, I'd be very interested. I have a lot of stories to cover, and with something like this I need to know that the investment of time would produce bigger impact than one or two low-level people getting in trouble.

We contacted some DC-based newspapers, no luck. A reporter who reviewed the materials stated "The wrong conduct of a rack-and file employee can rarely make the cut" – which means he is not big enough, or this is not bad enough to deserve any attention. It is more about the matter not his title. Because paternity leave fraud is easy to do but hard to resolve. There has been 2 paternity leave fraud so far. These men conveniently grabbed "privacy" and "harassment" to protect himself and to get away with it. **Please help do something.** Otherwise there will be more and more DC government men dragging a pillow-wearing woman to the office and take 8 weeks government paid time off and call it "paternity leave." He has got away with it for almost 3 years. Once confirmed, I will also provide OIG case # and BEGA case # for you to start, as well as his person's business contact. I request confidentiality and anonymity.

Please confirm receipt.

Thank you,
Luchi



Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**We've revamped our customer service model to ensure that when you contact DCRA, you get the help you**

**need within 3 business days. To contact us, fill out our on-demand customer intake form.**

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov

**From:** Walker, Mark <mark.walker@nytimes.com>
**Sent:** Tuesday, March 12, 2019 11:57 AM
**To:** Luchi Lu Hotmail <luchi.lu_100@hotmail.com>
**Subject:** Re: Hi Mark

Can you do me a favor? I'm going to write a new FOIA and submit its for records surrounding this. Can you provide me with a list of names of people who may have sent emails about this and some keywords or phrases they may pop up in any type of email they sent?

Best,

Mark

On Wed, Mar 6, 2019 at 6:19 PM Luchi Lu Hotmail <luchi.lu_100@hotmail.com> wrote:

> Hey Mark I'm in train. pls let me know if there's some movement. Have you received all stuff you waiting for? Wish to get a brief update to guide me through the uncertainty. For my safety I no longer contact the council. I'm in dark. No hurry but whenever you have time give me a shot. Many thanks now. Luchi

--
Mark Walker
The New York Times
Washington Bureau
███████    office
           mobile
mark.walker@nytimes.com

# Re: Report to Director

## Lu, Luchi (DCRA)

Mon 9/11/2017 2:36 PM

To:Jackson, Ingrid (DCRA) <ingrid.jackson@dc.gov>;

Ms. Jackson,

Thanks for your reply. What **FACT** is YOUR review supported by? Is it supported by the State Record of Maryland? Does a fake document meet District government requirements ? If it is not verified, how do you know whether the document he submitted is real or fake?? A fake document can LOOK real.

Instead of re-typing what I received from BEGA, I used a screenshot pasted below, where BEGA's Director clearly stated "Allegations related to paternity and FMLA abuse are **NOT** within our primary jurisdiction."

BEGA interviewed the couple **together**. I tried to pictured how the interview was performed:

[BEGA's Investigator]: We received a report that claims the fatherhood leave you have taken is a fraud. Is it a fraud?
[Mr. and Ms. ████: Of course not. Our baby is 15 months now and she is doing very well.
[Findings]: There is no code violation.

I am speechless at the logic. It is simply like:

[Judge]: The plaintiff says you stole money. Did you steal?
[Defendant]: Of course not.
[Judgement]: Plaintiff is innocent.

## Please do advise if your conclusion is supported by Maryland State Record?

Thank you,
Luchi



---

**From:** Jackson, Ingrid (DCRA)
**Sent:** Monday, September 11, 2017 1:46 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Report to Director

Good afternoon Ms. Lu,

I apologize for my tardy response.  Based on my review of his records, Mr. ███ has met all of the District government requirements in order to be eligible for the Paid Family Leave and has taken the Leave in accordance with the regulations.  Further review reflects that your concerns have been investigated by both the Office of the Inspector General (OIG) and the Board of Ethics and Government Accountability (BEGA).  The OIG and the BEGA informed the agency that they could not find any cause for the agency to take any disciplinary action against Mr. ███ and that the case is now closed.

At this point, there is no further action required by representatives of the DC Department of Consumer and Regulatory Affairs (DCRA) or any other District government agency.

Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed.

**Regards,**

**Ingrid L. Jackson**
**Human Resources Officer | Office of the Chief Administrative Officer**
**Department of Consumer and Regulatory Affairs (DCRA)**
**1100 4th Street, SW, 5ᵗʰ Floor, Room 5103 | Washington, DC 20024**
( **202.442.4509** | : **Ingrid.jackson@dc.gov**
 **[www.dcra.dc.gov]www.dcra.dc.gov**

      

**Confidentiality Notice:** *This electronic communication, including any attachments, is intended only for the person or entity to which it is addressed and contains information which may be confidential, legally privileged, proprietary in nature, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, distribute, share or reproduce this electronic communication, or its contents. If you have received this message in error, please reply to or telephone me immediately, and please delete all copies of this communication.*

  http://www.wisestamp.com/xxx

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, September 11, 2017 11:24 AM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director

Ms. Jackson,

I sent you 2 emails on 8-23 and 8-25. You have not responded to any of them. Can you please send me an update and inform me of HR's conclusion? Thank you.

Best Regards,

Luchi Lu



Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, August 25, 2017 9:40 AM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director


Ms. Jackson,

May I have some update from you for my report either today, or you want to advise a timeframe that I will follow?

Knowingly submitting a fake official (Maryland) government document to another (DC) government is a fraud, it is criminal. When I was reporting this to Mr. Crawford in February, he used an inappropriate word on me. A government HR manager is expected to perform due diligence to find out the truth. No government officer shall use his official position to suppress a report of a fraud case that may have criminal elements to it, or use his power to block or prevent from finding the truth, which is unlawful.

As I stated in my last email, I want to know HR's conclusion and move on, since it has been a bit distracting. Thank you.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 23, 2017 12:57 PM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director

Ms. Jackson,

I did my diligence professionally and responsibly in reporting this issue. Certainly wish and trust the agency did its due diligence with no negligence.

I was asking whether "HR is going to request his authorization to verify his document with DVR Maryland, or still just take it as true with no verification?" Mr. Underwood copied my email to you. What is the truth? May I know the answer to my question **from you yourself, not anybody else** ?

It's been over 15 months now and it was a bit distracting. It should have been time to pass it and to move on, no matter of the truth. I am ready. Thank you in advance professionally and personally for your advice and direction.

Lu v DC                              Plf. September 8, 2020 doc production                              000595

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

---

**From:** Underwood, Lynn (DCRA)
**Sent:** Tuesday, August 22, 2017 8:39 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Jackson, Ingrid (DCRA); Bailey, Christopher (DCRA)
**Subject:** RE: Report to Director

Luchi,
Please remember that I instructed you to take this issue ONLY to HR from now on. Please do not send these questions or any like them to anyone other than HR. Thank you.

*Lynn Underwood*

Lynn Underwood, MCP, CBO
Chief Building Official
(202) 442-9513 office

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, August 21, 2017 7:12 PM
**To:** Underwood, Lynn (DCRA); Bailey, Christopher (DCRA)
**Subject:** Re: Report to Director

Sir,

Do you think this time HR is going to request his authorization to verify his document with DVR Maryland, or still just take it as true with no verification? Thank you.

Luchi

Sent from my iPhone

On Aug 16, 2017, at 10:27 AM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> Thank you both for taking the time talking to me yesterday. I will follow your instructions. As stated, the reason I did not share it with you in the 1st place was because perceivably, (I thought) females are more intuitive on this particular subject and this is not your domain. You advised it's not necessary to forward to you the email I sent to Ms. Bolling. I've been thinking of it. Since the Director has request your attention on this matter, and in order to avoid any misunderstanding of the situation and of myself, it's better for me to share it with you. Please scroll all way down to the bottom to read the email I sent to Ms. Bolling on August 7th, 2017, which is the only email I

sent to her. So instead of hearing what happened from other people, you hear it from me myself directly. I always believe in a workplace simplicity and openness can help build trust.

