UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QING LU,<br><br>   *Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:20-cv-00461-APM |

## DEFENDANTS' NOTICE OF ERRATA

On February 4, 2022, Defendants District of Columbia, Sydney Lester, and C.G. Whitescarver filed their Motion to Dismiss and for Summary Judgment, Statement of Undisputed Material Facts (SUMF), Memorandum in Support of their Motion, and Proposed Orders [79]. *See* 02/08/2022 Order [81]. On April 15, 2022, Plaintiff Qing Lu filed an Opposition [87]. On May 13, 2022, Defendants filed their Reply [89]. Defendants inadvertently filed their Statement of Undisputed Material Facts (SUMF) without an appropriate redaction and their Memorandum in Support of their Motion to Dismiss and for Summary Judgment without a table of contents or table of authorities. *See* 09/26/2021 Order [69] at 2. Defendants' Exhibit 3 [79-3] was also filed without an appropriate redaction.

Attached as Exhibit A is Defendants' Motion to Dismiss and for Summary Judgment. Attached as Exhibit B is Defendants' Memorandum in Support of their Motion to Dismiss and for Summary Judgment with tables of contents and authorities, the "Background" header moved down a single line (dropping subsequent lines on pages 2 through 4), and independent pagination. Attached as Exhibit C is Defendants' SUMF with the proper redaction. Attached as Exhibit D are the Proposed Orders. Attached as Exhibit 3 is Defendants' supporting Exhibit 3

with the added redaction.  Defendants' errata makes no other changes.  Attached as Exhibits 1 to 16 are Defendants' supporting Exhibits 1 to 16.

Date:  June 1, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Alicia M. Cullen
ALICIA M. CULLEN [1015227]
Chief, Civil Litigation Division, Section III

/s/ Adam P. Daniel
ADAM P. DANIEL [1048359]
RYAN MARTINI [888241893]
Assistant Attorneys General
Civil Litigation Division
400 Sixth Street, NW
Washington, D.C. 20001
Phone:  (202) 442-7272; (202) 724-7322
Fax:  (202) 400-2675; (202) 741-0555
Email:  adam.daniel@dc.gov; ryan.martini@dc.gov
*Counsel for Defendants District of Columbia, Sydney Lester, and C.G. Whitescarver*