There was one thing I forgot to mention in my email to her. During my conversation with Mr. Crawford on 2-27-2017, he inferred that Mr. ████ ████ had reported to management and he knew I was perusing this. As the conversation did not go well and there was cross talking, I was not able to get the exact clarification whether the word "harassing" was from Mr. Crawford or from S██ B████. The fact is I only forwarded my report to 3 HR people early this year, I did not share it with any other management. **Where and how** did S██ B████ know I was pursuing it??? If I did not call Mr. Crawford on that day, I would not even know ████ B████ has counter-complained about me. Now I am very perplexed how Mr. Crawford has handled these 2 complaints at the same time. From my side, I was expecting Mr. could have delivered some similar message like this to S██ B████:

"I heard your report and I understand your frustration. You know people sometime are speculating and commenting, they base their thoughts on direct observation and general sense, which are not always correct. But I don't think this is difficult at all. You can easily fix it yourself, you know you have the immediately available resource to do it. If you felt people are suspicious about your child, why wouldn't you just please bring your baby to the office and show her off. You submitted fatherhood leave application, your application was already approved by DCRA. You know this agency is a family friendly place, I believe when you bring your baby girl here, the folks will all congratulate you."

This would be a much better HR approach than saying "Of course he does!". These professional and cordial advice as I suggested above can help reveal the truth and bring the issue to an end quicker. I doubted whether it was done. **For an employee who truly has a baby**, there seems to be no reason to reject this very reasonable and sincere advice, especially when it comes from HR. If a person is wronged, he would want to clear his reputation especially when doing this does not require any strenuous efforts at all. This would be something particularly easier to do for ████ b██, because his wife is a permit expeditor and doing business with DCRA. She has been eager to show the baby's photos, why would just bring the baby in? On the other hand, if he knew he was suspected  and still resists to take this easy action, that could indicate there was a problem. A competent HR practice should help find the problem resolve an issue quicker, rather than leave it lingering for 15 months.

S██ B████ may have implemented some counter-logical "strategy" which has successfully bewildered Mr. Crawford. For illustration and analogical purpose and for lack of best example, people usually say "A thief is always scared." Yet the opposite is not necessruly true, a bold thief is still a thief, a bluffy thirf is still a thief. The only differnce is style, however style does not do justice, only the facts do.

This case also raised a question about a general HR practice: How does HR usually process a parenthood leave application if it is submitted by a **male** employee whose spouse is not working for DCRA or DC government? What does HR usually do after receives a fatherhood leave application? Does it mean as long as HR sees the words "Birth Certificate" in the paper, it will go head to approve it automatically? Is there any verification at all? Who is responsible to do the verification?

I knew usually there are 3 outcoms from a investigation, 1-substantited, 2-unsubstantiate and 3-undertermined. The 3rd one does NOT apply to this case. He either 100% has a baby (the baby is in existence in the world) or he 100% does not have one, which means he knowling submitted a fake document to governement to receive 8 weeks leave, which has constituted a fraud. There is nothing in between for this case, we can't say he <u>somewhat</u> has a baby <u>somewhat</u> not. I have

provided systematic evicence. Please see Attachment 2 (███ vs. ███. This case should not take 15 months to determine.

People's reactions are different. Though at first we all found it shocking and perplexed how he is going to maintain it in the rest of his life, now the reactions vary. Some are still perplxed how dare he, some believed truth can never be buried, some even found it entertaining and they go to his cubicle once a while and ask him "hey man how's your daughter doing?" then they seem to enjoy watching his reaction.

Even S██ B██ himself did not expect he could make this well this far. He took measured steps. He did not take those leaves last year in 2016, he used majority of them this year (2017) in January and March (on Mondays and Wednesdays) when he felt it is "safe". You can verify in his PeopleSoft or with Mr. Lester. During then, his wife continue to show photos but not the real baby at the permit center and continue to make up vidid details of babysitting, that's why I told Ms. Mia Brown I felt my intelligence was raped. She kindly sent me some mental heath guide to help me cope. I thanked her and also I thank you for the instruction, which I will strictly follow. I trust HR and magement will make right decision.

Thank you,
Luchi



Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, August 07, 2017 3:29 PM
**To:** Bolling, Melinda (DCRA)
**Subject:** Report to Director

Good afternoon Director Bolling,

This is Luchi, fire reviewer on the 3rd floor. My supervisor is Mr. Sydney Lester. I have a situation I need your direction. Please scroll all way down to read my report sent to OIG on June 27, 2016, 13 months ago. I then received two status update in August and October 2016. Please see Attachment 1. Then the case was transferred to DCRA because OIG believed this is an HR matter and the agency is in better position to handle it. Mr. Crawford considered this transfer itself as a "verdict of innocence".

On 2-7-2017, I sent an email to Mr. Walter Crawford, Ms. Ingrid Jackson and Ms. Mia Brown to request an update. On 2-10-2017, Mr. Crawford asked me to come to his office and informed me there was no issue about it. He stated The agency reviewed the document he submitted and it met the government's requirements. I asked whether the document he submitted has been verified, Mr. Crawford said "I'm not going to tell you that". I respected his decision. I explained to Mr. Crawford that a male employee submitted document S██ B██'s wife in DCRA's office at

end of April 2016 and she had no signs of pregnancy at all. On that day she offered (without being asked) to tell that male employee that she was pregnant. At a later time she offered (without being asked) to tell another employee it was a past due pregnancy and induced labor. At the end of the conversation in Mr. Crawford's office, we thanked each other I returned to my office and forwarded this report below to the 3 of them.

A couple of days later, on 2-21 I sent them another email with new findings, please see Attachment 2, which is the 2nd report. These new information was not included in my 1st report on June 27, 2016 to OIG. These two reports are 8 months apart. They approached from two different directions, yet they matched materially to come to support the same conclusion which is: S███ B███ does NOT have a baby born in May 2016. He took 8 weeks government paid paternity leave WITHOUT having a baby. The couple tried to use another baby to cover their huge lie.

- **"███" is a phantom, who is not in existence in this world. It is merely a photo of his real son ███ who was born in 2015 where he took 8 weeks paternity leave then. That's why "███" is never on a family shot.**
- **███ is a baby of ███ B███, a family friend who lives in Jamaica. The couple borrow her to make family shot and then display the pictures on her Facebook and in his office. This Santa photo has been in his cubicle since last November. It is still there.**

Only he him knows what he did it, nobody knows exactly what his motive is. Some speculations are: He had a pending lawsuit in June 23, 2016 and was facing some possible prison time. He attempted to use this baby scheme to cover the possible prison time he may be sentenced to from his June 23 trial. However the prosecutor dropped his case (nolle prosequi). He seemed to be over prepared and there is no way to take it back. This is a life time lie that requires lifetime maintenance. The couple have to go on to maintain it. That's why his wife posted pictures of baby ███ in her Facebook and he display it in his office since then (it is still there) and attempted to lead people to believe he has "3" kids. Those 2 boys are his. The baby girl in the middle is the child of ███ B███, a family friend who lives in Jamaica. The pictures were taken while ███ B███ (the girl's mother) visited DC last November.

In my 2nd report (███ vs. ███), the evidence was totally from his wife's own Facebook, not anybody else's. She put those posts there purposely and willfully without coercion and influence of any others. It is her self-presentation and self-confession. It can been seen and verified by anybody. The fundamental of evidence law is relevance. The baby posts by the "mother" are strictly relevant. By no means the evidence from her Facebook shall be ignored.

I called Mr. Crawford on February 27 try to verified he had read the new information. The conversation did not go well. At this time Ms. Crawford became very impatient. He was dominating the conversation and did not give me a chance to explain myself, rather he stated that the document met the government's requirements. Everything is alright. The agency has no issue with it and I should not be so "stuck" to an employee's personal life and I should go back to my work and stop interfering a coworker's personal time. I managed to deliver the following points:

- I'm a DC government employee, I am obligated to report fraudulent activities to my agency. I did it responsibly and professionally.
- I said "He put a picture with someone else's child that means he does not have one of his own". Mr. Crawford goes immediately "Of course he does. You don't see the whole picture as we see." I do not knowwhen he said "Of course he does" what the ground is.

At some point of the phone conversation he even used the word "harassing", which is very inappropriate. On payroll Ms. Crawford is a government paid HR manager, in that phone conversation he has totally put him in a position of a defense attorney. Mr. Crawford is expected to understand: A employee NEEDS to have a child to take paid paternity leave, the very question here is whether or not this child is in existence in this world. I am a DC government employee, I am obligated to report suspicious and fraudulent activities. It is his job as an HR manager to deal with it. How can Mr. Crawford know whether or not the document he submitted matches the state record, if HR does not verify it with the issuing jurisdiction?

A child birth is a highly private event and it is only witnessed by the father and family members and medical professionals. Everybody else must rely on the **government issued** Birth Certificate to prove the child birth. A doctors note does not establish a child birth either because pregnancy may end up with miscarriage abortion and stillbirth. The very fact is: neither DCRA nor any other agency of DC government issues a birth certificate. How can a person at DCRA tell whether or not this document he submitted matches the state record just by looking at it with naked eyes? It was like when a building permit needs to be verified, partied must reach out to DCRA to find out whether it is true or fake, because DCRA is the issuer of those permits in the 1st place and has the resource to do the verification. We can check Accela and see if it matches our record. No other government agencies or organizations can do it.

A Birth Certificate is merely a sheet of paper. With the technologies of nowadays, faking a birth certificate is a no-brainer. Please see Attachment 3. When the HR of DCRA receives a document like this submitted by an employee for PFL application:

- How does HR usually do?
- How does HR determine whether it is true or fake, just by looking at it?
- What is the ground of its determination?
- How will it be justified?

This is a link to the Department of Vital Record (DVR) of Maryland Government, for state records of all child birth in Maryland. https://health.maryland.gov/vsa/Pages/birth.aspx

**The Following Persons May Apply:**
- An individual requesting his/her own birth certificate.
- A parent named on the certificate.
- A court-appointed guardian of the individual named on the certificate. A foster care appointment is not acceptable; proof of guardianship must be submitted.
- A surviving spouse of the individual named on the certificate.
- A representative of:
    ◦ (1) the individual or a parent named on the certificate; or
    ◦ (2) the court-appointed guardian of the individual named on the certificate.

The representative must have a letter signed by the individual, parent, or guardian, and certified by a notary public, stating that the representative has permission to obtain a copy of the certificate.

Maryland law prohibits DVR from verifying or providing confidential information on birth records that are not being requested by either the parents or guardians of the minor child, or an applicant requesting their own certificate. Verification will be performed only with written authorization / permission from the Child's father in this case. There is no substitute or alternative.  During the conversation Mr. Crawford used the word "the agency" and "we", I assumed he referred to DCRA and DC government, not Maryland government. So I assume this is an internal document review, the authorization has not been obtained from S██ B███, and verification has not been submitted to VRD Maryland for verification. If I am wrong, please don't hesitate to correct me.

Therefore when Mr. Crawford affirmed "of course he does" have a baby, I do not know the ground of his statement or how his decision was reached. The fact is the document was originally issued by another jurisdiction, An in-house document review by DCRA and DC government are not able to determine whether it is true or fake. **If DCRA has received confirm from DVR Maryland and confirmed the document he submitted matched the State Record, please ignore my email.**

There are some reasons I do not want to write to Mr. Crawford again. I don't want to trigger any hostility on me, nor want to be perceived hostile, disrespectful or insubordinate. I don't foresee a new discussion can go anywhere but end up with endless arguments. I am picturing it would probably go like this IF I talk to him the 2nd time:

- If I repeat another employee and I we both saw her and there was no sign of pregnancy on her. Mr. Crawford could simply say "Your observation could be wrong."
- His wife OFFERED to tell a male employee it was past due pregnancy with induced labor. If it were true, depending on how much past due, she was only 2 weeks or even 1 week from delivery. Pregnancy definitely shows itself at that time she did not need to OFFER to tell. If I repeat this, he would simply shrug and make no comments.
- If I mention there is no single appearance of the baby in the last 14 months, Mr. Crawford would probably say "I don't take my kids to work either. Luchi, I did not see your child in the past 14 months either."
- If I go on to tell him some female coworkers asked him to bring the baby to the office several times and he looked very evasive and presented he did not hear it. Mr. Crawford would probably say "He is professional. He wants to keep his personal life separate from his work life. "
- If I pursue further and bring to him the fact that S███ B███'s wife is a permit expediter or and at the permit center, a staff asked S███ B███'s wife "How come we see your two sons all the times but you never brought in your daughter?" She replied "We don't want people to see her. We don't want people to commend on her." He would probably say "It is her child. She determines who she take with her who leaves at home."
- If I asked "If he really had a daughter of his own, why would he put a photo of his 2 sons with a girl from OUTSIDE the family and intentionally leave his own girl out of the picture? " He would probably say "I am not obligated to answer this question."

Once a conversation goes like that, it has come to a dead-end. here is no point to pursue any further. It won't do any good to build trustworthy work relation. Every single statement of the yellow text is true on a standing alone basis. However, all together it is equally true - if not more - that he has did NOT have a child born, he has committed a fraud. He had knowingly submitted a fake or scrambled document and received 8 weeks government paid paternity leave without having a baby and he's been using other people's child to maintain and cover his lie. Please see Attachment 4 (one page) for a summary of evidence to support my allegation. The last photo (with Santa in a shopping mall) on the 1st row is the one he put in his office since last November, **it is still there.**

There are other reasons I don't want to talk to Mr. Crawford anymore. I myself am a straightforward and blunt person. I am not diplomatic enough to handle this unusual situation as nobody else makes this type of lie. I am concerned if a conversation is engaged with Mr. Crawford again, at some point I may become impulsive and say something like "The reason you do not want to do the verification with DVR is because you "need" to be right and you don't want to know the truth" – I know I will be dead if I say this out. That's the reason I avoid to have any further communication with Mr. Crawford just to avoid conflict or misunderstanding. I don't want him to think that I continue to challenge him or disrespect him or stay argumentative, which is not my intention. I am doing this because I am a DC government employee and also out of my conscience.

as a person with some basic ethics of what is right what is wrong. After you read this email, if you would, please do NOT assign it to Mr. Crawford. I fully respect him professionally and personally. I do not want to irritate it.

https://dchr.dc.gov/sites/default/files/dc/sites/dchr/publication/attachments/edpm_12_302_paid_family_leave_0.pdf
This link outlines what documents are required to apply for fatherhood leave by DCHR. When DC government requires a document, needless to say, it refers to a TRUE documents not a fake or a scrambled one. Therefore requesting an authorization from all applicants for verification shall be done to every applicant who applies for motherhood / fatherhood leave. This is not an additional requirement, it is the existing requirement itself.

Technically, there are 2 types of allegations. A positive allegation is when one claims "there exists something" which can be substantiated by physical proof (the baby in person, or photos). A negative allegation is to claim "something is not in existence." Non-existence cannot be proved by physical existence.  In some circumstances it can be safely assumed that if a certain event had occurred, evidence of it could be discovered by qualified investigators. In such circumstances it is perfectly reasonable to take the absence of proof of its existence as positive proof of its non-existence. I don't know what else I still need to provide. If the agency can provide a direction I will follow and meet the standard.

I am sending this email to you not only because you're the Director who will make the ultimate decision, but also I wish to learn from a female perspective as this has been lingering for 14 months. I am not quite familiar with the origination chart of the 5th floor staff, so you can share it with who is proper to know it. I don't want to send it to anyone who is not supposed to know this. There's only one truth, it is in the hand of DVR Maryland government. My belief is: truth will stand the test of time, lies don't.

I expressed my concern as a professional and deepest confusion from an average mind. I did it responsibly. If eventually DCRA decides not to verify his document with DVR, I will fully respect it as the ultimate decision. I will strictly follow your advice and direction. Your response will be greatly appreciated not only because you are the Director but also an insightful female who can better help shed more light on this particular subject. I trust your decision will not only serve the best interest of the agency but also help me to learn wisdom and tact to handle this situation and stay out of trouble. Thank you in advance for your direction.

I know you are currently out of office now no problem I can wait I don't want to talk to anybody else.  **After you read it, would you please confirm receipt? so I know it was safely received by you and did not go to your Junk folder.** Thank you for your time reading this long email. I really appreciate it.

Luchi

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov

Lu v DC                    Plf. September 8, 2020 doc          c                    000602

Re: Report to Director - Lu, Luchi (DCRA)　　　　　　　　　Page 11 of 14
Case 1:20-cv-00461-APM　Document 86-10　Filed 04/15/22　Page 40 of 43
Website: www.dcra.dc.gov

---

**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** June 27, 2016 3:50 PM
**To:** oig@dc.gov; hotline.oig@dc.gov
**Subject:** Report

To Whom It May Concern

My name is Qing (Luchi) Lu. I am an employee of the District Colombia Government. My
employee ID is ▮▮▮▮▮. My full identity is pasted below for your verification:

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

I am sending this email to express my concern about conducts of my coworker S▮▮ B▮▮. For
your verification, his identity is also pasted below.

S▮▮ B▮▮
Permit Operations Division / Fire Protection Engineer.
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E340
Washington DC 20024.
▮▮▮▮▮▮ (O), ▮▮▮▮▮▮ (F)
Email: ▮▮▮▮▮▮@dc.gov
Website: www.dcra.dc.gov

We both report to Mr. Sydney Lester, who is the supervisor of us.

At the end of April, S▮▮ B▮▮' wife stopped by the office. She voluntarily - **Without being
asked** - informed a male employee – who was sitting at front desk to cover the receptionist –
that she was pregnant. There was no any noticeable pregnancy on her body. In the middle of
May, S▮▮ B▮▮ announced his wife had given birth to a baby girl. He showed photos of a baby
to coworkers sitting near him. Cooperatively, my supervisor Sydney Lester helped make
announcement of the arrival of a baby girl. **Between May 19 (Thursday) and June 3rd (Friday),
S▮▮ B▮▮ was on approved fatherhood leave by using PFL (Paid Family Leave).** During then,
Sydney Lester continued to notify customers and coworkers who inquired the whereabouts of
S▮▮ B▮▮ that he was on paternity leave.
While Mr. B▮▮ was at home on his paternity leave, his wife visited the office alone on June 2rd.
**WITHOUT carrying the baby**, she was sitting in the front desk area, showing photos of a new born
to the receptionist and to customers sitting in that area waiting for service, as well as to some
employees walking by. In addition to briefing people the baby was doing well generally, she also
voluntarily provided – without being asked – some vivid details about "her pregnancy and labor".
According to her, it was a past due pregnancy and induced labor! If this were true, that would
mean at the end of April she was only about one week from delivery, which a pregnancy can
hardly go unnoticed, plus the fact she is almost 6 feet tall, heavy built. These new details released
by her have made the alleged pregnancy and baby birth even more suspicious.

https://outlook.office365.com/owa/?viewmodel=ReadMessageItem&ItemID=AAMkADlm...　　2/3/2018

Mr. ███ came back to work on Monday June 6th. He was quite responsive to inquiries from coworkers.  He is willing and open to socializing/chatting with customers about his baby. He told them his baby cries a lot and does not sleep the whole night so he felt exhausted during the day.

On Monday June 13, I, and many other people in the office, saw S███ B███ left the office around 2:20 PM. he walked out normally and unassisted. On the next day, Tuesday June 14th, my supervisor Sydney Lester told one of our teammates that S███ B███ was sick out, he also portrayed to my teammate what he saw on the day before. According to him, when he was walking by S███ B███ around noon, he saw that S███ B███ look sick. He also saw S███ B███ placed his arm on his desk and buried his head into his arms and then suddenly fell down onto the floor, his body curled and twisted in agony. But he did not call 911 or emergency service for him. He stood there and watched, then S███ B███ stood up from the floor on his own. **Meanwhile Sydney Lester notified people that S███ B███ will go back to his paternity leave.** After two and half days sick out, S███ B███ returned to work on Thursday (June 16).

On the other hand, some finding from a government's publicly accessible website seemed to have linked S███ B███ to a severe violation. Please click this link for detailed of the case. http://casesearch.courts.state.md.us/casesearch/

On March 6th this year, he was caught by Maryland Charles county sheriff for speeding and driving with suspended out-of-state license (DC license). This is a serious offense and may lead to prison time. Please the screenshot pasted below obtained from this website before June 23rd. When you scroll down to the bottom, you can find even though the trial was scheduled for June 23rd, a notice was serviced to him on as early as April 8th.

<image001.png>

Till t( en, the whole episodes of the his baby drama -- from the timing of baby announcement to his office attendance and action -- have seemed to be so in tune with the legal processing of his trial. What happened on June 22nd – the day before his scheduled trial – seemed to be in strong consistency with my speculation that the baby setup could be a fraud: On June 22nd, before he left the office, he walked to 2 workers – one sitting near him, the other one sitting at a far corner – he offered to tell both of them that starting the next day he will be away from office for a long time.

His intent seemed clear. Some quite plausible yet not proven explanations would be: As he was uncertain about the verdict from the pending trial, he created the whole thing and attempted to use the paternity leave (PFL) to conceal the possible prison time he may be sentenced to, so he thought nobody would know he's is prison, and at the same time still get paid while in prison, for at least for 8 more weeks.

On June 23rd, he did NOT show up at work and the online record shows his case was closed by nolle prosequi with a status change from A to C (Active to Closed?). On June 24th, only one day after he told the two coworkers that he would be away for a long time, he returned.
 I am one of the people who have concern whether or not the baby story is a fiction. I decide to be the one to bring it to your attention and investigation. Because we don't know what documents he had used to get the HR approval and whether a government issued Birth Certificate was required for paternity leave. In some states including Maryland, a Birth Certificate can be filed online and cancelled later easily by a father for uncertain or false fatherhood, but the very essence is there is a baby born in the first place! A government agency and its employees should be accountable to public's trust. In a worst scenario, nobody shall defraud one government to obtain a document, and then use that document to defraud another government

I'm unwilling to report this to my own agency. I don't want my report to be simply passed onto my supervisor to handle, which is in lack of detachment and may subsequently put me in a jeopardized position. I chose to submit my concern to your office. I ask to be anonymous. I trust it will be handled professionally, confidentially and independently. After you receive this email, please send me a brief note to confirm, so I know it is safety received. Email is the best way to reach me. Thank you.

For your quick review, a list of highlights is provided as follows, in chronologic order.

| End of April | S___ B___'s wife offered to tell a male employee she was preganant. There was no noticeable pregnancy on her. |
|---|---|
| Middle of May | S___ B___ announced his wife had given birth to a baby girl. He showed photos of a baby to coworkers. |
| May 19 – June 3 | S___ B___ was on approved fatherhood leave using Paid Family Leave (PFL). |
| · | Sydney Lester informed customers and employees about S___ B___'s paternity leave. |
| June 2nd | His wife visited the office **alone** and voluntriy informed people it was past due pregnancy with indcued labor. WITHOUT carrying the baby, she showed a baby's photos to customers in the front desk area. |
| June 6th | S___ B___ returned to work and was quite responsive to all baby greetings and inquiries from customers and coworkers. He introduced details of his babysitting. |
| June 13th | S___ B___ fell down on the floor Sydney Lester happened to see it but did not call 911 for him. |
| · | Sydney Lester informed coworkers that S___ B___ will go back to paternity leave soon. |
| June 22nd | S___ B___ informed two coworkers in person that he will be away from the office for a long time. |
| June 23rd | S___ B___ did NOT come to work. His case was closed with a status change from A to C. |
| June 24th | S___ B___ returned to office. |

Best Regards,

Qing (Luchi) Lu
Personal Cell: _____

<1-OIG 8-23 and 10-24-2016.pdf>

<2-Vicky vs Lauren.pdf>

<3-Birth Certificate.pdf>

<4-Phots and Posts.pdf>

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

The new school year is here and every day is a new opportunity for our students to learn and grow. We all have a role to play in ensuring students get to school, ready to learn, and understand that #EveryDayCounts. Go to attendance.dc.gov to learn more.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

The new school year is here and every day is a new opportunity for our students to learn and grow. We all have a role to play in ensuring students get to school, ready to learn, and understand that #EveryDayCounts. Go to attendance.dc.gov to learn more.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.