Department of Consumer and Regulatory Affairs
Office of the Director

INVESTIGATIVE REPORT

CONFIDENTIAL

| | | |
|---|---|---|
| **CASE NUMBER** | : | 018-SP-0034 |
| **CASE ASSIGNMENT DATE** | : | November 28, 2018 |
| **SPECIAL INVESTIGATOR** | : | Tyrone Quintin Lawson |
| **DATE** | : | February 23, 2019 |

**COMPLAINANT**

| | | |
|---|---|---|
| **NAME** | : | Office of the General Counsel |
| **AGENCY** | : | Department of Consumer and Regulatory Affairs |
| **BUSINESS ADDRESS** | : | 1100 4th Street, S.W., Suite 5266 |
| | : | Washington, D.C. 20024 |

**RESPONDENT**

| | | |
|---|---|---|
| **NAME** | : | Qing (Luchi) Lu, Fire Protection Engineer |
| **AGENCY** | : | Department of Consumer and Regulatory Affairs Technical Review Branch, Permit Operations Division |
| **BUSINESS ADDRESS** | : | 1100 4th Street, S.W., 3th Floor |
| | : | Washington, D.C. 20024 |

**INVESTIGATION SUMMARY**

Department of Consumer and Regulatory Affairs (DCRA) Interim Deputy General Counsel (DGC) Patricia Donkor assigned Special Investigator Tyrone Q. Lawson to investigate a complaint that Qing (Luchi) Lu, Fire Protection Engineer within the DCRA Technical Review Branch of the Permit Operations Division, knowingly and willfully stalked and harassed Fire Protection Engineer S██ B██ and his wife N██ B██ from June 27, 2016 until February 5, 2019 while on official duty; that Ms. Lu misrepresented and falsified information in her official complaints against Mr. and Mrs. B██; that Ms. Lu deliberately made false statements to her superiors on numerous occasions between February 2, 2017 and February 5, 2019; that Ms. Lu deliberately failed to comply with rules and proper supervisory instructions; and that Ms. Lu knowingly and willfully provided false or misleading information in connection with this investigation.

Contained herein is evidence that Fire Protection Engineer Lu's conduct has been prejudicial to the District of Columbia Government and/or that Fire Protection Engineer Lu's conduct violated D.C. laws and/or regulations.

This investigation substantiates the following;

(1) Fire Protection Engineer Lu engaged in activities that would be in violation of D.C. laws and statutes in violation of Part 1, D.C. Personnel Regulations Chapter 16;

(2) Fire Protection Engineer Lu has routinely misrepresented and falsified material facts in connection with official complaints against Mr. and Mrs. B█████

(3) Fire Protection Engineer Lu has been insubordinate on numerous occasions between February 2, 2017 and February 5, 2019,

(4) Fire Protection Engineer Lu knowingly and willfully reported false or misleading information to her superiors on several occasions; and,

(5) Fire Protection Engineer Lu made false and untruthful statements during her audio recorded investigatory interviews in connection with this investigation.

## INVESTIGATION DETAILS – Monday, July 30, 2018

On Wednesday, November 28, 2018, DCRA Interim DGC Patricia Donkor and Assistant General Counsel Adrianne Lord-Sorensen met with Special Investigator Lawson regarding the request for a special investigation into an allegation of employee misconduct wherein it was alleged that Fire Protection Engineer Qing (Luchi) Lu, knowingly and willfully stalked and harassed her co-worker Fire Protection Engineer S███ B███ since June 27, 2016; that Ms. Lu reported false and fictitious information in connection with her complaints against Mr. B███; that on several occasions Ms. Lu knowingly and willfully made false statements to her superiors; and that Ms. Lu deliberately failed to comply with rules and proper supervisory instructions on numerous occasions.

Ms. Donkor provided an email complaint from Mr. B███ to former Chief Administrative Officer (CAO) Walter Crawford dated November 8, 2018 (Exhibit #1). Mr. B███ copied his immediate supervisor Sydney Lester and Deputy Chief Building Official (DCBO) Christopher Bailey on his email. Mr. Lester's email states:

> Good Morning Mr. Crawford,
>
> This harassment issue with Luchi Lu is on the rise again, or should I just say, still persist. A few days ago (last week), while I was waiting in the 3rd office pantry to warm my lunch, she was also present using the microwave. Mr. Lester also happened to show up while I was waiting. Surprisingly, Luchi then proceeded to question me in her usual sarcastic manner about my daughter, implying that my Stepmother (Rose) was actually my daughter's mother; still referencing the picture she saw on the Facebook posting of my Stepmother and my daughter.
>
> Again today (11/8/2018), about 10:48am in the presence of Ms. S███ B███ in the lobby Suite E340, she again, suggested to Ms. B███ (while I was discussing another issue with Ms. B███), that she will be purchasing pillows to strap to her abdomen in order to obtain maternity

leave, which <u>again</u>, is a direct accusation that my wife faked her
pregnancy so that I could get family leave.
Walter, you informed that when this occurs again I should let you know.
This is slanderous, and needs to stop. This has been going on for over ten
years. How much longer do I really need to put up with this? It's
becoming unbearable!!

I am hereby requesting again, PLEASE do something, because whatever
you did the last time seem to be having little or no effect on her behavior.
This has created a hostile work environment, causes great distraction each
time I have to stop, restrain myself and refocus on my work.

As you can see, I've copied my Superiors on this email for the record.
And each time I've complained, I have gotten nothing back in writing, so
this time please, I'm kindly requesting a formal response how this issue
will be addressed.

Thanks for attention to this matter.

Regards,



**First Interview of Sydney Lester – Wednesday, November 28, 2018**
On Wednesday, November 28, 2018, Special Investigator Lawson conducted an audio recorded
investigatory interview with DCRA Fire Protection Supervisory Engineer, Sydney Lester,
regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection
Engineer S█████ B███ since May 19, 2016; and that on numerous occasions Ms. Lu knowingly
and willfully reported false or misleading material information to her superiors.

Mr. Lester stated that on or about Thursday, November 1, 2018 he was in the third floor pantry
talking with Mr. B███ as they warmed their lunch in a microwave oven. Mr. Lester stated that
Ms. Lu entered the pantry and immediately began questioning Mr. B███ about a photograph
that Mr. B███ had on his desk. Mr. Lester stated that he observed that initially Mr. B███
appeared confused about Ms. Lu's questions about the photograph. Mr. Lester stated that Mr.
B███ stated that Mr. B███ figured out that Ms. Lu was asking about a photograph of his
Stepmother holding his three-year old daughter that was posted on N███ B███'s Facebook
page and a photo of Mr. B███ and his family that is posted on Mr. B███ workstation. Mr.
Lester stated that it became obvious to him that Ms. Lu's questioned Mr. B███ about the
photograph because she insisted that the toddler in the photograph was not Mr. B███ daughter
but that it was somebody else's daughter. Mr. Lester stated that Mr. B███ insisted to Ms. Lu
that the infant in the photograph is his daughter.

Mr. Lester stated that he has seen the photograph on Mr. B███ desk that Ms. Lu was
questioning Mr. B███ about. Mr. Lester stated that the child in Mr. B███ photograph is the
daughter that was born which Ms. Lu has repeatedly questioned Mr. B███ use of Paid Family
Leave (PFL) under Family Medical Leave Act (FMLA) during and after the child's birth. Mr.
Lester stated that he has not met the child in person but he knows that Mr. B███ has a toddler
daughter who was born during Mr. B███ use of FMLA in ████ 2016,

3

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of the year 2017 (Exhibit #1A). The statement states:

> Ms. Luchi Lu, voiced a comment in the q&a portion of the meeting abruptly changing the subject from office procedure to a personal statement. This statement began with a question to management "how do we handle another employee using their wife with a fake belly to fake a pregnancy and the father requesting family leave?"

> There was not any warning and no reason to bring this information and or comment to an office meeting. I told Ms. Lu "I do not understand your question and if it is not beneficial to this discussion she needed to clarify offline?"

Mr. Lester stated that he did not recall the meeting. Mr. B███ stated that he may have been on leave on Thursday, February 2, 2017.

### Interview of S██ B███ - Friday, November 30, 2018

On Friday, November 30, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with DCRA Fire Protection Engineer, S██ B███ regarding his complaint that Qing (Luchi) Lu has stalked and harassed him since May ██ 2016; and that on numerous occasions Ms. Lu knowingly and willfully reported false or misleading material information to her superiors.

Special Investigator Lawson presented Mr. B███ email complaint entitled "Workplace Harassment by Fellow Employee" to former CAO Walter Crawford, dated November 8, 2018 (See Exhibit #1), for his review. Mr. B███ confirmed that he did prepare and send the email to Mr. Crawford. Mr. B███ stated that on Thursday, November 8, 2018, he was in the third floor reception lounge engaged in a conversation with Contact Representative and Third Floor Receptionist S██ B███ Mr. B███ stated that Ms. Lu entered the reception lounge going towards the secured door to the offices. Mr. B███ stated that Ms. Lu interrupted his conversation with Ms. B███ stating, "Oh I need to get some pillows strapped to my abdomen blah, blah, blah...so I can get some maternity leave." Mr. B███ stated that Ms. B███ was puzzled why Ms. Lu made the statement. Mr. B███ state that he knew exactly what Ms. Lu meant because Ms. Lu has done it in the past.

Mr. B███ stated that Ms. Lu has left internet search pages about women faking pregnancy in the shared Fire Protection Review customer service desk drawer in the Permit Operations Center (POC) on the second floor. Mr. B███ stated that Ms. Lu knew when Mr. B██████customer service desk shift in the POC was scheduled. Mr. B███ stated that approximately a year ago the Fire Protection and Mechanical Review staff had a training meeting in the POC. Mr. B███ stated that Ms. Lu sat at the Fire Review customer service desk in the POC during the meeting. Mr. B███ stated that after the meeting he manned the Fire Protection Review customer service desk in the POC. Mr. B███ stated that he found the 'fake pregnant belly' Google internet search page in the drawers of the Fire Protection Review customer service desk after Ms. Lu left. Mr. B███ stated that the 'fake pregnant belly' Google search document was time-stamped to reflect that they were printed during the time of the meeting (Exhibit #2). Mr. B███ stated that it was easy for Ms. Lu to look on the schedule to see when he would be scheduled a tour of duty

4

on the Fire Protection Review desk in the permit center because Fire Protection staff took turns manning the customer service desk.

Mr. B█████ stated that at that time Deputy Chief Building Official (DCBO) Christopher Bailey was their division supervisor under the Chief Building Official. Mr. B████ stated that he took the 'fake pregnant belly' Google search webpage to DCBO Bailey and reported it as harassment. Mr. B████ stated that he sent DCBO Bailey an email about it on February 2, 2017 (Exhibit #3) and Mr. Bailey forwarded his email to DCRA Human Resource Officer Ingrid Jackson on February 2, 2017. Mr. B████ email states:

Good afternoon Mr. Bailey,

Re: Harassment Complaint.

I have remained fairly quiet over the years since Ms. Luchi Lu began her relentless pursuit of direct and indirect personal attacks against me at work. This all started in late 2007 towards early 2008 when DCRA was located at 941 North Capitol St, NE, and she still continues to do this for some unknown reason; and apparently, I've been the lone focus of her behavior.

In the recent months, she escalated this behavior, by reporting me to the Board of Ethics and Government Accountability office (BEGA) accusing me of misconduct in performing my duties here at work that involves my wife. At that point it became very clear to me that her objective is to first damage my reputation here at work, smear my name throughout the Agency as someone that cannot be trusted (defamation of character), which obviously is designed as an attempt to end my career as a District Government employee. Seeing that this is the case, it is a threat to my livelihood, which helps to put food on the family table, therefore threatening my family.

Again, just a week ago during our morning meeting on 1/26/2017, which was held on the floor of the Permit Center, she found the time to do a google search on 'fake pregnancies'... yes, bizarre! Knowing that I was the Reviewer assigned to the Fire review counter after the meeting ends, she     made sure that a printed copy of her google 'findings' was left on top of the stamps in the drawer for me to see it. One may ask, what is her motive? For me it was very clear, it was a direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL).

Among all the other things that she has done in the past, she has even gone as far as to implicate Mr. Lester in fixing the Permit Center roster, so that I can approve plans that my wife submits on Thursdays.

I believe this is clear harassment, and her conduct only serves to generate a hostile work environment; this need to be addressed as soon as possible

5

and should be documented for the record. This conduct does not belong in our work place!

Thanks for your time in this matter.



Mr. B▮ stated that CAO Crawford met with him later about his email complaint and told him that he (Crawford) had met with Ms. Lu and 'dealt' with her about all of the things Ms. Lu was doing against him (B▮ ). Mr. B▮ stated that CAO Crawford informed him to let him (Crawford) know directly if anything else came up regarding Ms. Lu and her stalking/harassment of him (B▮ .

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of the year 2017 (See Exhibit #1A).

Mr. B▮ stated that he did recall attending the meeting on Thursday, February 2, 2017. Mr. B▮ stated that he was embarrassed because he knew Ms. Lu was harassing him in front of his co-workers.

Mr. B▮ stated that he has no idea what he has done to Ms. Lu to trigger Ms. Lu stalking and harassing him. Mr. B▮ stated that Ms. Lu has demonstrated that she has animosity towards him since the year 2008. Mr. B▮ stated that he does not know of anything that he did to trigger Ms. Lu's attitude towards him in the history of their employment with DCRA. Mr. B▮ stated that Ms. Lu's attitude towards him at first did not have anything to do with FMLA.

Mr. B▮ stated that he had a daughter born on ▮ , 2016 and a son born in December 2017. Mr. B▮ stated that his father and his stepmother, R▮ B▮ visited him from Jamaica. Mr. B▮ stated that while they were visiting, they went on a tour of the White House. Mr. B▮ stated that during the visit to the Whiter House his stepmother was photograph holding his daughter L▮ (Exhibit #3A). Mr. B▮ stated that the photograph was posted on his wife's Facebook page. Mr. B▮ stated that Ms. Lu went on his stepmother's Facebook page and sent a message congratulating his stepmother on her new baby. Mr. B▮ stated that he feels seriously alarmed and disturbed that Ms. Lu went as far as to find his wife and his stepmother

Mr. B▮ stated that he believes that Ms. Lu has some obsessed dislike for him personally. Mr. B▮ stated that he believes that Ms. Lu is obsessed with trying to get him fired from his job. Mr. B▮ stated that he is in fear of Ms. Lu's obsession towards making him loose his job and that he feels emotionally distressed from Ms. Lu's conduct and action towards him.

## Interview of Sharon Brown - Friday, November 30, 2018
On Friday, November 30, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with DCRA Contact Representative and Receptionist Engineer, Sharon Brown, regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S▮ B▮ since ▮ , 2016.

6

Ms. Brown stated that on Thursday, November 8, 2018 she was sitting at her workstation in the third floor reception lounge, room E340, having a brief social conversation with Mr. B████ Ms. Brown stated that Ms. Lu entered the reception lounge from the lobby. Ms. Brown stated that as Ms. Lu walked past them towards the security door to the office suite, she stopped and stated, "Imma (sic) buy two pillows and put them under my blouse so I can have time off and have some leave like some people." Ms. Brown stated that she heard what Ms. Lu said but she asked Ms. Lu what she said. Ms. Brown stated that Ms. Lu said, "Imma (sic) go out buy me two pillows so I can pretend like I am having a baby so I can have time off leave so I can ahhh (sic), ahhhh (sic), ahhh (sic)...have a baby.

Ms. Brown stated that she asked Mr. B████ "S████ who is she talking about?" Ms. Brown stated that Mr. B████ said, "She's referring to me because she has been picking at me about my children and me having a baby." Ms. Brown stated that she replied, "Wow there's some strange stuff going on down here." Ms. Brown stated that approximately three years ago when she first moved to the third floor receptionist, Ms. Lu emailed her a document related to Mr. B████ Board of Ethics and Accountability (BEGA) complaint that Ms. Lu filed. The BEGA complaint was that Mr. B████ was reviewing and approving plans that had been submitted to DCRA by his wife. Ms. Brown stated that Ms. Lu sent the email to several staff members. Ms. Brown stated that Ms. Lu's email stated once you read it delete it. Ms. Brown stated that she did not read the document, she deleted it. Ms. Brown stated that she thought it was very unusual for an employee to dig into the personal life of a co-worker. Ms. Brown stated that she believes that it is a very dangerous situation for an employee to be so seriously involved in a co-worker's life. Ms. Brown stated that every time Mr. B████ comes around Ms. Lu always has something negative to say to or about Mr. B████

### Interview of Harrison Shelton - Friday, November 30, 2018

On Friday, November 30, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with DCRA Mechanical Engineer, Harrison Shelton, regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S████ B████ since ████, 2016.

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of the year 2017 (See Exhibit #1A). Mr. Shelton stated that he did not recall attending a meeting in February of 2018 wherein Ms. Lu asked management, "How do we handle another employee using their wife with a fake belly to take a pregnancy and then the father requesting family leave?" Mr. Shelton stated that he has heard about Ms. Lu's stalking of Mr. B████ from other co-workers within the Fire Protection and Mechanical Review staff. Mr. Shelton stated that Ms. Lu has never said anything directly to him about her complaints against Mr. B████

### Interview of Kandace Taylor - Friday, November 30, 2018

On Friday, November 30, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with former DCRA Executive Assistant to Director Melinda Bolling, Kandace Taylor, regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S████ B████ since May 19, 2016.

Special Investigator Lawson provided Ms. Taylor with a plastic notebook insert that has a 'Post it' note that says, "Ms. Kandace Taylor. From Luchi" (Exhibit #4). The notebook insert was left in Ms. Taylor's chair and contained a fake birth certificate (Exhibit #5). Special Investigator

7

Lawson also provided Ms. Taylor with the fake birth certificate that was prepared by Ms. Lu.
Ms. Taylor stated that Ms. Lu stated that she created the document to show what a fake birth
certificate might look like. Ms. Taylor stated that Ms. Lu left the notebook insert containing the
fake birth certificate in her chair at a time when Ms. Lu was attempting to get an appointment to
meet with Director Bolling about her complaint against Mr. B█████ Ms. Taylor stated that Ms.
Lu complained that Mr. B█████ wife faked a pregnancy so Mr. B█████ could fraudulently use
leave under FMLA.

### Interview of Keith Slade - Friday, November 30, 2018
On Friday, November 30, 2018, Special Investigator Lawson conducted an audio recorded
investigatory interview with DCRA Emergency Manager, Keith Slade, regarding a complaint
that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S████ B████
since █████ 2016.

Special Investigator Lawson provided Mr. Slade with a printout of an email Ms. Lu sent to Mr.
Slade's personal email account. Mr. Slade stated that Ms. Lu asked him to provide her with his
personal email address. Mr. Slade stated that he gave Ms. Lu his Gmail address. Mr. Slade
stated that he was unaware why Ms. Lu wanted his personal email address until Ms. Lu sent him
emails of her complaint about Mr. B█████ Mr. Slade stated that he was aware that there were
ongoing disputes between Ms. Lu and Mr. B█████ Mr. Slade stated that in his opinion Ms. Lu
did not like Mr. B█████ Mr. Slade stated that Ms. Lu mentioned to him that she believed that
Mr. B█████ did not have a baby [in 2016]. That Mr. B█████ wife had fabricated a pregnancy.
Mr. Slade stated that he was blind-sided by Ms. Lu's email conversation but he read the
complaint that Ms. Lu filed with BEGA and the same complaint which she filed with former
DCRA Director Melinda Bolling.

Mr. Slade stated that he is aware of the allegation but he does not know if the allegation is true or
not. Mr. Slade stated that Ms. Lu sent emails to his D.C. government email account informing
him to check his Gmail account. Mr. Slade stated that when he checked his Gmail account there
was a request for him to make a statement about what he knew about Mr. B█████ and the
fraudulent pregnancy. Mr. Slade stated that he does not know anything about Ms. Lu's
complaint against Mr. B█████ other than she has complained to numerous D.C. government
agencies about her allegations.

### Interview of Syed Hashmi - Monday, December 3, 2018
On Monday, December 3, 2018, Special Investigator Lawson conducted an audio recorded
investigatory interview with Mechanical Engineer Syed Hashmi regarding a complaint that Qing
(Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S████ B████ since █████
█████ 2016.

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday
meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in
February of the year 2017 (See Exhibit #1A). Mr. Hashmi stated that he recalled attending a
meeting in February of 2017 wherein Ms. Lu asked management, "How do we handle another
employee using their wife with a fake belly to take a pregnancy and then the father requesting
family leave?" Mr. Hashmi stated that he has been aware of Ms. Lu's stalking of Mr. B█████
regarding Mr. B█████ use of PFL and that he knows that it has been going on for a long time.
Mr. Hashmi stated that he does not get personally involved if some co-worker does not like
another co-worker. Mr. Hashmi stated that he has a working relationship with Mr. B█████ and

8

Ms. Lu so he prefers not to be involved in the investigation because he does not mix business with personal stuff. Mr. Hashmi stated that he believes that if personal issues interfere with work then the personal issues are a problem.

## Interview of Samuel Mutia - Monday, December 3, 2018

On Monday, December 3, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with Fire Protection Engineer Samuel Mutia regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S███ B███ since May 19, 2016.

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of the year 2017 (See Exhibit #1A). Mr. Mutia stated that he recalled attending a meeting in February of 2017 wherein Ms. Lu asked management, "How do we handle another employee using their wife with a fake belly to take a pregnancy and then the father requesting family leave?" Mr. Mutia stated that because Ms. Lu spoke with a Chinese language accent, he did not understand the question at the time Ms. Lu asked it. Mr. Mutia stated that after the meeting a few of his co-workers informed him of Ms. Lu's question. Mr. Mutia stated that he remembers discussing Ms. Lu's question with several co-workers after the meeting. Mr. Mutia stated that he recalls co-workers asking him, "Did you hear Luchi talking about fake pregnancy?" Mr. Mutia stated that he has been aware of Ms. Lu's stalking of Mr. B███ regarding Mr. B███ use of PFL and that he knows that it has been going on for a long time.

Mr. Mutia stated that two other occasions Ms. Lu spoke to him about her allegation that Mr. B███ committed PFL fraud and that his wife faked her pregnancy which their daughter L███ was born on ███ 2016. Mr. Mutia stated that he recalled Ms. Lu said something to him about a fake belly walking around on the second floor. Mr. Mutia stated that Ms. Lu also sent him an email about it. Mr. Mutia stated that he deleted the email because he did not want to get involved in Ms. Lu's hearsay.

## Interview of Chrys Edet - Monday, December 10, 2018

On Monday, December 10, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with Mechanical Engineer Chrys Edet regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S███ B███ since May 12, 2016.

Special Investigator Lawson presented the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of the year 2017 (See Exhibit #1A). Mr. Edet stated that he did not recall attending a meeting in February of 2017 wherein Ms. Lu asked management, "How do we handle another employee using their wife with a fake belly to take a pregnancy and then the father requesting family leave?" Mr. Edet stated that he has not been aware of Ms. Lu's stalking of Mr. B███ regarding Mr. B███ use of PFL and that he knows that it has been going on for a long time.

## Interview of Christopher Bailey - Monday, December 10, 2018

On Monday, December 10, 2018, Special Investigator Lawson conducted an audio recorded investigatory interview with DCBO Christopher Bailey regarding a complaint that Qing (Luchi) Lu has stalked and harassed DCRA Fire Protection Engineer S███ B███ since May 19, 2016; and that Ms. Lu deliberately refused to comply with rules, regulations, written procedures or

9

proper supervisory instructions and that she continued this course of conduct on until Tuesday, February 5, 2019.

Mr. Bailey stated that on or about January of 2016 his office was located on the third floor when he was the Structural Review Manager and acting DCBO. Mr. Bailey stated that Mr. B███ brought him a printout of a Google search page showing fake pregnancy bellies that was left in the desk drawer of the Fire Protection Review customer service desk in the Permit Operations Center (POC). Mr. Bailey stated that Mr. B███ told him that Ms. Lu printed the Google search page during a Fire Protection/Mechanical Reviewer meeting and had placed the search page printout in the desk drawer knowing that Mr. B███ was scheduled to man the customer service desk after the meeting.

Mr. Bailey stated that approximately one week later Ms. Lu met with him and proceeded to tell him that Mr. B███ wife faked pregnancy and ███ 2016 birth of a child to enable Mr. B███ to fraudulently obtain PFL. Mr. B███ stated that shortly after his meeting with Ms. Lu, Mr. B███ came to him highly aggravated and complained that during a Permit Operations Division meeting Ms. Lu stated, "People using fake pregnancy situations to get more leave, more paid leave, should be investigated." Mr. Bailey stated that Mr. B███ was furious because he took exception to Ms. Lu's statement during the meeting. Mr. Bailey stated that he forwarded Mr. B███ complaint to DCRA HR Officer, Ingrid Jackson in his email dated February 3, 2017. Mr. Bailey stated that he also sent the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd to HRO Ingrid Jackson in February of the year 2017 (See Exhibit #1A).

Mr. Bailey stated, "HR then told me that there had been other, this is not the first time that that specific allegation of S███ B███ wife having faked a pregnancy to allow him to have time off was brought up to them (HR). I was not the only person who brought this to their attention." Mr. Bailey stated that he was told that Ms. Jackson and CAO Walter Crawford planned to meet with Ms. Lu and tell her what her parameters were; what she is supposed to do at work; that she has to come to work; that she has to do her job and that she is not to engage in any type of correspondence or any type interaction with Mr. B███

Mr. Bailey stated that on November 18, 2018, Mr. B███ sent an email complaint entitled "Workplace Harassment by Fellow Employee" to CAO Crawford and copied him and Sydney Lester on the email (See Exhibit #1). Mr. Bailey stated that on day in November of 2018 Mr. B███ stopped him in a hallway one day and told him "She's [Lu] starting back up with this same mess." Mr. Bailey stated that he shared Mr. B███ complaint with CAO Crawford. Mr. B███ stated that CAO Crawford appeared to be aware of Mr. B███ newest complaint against Ms. Lu. Mr. Bailey stated that CAO Crawford told him that they were going to escalate taking action against Ms. Lu to another level. Mr. Bailey stated that his discussion with CAO Crawford was the last time he heard about Ms. Lu's stalking of Mr. B███

### Interview of Qing (Luchi) Lu - Tuesday, February 12, 2019

On Tuesday, February 12, 2019, Special Investigator Lawson conducted an audio recorded investigatory interview with Fire Protection Engineer Qing (Luchi) Lu regarding a complaint that Ms. Lu has stalked and harassed DCRA Fire Protection Engineer S███ B███ since May 19, 2016; and that Ms. Lu deliberately refused to comply with rules, regulations, written procedures or proper supervisory instructions and that she continued this course of conduct on until

10

Tuesday, February 5, 2019. American Federation of Government Employees (AFGE), Local 2725 Shop Steward William Harris attended the interview.

Special Investigator Lawson provided Ms. Lu with a Garrity Rights notification form. Ms. Lu signed and dated the form February 12, 2019 acknowledging that she understood her Garrity Rights (Exhibit #6).

Ms. Lu stated that she has been employed with DCRA as a Fire Protection Engineer for eleven (11) years, four (4) months. Ms. Lu stated that as a Fire Protection Engineer she reviews construction plans and drawings for fire safety and building egress. Special Investigator Lawson provided Ms. Lu with a copy of the Position Description (PD) Form for Fire Protection Engineer (Exhibit #7). Ms. Lu reviewed the official PD and agreed that it accurately describes her official duties and responsibilities.

Ms. Lu was asked to describe those positions in her chain-of command. Ms. Lu stated that Sydney Lester has been her immediate supervisor since she was hired. Ms. Lu stated that DCBO Christopher Bailey is Mr. Lester's Supervisor and the Chief Building Official (CBO) is DCBO Bailey's supervisor followed by the Director of DCRA who supervises the CBO.

Ms. Lu stated that all of her complaints regarding S█████ B█████ and his wife, N█████ asserted that Mrs. B█████ faked her pregnancy by wearing a pillow or 'fake pregnancy belly.' Ms. Lu stated that she had 'reasonable proof' that Mrs. B█████ faked the pregnancy of their daughter who was born on █████ 2016. During the interview Special Investigator Lawson asked Ms. Lu on several occasions if Ms. Lu had ever seen S█████ B█████ wife's nude body while she was wearing a pillow or 'fake pregnancy belly.' Ms. Lu stated that she has never seen Ms. B█████ wearing a pillow or 'fake pregnancy belly' made of plastic, silicone, foam or any other material. Ms. Lu stated that whenever she saw Mrs. B█████ during her █████ 2016 pregnancy Mrs. B█████ was wearing clothing.

Ms. Lu stated that at the end of April of 2016, S█████ B█████ wife, N█████ visited DCRA's third floor. Ms. Lu stated that Mrs. B█████ offered to tell former DCRA Contact Representative Anthony Jones that she was pregnant. Ms. Lu stated:

> There was no sign [of pregnancy] on her body that day. On that day I saw her myself too…on the second floor. She did not look that way. But a couple days later she came back again. At that moment everybody clearly recall an impressively big bump, big bump on her body. And at a later time after the baby was born she offered to tell us…not us just a lot of people it was a past due pregnancy with induced labor. And also I have customers emailing me in writing clearly state that was an oddly shaped and probably while she's straining, she's not comfortable, she moves to the side, she put it back right away or something like that.

Ms. Lu stated:

> Do you know Alex, Alex (last name unknown) the original Mechanical Engineer who was there? Alex has a real baby at the same time. If not on the same day, within the very same month. At about September after four (4) months the baby was born the two (2) new fathers had a conversation.

11

Alex asked S██ B██ 'Hey S██ How's your baby doing?' That's four months. Do you know what S██ B██ say? She's doing well, she's walking around. Whose baby is walking around like four months old?

Special Investigator Lawson asked Ms. Lu how she learned of the conversation between Alex and Mr, B██ Ms. Lu stated, "Alex told me."

Special Investigator Lawson again asked Ms. Lu if she had ever seen N██ B██ in the nude wearing a pillow or a "fake pregnancy belly." Ms. Lu stated "No."

Ms. Lu stated that she has never met S██ B██ wife, N██ his stepmother, R█ B██ or any of his children.

Ms. Lu stated that her complaint against S██ B██ and his wife N██ is based on speculation and conjure.

Ms. Lu stated that on June 27, 2016, she filed a complaint with the D.C. Office of the Inspector General (OIG) stating that Mr. B██ wife had faked the pregnancy of their daughter who was born on ████ 2016 so that Mr. B██ could fraudulently obtained PFL for the fake pregnancy. Ms. Lu acknowledged that the OIG sent her a memorandum stating that they referred her complaint to DCRA and that the OIG case was closed. Ms. Lu was provided copies of her February 1, 2017 Freedom of Information Act request of the OIG which includes a copy of the memorandum to DCRA Director Melinda Bolling (Exhibit 8); a case activity log showing the different stages of Ms. Lu's complaint (Exhibit #9), the activity log list the complaint as a false complaint; and the OIG memorandum to Ms. Lu explaining that the complaint was referred to DCRA (Exhibit #10).

On Thursday, September 29, 2016, Ms. Lu sent an email of her complaint against Mr. B██ to Mia Brown and Special Investigator Lawson. On Thursday, October 27, 2016 Ms. Lu forwarded her complaint to Board of Ethics and Government Accountability (BEGA) Investigator Ileana Corrales (Exhibit #11). Ms. Lu was presented with the email printout for her review and confirmed that she prepared and sent the emails.

Ms. Lu admitted that she printed the 'fake pregnancy belly' Google search on January 30, 2016 while she sat at the Fire Protection Review desk during a POD meeting. Ms. Lu admitted that she left the 'fake pregnancy belly' Google search webpage (See Exhibit #2) in the desk drawer of the Fire Protection Review desk. Ms. Lu stated that she printed the 'fake pregnancy belly' Google search webpage for a friend of hers who resided in China at that time.

On Tuesday February 7, 2017, Ms. Lu forwarded an email entitled "FOIA Response" to Mia Brown and a superior Ingrid Jackson. Ms. Lu's email is on page five (5) of email thread dated Friday, May 12, 2017 to Mia Brown (Exhibit #12) states:

Hi

Please see attachments for FOIA Response – OIG Case 2016-1103 – I received from OIG on Wednesday February 1st, 2017. I am the

12

"Complainant" referred to in the letter. I reported it to OIG on June 27th, 2016 using my personal email. I identified myself completely with OIG in my first / initial report. I requested Confidentiality. My allegation was: S█ B█ did NOT have a baby in █ 2016. My concern was: He may have committed a fraud. My allegation and concern were based on my own observations and information shared with me by my coworkers.

S█ B█ was on fatherhood leave between May 19 and June 23, 2016. S█ B█ showed photos of a baby to coworkers sitting near him and claimed that was his daughter. Sidney Lester walked around and helped make announcement of arrival of a baby girl.

The reason I sent my reports to OIG in the first place was because I (originally) thought OIG would be in a better position to probe this case, as it is a law enforcement entity which has more authority to demand access to some highly classified / personal information when dealing with institutions (hospitals) and companies (healthcare providers and medical insurance companies, like Aetna, Kaiser and/or United), while performing this task. It was also out of confidentiality concerns. I am still requesting confidentiality. Yet the letter (dated October 28th, 2016) from OIG, which I received on February 1st, has indicated that DCRA would be in the best position to address this issue as they believe this is an HR issue. This is why I am sending this email to you. For my own sake, I chose not to copy this email to my supervisor Sydney Lester, nor share it with other management of my floor.

With all my respect, I wish – if I may – to hear some updates from you whether it has been substantiated (he did not have a baby in █ 2016), or unsubstantiated (he did). In case of the latter, I would admit I made an honest mistake. I understood most OIG investigations will generate 3 outcomes: substantiated, unsubstantiated, and inconclusive (not found). For this particular case, "inconclusive" is especially inapplicable We cannot say "He is somewhat having a baby and somewhat not". It must be a 100% Yes or 100% No. I reported this issue to OIG in an upright and candid manner. Now I wish – if I may – to get straightforward answer from DCRA HR.

I understand, respect and will follow the DC Codes referenced in OIG's letter. I will also strictly follow all the disciplines and rules of our own agency in relation to this matter. I will also obey and follow all of your direction and instructions.

Thank you.
Luchi

Ms. Lu was presented with the Tuesday, February 7, 2017 email printout for her review and confirmed that she prepared and sent the emails.

13

Ms. Lu stated that on Friday, February 10, 2017, she met with Walter Crawford and Ingrid Jackson to discuss her continuously sending her complaint against Mr. B███ to various internal and external D.C. government entities. On Friday, February 10, 2017, Ms. Lu sent the following email to Walter Crawford and copying Ingrid Jackson and Mia Brown (Exhibit #13):

> Mr. Crawford,
>
> Thank you for taking your time to notify me the result of this complaint. It has been a little bit distracting given the prolonged investigation. Now it has come to an end and makes a good relief. I respect and take it as our agency's decision.
>
> As stated, I was relying on my observation and comprehension as well as information voluntarily shared with me by several of my coworkers. I handled my reports and all information professionally hand responsibly. Below is the original / initial / first report I sent to OIG on June 27, 2016. I just want to be totally candid and open with all you HR professionals what I actually did, so as to clear out any misunderstanding, if any.
>
> From now on, there will be no more communications from me on this matter. You have my word. Thank you all for your time.

Special Investigator Lawson presented the Friday, February 10, 2017 email to Ms. Lu to review. Ms. Lu read her email aloud and then stated, "I broke my promise." Ms. Lu agreed that she directed her email to a superior, Mr. Crawford, and that she 'broke her promise.'

On Wednesday, May 10, 2017 OIG Hotline sent the following email to Ms. Lu:

> Dear Qing Lu:
>
> This correspondence is in response to your complaint regarding time and attendance and Paid Family Leave fraud. The Office of Inspector General (OIG) conducted an independent analysis of the documentation provided by the Department of Consumer and Regulatory Affairs (DCRA) and determined that no further action by the OIG is warranted.
>
> Please be advised that the D.C. OIG considers this matter closed. If we can assist you in matters involving fraud, waste and abuse within the District of Columbia government, please contact the OIG Hotline at (202) 724-TIPS (8477), or by email at hotline.oig@dc.gov.
>
> Sincerely,
>
> OIG Hotline

Ms. Lu was presented with the Wednesday, May 10, 2017 OIG email printout for her review and confirmed that she received the email.

14

On Wednesday, May 10, 2017 Ms. Lu emailed her complaint against S███ B███ entitled "Ethical / fraud report – initiative communication" to BEGA's Tameka Collier (Exhibit #14). Ms. Lu was presented with the Wednesday, May 10, 2017 BEGA email printout for her review and confirmed that she prepared and sent the email to Ms. Collier.

On Friday, May 12, 2017 Mia Brown sent Ms. Lu a reply to an extensive email Ms. Lu wrote to Ms. Brown on the same day (Exhibit #15). Ms. Lu claimed to have "NEW evidence" to indicate Ms. B███ committed fraud to obtain PFL approval. Ms. Lu relied on a photograph posted on Facebook showing Mr. B███ stepmother holding his daughter. Ms. Lu claimed Mr. B███ stepmother was the mother of Mr. B███ daughter. Ms. Lu also stated that staff members had conversations with Mr. B███ wife when she visited the POC. Ms. Lu also refers to the meeting she had with CAO Crawford on February 10, 2017 in her email.

Mia Brown's email reply to Ms. Lu states, "All required documentation has been provided by the employee for approved Paid Family Leave (PFL)." Mia Brown's email also recommended that Ms. Lu seek the assistance of INOVA in coping with the 'spiritual pain' that Ms. Lu claims she was suffering as a result of her complaint against Mr. B███

Ms. Lu was presented with the Friday, May 12, 2017 email printout for her review and confirmed that she prepared and sent the emails.

On Wednesday, May 17, 2017, Ms. Lu forwarded her email thread with Mia Brown to BEGA Investigator Ileana Corrales (Exhibit #16).

On Thursday, May 25, 2017, Ms. Lu sent an extensive email to BEGA Investigator Ileana Corrales stating that S███ B███ wife did not show physical signs of pregnancy (Exhibit #17). Ms. Lu claimed that Mr. B███ wife faked her pregnancy so that Mr. B███ could fraudulently obtain PFL so that Mr. B███ could cover the 'possible prison time' that he may have been sentenced to as a result of a June 23, 2016 trial for driving on a suspended license. The Charles County State's Attorney's Office entered a Nolle Prosequi for the driving on a suspended license charge.

Ms. Lu was presented with the Thursday, May 25, 2017 email printout for her review and confirmed that she prepared and sent the emails.

On Tuesday, July 25, 2017, Ms. Lu sent another email to BEGA Investigator Ileana Corrales wherein Ms. Lu expressed her displeasure that BEGA sent Ms. Lu a letter from the Interim Director and General Counsel stating that BEGA was no going to investigate Ms. Lu's complaint against Mr. B███ (Exhibit 18). Ms. Lu was presented with the Tuesday, July 25, 2017 email printout for her review and confirmed that she prepared and sent the emails. Interim Director Flowers' July 24, 2017 memorandum (Exhibit #18A) states:

> Dear Ms. Lu:
>
> This letter responds to your complaint to the Board of Ethics and Government Accountability ("BEGA") dated May 16, 2017, and subsequent conversations with BEGA staff, in which you provided to us

details about your co-worker, S███ B███ In your complaint you allege that Mr. B███ abused his Paid Family Leave by purchasing, or forgoing, a document to deceive the government about the birth of his daughter.

We analyzed the details of your complaint in light of the Board of Ethics and Government Accountability Establishment and Comprehensive Ethics Reform Amendment Act of 2011 ('Ethics Act"), effective April 27, 2012 (D.C. Law 19-124; D.C. Official Code § 1-1161.01, *et seq.*). After an interview with Mr. B███ and a review of relevant documents obtained by BEGA investigators, there is insufficient evidence to support a reasonable belief that a violation of the Code of Conduct occurred.

We appreciate your taking the time to forward this matter to our Office. If you have any questions please feel free to contact Investigator Ileana Corrales at 202-741-2130.

Sincerely,


Brian K. Flowers.


On Wednesday, August 2, 2017 Ms. Lu sent an extensive email to BEGA's Interim Director Brian K. Flowers (Page 2, Exhibit #19) regarding her complaint against S███ B███ and his wife BEGA case 1625-001. Ms. Lu's email states that on June 24, 2017, Ileana Corrales notified her that her complaint was 'closed because of insufficient evidence and privacy.' Ms. Lu's email states, "I have clearly responded "this case does involve an employee's spouse, who is so willing to cooperate in a deliberate fraud, but is does not involve a "child". The close of this case is NOT supported by official verification with the state record of Maryland government."

Ms. Lu was presented with the Wednesday, August 2, 2017 email printout for her review and confirmed that she prepared and sent the emails.

On Thursday, August 3, 2017, Ms. Lu sent the following email to DCBO Christopher Bailey:

Hi Chris . (sic) Thank you for taking time from your busy schedule meeting with me. You asked for a "date" of some communication. Now I am forwarding to you for your information. As said, I was seeking advice. I do NOT need you to discuss with anybody. If I choose to do it later, I will do it myself and take all the consequence responsibilities myself. Thank you again. Any further advice (sic), please let me know.

Thank you again,
Luchi

16

DCBO Bailey forwarded this email to CAO Walter Crawford on Thursday, August 3, 2017 (Exhibit #20). Ms. Lu was presented with the Thursday, August 3, 2017 email printout for her review and confirmed that she prepared and sent the emails.

Ms. Lu stated that on August 15, 2017 CBO Lynn Underwood had Ms. Lu come to his office on the fourth floor to meet with him and DCBO Christopher Bailey. Ms. Lu stated that CBO Underwood instructed her not to send anymore emails to Director Melinda Bolling or Executive Assistant Kandace Taylor. Ms. Lu stated that CBO Underwood instructed her to only pursue her complaint against S█████B██████with DCRA HR. Ms. Lu stated, "I strictly followed his (Underwood's) instructions." Ms. Lu stated that after her meeting with CBO Underwood and DCBO Bailey she took her complaint to DCRA HR only.

On Tuesday, August 15, 2017 CBO Lynn Underwood sent an email entitled "Luchi Lu" to HRO Ingrid Jackson. CBO Underwood copied his email to DCBO Christopher Bailey, Deputy Director Lori Parris, Director Melinda Bolling and Executive Assistant to the Director Kandace Taylor (Exhibit #21). CBO Underwood's email states:

> Chris and I just had a meeting with Luchi Lu regarding the issue with
> S███B██████. We told her not to have contact with anyone in DCRA
> except Human Relations about this issue. She acknowledged our direction
> and left the meeting with an understanding of our explicit direction.

Ms. Lu was presented with the Tuesday, August 15, 2017 email printout for her review and confirmed that she received CBO Underwood's instructions during the Tuesday, August 15, 2017 meeting that she had with CBO Underwood and DCBO Bailey.

On Monday, August 21, 2017 Luchi Lu sent an email to CBO Lynn Underwood and DCBO Christopher Bailey (See email Thread Exhibit #22) stating:

> Sir,
>
> Do you think this time HR is going to request his authorization to verify
> his document with DVR Maryland, or still just take it as true with no
> verification? Thank you.
>
> Luchi

Ms. Lu was presented with the Monday, August 21, 2017 email printout for her review and confirmed that she prepared and sent the emails.

On Tuesday, August 22, 2017, CBO Underwood sent a reply email to Ms. Lu copying Ingrid Jackson and DCBO Christopher Bailey (Exhibit #22) stating:

> Luchi,
> Please remember that I instructed you to take this issue ONLY to HR from
> now on. Please do not send these questions or any like them to anyone
> other than HR. Thank you

17

Lynn Underwood

Ms. Lu was presented with the Tuesday, August 22, 2017 email printout for her review and confirmed that she received the email and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017.

Despite CBO Underwood's supervisory instruction of Tuesday, August 22, 2017 Ms. Lu continued to send her complaint against S███ B███.

On Monday, September 11, 2017, Ms. Lu sent an email to HRO Ingrid Jackson asking for a response to Ms. Lu's emails entitled "Report to Director" that Ms. Lu sent on August 23, 2017 and August 25, 2017 (Exhibit #22A). Ms. Jackson sent Ms. Lu a reply on Monday September 11, 2017 which states:

> Good afternoon Ms. Lu,
>
> I apologize for my tardy response. Based on my review of his records, Mr. B███ has met all of the District government requirements in order to be eligible for Paid Family Leave and has taken the Leave in accordance with regulations. Further review reflects that your concerns have been investigated by both the Office of the Inspector General (OIG and the Board of Ethics and Government Accountability (BEGA). The OIG and BEGA informed the agency that they could not find any cause for the agency to take any disciplinary action against Mr. B███ and that the case is now closed.
>
> At this point, there is no further action required by representatives of the DC Department of Consumer and Regulatory Affairs (DCRA or any other District government agency.
>
> Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed.

Despite of HRO Jackson's email reply of Monday, September 11, 2017, Ms. Lu continued sending her complaint against Mr. B███ to D.C. government agencies, Councilmembers, news media service, private individuals and co-workers from September 11, 2017 until February 5, 2019.

On Tuesday, September 19, 2017, Ms. Lu emailed the complaint entitled "Report forgery crime to EOM" to Mayor Bowser, Bowser, Muriel (Executive Office of the Mayor [EOM]), ATD EOM3, and Bowser, Muriel (TRANSITION). Ms. Lu sent copies to Mark Tuohey (EOM), John Falcicchio (EOM and Beverly Perry (EOM) (Exhibit #23). Ms. Lu was presented with the Tuesday, September 19, 2017 email printout for her review and confirmed that she sent the email and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Tuesday, September 19, 2017, Ms. Lu sent an email that included her full complaint against S███ B███ entitled "Report to Director" to AFGE Chief Shop Steward and Housing Code Inspector Lakeitha Johnson (Exhibit #24). Ms. Lu was presented with the Tuesday, September

18

19, 2017 email printout for her review and confirmed that she sent the email and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Ms. Johnson is not part of DCRA HR.

On Friday, September 22, 2017, Ms. Lu sent another email with her complaint against S███ B███ entitled "Report forgery crime to EOM" to Mayor Bowser, Bowser, Muriel (Executive Office of the Mayor [EOM]), ATD EOM3, and Bowser, Muriel (TRANSITION). Ms. Lu sent copies to Mark Tuohey (EOM), John Falcicchio (EOM and Beverly Perry (EOM) (Exhibit #25). Ms. Lu was presented with the Friday, September 22, 2017 email printout for her review and confirmed that she sent the email and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Monday, September 25, 2017 and Tuesday, September 26, 2017, Ms. Lu exchanged emails regarding her complaint against S███ B███ entitled "Report forgery crime to EOM" with Jim Slattery of EOM and copied Joseph Wright of EOM (Exhibit #26). Ms. Lu was presented with the Monday, September 25, 2017 and the Tuesday, September 26, 2017 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Wednesday, September 27, 2017 Ms. Lu exchanged emails regarding her complaint against S███ B███ entitled "Report forgery crime to EOM" with Karuna Seshasai of EOM (Exhibit #27). Ms. Lu was presented with the Wednesday, September 27, 2017 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Ms. Seshasai is not part of DCRA HR.
Ms. Seshasai's email states:

> Good afternoon Ms. Lu,
>
> I did receive your email last Friday, September 22, and your voicemail. The Mayor's Office has also received your request for follow-up on the report you sent on September 19. This matter has been reported to and investigated by your agency, DCRA, the Office of the Inspector General, and the Board of Ethics and Government Accountability. I have also discussed the report with DCHR. Your allegations have been investigated by the aforementioned agencies and they have taken appropriate action. Thank you for bringing this to our attention, there will be no further action taken on our end.
>
> Best,
>
> Karuna

On Wednesday, September 27, 2017 Ms. Lu exchanged emails regarding her complaint against S███ B███ entitled "Report forgery crime to EOM" with Karuna Seshasai of EOM (Exhibit #27). Ms. Lu was presented with the Wednesday, September 27, 2017 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of

CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu's email to Ms. Seshasai states:

# How do you know he is not a **liar** ?

Special Investigator Lawson presented Ms. Lu with an email DCRA, Inspections and Compliance Administration Combination Code Inspector, Ronald Fones sent to Mia Brown on Wednesday, October 4, 2017 (Exhibit 27A). Inspector Fones' email states:

> Mia
>
> On September 4[th] around 9:30 am, I was approached by Luchi Lu, (4[th] floor elevator lobby) she was asking me if I heard about one of the plan reviews' getting PFML because his wife was wearing a false pregnancy belt. I told her I did not know who she was talking about.
>
> Lyn Underwood told me to report it to you.
>
> Inspector Fones

Ms. Lu stated that she trust Inspector Fones and if he wrote the email she must have spoken to him about her complaint against S█████ B█████ on September 4, 2017 as Inspector Fones stated in his email.

Between October 12, 2017 and November 30, 2017 Ms. Lu exchanged approximately twenty-eight (28) emails with approximately six (6) DCHR staff members, including DCHR Director Ventris Gibson, Ellen Brennan, Ledsema Smith-Mathis, Lissette Ortiz, Gia Stancell and Justin Zimmerman regarding her complaint against S█████ B█████. Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR. On Tuesday, November 28, 2017 Director Gibson sent the following email to Ms. Lu (Exhibit #28):

> Good Morning Ms. Lu:
>
> Thank you for your email. You requested that DCHR look into the allegation you made regarding a co-worker. Please know that DCHR, OIG and BEGA looked into your allegation and found no merit to your claim. As explained to you by members of my staff, this matter is now closed.
>
> Since this matter is closed, we are unable to assist you further.

Ms. Lu continued to send emails to DCHR after Ms. Gibson's November 28, 2017 email above. Ms. Lu sent eight more emails to various DCHR staff members insisting on a meeting with Director Gibson. Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed DCHR staff individuals are part of DCRA HR.

20

On Wednesday, January 31, 2018 Ms. Lu sent emails regarding her complaint against S█ B█ entitled "Paternity leave fraud at DC government –Wearing a pillow" to Fenit Nirappil of The Washington Post (Exhibit #29). Ms. Lu attached a photocopy of her D.C. government employee credentials to the email. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Mr. Nirappil is not part of DCRA HR.

On Tuesday, February 20, 2018 Ms. Lu again sent emails regarding her complaint against S█ B█ entitled "DCHR Response" to DCHR staff members Ellen Brennan, Ledsema Smith-Mathis, Lissette Ortiz, Gia Stancell and Justin Zimmerman regarding her complaint against S█ B█ (Exhibit #30). Ms. Lu claimed to have new information. Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Tuesday, February 20, 2018 Ms. Lu sent her complaint against S█ B█ and a complaint against Walter Crawford to Nolo Network, an employment law search website (Exhibit #31). Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that the above listed website is not part of DCRA HR. Ms. Lu wrote:

> One of my coworkers, s DC government employee submitted a fake birth certificate to HR and his wife was wearing a silicone bump around her belly underneath her clothes. This person took 8 weeks government paid fatherhood leave WITHOUT a baby!! I reported this fraud to HR with rock solid evidence obtained from me and from other employees. When I was calling to follow up, The agency's chief staff=HR manager called it harassment. He used "harassment" to threaten me. He said "if you continue you'll be dealt with". He knew revealing the truth will reveal his own incompetence and negligence.

On Tuesday, February 20, 2018 Ms. Lu again sent another email regarding her complaint against S█ B█ entitled "Request for a meeting" to Lakeitha Johnson (Exhibit #32). Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu again acknowledged that Ms. Johnson is not part of DCRA HR.

On Thursday, February 22, 2018 Ms. Lu again sent another email regarding her complaint against S█ B█ entitled "THANK YOU" to Lakeitha Johnson and AFGE Shop Steward and Housing Code Inspector William Harris (Exhibit #33). Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu again acknowledged that Ms. Johnson is not part of DCRA HR. Ms. Lu's email states:

> Mr. Harris,

> Thank you for taking time from your busy schedule to meet with me. I really appreciate it. Thank you for your advice.

Below is the email I sent to Ms. Mia Brown on 12-1-2017 after talking
with her in the lobby in this building, which was the very last email about
this matter. I will learn to work on myself to change my mindset. Thank
you again!

On Friday, February 23, 2018 Ms. Lu again sent another email regarding her complaint against
S   B   entitled "OIG Control #2016-1103" to Hotline Inspector General (Exhibit #34).
Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of
Tuesday, August 22, 2017. Ms. Lu acknowledged that Hotline Inspector General is not part of
DCRA HR.

On Friday, March 9, 2018 Ms. Lu sent emails regarding her complaint against S   B
entitled "Confidential Meeting Request" to DCRA EEO Counselor Rohan Reid (Exhibit #35).
Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of
Tuesday, August 22, 2017. Ms. Lu again acknowledged that Mr. Reid is not part of DCRA HR.

On Thursday, April 5, 2018 Ms. Lu again sent an email regarding her complaint against S
B   entitled "follow up" to former DCRA Director Melinda Bolling (Exhibit #36). Ms. Lu
stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday,
August 22, 2017. Ms. Lu acknowledged that Director Bolling is not part of DCRA HR. CBO
Underwood explicitly instructed Ms. Lu not to communicate her complaint to Director Bolling
after August 15, 2017. Despite this Ms. Lu sent emails requested a meeting with Director
Bolling about her complaint against S   B   .

On Monday, April 9, 2018 Ms. Lu sent emails regarding her complaint against S   B
entitled "Epidemic Paternity leave fraud by male DC government employees" to CNN's Heather
Brown, Lauren Cone, Community@Cnn and CNN,Feedback (Exhibit #37). Ms. Lu attached a
photocopy of her D.C. government employee credentials to the email. Ms. Lu was presented with
the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared,
sent and received the emails and that she was aware of CBO Underwood's verbal and written
instructions of Tuesday, August 22, 2017. Ms. Lu again acknowledged that none of the above
listed individuals are part of DCRA HR.

On Tuesday, April 10, 2018 Ms. Lu again sent another email regarding her complaint against
S   B   entitled "follow up" to former DCRA Director Melinda Bolling (Exhibit #38). Ms.
Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday,
August 22, 2017. CBO Underwood explicitly instructed Ms. Lu not to communicate her
complaint to Director Bolling after August 15, 2017. Despite this Ms. Lu continued sending
emails requesting a meeting with Director Bolling about her complaint against S   B

On Thursday, April 12, 2018 Ms. Lu sent BEGA investigation information to a
private citizen Tanya Hill of Permit Xperts (Exhibit #39). Ms. Lu's email to Ms.
Hill states:

Probably he wants to have total control as a manager, but it's not right.
But did you know his wife is a permit runner and he's fined $1,000 by
BEGA.

22

Check this out!

https://bega.dc.gov/sites/bega/files/publication/attachments/█████ Negotiated_Disposition.pdf

(see attachment)

On Monday, April 23, 2018 and Friday, April 27, 2018 Ms. Lu sent emails regarding her complaint against S███ B███ entitled "THANK YOU" to Keith Slade and Andrea Sumner (Exhibit #40). Ms. Lu stated that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR. Ms. Lu email to Ms. Sumner had Mr. B███ negotiated disposition with BEGA attached and states:

Update – Mr. and Mrs. Pillow – FYI

Have a good weekend…

Ms. Lu stated that her use of the words Mr. and Mrs. Pillow was intended to describe Mr. B███ and his wife. Ms. Lu admitted that she was intending to be disrespectful towards Mr. and Mrs. B███

On Wednesday, April 25, 2018 Ms. Lu sent emails regarding her complaint against S███ B███ entitled "Paternity leave fraud at DC government –Wearing a pillow" to Fenit Nirappil, J Capehart, Michelle Boorstein, and Paul Farhi of The Washington Post (Exhibit #41). Ms. Lu attached a photocopy of her D.C. government employee credentials to the email. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

Between Wednesday, May 23, 2018 and Wednesday, May 30, 2018 Ms. Lu exchanged emails regarding her complaint against S███ B███ entitled "Paternity leave fraud – using pillows for fake pregnancy" to Michelle Basch of WTOP (Exhibit #42). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Ms. Basch is not part of DCRA HR.

On Friday, June 1, 2018 Ms. Lu exchanged emails regarding her complaint against S███ B███ entitled "DC gov worker's wife faked pregnancy, worker took paternity leave" to Rick Yarborough of NBC Universal (Exhibit #43). Ms. Lu attached a photocopy of her D.C. government employee credentials to the email. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Mr. Yarborough is not part of DCRA HR.

On Wednesday, August 15, 2018 Ms. Lu sent another email regarding her complaint against S███ B███ entitled "DCHR Response – Follow up with the Director" to Rick Yarborough of NBC Universal (Exhibit #44). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that Mr. Yarborough is not part of DCRA HR.

Between Tuesday, September 28, 2018 and Wednesday, November 7, 2018 Ms. Lu exchanged numerous emails regarding her complaint against S███ B███ entitled "wearing pillow for 8 weeks paternity leave" to City Paper reporters Caroline Jones and Morgan Baskin (Exhibits #45 and #46). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that neither Ms. Jones nor Ms. Baskin Mr. Yarborough is part of DCRA HR.

Between Wednesday, October 16, 2018 and Monday, November 12, 2018 Ms. Lu exchanged numerous emails regarding her complaint against S███ B███ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmembers Anita Bonds, Elissa Silverman, Brianne K. Nadeau and several council staff members including I. Kang, D. Meadows, M. Blackwell, C. Royster, T. Jackson and T. Fazzni (Exhibit #47). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Wednesday, October 16, 2018 Ms. Lu sent an email regarding her complaint against S███ B███ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmember Brianne K Nadeau and Chief of Staff Michelle Loggins (Exhibit #48). Ms. Lu attached a screenshot of S███ B███ DCRA telephone directory contact page showing his photo (Exhibit #49). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Wednesday, October 17, 2018 Ms. Lu sent an email regarding her complaint against S███ B███ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmember Elissa Silverman and Chief of Staff Michele Blackwell (Exhibit #50). Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Friday, November 2, 2018 Ms. Lu sent an email regarding her complaint against S███ B███ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmember Brianne K Nadeau (Exhibit #51) asking for an update. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO

24

Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Monday, November 12, 2018 Ms. Lu sent an email regarding her complaint against S█ B█ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmember Brianne K Nadeau (Exhibit #52) again asking for an update. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

On Monday, November 26, 2018 Ms. Lu sent an email regarding her complaint against S█ B█ entitled "Important info to share" to Councilmember Brianne K Nadeau (Exhibit #53). Ms. Lu attached screenshots of N█ B█ Facebook photographs (Exhibit #54. In the email Ms. Lu alleges that photograph #2 is of S█ B█ paternal half-sister. The woman in photograph #2 is Mr. B█ stepmother. Ms. Lu was presented with the Wednesday, April 25, 2018 email printout for her review and confirmed that she prepared, sent and received the emails and that she was aware of CBO Underwood's verbal and written instructions of Tuesday, August 22, 2017. Ms. Lu acknowledged that none of the above listed individuals are part of DCRA HR.

Despite the fact that CBO Lynn Underwood issued verbal and written direct supervisory instructions to Ms. Lu on August 15, 2017 and on August 22, 2017, on Tuesday, February 5, 2019 Mayor Muriel Bowser and DCRA Director Ernest Chrappah were touring DCRA Permit Operations Center when Ms. Lu approached Mayor Bowser and informed her of her complaint against S█ B█ while Director Chrappah listened.

Despite the fact that CBO Lynn Underwood issued verbal and written direct supervisory instructions to Ms. Lu on August 15, 2017 and on August 22, 2017, on Wednesday, February 6, 2019 Ms. Lu sent an email entitled "Report to Mayor Bowser – Wearing pillow for paternity leave" to Director Chrappah and Mayor Bowser (Exhibit #55).

During the audio recorded investigatory interview Ms. Lu stated, "My allegation is the baby that does not exist." Special Investigator Lawson informed Ms. Lu that a baby does exist and was born from Mrs. B█ pregnancy on █ 2016. Ms. Lu also stated:

> I was hired and I am hired as a well-paid professional engineer. When you showed me all this stuff I did not realize I wrote this much you know it's really a lot [of] time. I don't know when since I become a DA that's not my job it's presumptuous. If at some point I ahh (sic) made a mistake, that's an honest mistake. I just tried to do the right thing. The current HR policy whenever you give them a piece of paper they don't verify. Paternity leave is very easy to do compared (sic) to maternity leave especially when the spouse is not working for DCRA. You know you can just say 'I got a girlfriend who's pregnant; you got a paper they don't verify. You know I just try to make this point to help DCHR realize currently there's some problem in it. But if at any point I cross the line; cause some pressure or some bad feelings on Mr. and Mrs. B█ I apologize. That was not my intention. I never meant anything bad...

25

And now you know my email has been tightly monitored you know I'm not going to pursue any further [on this]...I apologize.

Special Investigator Lawson reminded Ms. Lu that when she first started filing complaints, Mia Brown emailed her and told her that Mr. B██ met all of the qualifications for approval of his PFL; that CAO Walter Crawford told her that the matter was closed because Mr. B██ met all of the required qualifications for his PFL; that OIG informed her that her complaint was referred to DCRA and they considered the matter closed; that BEGA also responded to her complaint stating that they considered the matter closed and refused to investigate because there was no foundation to her complaint; then DCHR Director Ventris Gibson told her that the matter regarding her complaint was closed because all of the qualifications for PFL were met by Mr. B██ finally DCRA Director Melinda Bolling told her that her complaint has not merit and was without any foundation.

Yet despite of all this, she continued filing complaints over and over and over to the same D.C. government agencies, D.C. Councilmembers, entities outside of the D.C. government including private companies and various news media services.

Ms. Lu stated;

> I just want to pointed out currently there is some problem with the DCHR policy. They don't verify...can you explain why [S██ B██ told Alex (last name unknown] his daughter is walking around like 4 month old.

> Thank you for your time. I didn't know I have, this so much time. I did not realize you know I have spent so much time on this which is really out of my specified responsibility but I meant well. I did not meant (sic) to hurt anybody or be malicious or something. I just made the judgment based on some reasonable self and combined with the input from a co-worker...

Special Investigator Lawson informed Ms. Lu that the first six (6) months of her complaining or even the first year of her complaining might have been reasonable but she has continued her complaining for two and a half years. Ms. Lu responded, "That long...my bad, I'm sorry."

## Investigative Conclusions and Results

This investigation, determined that there is sufficient evidence to sustain findings that Qing (Luchi) Lu, Fire Protection Engineer with DCRA's Technical Review Branch of the Permit Operations Division, violated the D.C. Personal Regulations Chapter 16, Corrective and Adverse Actions and Chapter 18, Employee Conduct:

## Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(a) Conduct prejudicial to the District of Columbia Government, including:

(3) Conduct that an employee should have reasonably known is a violation of law or regulation;

26

To wit:
On Tuesday, February 12, 2019, Special Investigator Lawson conducted an audio recorded interview with Fire Protection Engineer Qing (Luchi) Lu regarding Ms. Lu's complaint allegation that Fire Protection Engineer S████ B████ fraudulently obtained approved Paid Family Leave (PFL) because Mr. B████ wife, N████ B████, faked a pregnancy and birth of L████ B████ born ████ 2016.

During the interview Ms. Lu admitted that between June of the year 2016 and February of the year 2019, she engaged in a course of conduct directed at Mr. and Mrs. B████ that Ms. Lu should have known would cause a reasonable person in the individual's circumstances to:

(A) Fear for his or her safety or to the safety of another person;
(B) Feel seriously alarmed, disturbed, or frightened; or
(C) Suffer emotional distress.

In making this admission Ms. Lu knew or reasonably should have known that she was violating D.C. Official Code (Criminal) § 22-3133. Stalking.

**Mr. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(b) False Statements, including:**

(2) Misrepresentation, falsification, or concealment of material facts or records in connection with an official matter;

(4) Knowingly and willfully reporting false or misleading information or purposely omitting material facts to any supervisor.

To wit:
Between May 19, 2016 and February 5, 2019 Ms. Lu repeatedly filed false and fictitious complaints against Mr. and Mrs. B████ with OIG (twice), BEGA (twice), DCHR (twice), DCRA Director (twice), DCRAHR (twice), three DC Councilmembers (Bonds, Nadeau and Silverman), Mayor Bowser (Three times), Executive Office of the Mayor (three times), CNN, WTOP, NBC Universal, The Washington Post, The City Paper. Ms. Lu's complaint asserted that Mr. B████ submitted fake documents to DCRA HR for approval of his PFL. Mr. B████ submitted authentic documentation that satisfied the PFL requirements. Ms. Lu's complaint asserted that during Mrs. B████ pregnancy with their daughter L████, Ms. B████ wore a pillow or a 'fake pregnancy belly.' Ms. Lu admitted that she has no proof that Ms. B████ ever wore a pillow or a 'fake pregnancy belly' and Ms. Lu has never observed Ms. B████ in the nude or her nude abdomen wearing a pillow or 'fake pregnancy belly.'

On June 27, 2016 Ms. Lu filed a complaint with the Office of the Inspector General. The Office of the Inspector General's Hotline described Ms. Lu's complaint as "False claims or statements." On July 14, 2016 Deputy Inspector General RAFP closed Ms. Lu's complaint as deemed it insufficient to open an investigation. On July 18 2016 and August 1, 2016, Ms. Lu contacted OIG for a status check of her complaint against Mr. and Mrs.

27

B    OIG reopened the case on August 23, 2016. Case was closed by OIG on October 17, 2016 stating. "Based on an assessment of the information provided by the complainant, this matter does not warrant an investigation by Investigations Unit (IU). It is recommended that this matter be referred to DCRCA with no response requested as both allegations are HR issues." (See Exhibit #9).

On Friday, February 10, 2017 Ms. Lu met with CAO Walter Crawford and HRO Ingrid Jackson regarding her complaint against Mr. and Mrs. B   . After the meeting Ms. Lu sent an email to Mr. Crawford and copied Ms. Jackson, both were Ms. Lu's superiors:

> Mr. Crawford,
>
> Thank you for taking the time to notify me the result of this complaint. It has been a little bit distracting given the prolonged investigation. Now it has come to an end and makes a good relief. I respect and take it as our agency's decision...
>
> From now on, there will be no more communications from me on the matter. You have my word. Thank you all for your time.

Ms. Lu continued to communicating her complaint to various D.C. government agencies, D.C. Councilmembers, media services, Mayor Bowser and Director Chrappah from February 10, 2017 until February 5, 2019.

During her audio recorded investigatory interview Ms. Lu stated that she printed out a Google search webpage of a 'fake pregnancy belly' (See Exhibit #2) for a friend who lives China as a joke. Ms. Lu sent the same fake pregnancy belly to Director Bolling to show how Ms. B    could have used a fake pregnancy belly to fake the pregnancy of their daughter L   who was born   2016.

**On numerous occasions between August 15, 2017 and February 5, 2019 Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(d) Failure/Refusal to Follow Instructions, including §1607.2(d) Failure/Refusal to Follow Instructions:**

(1) Negligence, including the careless failure to comply with rules, regulation, written procedures, or proper supervision.

On Tuesday, August 15, 2017, CBO Lynn Underwood and DCBO Christopher Bailey met with Ms. Lu and gave her explicit verbal instruction to not have any contact with anyone in DCRA except Human Relations about her complaint against Mr. and Mrs. B    CBO Underwood followed up his instruction to Ms. Lu in writing by sending the following email to HRO Jackson, DCBO Bailey, Director Melinda Bolling, Deputy Director Lori Parris and Executive Assistant Kandace Taylor:

> Chris and I just had a meeting with Luchi Lu regarding the issue with S    B   . We told her not to have contact with anyone in DCRA except Human Relations about this issue. She acknowledged our direction and left the meeting with an understanding of our explicit direction.

28

Despite being given explicit verbal and written instructions by her superiors CBO Underwood and DCBO Bailey, Ms. Lu continued sending emails to AFGE Chief Shop Steward Lakeitha Johnson on Tuesday September 19, 2017, Rohan Reid on Friday March 9, 2018 and Director Bolling from Tuesday, April 10, 2018 and continued sending about ten (10) emails to Director Bolling until November of 2018.

On Tuesday, August 22, 2017, CBO Underwood sent Ms. Lu an email affirming the following written instructions:

> Luchi,
> Please remember that I instructed you to take this issue only to HR from now on. Please do not send these questions or anything like them to anyone other than HR. Thank you.
>
> Lynn Underwood

On Monday, September 11, 2017 HRO Jackson sent Ms. Lu an email stating on Monday September 11, 2017 which states:

> Good afternoon Ms. Lu,
>
> I apologize for my tardy response. Based on my review of his records, Mr. B███ has met all of the District government requirements in order to be eligible for Paid Family Leave and has taken the Leave in accordance with regulations. Further review reflects that your concerns have been investigated by both the Office of the Inspector General (OIG and the Board of Ethics and Government Accountability (BEGA). The OIG and BEGA informed the agency that they could not find any cause for the agency to take any disciplinary action against Mr. B███ and that the case is now closed.
>
> At this point, there is no further action required by representatives of the DC Department of Consumer and Regulatory Affairs (DCRA or any other District government agency.
>
> Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed.

Despite being given explicit verbal and written instructions by her superior CBO Underwood, and despite HRO Jackson's assertion that there was no cause for Ms. Lu to file any additional complaints against Mr. B███, Ms. Lu continued sending emails to Rohan Reid on Friday March 9, 2018 and Director Bolling from Tuesday, April 10, 2018 and continued sending emails to:

- On Friday, September 22, 2017, Ms. Lu sent another email with her complaint against S██ B██ entitled "Report forgery crime to EOM" to Mayor Bowser, Bowser, Muriel (Executive Office of the

29

Mayor [EOM]), ATD EOM3, and Bowser, Muriel (TRANSITION).
Ms. Lu sent copies to Mark Tuohey (EOM), John Falcicchio (EOM
and Beverly Perry (EOM).

- On Monday, September 25, 2017 and Tuesday, September 26,
  2017, Ms. Lu exchanged emails regarding her complaint against
  S███ B███ entitled "Report forgery crime to EOM" with Jim
  Slattery of EOM and copied Joseph Wright of EOM.

- On Wednesday, September 27, 2017 Ms. Lu exchanged emails
  regarding her complaint against S███ B███ entitled "Report
  forgery crime to EOM" with Karuna Seshasai of EOM.

- Between October 12, 2017 and November 30, 2017 Ms. Lu
  exchanged approximately twenty-eight (28) emails with
  approximately six (6) DCHR staff members, including DCHR
  Director Ventris Gibson, Ellen Brennan, Ledsema Smith-Mathis,
  Lissette Ortiz, Gia Stancell and Justin Zimmerman regarding her
  complaint against S███ B███

- Ms. Lu continued to send emails to DCHR after Ms. Gibson's
  November 28, 2017 email.  Ms. Lu sent eight more emails to
  various DCHR staff members insisting on a meeting with Director
  Gibson.

- On Thursday, April 5, 2018 Ms. Lu again sent an email regarding
  her complaint against S███ B███ entitled "follow up" to former
  DCRA Director Melinda Bolling.

- On Monday, April 9, 2018 Ms. Lu sent emails regarding her
  complaint against S███ B███ entitled "Epidemic Paternity leave
  fraud by male DC government employees" to CNN's Heather
  Brown, Lauren Cone, Community@Cnn and CNN.Feedback
  (Exhibit #XX). Ms. Lu attached a photocopy of her D.C.
  government employee credentials to the email.

- On Tuesday, April 10, 2018 Ms. Lu again sent another email
  regarding her complaint against S███ B███ entitled "follow up"
  to former DCRA Director Melinda Bolling. Ms. Lu continued
  sending emails requesting a meeting with Director Bolling about
  her complaint against S███ B███

- On Thursday, April 12, 2018 Ms. Lu sent BEGA investigation
  information to a private citizen Tanya Hill of Permit Xperts.

- On Monday, April 23, 2018 and Friday, April 27, 2018 Ms. Lu
  sent emails regarding her complaint against S███ B███ entitled

30

"THANK YOU" to DCRA employees Keith Slade and Andrea Sumner;

- On Wednesday, April 25, 2018 Ms. Lu sent emails regarding her complaint against S▇ B▇ entitled "Paternity leave fraud at DC government –Wearing a pillow" to Fenit Nirappil, J Capehart, Michelle Boorstein, and Paul Farhi of The Washington Post.

- Between Wednesday, May 23, 2018 and Wednesday, May 30, 2018 Ms. Lu exchanged emails regarding her complaint against S▇ B▇ entitled "Paternity leave fraud – using pillows for fake pregnancy" to Michelle Basch of WTOP.

- On Friday, June 1, 2018 Ms. Lu exchanged emails regarding her complaint against S▇ B▇ entitled "DC gov worker's wife faked pregnancy, worker took paternity leave" to Rick Yarborough of NBC Universal.

- On Wednesday, August 15, 2018 Ms. Lu sent another email regarding her complaint against S▇ B▇ entitled "DCHR Response – Follow up with the Director" to Rick Yarborough of NBC Universal.

- Between Tuesday, September 28, 2018 and Wednesday, November 7, 2018 Ms. Lu exchanged numerous emails regarding her complaint against S▇ B▇ entitled "wearing pillow for 8 weeks paternity leave" to City Paper reporters Caroline Jones and Morgan Baskin.

- Between Wednesday, October 16, 2018 and Monday, November 12, 2018 Ms. Lu exchanged numerous emails regarding her complaint against S▇ B▇ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmembers Anita Bonds, Elissa Silverman, Brianne K. Nadeau and several council staff members including I. Kang, D. Meadows, M. Blackwell, C. Royster, T. Jackson and T. Fazzni.

- On Wednesday, October 17, 2018 Ms. Lu sent an email regarding her complaint against S▇ B▇ entitled "Report to council members of District of Columbia – a crime committed by a DCRA employee at work" to Councilmembers Brianne K Nadeau, Elissa Silverman and Michelle Loggins .

- Between Tuesday, September 28, 2018 and Wednesday, November 7, 2018 Ms. Lu exchanged emails regarding her complaint against S▇ B▇ entitled "wearing pillow for 8 weeks paternity leave" to City Paper reporters Caroline Jones and Morgan Baskin.

31

Despite the fact that CBO Lynn Underwood issued verbal and written direct supervisory instructions to Ms. Lu on August 15, 2017 and on August 22, 2017, on Tuesday, February 5, 2019 Mayor Muriel Bowser and DCRA Director Ernest Chrappah were touring DCRA Permit Operations Center when Ms. Lu approached Mayor Bowser and informed her of her complaint against S█ B█ while Director Chrappah listened.

Despite the fact that CBO Lynn Underwood issued verbal and written direct supervisory instructions to Ms. Lu on August 15, 2017 and on August 22, 2017, on Wednesday, February 6, 2019 Ms. Lu sent an email entitled "Report to Mayor Bowser – Wearing pillow for paternity leave" to Director Chrappah and Mayor Bowser.

**Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 18; §1800.3(n) Employees shall not take actions creating the appearance that they are violating the law or ethical standards set forth in this chapter. Whether particular circumstances create an appearance that the law or these standards have been violated shall determine from the perspective of a reasonable person with knowledge of the relevant facts:**

To wit:
On Tuesday, February 12, 2019, Special Investigator Lawson conducted an audio recorded interview with Fire Protection Engineer Qing (Luchi) Lu regarding Ms. Lu's complaint allegation that Fire Protection Engineer S█ B█ fraudulently obtained approved Paid Family Leave (PFL) because Mr. B█ wife, N█ B█, faked a pregnancy and birth of L█ B█ born █ 2016.

During the interview Ms. Lu admitted that between June of the year 2016 and February of the year 2019, she engaged in a course of conduct directed at Mr. and Mrs. B█ that Ms. Lu should have known would cause a reasonable person in the individual's circumstances to:

(D) Fear for his or her safety or to the safety of another person;
(E) Feel seriously alarmed, disturbed, or frightened; or
(F) Suffer emotional distress.

In making this admission Ms. Lu knew or reasonably should have known that she was violating D.C. Official Code (Criminal) § 22-3133. Stalking.

Tyrone Q. Lawson, Investigator    2/23/2019 Date

**EXHIBITS**
**Since Ms. Lu's email threads are lengthy and most contain the same information only the first one or two relevant pages will be used as exhibits.**
Exhibit #1 – Mr. B█ email to CAO Crawford entitled "Workplace Harassment by Fellow Employee" dated November 8, 2018.

32

Exhibit #1A – Copy of the statement entitled "Time during the POD Thursday meeting 9:10am" dated Thursday, February 2nd that DCBO Bailey sent to HRO Ingrid Jackson in February of 2017.

Exhibit #2 – Copy of the fake pregnant belly' Google search webpage that Mr. B███found in the Fire Protection Review customer service desk on 1/26/2017.

Exhibit #3 – Printout of email thread DCBO Bailey sent to HRO Jackson with Mr. B███ complaint and DCBO Bailey's statement, dated 2/2/2017 and 2/1/2017.

Exhibit #3A – Photo of Mr. B███ stepmother holding his daughter when they toured the White House. Child's face was intentionally blacked out.

Exhibit #4 – Copy of Ms. Lu's Post It note written to Ms. Taylor.

Exhibit #5 – Copy of a fake birth certificate Ms. Lu sent to Ms. Taylor to show Director Bolling that a fake birth certificate can be prepared.

Exhibit #6 – Garrity Rights Notification Form signed by Ms. Lu on 2/12/2019.

Exhibit #7 – Printout of the official Position Description for Fire Protection Engineer.

Exhibit #8 – Copy of OIG FOIA request letter to Ms. Lu, dated 2/1/2017.

Exhibit #9 – Copy of OIG complaint tracking "Update Complaint Memorandum Form" for complaint # 2016-1103 showing Ms. Lu's complaint as 'false claims or statement', dated 6/27/2016.

Exhibit #10 – Copy of OIG complaint referral letter to Director Bolling for complaint #2016-1103, dated 10/28/2016.

Exhibit #11 – Printout of Ms. Lu's email to BEGA's Ms. Corrales and Ms. Foster entitled "His Supervision" , sent 10/27/2016

Exhibit #12 – Printout of Ms. Lu's email forwarded to Mia Brown entitled "FOIA Response", dated 2/7/2017.

Exhibit #13 – Printout of Ms. Lu's email to CAO Crawford, HRO Jackson, and Mia Brown entitled "Thank you." The email thread includes Ms. Lu's complaint against Mr. B███ dated 22/10/2017.

Exhibit #14 – Printout of Ms. Lu's email to BEGA's Ms. Collier dated 5/10/2017.

Exhibit #15 – Printout of Mia Brown's email reply to Ms. Lu entitled "seeking advice" dated 5/12/2017.

Exhibit #16 – Printout of Ms. Lu forwarded email thread entitled "seeking advice" with Mia Brown to BEGA Investigator Ileana Corrales, dated 5/17/2017

Exhibit #17 – Printout of Ms. Lu's email to BEGA Investigator Corrales entitled "Reports – OIG 2012-1103", dated 5/25/2017.

Exhibit #18 – Printout of Ms. Lu's email to BEGA Investigator Corrales entitled "Board of Ethics & Government Accountability", dated 7/25/2017.

Exhibit #18A – Copy of BEGA's Interim Director Flowers' memorandum to Ms. Lu closing the complaint she filed against Mr. B███ with BEGA, dated 7/24/2017.

Exhibit #19 – Printout of Ms. Lu's email to BEGA Interim Director Flowers entitled "BEGA case 1625-001", dated 8/3/2017.

Exhibit #20 – Printout of Ms. Lu's email to DCBO Bailey entitled "Thank you", dated 8/3/2017.

Exhibit #21 – Printout of Mr. Underwood's email entitled "Luchi Lu" to HRO Jackson, DCBO Bailey, Director Bolling Deputy Director Parris and Ms. Taylor stating that Ms. Lu was instructed not to discuss her complaint against Mr. B███ outside DCRA HR, dated 8/15/2017.

Exhibit #22 – Printout of Ms. Lu's email to CBO Underwood and DCBO Bailey entitled "Report to Director" and CBO Underwood's reply with written supervisory instruction, dated 8/21/2017 and 8/22/2017.

Exhibit #22A – Printout of HRO Jackson's email reply to Ms. Lu entitled "Report to Director" wherein Ms. Jackson informed Ms. Lu that that complaint was closed by all D.C. government agencies, dated 9/11/2017.

Exhibit #23 – Printout of Ms. Lu's email complaint entitled "Report forgery crime to EOM" to Mayor Bowser, Bowser, Muriel (Executive Office of the Mayor [EOM]), ATD EOM3, and Bowser, Muriel (TRANSITION). Ms. Lu sent copies to Mark Tuohey (EOM), John Falcicchio (EOM and Beverly Perry (EOM), dated 9/19/2017.

Exhibit #24 – Printout of Ms. Lu's email to Ms. Johnson entitled "Report to Director", dated 9/19/2017.

Exhibit #25 – Printout of Ms. Lu's email complaint against S█████ B████ entitled "Report forgery crime to EOM" to Mayor Bowser, Bowser, Muriel (Executive Office of the Mayor [EOM]), ATD EOM3, and Bowser, Muriel (TRANSITION). Ms. Lu sent copies to Mark Tuohey (EOM), John Falcicchio (EOM and Beverly Perry (EOM), dated 9/22/2017.

Exhibit #26 – Printout of Ms. Lu email exchanged regarding her complaint against S████ B████ entitled "Report forgery crime to EOM" with Mr. Slattery of EOM and copied Mr. Wright of EOM, dated 9/26/2017

Exhibit #27 – Printout of Ms. Lu's email exchanged regarding her complaint against S████ B████ entitled "Report forgery crime to EOM" with Ms. Seshasai of EOM, dated 9/27/2017.

Exhibit #27A – Printout of Inspector Fones' email to Mia Brown regarding his contact with Ms. Lu complaining about a DCRA employee faking a pregnancy to get PFL, dated 10/4/2017.

Exhibit #28 – Printout of DCHR's Director Gibson's email to Ms. Lu entitled "DCHR Response" dated 11/28/2017.

Exhibit #29 – Printout of Ms. Lu's email exchange with Mr. Nirappil of The Washington Post , dated 1/30/2018 and 1/31/2018.

Exhibit #30 – Printout of Ms. Lu's email regarding her complaint against Mr. B████ entitled "DCHR Response" to DCHR staff members Ms. Brennan, Ms. Smith-Mathis, Ms. Ortiz, Ms. Stancell and Mr. Zimmerman regarding her complaint against S████ B████, dated 2/20/2018

Exhibit #31 – Printout of Ms. Lu's email submission with Nolo Network entitled "Case Review #599-9C6-447F from employmentlawfirms.com, dated 2/20/2018.

Exhibit #32 – Printout of Ms. Lu's email to Housing Inspector Johnson entitled "Request for a meeting" dated 2/20/2018.

Exhibit #33 – Printout of Ms. Lu's email to Housing Inspectors Johnson and Harris, dated 2/22/2018.

Exhibit #34 – Printout of Ms. Lu's email to Hotline Inspector General (OIG) entitled "OIG Control #2016-1103", dated 2/23/2018.

Exhibit #35 – Printout of Ms. Lu's email exchange with Mr. Reid, dated 3/9/2018.

Exhibit #36 – Printout of Ms. Lu's email to Director Bolling entitled "follow up", dated 4/5/2018.

Exhibit #37 – Printout of Ms. Lu's email entitled "Epidemic Paternity leave fraud by male DC government employees" to Ms Brown, Ms. Cone, Community and CNN.Feedback of CNN, with Ms. Lu's D.C. government employee ID attached, dated 4/9/2018.

Exhibit #38 – Printout of Ms. Lu's email entitled "follow up" , dated 4/10/2018.

Exhibit #39 – Printout of Ms. Lu's email exchange entitled "Distribution of EA, ER and EA jobs" with Ms. Hill of PermitXperts , dated 4/12/2018.

34

Exhibit #40 – Printout of Ms. Lu's email entitled "THANK YOU !" to Ms. Sumner dated 4/27/2018.

Exhibit #41 – Printout of Ms. Lu's email entitled "Paternity leave fraud at DC government – Wearing a pillow" to Mr. Nirappil of The Washington Post. Ms. Lu attached a copy of her D.C. government photo ID, dated 4/25/2018.

Exhibit #42 – Printout of Ms. Lu's email entitled "Paternity leave fraud – using pillows for fake pregnancy" to Ms. Basch of WTOP , dated 5/30/2018.

Exhibit #43 – Printout of Ms. Lu's email entitled "DC gov worker's wife faked pregnancy, worker took paternity leave?!" sent to Mr. Yarborough, Mr. Glassman, Ms. Weston NBCUNI DC, dcnews and NBC Uni WRC Desk. Ms. Lu attached a photocopy of her D.C. government employee ID, dated 6/1/2018.

Exhibit #44 – Printout of Ms. Lu's email exchange entitled "DC gov worker's wife faked pregnancy, worker took paternity leave?!" with to Mr. Yarborough of NBC Universal, dated 8/15/2018.

Exhibit #45 – Printout of Ms. Lu's email entitled "wearing pillow for 8 weeks paternity leave" to Ms. Jones of the Washington City Paper, dated 9/28/2018.

Exhibit #46 – Printout of Ms. Lu's email entitled "THANK YOU !" sent to Ms. Baskin of the Washington City Paper, dated 11/7/2018.

Exhibit #47 – Printout of Ms. Lu's email entitled "Report to council members of District o f Columbia –a crime committed by DCTA employee at work" to Councilmembers Anita Bonds, Elissa Silverman, Brianne K. Nadeau and several council staff members including I. Kang, D. Meadows, M. Blackwell, C. Royster, T. Jackson and T. Fazzni, dated 10/16/2018

Exhibit #48 – Printout of Ms. Lu's email entitled "Report to council members of District o f Columbia –a crime committed by DCTA employee at work" to Councilmember Brianne K Nadeau and Chief of Staff Michelle Loggins, dated 10/16/2018.

Exhibit #49 – Printout of screenshots of Mr. B████ DCRA telephone directory page and screenshot of Facebook posted photo of Mr. B████ and his family with Santa Clause Ms. Lu sent to Councilmember Nadeau and Ms. Loggins attached to her email dated 10/16/2018.

Exhibit #50 – Printout of Ms. Lu's email entitled "Report to council members of District o f Columbia –a crime committed by DCTA employee at work" to Councilmember Elissa Silverman and Chief of Staff Michele Blackwell, dated 10/17/2018.

Exhibit #51 – Printout of Ms. Lu's email entitled "Report to council members of District o f Columbia –a crime committed by DCTA employee at work" to Councilmember Brianne K. Nadeau, dated 11/2/2018.

Exhibit #52 – Printout of Ms. Lu's email entitled "Report to council members of District o f Columbia –a crime committed by DCTA employee at work" to Councilmember Brianne K Nadeau, dated 11/12/2018.

Exhibit #53 – Printout of Ms. Lu's email entitled "Important info to share" to Councilmember Brianne K Nadeau, dated 11/26/2018.

Exhibit #54 – Printout of 7 screenshots of Facebook posted photo of Mr. B████ and his family Ms. Lu sent to Councilmember Nadeau attached to her email dated 11/26/2018.

Exhibit #52 – Printout of Ms. Lu's email entitled "Report to Mayor Bowser –Wearing pillow for paternity leave" to Mayor Bowser and Director Chrappah, dated 2/6/2019.

Confidential Subject to Protective Order      Lu v. DC et al1-20-cv-00461_00000185

*Exhibit #1*

## Crawford, Walter (DCRA)

| | |
|---|---|
| **From:** | B___ S___ (DCRA) |
| **Sent:** | Thursday, November 08, 2018 11:46 AM |
| **To:** | Crawford, Walter (DCRA) |
| **Cc:** | Lester, Sydney (DCRA); Bailey, Christopher (DCRA) |
| **Subject:** | Workplace Harassment by Fellow Employee |

Good Morning Mr. Crawford,

This harassment issue with Luchi Lu is on the rise again, or should I just say, still persists. A few days ago (last week), while I was waiting in the 3rd office pantry to warm my lunch, she was also present using the microwave. Mr. Lester also happened to show up while I was waiting. Surprisingly, Luchi then proceeded to question me in her usual sarcastic manner about my daughter, implying that my Stepmother (R___) was actually my daughter's mother; still referencing the picture she saw on the Facebook posting of my Stepmother and my daughter.

Again today (11/8/2018), about 10:48am in the presence of Ms. Sharon Brown in the lobby Suite E340, she again, suggested to Ms. Brown (while I was discussing another issue with Ms. Brown), that she will be purchasing pillows to strap to her abdomen in order to obtain maternity leave, which <u>again</u>, is a direct accusation that my wife faked her pregnancy so that I could get family leave.

Walter, you informed me that when this occurs again I should let you know. This is slanderous, and needs to stop. This has been going on for over ten years. How much longer do I really need to put up with this? It's becoming unbearable!!

I am hereby requesting again, PLEASE do something, because whatever you did the last time seem to be having little or no effect on her behavior. This has created a hostile work environment, causes great distraction each time I have to stop, restrain myself and refocus on my work.

As you can see, I've copied my Superiors on this email for the record. And each time I've complained, I have gotten nothing back in writing, so this time please, I'm kindly requesting a formal response how this issue will be addressed.

Thanks for attention to this matter.

Regards,

S___ B___

Department of Consumer & Regulatory Affairs



<u>dcra.de.gov</u>

**✔dcra 🔽📘📷📺**

DCRA actively uses feedback to improve our delivery and services. Please take a minute to <u>share your feedback</u> on how we performed in our last engagement. Also, <u>subscribe</u> to receive DCRA news and updates.

*Did you know that DC has the second lowest uninsured rate in the nation? Together, let's make DC #1. Get covered and stay covered at <u>DCHealthLink.com</u> or by calling (855) 532-5465. #GetCoveredDC, #StayCoveredDC*

1

*Exhibit #1A*

Statement
Location third floor POD office.
Time during the POD Thursday meeting 9:10am
On Thursday February 2nd

Ms. Luchi Lu, voiced a comment in the q&a portion of the meeting abruptly changing the subject from office procedure to a personal statement. This statement began with a question to management "how do we handle another employee using their wife with a fake belly to fake a pregnancy and then the father requesting family leave?"

There was not any warning and no reason to bring this information and or comment to an office meeting. I told Ms. Lu "I do not understand your question and if it is not beneficial to this discussion she needed to clarify offline?"

fake pregnant belly - Google Search

Exhibit #5

Page 1 of 2

fake pregnant belly

Sign in

All    Shopping    Videos    Images    News    More              Settings    Tools

Google works better with Chrome

About 15,000,000 results (0.58 seconds)

Yes, get Chrome now

Shop for fake pregnant belly on Google                    Sponsored

| | | | | | |
|---|---|---|---|---|---|
| Belli Your Best Baby Bump ... $24.56 eskdorn (5) | Pearhead Pregnancy ... $19.99 Toys R Us | Proud Body Pregnancy ... $18.99 Bed Bath & B... (304) | Inflatable Big Belly ... $8.99 Oriental Tradi... (4) | Pregnant Belly $8.98 Halloween. | ProudBody Basic .. $19.98 Toys R Us (8) |

→

**Fake Pregnant Belly**
www.fakepregnantbelly.com/ ▾
(1-12 Weeks Pregnant) This is the time when you will experience hormonal and physical changes in your body. It is very difficult to notice that you are.
Silicone Belly Catalog · How To Fake Pregnancy · About Us · Contact Us

**Moonbump: Fake Pregnant Belly**
www.moonbump.com/ ▾
The original fake pregnant belly in silicone & foam for a realistic maternity. High quality Moonbump fake baby bumps to buy online for TV, film & other clients.

**Fake Pregnant Belly | Products | Moonbump**
www.moonbump.com/products ▾
Realistic fake pregnant bellies to buy for a convincing pregnancy. High quality Moonbump fake baby bumps in Silicone & Foam for TV, film & other clients.

**Fake Pregnancy Belly $9.99 Sale Pregnant Costume – Fake a Baby**
www.fakeababy.com/fake-pregnancy-belly-9-99-sale-pregnant-costume/ ▾
Nov 2, 2016 - Buy fake pregnancy bumps, fake baby bumps, fake belly bump, fake pregnant stomach & fake baby belly and get it delivered within usually 72 ...

**3 Easy Ways to Create a Fake Pregnancy Belly - wikiHow**
www.wikihow.com › Home › Categories › Arts and Entertainment › Costumes ▾
How to Create a Fake Pregnancy Belly. How to fake having a pregnancy belly. Do you need a pregnant belly that is not too expensive and that you can put ...

**Fake Pregnant Belly - DHgate.com**
www.dhgate.com › Wholesale Searches › Breast Form ▾
43 Items - Want to buy fake pregnant belly online? DHgate is the place for fake pregnant belly!

**how to wear fake pregnant belly - YouTube**
https://www.youtube.com/watch?v=clyWjLo9XYM ▾
Mar 5, 2014 - Uploaded by Seven Feng
showing how to use the most popular adhesive fake pregnant belly .
1:21

**Pregnant Belly: Clothing, Shoes & Accessories | eBay**
www.ebay.com/bhp/pregnant-belly ▾
IVITA 2015 New Design Simulation Silicone Fake Pregnant Belly Of 5 Sizes. o Item Name: Simulation silicone Belly. o Item condition: 2015 new design.

**Online Buy Wholesale fake pregnant belly from China fake pregnant ...**
www.aliexpress.com › Wholesale Product ▾
You can Online Wholesale fake belly,silicone fake belly,pregnant belly,pregnancy belly,,Wholesale Mother &amp; Kids,Belly Bands,Maternity Pants,Novelty ...

**Amazon.com: EWIN(R) Soft Silicone Belly For Skinny Bodies Artificial ...**
https://www.amazon.com/Silicone-Bodies-Artificial...klp/B00LN3JEZU ▾
Mens/Womens Adult Belly Stuffer False Belly Baby Fake Pregnancy Bump ... False Belly Baby Tummy False Pregnant Artificial Bump Pregnant Fake Belly ( L ...

**Fake pregnant belly**
Ad www.wish.com/ ▾

**Jackson, Ingrid (DCRA)**

*Exhibit #3*

| | |
|---|---|
| **From:** | Jackson, Ingrid (DCRA) |
| **Sent:** | Tuesday, February 07, 2017 9:16 AM |
| **To:** | Crawford, Walter (DCRA) |
| **Subject:** | FW: Harassment Complaint |

FYI

Chris Bailey is forwarding me his witness statement.

**Regards,**

*Ingrid L. Jackson*
**Human Resources Officer | Office of the Chief Administrative Officer**
**Department of Consumer and Regulatory Affairs (DCRA)**
**1100 4th Street, SW, 5ᵗʰ Floor, Room 5103 | Washington, DC 20024**
☎ **202.442.4509 | 🖳  Ingrid.jackson@dc.gov**
**www.dcra.dc.gov**

  

**ProjectDox** is DCRA's new paperless, electronic plan submission/review program and is now required for 25,000+ square foot projects. Click here for more information.

**Confidentiality Notice:** *This electronic communication, including any attachments, is intended only for the person or entity to which it is addressed and contains information which may be confidential, legally privileged, proprietary in nature, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, distribute, share or reproduce this electronic communication, or its contents. If you have received this message in error, please reply to or telephone me immediately, and please delete all copies of this communication.*



---

**From:** Bailey, Christopher (DCRA)
**Sent:** Thursday, February 02, 2017 4:24 PM
**To:** Jackson, Ingrid (DCRA)
**Subject:** FW: Harassment Complaint

Mine will follow after hours most likely.

**Christopher M. Bailey**
Structural Review Manager
Acting Deputy Chief of Permit Operations
Department of Consumer and Regulatory Affairs
1100 4ᵗʰ St SW
Washington DC 20021
O: 202-442-4533
E: christopher.bailey@dc.gov

1

**From:** B███ S███ (DCRA)
**Sent:** Thursday, February 02, 2017 2:00 PM
**To:** Bailey, Christopher (DCRA)
**Cc:** Lester, Sydney (DCRA)
**Subject:** Harassment Complaint

Good afternoon Mr. Bailey,

      Re: Harassment Complaint.

I have remained fairly quiet over the years since Ms. Luchi Lu began her relentless pursuit of direct and indirect personal attacks against me at work. This all started in late 2007 towards early 2008 when DCRA was located at 941 North Capitol St, NE, and she still continues to do this for some unknown reason; and apparently, I've been the lone focus of her behavior.

In the recent months, she escalated this behavior, by reporting me to the Board of Ethics and Government Accountability office (BEGA) accusing me of misconduct in performing my duties here at work that involves my wife. At that point it became very clear to me that her objective is to first damage my reputation here at work, smear my name throughout the Agency as someone that cannot be trusted (defamation of character), which obviously is designed as an attempt to end my career as a District Government employee. Seeing that this is the case, it is a threat to my livelihood, which helps to put food on the family table, therefore threatening my family.

Again, just a week ago during our morning meeting on 1/26/2017, which was held on the floor of the Permit Center, she found the time to do a google search on 'fake pregnancies'... yes, bizarre! Knowing that I was the Reviewer assigned to the Fire review counter after the meeting ends, she made sure that a printed copy of her google 'findings' was left on top of the stamps in the drawer for me to see it. One may ask, what is her motive? For me it was very clear, it was a direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL).

Among all the other things that she has done in the past, she has even gone as far as to implicate Mr. Lester in fixing the Permit Center roster, so that I can approve plans that my wife submits on Thursdays.

I believe this is clear harassment, and her conduct only serves to generate a hostile work environment; this need to be addressed as soon as possible and should be documented for the record. This conduct does not belong in our work place!

Thanks for your time in this matter.





Department of Consumer and Regulatory Affairs
1100 4th Street. SW, Suite E340
Washington DC 20024.

Website: www.dcra.dc.gov
PUBLIC SAFETY SURVEY: Let us know about your experiences and opinions regarding public safety in Washington, DC. Take the 10-minute survey Here. #SaferStrongerDC
PUBLIC SAFETY SURVEY: Let us know about your experiences and opinions regarding public safety in Washington, DC. Take the 10-minute survey Here. #SaferStrongerDC

2

Exhibit #3A



Exhibit # 4

Ms. Kandace Taylor

From: Luchi

Exhibit #5

# Inova Mount Vernon Hospital

## BIRTH CERTIFICATE

**This Certifies that** _____ Diana Smith _____

_____ John Smith _____ and _____ June Smith _____

was born to

at _10:30 AM_ on _Sunday_ the _15th_ day of _May_ year _2016_

In the Witness Whereof the said Hospital has
caused this Certificate to be signed by its duly
authorized officer and its Official Seal to be
hereunto affixed.



Administrator

Exhibit #6

# GARRITY RIGHTS

You are being asked to provide information as part of an internal and/or administrative investigation. You do not have to answer questions if your answers would tend to implicate you in a crime. No disciplinary action will be taken against you solely for refusing to answer questions, however the evidentiary value of your silence will be considered in the facts surrounding your case. Any statements you choose to provide may be used as evidence in administrative and/or criminal proceedings.

Do you understand these rights?

Yes _____

NO _____

Signature_____ Qing Lu _____          Date___ 2-12-2019

Printed Name___ Qing Lu _____

Employee (Interviewee)

Signed _____          Date__ 2-12-2019

Printed Name _TYRONE B LAWSON_

Employer (Interviewer)

Witness Signature_____ (Not Required)

Witness Printed Name_____

Exhibit #7

## D.C. OPTIONAL FORM 8    (OF-8)

| POSITION DESCRIPTION (Please Read Instructions on the Reverse Side) | | | | | | 1. Agency Position No. | |

| | | | |
|---|---|---|---|
| 1. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station |
| ☐ Redescription ☐ New ☐ Re-Established ☐ Other | ☐ Department ☐ Field | Washington D.C. | Washington D.C. |

4. Certification No.

Explanation (show any positions replaced)

| 7. Position Status (Series) | 9. Employment (Financial Statement Req'd) | 10. Subject to Mandatory Additional Action |
|---|---|---|
| ☐ Career ☐ Executive ☐ Legal ☐ SES ☐ Emergency ☐ Other | ☐ Yes ☒ No | ☐ Yes ☒ No |

| 11. Position is | 12. FLSA |
|---|---|
| ☐ Supervisory ☐ Managerial ☒ Neither | ☒ Exempt ☐ Nonexempt |

13. Competitive Level Code

8. Collective Bargaining Unit (CBU) Code

14. Job Code  **003754**

| 10. Classified/Graded by | Official Title of Position | | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|---|
| a. First Agency Authority or Designee | | | | | | | |
| b. Agency or D.C. Department of Human Resources | Fire Protection Engineer | | CS | 0804 | 12 | LCN | 11/30/2013 |
| c. Intermediate Authority | | | | | | | |
| d. Field Office | | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Fire Protection Engineer | | CS | 0804 | 12 | | |

16. Organizational Title of Position (if different from official title) (optional)

17. Bureau or Agency or Establishment
**Department of Consumer and Regulatory Affairs**

c. Third Subdivision

a. First Subdivision
**Permit Operations Division**

d. Fourth Subdivision

b. Second Subdivision

e. Fifth Subdivision

18. Supervisory Certification. "I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational structure, I further certify that this position is necessary to carry out the functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to the appointment and payment of public funds, and that any false or misleading statements may constitute violations of such statutes or their implementing regulations."

a. Typed Name and Title of Immediate Supervisor

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
**Bellur Ravishankar, Deputy Division Chief**

| Signature | Date | Signature | Date |
|---|---|---|---|
| | | rm~ | 11/19/13 |

19. Classification / Job Grading Certification. "I certify that this position has been classified/graded as required by D.C. Official Code § 1-601.01 et.seq.. in accordance with official standards, or, if no official standards apply directly, consistently with the most applicable official standards."

20. Standards Used in Classifying/Grading Position
Job Family PC8 for Professional Work in
the Engineering and Architecture Group,
0800, November 2008.

Typed Name and Title of Official Taking Action
**Lewis C. Norman, Lead Human Resources Spec.**

| Signature | Date |
|---|---|
| Lewis C. Norman | 11/20/2013 |

| 21. Position Review | Signature | Date | Signature | Date | Signature | Date |
|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | |
| b. Supervisor | | | | | | |
| c. Classifier | | | | | | |

22. Remarks (optional)   No Known Promotion Potential.

23. Description of Major Duties and Responsibilities (See Attachment)

D.C. Department of Human Resources
(Revised 2/09)

D.C. Optional Form 8

## Fire Protection Engineer
## CS-0804-12

### Introduction:

This position is located in the Fire Protection Section, Technical Review Branch, Permit Operations Division, in the Department of Consumer and Regulatory Affairs (DCRA). The mission of DCRA is to protect the health, safety, economic interest, quality of life, and sustainability of residence, businesses and visitors in the District of Columbia by issuing licenses and permits, conducting technical reviews and inspections, enforcing construction, housing and safety codes, regulating land use and development and providing consumer education and advocacy services.

This position conducts technical/engineering reviews and examines construction permit applications and construction documents for compliance with sound engineering principles, construction codes and regulations. Work of this class involves no supervisory duties or responsibilities unless when assigned.

### Duties:

Serve as Fire Protection Engineer in the Fire Protection and Engineering Section, Technical Review Branch, Permit Operation Division, Construction and Regulation Administration, Department of Consumer and Regulatory Affairs.

Performs technical and code compliance review of design and layout of active and passive fire protection systems, including but not limited to fire detection systems, automatic and manual fire extinguishing systems, fire alarm systems, smoke management systems, emergency power and emergency lighting, fire resistive construction, opening protection, arrangement of the means of egress and exits etc.

Technical review work involves engaging in the preliminary design review process for construction activities under consideration by owners/design professionals, engaging in the DC Construction Codes development process, engaging in technical research to provide answers to fire protection questions when presented, and plan review work.

Plan review work involves detailed examination of fire protection and non structural plans, riser diagrams, schedules and specifications, by applying technical knowledge of generally accepted standards and engineering practices used in the design construction of fire protection systems for buildings and other structure which require building permit approval. Prepares or validates compliance reports on each project.

Review documents include design plans, specification and shop drawings for the installation of systems in private, commercial and residential buildings, as well as in government buildings such as schools, hospitals, office buildings, penal institutions, and similar structures. Projects assigned include additions and renovations to existing structures and new construction. Incumbent has complete design and code review responsibility for medium sized to very large, complex projects.

Specifically, incumbent shall:

- Review architect's and engineer's design development as requested through the preliminary design review process and review construction drawings submitted with permit applications.
- Review contractor's and engineer's system shop drawings for compliance with applicable codes and standards and adequacy for the intended purpose.
- Review/perform calculations to verify sizing of equipments and systems, taking into consideration the facility's needs, the code requirements, standards criteria and engineering practices.
- Review system specifications for consistency with submitted architectural and engineering plans, and the provisions of the DC Construction Codes.
- Visit construction sites to gather first-hand such information as condition of facilities, type of construction, availability and location of fire and electrical services, system layouts, and other field conditions relevant to the discharge of the principle duties, when required.
- Provide information and assistance to applicants and the general public, responding to inquiries on code compliance.
- Screen applicant's submission packages for completeness and contents, and make determination on required reviews in accordance with established departmental criteria and policies. Serves as counter relief person to serve the general public at the permit center fire counter.
- Coordinate with other engineers and inspectors on staff to avoid interference between different systems and disciplines, and to ensure uniformity of enforcement of code requirements and proper integration of system operation.

Performs other related duties as assigned.

Factor I – knowledge Required by the position:

Knowledge of the theories, principles, practices and techniques of fire protection engineering design for a wide range of building projects such as theaters, churches, restaurants, hotels, apartments, office buildings, schools, banks, stores, shopping malls, hospitals, other institutional facilities, warehouses, industrial plants, and private residences.

Five years of work experience that has provided demonstrated knowledge of DC Construction Codes and DC Fire Codes to be able to ascertain whether the reviewed systems design and installations are in conformance with these codes.

Proficiency in the application of the ICC family of codes as they relate to the practice of fire protection engineering.

Proficiency in the application of standards issued by the National Fore Protection association (NFPA), in particular, those related to fixed fire protection systems, including but not limited to, NFPA Standards #'s: 11, 12, 13, 13D, 13R, 14, 15, 20, 24, 25, 30, 30A, 54, 72, 80, 80A, 90A, 90B, 92A, 92B, 96, 101, 101A, 220, 231, and 231C as their use relates to the installation, maintenance and testing of the fire protection systems and related equipment.

General knowledge of DC Construction Codes, including the DC Mechanical Codes, DC Plumbing Codes, DC One and Two Family Dwelling Codes and the DC Electrical Codes to be able to ascertain whether simple system designs, installations and layouts are in conformance with these codes.

Proficiency in reading construction plans, in particular site plans, architechtural and engineering design floor plans, cross sections, details, riser diagrams and shop drawings of systems such as electrical, fire alarm, smoke management and fixed fire extinguishing systems, to be able to ascertain their conformance to the relevant codes and standards.

Personal computer skills are required to prepare reports, perform automated functions and mark up CAD drawing files.

Factor II – Supervisory Controls:

Works under the immediate supervision of the Chief Fire Protection Engineer. Serves as Fire Protection Engineer, primarily engaged in code compliance processing of applications entailing fire protection systems, work related to fire water service and emergency installations, as assigned. May be assigned preliminary design review work related to prepared or planned construction under consideration by owners and designers, as determined by the supervisor.

Incumbent consults with the supervisor on unusual policy matters or code interpretations, and consults with the supervisor or other professional engineers on complex design matters. Performance is evaluated on the basis of the quantity and quality of the work completed the level of customer satisfaction accomplished, and the ability to effectively manage interpersonal relationships.

Factor III – Guidelines:

Guidelines utilized include established policies, procedures, directives and instructions. A thorough knowledge of the DC Construction Code sections that related to the administration of the codes, to

means of egress, fire resistive construction, and to Code reference standards that relate to means of egress, fire resistive construction and to installation, maintenance and testing of fire protection systems; a working knowledge of Electrical Codes and the DC Mechanical Codes; familiarity with related Building, Historic Preservation Housing and Zoning Laws and regulations which relate to the specific duties of this position. Incumbent is further guided by a thorough knowledge of fire protection systems' design and installation methods, industry standards and accepted engineering practices.

<u>Factor IV – Complexity:</u>

Plans are frequently complex. Incumbent exercises sound judgment on the acceptability and feasibility of the submitted system designs, as the regulations are broadly applicable to the diverse systems encountered; reviews projects to assure that the design and installation of fire protection and emergency power systems comply with code requirements; and provides adequate protection of the health, safety and welfare of the building occupants and the public.

<u>Factor V – Scope and Effect:</u>

The technical expertise of the Fire Protection Engineer affects the construction documents submitted and the code compliance review of the plans and design specifications of the entire scope of reviewed projects and impacts public health, safety and welfare.

<u>Factor VI – Personal Contacts:</u>

Contacts are with co-workers and other agency personnel, other District Government offices, federal government agencies, architects, other engineers, contractors, utility companies, developers, builders and property owners involved in the processing of their plans and shop drawings and the public at large seeking information on related matters.

<u>Factor VII – Purpose of Contacts:</u>

Contacts are primarily to provide information as requested, gather project information, elicit compliance, resolve differences cooperatively, assist in expediting permit processing and coordinate the work with that of other personnel in related activities. Some contacts are made with other city agencies, federal agencies, utility companies, developers, contractors, and with architectural and engineering firms.

<u>Factor VIII – Physical Demands:</u>

Must be able to independently handle rolls of plans at and between work stations and plans storage areas. This position requires occasional bending, lifting and stooping. Heavy use of eyesight is required in researching codes and in reviewing plans. Requires use of personal computer keyboard and CRT screen to prepare reports, perform automated functions and view and mark up CAD drawing files. Occasionally incumbent has to perform field visits, inspections and tests, therefore must be able to move around construction sites, involving horizontal and vertical travel on unfinished surfaces.

### Factor IX – Work Environment:

Primarily works in an office setting, with occasional field visits to construction sites which may occur in inclement weather conditions, encountering soil and mud, and in noisy work areas.

### Other Significant Facts:

Basic Requirements:

Successful completion of a full 4-year course of study in an accredited college or university leading to a bachelor's or higher degree in professional engineering. To be acceptable, the curriculum must be in a school of engineering with at least one curriculum accredited by the Accreditation Board of Engineering and Technology (ABET) as fire protection engineering or mechanical engineering curriculum in five of the following seven areas of engineering science or physics: (a) statics and dynamics; (b) strength of materials; (c) fluid mechanics and hydraulics; (d) thermodynamics; (e) electrical fields and circuits; (f) nature and properties of materials (relating particle and aggregate structure to properties); and (g) any other comparable area of fundamental engineering science or physics; such as optics, heat transfer, soil mechanics, or electronics.

Combination of education and experience: college-level education, training, and/or technical experience that furnished (1) a thorough knowledge of the physical and mathematical sciences underlying fire protection or mechanical engineering sciences and techniques and their applications to the stated branches of engineering, and (2) a good understanding, both theoretical and practical, of the engineering sciences and techniques and their applications to the mentioned branches of engineering.

Substitution of Education:

A substitution of education for required experience will be allowed as defined in OPM's Qualification Standards. However, in order to receive credit, applicants must submit official proof of educational attainment at the time of application.

Time-in-Grade Restrictions:

Time in grade restrictions must be met by the closing date of this vacancy announcement.

The position requires thorough knowledge of: the district construction codes, the international code council model codes and reference standards; mathematical and engineering principles; construction technology and practices; and familiarity with the District government regulatory processes; the District of Columbia Green Building Act of 2006.

 ➢ Professional Discipline Certification/Registration (one of the following is required):

ICC, EIT, PE.

*Exhibit #8*



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Inspector General

**Inspector General**

OIG

February 1, 2017

**Via Email**

Qing Lu
Luchi_100@hotmail.com

Re:     Freedom of Information Act (FOIA) Request

Dear Qing Lu:

This letter is in response to your FOIA request for the report for case number 2016-1103. Your request was received by our FOIA Officer on January 11, 2017.

In response to your request, we have enclosed three pages of documents. You will note that certain portions of the enclosed documents have been redacted in accordance with D.C. Code § 2-534(a)(3)(C) (2001), which exempts from disclosure information of a personal nature where public disclosure would constitute an unwarranted invasion of personal privacy. Accordingly, we have redacted the names of individuals and information that reasonably identifies individuals. We have made these redactions where the substantial privacy interest related to this information outweighs any public gain from disclosure.

D.C. Code § 2-534(a)(6)(B) (2001) covers information specifically exempted by another statute. We have redacted complainant information in accordance with the Office of the Inspector General's (OIG) authorizing statute, D.C. Code § 1-301.115a(b-1)(Repl. 2016). This law provides that the OIG shall not disclose the identity of complainants or those providing information to this Office "without the person's consent, unless the Inspector General determines that disclosure is unavoidable or necessary to further the ends of an investigation." We have noted these redactions with an asterisk (*) where each redaction is made.

In accordance with D.C. Code § 2-537(a) (2001), you have the right to petition the Mayor, in writing, in order to appeal our decision with regard to your FOIA request. Your appeal should include a copy of a statement of circumstances, reasons, or arguments advanced in support of disclosure, a copy of the original request, if any; and a copy of any written denial of your request.

Qing Lu
February 1, 2017
Page 2 of 2

Your appeal should reflect that you have served a copy of your appeal on this agency.

Sincerely,

Daniel W. Lucas
Inspector General

Enclosure

Exhibit #9

# UPDATE COMPLAINT MEMORANDUM FORM

| | | | | | |
|---|---|---|---|---|---|
| **Complaint Number** | 2016-1103 | | **Received_by** | E-Mail | |
| **How Notified** | E-Mail | | **Notified** | 6/27/2016 | **Time** |
| **HotlineDescription** | False claims or statements | | | | |
| **Case Character :** | Fraud | | **TYPE** | Other | |
| **Department** | Consumer & Regulatory Affairs, Department of (CR) | | **STATUS** | Closed | |
| **Office** | NONE | | **Opened** | 6/27/2016 | |
| **Referred** | | | **Closed** | 12/1/2016 | |
| **Responded** | | | **Group** | SQ0 | |
| **Suspense** | | | **Suspense Action** | | |
| **Agent's Name :** | ▓▓▓ | | **Supervisor Name :** | ▓▓▓ | |
| **Date Assigned:** | 6/28/2016 | | **Date Reassigned to Agent** | | |
| | | | **Grand Jury** | ☐ | |

| **Complainant** | **Address1** | **Address2** | **City/State** | **Phone Numbe** | **Protect Identity** |
|---|---|---|---|---|---|
| ▓▓▓ | | | ▓▓▓ | | ☐ |

| **Title/Subjects** | **Title** | **Department Name** | **Office Name** | **Phone #** |
|---|---|---|---|---|
| | | | | |

**Narrative**

The OIG received a complant from ▓▓▓▓▓▓▓▓▓▓▓ with an allegation of employee misconduct committed by ▓▓▓▓ Permit Operations Division, Fire Protection Engineer, DCRA. The complainant alleges that ▓▓▓ was caught by Maryland Charles county Sheriff for speeding and driving with a suspended out-of-state license (DC license).

Additionally, the complainant alleges that ▓▓▓ may be commiting time and attendance fraud. The complainant alleges that ▓▓▓ was on approved fatherhood leave between May 18, 2016 and June 3, 2016, by using PFL (Paid Family Leave). The complainant alleges that ▓▓▓ wife stopped by the office at the end of April and she showed no signs of being pregnant. However, in the middle of May ▓▓▓ announced his wife had given birth to a baby girl.

**Comments**

On 6/28/16, Analyst saved email to the appropriate folder and forward complaint # to PM to assign.

6/28/2016 This case is assigned to Analyst ▓▓▓ of the Hotline
6/29/16, Analyst ▓▓▓ sent email to complainant for identity request and complainant responded to be confidential.
6/29/16, complaint analysis form submitted to RAFP prog mgr for review and approval
6/29/16, Resubmitted Complainant Analysis form with DCHR as Refer Letter - Response to RAPP Prog Mgr for review and approval
6/29/2016 CA submitted to OIG RAFP for approval
6/29/2016 Approved CA form returned to analyst
6/29/16, Refer Letter - Response to DCHR submitted to RAFP Prog Mgr for review and approval
6/29/16, Refer Letter -Response returned to Analyst ▓▓▓ for revisions
6/29/16, Refer Letter - Response resubmitted to RAFP Prog Mgr for review and approval of edits
7/5/2016 Resubmitted referral letter to RAFP PM
7/5/2016 Referral letter with response sent to OIG RAFP for approval
7/14/2016 Closed by OIG RAFP. Deemed insufficient to open an investigation.

*Tuesday, January 24, 2017*

# *UPDATE COMPLAINT MEMORANDUM FORM*

7/18/16 at 4:10 P.M., Complainant called to get the status/results of the investigation.____ asked for the timeframe in her message.
8/1/2016 Complainant emailed to get status/results of the investigation. Contact information for FOIA provided via email
8/23/2016 Case reopened and transferred to IU
9/7/2016 Status check sent to IU regarding assignment to IU
10/3/2016 Reminder email sent to IU about assignment.

On 10/17/2016, Received a FOIA request from complainant. Analyst forward to

10/17/16 - DAIGI____ based on an assessment of information provided by the complainant, this matter does not warrant an investigation by IU. It is recommended that this matter be referred to DCRA with no response requested as both allegations are HR issues.
10/19/2016 Refer with response to DCRA as per IU
10/20/16. Refer Letter - Response to DCRA submitted to RAFP PM for review and approval
10/20/2016 Refer letter sent to DIG RAFP
10/24/2016 Letter sent to the front office by DIG RAFP.
11/17/2016, Received additional information from complainant. Complainant sent a FOIA request to the EOM and it was forward to the OIG.
12/1/2016 Referral letter no response mailed to agency and case closed

1/11/17____ sent an email to the OIG Hotline on Tuesday, January 10, 2017 requesting the following:
Hi,

I am sending this email to request a report / update of the subject case, which I reported to OIG in June 2016.

Thank you.



Confidential Subject to Protective Order      Lu v. DC et al1-20-cv-00461_00000205

Confidential Subject to Protective Order

*Exhibit #10*

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Inspector General

**Inspector General**



OIG

CONFIDENTIAL

October 28, 2016

Melinda M. Bolling
Director
Department of Consumer and Regulatory Affairs
1100 4th Street, S.W.
Washington, D.C. 20024

Re: Complaint Referral 2016-1103

Dear Director Bolling:

My office is referring the complaint below to you for action deemed appropriate.

We received a complaint alleging time and attendance fraud and abuse of paid family leave by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Department of Consumer and Regulatory Affairs (DCRA). The complainant alleges that ▮▮▮▮▮ requested paid family leave between May 19, 2016 and June 3, 2016 which he was not entitled to.

Our review of this complaint indicates that your office would be in the best position to address the issues raised.

If you have any questions, please contact ▮▮▮▮▮▮▮▮▮▮▮, Risk Assessment and Future Planning Program Manager, at ▮▮▮▮▮▮▮▮@dc.gov or at (202) 727-▮▮▮▮.

Sincerely,

Daniel W. Lucas
Inspector General

DWL/▮▮

Confidential Subject to Protective Order       Lu v. DC et al1-20-cv-00461_00000206

*Exhibit # 11*

## Lawson, Tyrone (DCRA)

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LLU> |
| **Sent:** | Thursday, October 27, 2016 6:58 PM |
| **To:** | Corrales, Ileana (BEGA) |
| **Cc:** | Foster, Janet (BEGA) |
| **Subject:** | FW: His Supervision |

**From:** Lawson, Tyrone (DCRA)
**Sent:** Thursday, September 29, 2016 2:48 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Brown, Mia (DCRA)
**Subject:** RE: His Supervision

Confirmed also.

Best Regards

Tyrone Quintin Lawson
Special Investigator
The Department of Consumer and Regulatory Affairs
Office of the Director
(202) 442-4386 (desk)
(202) 442-9447 (fax)
tyrone.lawson@dc.gov

---

**From:** Brown, Mia (DCRA)
**Sent:** Thursday, September 29, 2016 1:02 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Lawson, Tyrone (DCRA)
**Subject:** RE: His Supervision

Receipt confirmed.

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352

---

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, September 29, 2016 10:35 AM
**To:** Brown, Mia (DCRA)

1

**Cc:** Lawson, Tyrone (DCRA)
**Subject:** His Supervision

Hi All,

In August, I reported to Gary Englebert my concern of possible conflict of interest in S███ B███ conducts. Gary relayed the information to Sydney Lester. Quickly, I received an email from Sydney Lester (Please scroll down to the bottom to read his email). He stated "We have contacted our legal staff and at this time, after their review, there is no evidence to conclude any wrong doing."

I was very surprised by his quick assertion since there was no reference to the facts what work / investigation he has finished and how he came to this conclusion. On September 1st, Gary Englebert, Sydney Lester and I had a meeting as scheduled. At the meeting, I asked Sydney Lester "What did you do, what have done, what information have you provided to draw that conclusion that there was no any wrong doing?" This was his response "I asked S███ B███ 'To your best memory have you done any your wife's job?' " I went on: "You receive work log from S███ B███ every week. Have you gone through his list to verify whether / how many his wife's jobs he has done?" He did not want to answer the question. Rather, he demented me to provide proof and I did.

A few days later, Gary Englebert informed me that IT people conducted a search by then it was found S███ B███ had reviewed seventeen (17) of his wife's jobs in the past few years, and Sydney Lester denied some of them by claiming S███ B███ was not married yet at the time when he was doing some of those jobs. However, the fact is S███ B███ has taken **TWO fatherhood leaves for TWO children,** one early in 2015, one this year a few month ago. How should relationship be measured? Does the fact of two fatherhood leave for two children together justify it?

My understanding was: A supervisor is expected to monitor and take action to remove issues concerning business operation and to serve the best interest of the agency. It seems to me that Sydney Lester does not meet the standard.

- He failed to identify and report this problem in the first place, which has been going on for years.
- After he received a report, he still did not take the initiative to locate the problem. To its contrary, he has been very defensive. My point here is even I were not able to present any proof immediatelly -- due to my position in the organization and limited access to certain information -- that still does not mean the problem was not in existence.
- Sydney Lester, as a supervisor should have been the one to search for and locate the problem, in which case the "allegation" (his word) would have become substantiation a long time ago.

Please kindly confirm receipt of this email.

Thank you,

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024

2

Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 31, 2016 4:01 PM
**To:** Lester, Sydney (DCRA)
**Cc:** Englebert, Gary (DCRA)
**Subject:** Re: Our Workplace

Confirmed.

On Aug 31, 2016, at 3:58 PM, Lester, Sydney (DCRA) <sydney.lester@dc.gov> wrote:

> We will meet tomorrow morning at 10:00 AM in the community conference room adjacent to our
> reception area.
>
> Thanks.
>
> Sydney Lester
> Fire Protection Manager/ Permit Operations Division
> Department of Consumer and Regulatory Affairs
> 1100 4th Street SW, 3rd Floor
> Washington DC 20024.
> 202.442.4551 (O), 202.442.4863 (F)
> sydney.lester@dc.gov
> www.dcra.dc.gov
>
> **From:** Lu, Luchi (DCRA)
> **Sent:** Wednesday, August 31, 2016 3:27 PM
> **To:** Lester, Sydney (DCRA)
> **Cc:** Englebert, Gary (DCRA)
> **Subject:** RE: Our Workplace
>
> When:    I am immediately available, if you get someone to cover the counter.
> Where:   You pick.
>
> ---
>
> **From:** Lester, Sydney (DCRA)
> **Sent:** Wednesday, August 31, 2016 3:09 PM
> **To:** Lu, Luchi (DCRA)
> **Cc:** Englebert, Gary (DCRA)
> **Subject:** RE: Our Workplace
>
> Thanks for your response. Let's coordinate the place and time for you to present the proof that you have
> for the allegations that you have made.
>
> Regards.

3

Sydney Lester
Fire Protection Manager/ Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th Street SW, 3rd Floor
Washington DC 20024.
202.442.4551 (O), 202.442.4863 (F)
sydney.lester@dc.gov
www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 31, 2016 3:03 PM
**To:** Lester, Sydney (DCRA)
**Cc:** Englebert, Gary (DCRA)
**Subject:** RE: Our Workplace

I acknowledge receipt of this email. Will certainly provide proof for issues concerning public trust.

**From:** Lester, Sydney (DCRA)
**Sent:** Wednesday, August 31, 2016 2:38 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Englebert, Gary (DCRA)
**Subject:** Our Workplace

Luchi,

You have been a member of the Fire Protection Engineering Review team for several years and during that time you have made several allegation about the conduct of your co-worker S███ B███. These allegations became more and more serious as time progressed. You have made some recent allegations which have now placed us at the stage where the allegations have legal implications that cannot be ignored. We have contacted our legal staff and at this time, after their review, there is no evidence to conclude any wrong doing.

Since you have made the allegations, if you are in possession of any proof that backs up your allegations you should present them. Both Mr. Gary Englebert and I are available to meet with you to discuss any proof that exists.

Regards,

Sydney Lester
Fire Protection Manager/ Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th Street SW, 3rd Floor
Washington DC 20024.
202.442.4551 (O), 202.442.4863 (F)

4

sydney.lester@dc.gov

www.dcra.dc.gov

5

*Exhibit #12*

## Jackson, Ingrid (DCRA)

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) |
| **Sent:** | Tuesday, February 07, 2017 8:52 AM |
| **To:** | Brown, Mia (DCRA); Jackson, Ingrid (DCRA) |
| **Subject:** | FW: FOIA Response |
| **Attachments:** | FOIA response letter and docs.pdf |

Hi,

Please see attachment for FOIA Response – OIG Case 2016-1103 – I received from OIG on Wednesday February 1st, 2017. I am the "Complainant" referred to in the letter. I reported it to OIG on June 27th, 2016 using my personal email. I identified myself completely with OIG in my first / initial report. I requested Confidentiality. My allegation was: S██ B██ did NOT have a baby in ██ 2016. My concern was: He may have committed a fraud. My allegation and concern were based on my own observations and information shared with me by my coworkers.

S██ B██ was on fatherhood leave between May 19 and June 3rd, 2016. S██ B██ showed photos of a baby to coworkers sitting near him and claimed that was his daughter. Sydney Lester walked around and helped make announcement of arrival of a baby girl.

The reason I sent my reports to OIG in the first place was because I (originally) thought OIG would be in a better position to probe this case, as it is a law enforcement entity which has more authority to demand access to some highly classified / personal information when dealing with institutions (hospitals) and companies (healthcare providers and medical insurance companies, like Aetna, Kaiser and/or United), while performing this task. It was also out of confidentiality concern. I am still requesting confidentiality. Yet the letter (dated October 28th, 2016) from OIG, which I received on February 1st, has indicated that DCRA would be in the best position to address this issue as they believe this is an HR issue. This is why I am sending this email to you. For my own sake, I chose not to copy this email to my supervisor Sydney Lester, nor share it with other managements of my floor.

With all my respect, I wish – if I may – to hear some updates from you whether it has been substantiated (he did not have a baby in May 2016), or unsubstantiated (he did). In case of the latter, I would admit I made an honest mistake. I understood most OIG investigations will generate 3 outcomes: substantiated, unsubstantiated, and inconclusive (not found). For this particular case, "inconclusive" is especially inapplicable. We cannot say "He is somewhat having a baby and somewhat not". It must be a 100% Yes or 100% No. I reported this issue to OIG in an upright and candid manner. Now I wish – if I may – to get a straightforward answer from DCRA HR.

I understand, respect and will follow the DC Codes referenced in OIG's letter. I will also strictly follow all the disciplines and rules of our own agency in relation to this matter. I will also obey and follow all your direction and instructions.

Thank you,
Luchi

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024

1

Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Tuesday, February 07, 2017 8:49 AM
**To:** Lu, Luchi (DCRA)
**Subject:** Fw: FOIA Response

**From:** OIG, FOIA (OIG) <fola.oig@dc.gov>
**Sent:** February 1, 2017 3:55 PM
**To:** Qing Lu (luchi_100@hotmail.com)
**Subject:** FOIA Response

Ms. Lu:

Please find enclosed the D.C. Office of the Inspector General's response to your FOIA request.

Sincerely,

FOIA Officer
D. C. Office of the Inspector General

****Please do not respond to this message. This mailbox is not set up to receive replies.****

2

$Exhibit \#13$

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LLU> |
| **Sent:** | Friday, February 10, 2017 1:32 PM |
| **To:** | Crawford, Walter (DCRA) |
| **Cc:** | Jackson, Ingrid (DCRA); Brown, Mia (DCRA) |
| **Subject:** | Thank you |

Mr. Crawford,

Thank you for taking your time to notify me the result of this complaint. It has been a little bit distracting given the prolonged investigation. Now it has come to an end and makes a good relief. I respect and take it as our agency's decision.

As stated, I was relying on my observation and comprehension as well as information voluntarily shared with me by several of my coworkers. I handled my reports and all information professionally and responsibly. Below is the original / initial / first report I sent to OIG on June 27, 2016. I just want to be totally candid and open with all you HR professionals what I actually did, so as to clear out any misunderstanding, if any.

From now on, there will no more communications from me on this matter. You have my word. Thank you all for your time.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Friday, February 10, 2017 1:24 PM
**To:** Lu, Luchi (DCRA)
**Subject:** Fw: Report

**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** June 27, 2016 3:50 PM
**To:** oig@dc.gov; hotline.oig@dc.gov
**Subject:** Report

1

To Whom It May Concern

My name is Qing (Luchi) Lu. I am an employee of the District Colombia Government. My employee ID is 00037041. My full identity is pasted below for your verification:

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

I am sending this email to express my concern about conducts of my coworker S██ B██ For your verification, his identity is also pasted below.



Website: www.dcra.dc.gov

We both report to Mr. Sydney Lester, who is the supervisor of us.

At the end of April, S██ B██ wife stopped by the office. She voluntarily - **Without being asked** - informed a male employee – who was sitting at front desk to cover the receptionist – that she was pregnant. There was no any noticeable pregnancy on her body. In the middle of May, S██ B██ announced his wife had given birth to a baby girl. He showed photos of a baby to coworkers sitting near him. Cooperatively, my supervisor Sydney Lester helped make announcement of the arrival of a baby girl. **Between May 19 (Thursday) and June 3rd (Friday), S██ B██ was on <u>approved</u> fatherhood leave by using PFL (Paid Family Leave).** During then, Sydney Lester continued to notify customers and coworkers who inquired the whereabouts of S██ B██ that he was on paternity leave.
While Mr. B██ was at home on his paternity leave, his wife visited the office alone on June 2rd. **WITHOUT <u>carrying the baby,</u>** she was sitting in the front desk area, showing photos of a new born to the receptionist and to customers sitting in that area waiting for service, as well as to some employees walking by. In addition to briefing people the baby was doing well generally, she also voluntarily provided – without being asked – some vivid details about "her pregnancy and labor". According to her, it was a past due pregnancy and induced labor! If this were true, that would mean at the end of April she was only about one week from delivery, which a pregnancy can hardly go unnoticed, plus the fact she is almost 6 feet tall, heavy built. These new details released by her have made the alleged pregnancy and baby birth even more suspicious.

Mr. B██ came back to work on Monday June 6th. He was quite responsive to inquiries from coworkers. He is willing and open to socializing/chatting with customers about his baby. He told them his baby cries a lot and does not sleep the whole night so he felt exhausted during the day.

On Monday June 13, I, and many other people in the office, saw S██ B██ left the office around 2:20 PM, he walked out normally and unassisted. On the next day, Tuesday June 14th, my supervisor Sydney Lester told one of our teammates that S██ B██ was sick out, he also portrayed to my teammate what he saw on the day before. According to him, when he was walking by S██ B██ around noon, he saw that S██ B██ look sick. He also saw S██ B██

2

placed his arm on his desk and buried his head into his arms and then suddenly fell down onto the floor, his body curled and twisted in agony. But he did not call 911 or emergency service for him. He stood there and watched, then S█████ B█████ stood up from the floor on his own. **Meanwhile Sydney Lester notified people that S████ B███ will go back to his paternity leave.** After two and half days sick out, S███ B████ returned to work on Thursday (June 16).

On the other hand, some finding from a government's publicly accessible website seemed to have linked S███ B█ to a severe violation. Please click this link for detailed of the case. http://casesearch.courts.state.md.us/casesearch/

On March 6th this year, he was caught by Maryland Charles county sheriff for speeding and driving with suspended out-of-state license (DC license). This is a serious offense and may lead to prison time. Please the screenshot pasted below obtained from this website before June 23rd. When you scroll down to the bottom, you can find even though the trial was scheduled for June 23rd, a notice was serviced to him on as early as April 8th.

3

## DISTRICT COURT OF MARYLAND

Case Information
Go Back Now

**Court System:** **DISTRICT COURT FOR CHARLES COUNTY (LAPLATA) - TRAFFIC SYSTEM**
**Citation Number:** ▓▓▓▓▓▓▓ **Case Status: ACTIVE CASE**
**Violation Date:** **03/06/2016**     **Violation Time:** **10:08 AM**
**Violation County: CHARLES COUNTY (LAPLATA)**
**District Code:** **04**     **Location Code: 02**
**AgencyName:CHARLES COUNTY SHERIFF'S DEPT**
**Officer Name:SELKIRK, K**
**Officer ID:0320**

### Defendant Information

**Defendant Name:B▓▓▓▓ S▓▓▓▓**
**Address:** ▓▓▓▓▓▓▓
**City:** ▓▓▓▓▓▓▓▓
**Race:** ▓▓▓▓▓▓
**Sex:** ▓▓▓▓▓▓
**DOB:** ▓▓▓▓▓

### Schedule Information

**Trial Date:** **06/23/2016**   **Trial Time: 10:30 AM**  **Room: 01**
**Trial Location: CHARLES COUNTY (LAPLATA)**
**Reason:** **CaseTrial**

## Charge Information

**Charge:** **Article: TA Sec: 16 Sub-Sec: 303 Para: F Code:**
**Description: PERSON DRIVING MOTOR VEHICLE ON HIGHWAY OR PUBLIC USE PROPERTY ON SUSPENDED OUT-OF-STATE LICENSE**

**Location Stopped: MIDDLETOWN RD/ROCKY RD**
**Contributed to Accident?: NO**   **Personal Injury?: NO**

**Fine: 0   Related Citation Number:** ▓▓▓▓▓▓
**Vehicle Tag:** ▓▓▓▓▓▓▓▓

### Event History Information

| Event | Date | Comment |
|-------|------|---------|
| **ESCH** | **2016-04-08** | ▓▓▓▓▓▓ |

4

Till then, the whole episodes of the his baby drama -- from the timing of baby announcement to his office attendance and action -- have seemed to be so in tune with the legal processing of his trial. What happened on June 22nd -- the day before his scheduled trial -- seemed to be in strong consistency with my speculation that the baby setup could be a fraud: On June 22nd, before he left the office, he walked to 2 workers -- one sitting near him, the other one sitting at a far corner -- he offered to tell both of them that starting the next day he will be away from office for a long time.

His intent seemed clear. Some quite plausible yet not proven explanations would be: As he was uncertain about the verdict from the pending trial, he created the whole thing and attempted to use the paternity leave (PFL) to conceal the possible prison time he may be sentenced to, so he thought nobody would know he's is prison, and at the same time still get paid while in prison, for at least for 8 more weeks.

On June 23rd, he did NOT show up at work and the online record shows his case was closed by nolle prosequi with a status change from A to C (Active to Closed?). On June 24th, only one day after he told the two coworkers that he would be away for a long time, he returned.
I am one of the people who have concern whether or not the baby story is a fiction. I decide to be the one to bring it to your attention and investigation. Because we don't know what documents he had used to get the HR approval and whether a government issued Birth Certificate was required for paternity leave. In some states including Maryland, a Birth Certificate can be filed online and cancelled later easily by a father for uncertain or false fatherhood, but the very essence is there is a baby born in the first place! A government agency and its employees should be accountable to public's trust. In a worst scenario, nobody shall defraud one government to obtain a document and then use that document to defraud another government.

I'm unwilling to report this to my own agency. I don't want my report to be simply passed onto my supervisor to handle, which is in lack of detachment and may subsequently put me in a jeopardized position. I chose to submit my concern to your office. I ask to be anonymous. I trust it will be handled professionally, confidentially and independently. After you receive this email, please send me a brief note to confirm, so I know it is safety received. Email is the best way to reach me. Thank you.

For your quick review, a list of highlights is provided as follows, in chronologic order.

| End of April | S⬛B⬛ wife offered to tell a male employee she was preganant. There was no noticeable pregnancy on her. |
| Middle of May | S⬛B⬛ announced his wife had given birth to a baby girl. He showed photos of a baby to coworkers. |
| May 19 -- June 3 | S⬛B⬛ was on approved ~~fatherhood leave~~ using Paid ~~Family Leave (PFL)~~. Sydney Lester informed customers and employees about S⬛B⬛ paternity leave. |
| June 2nd | His wife visited the office alone and voluntriy informed people it was past due pregnancy with indcued labor. WITHOUT carrying the baby, she showed a baby's photos to customers in the front desk area. |
| June 6th | S⬛B⬛ returned to work and was quite responsive to all baby greetings and inquiries from customers and coworkers. He introduced details of his babysitting. |
| June 13th | S⬛B⬛ fell down on the floor Sydney Lester happened to see it but did not call 911 for him. Sydney Lester informed coworkers that S⬛B⬛ will go back to paternity leave soon. |
| June 22nd | S⬛B⬛ informed two coworkers in person that he will be away from the office for a long time. |
| June 23rd | S⬛B⬛ did NOT come to work. His case was closed with a status change from A to C. |
| June 24th | S⬛B⬛ returned to office. |

Best Regards,

Qing (Luchi) Lu
Personal Cell: 202-760-0783

PUBLIC SAFETY SURVEY: Let us know about your experiences and opinions regarding public safety in
Washington, DC. Take the 10-minute survey Here. #SaferStrongerDC

6

$E \times hibit \# 14$

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=LLU> |
| **Sent:** | Wednesday, May 10, 2017 4:34 PM |
| **To:** | Collier, Tameka (BEGA) |
| **Subject:** | Ethical / fraud report - initiative communication |

Ms. Collier,

I sent you an email from my personal email (Qing Lu, luchi_100@hotmail.com). I was not sure if it has gone to the Junk Mail folder. I am pasted it below and sending it now from my work email.

I would prefer to communicate on this matter using my personal mail for my own job safety. If you'd prefer we use work email I have no problem with it. In either case, I require confidentiality. Please advise and I will do accordingly.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** May 10, 2017 3:38 PM
**To:** tameka.collier@dc.gov
**Subject:** Ethical / fraud report - initiative communication

Good afternoon Ms. Collier,

I am a DC government employee. I browsed BEGA's website and saw your Professional Bio there. I just want to initiate some communication with you.

I reported a fraud case to my agency and to OIG. I firmly firmly (200% positive) believe it is a FRAUD. My agency is not willing to hear it. The OIG evaluated the case totally based on the information provided by my agency and then closed it without taking any action. I believed there is something political and the 2 agencies are taking coordinated action to hide the fact that someone was negligent.

The case is very simple and straightforward. One of my coworker claimed he had a baby born on ████ 2016. I firmly firmly believed that is a fraud and he does NOT have a baby born on that day. I believed he has taken 8 weeks government paid fatherhood leave WITHOUT having a child. I knew you are either deeply perplexed or think I am "crazy" – I am not blaming you thinking that way. I knew this sounds very unusual because nobody makes this type of lie which requires "lifetime maintenance", yet it happened and he "made it".

i

There are two types of allegation. A positive allegation is when one claims "there exists something" which can be substantiated by physical proof (the baby in person, or photos). A negative allegation is to claim "something is not in existence." Non-existence cannot be proved by physical existence. In some circumstances it can be safely assumed that if a certain event had occurred, evidence of it could be discovered by qualified investigators. In such circumstances it is perfectly reasonable to take the absence of proof of its existence as positive proof of its non-existence. When I was reading your professional boi, I leant you have a law study background. Hopefully the communication would be easier

I am sending this email for making an inquiry to learn how reports to BEGA will be handled. My biggest question is: Is BEGA an independent agency to handle ethical issues independently by taking independent action on its own, or it relies on other agency's conclusion? I don't want to lose my job because of reporting this to BEGA. I request confidentiality of all my reports if I choose to proceed with BEGA. For now I wish to have you to be my only contact without copying information to other staff of BEGA before you screening it.

Please let me know you thoughts so I can determine whether I want to proceed.

Thank you,
Qing Lu
MBA, PE, PMP


#ThriveByFiveDC kicks off this month! Learn more about Mayor Bowser's commitment to early childhood and visit the District's first comprehensive child health and early learning website at ThriveByFive.dc.gov.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

2

*Exhibit #15*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Brown, Mia (DCRA) </O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MIA.BROWN> |
| **Sent:** | Friday, May 12, 2017 12:44 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | RE: seeking advice |

Ms. Luchi,

Thank you for following up and presenting new information to the agency. Also, thank you for clarification of the types of allegations.

As it stands, all required documentation has been provided by the employee  for approved Paid Family Leave (PFL).

I refrain from personal opinions when making decisions related to my positon and rely heavily on facts based on presentation of evidence; which in this case are confidential. I would ask that you respect the required confidentiality of medical documentation and understand we would do the same for you, if the roles were reversed.

I will not address why an individual chooses to represent or not represent a family member in their cubicle. This is an individual's choice and not a requirement for any position at the agency.

I do apologize that this is causing you such pain and encourage you to reach out to Inova (see link below) for assistance in coping.

http://www.inova.org/eap

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, May 12, 2017 12:03 PM
**To:** Brown, Mia (DCRA)
**Subject:** seeking advice

Ms. Brown,

I am sending this email as a follow-up and new inquiry to learn: if I have NEW evidence to indicate this is a fraud, now is it good time to talk about it? You know my allegation is: He does NOT have a daughter born on May 19, 2016. He took 8 weeks government paid fatherhood leave WITHOUT having a baby. I still believe this is the truth. I know it sounds crazy. My new evidence includes some changes on her Facebook and the conversations between her and staff on the 2nd floor at permit center.

1

There are two types of allegation. A positive allegation is when one claims "there exists something" which can be substantiated by physical proof (the baby in person, or photos). A negative allegation is to claim "something is not in existence." Non-existence cannot be proved by physical existence. In some circumstances it can be safely assumed that if a certain event had occurred, evidence of it could be discovered by qualified personnel. In such circumstances it is perfectly reasonable to take the absence of proof of its existence as positive proof of its non-existence. Being the case, I really don't know what physical proof there is to establish his claimed child birth.

As you knew I had a conversation with Mr. Crawford on 2-10, during then he advised me there is a standard procedure for all DC Government employees who apply for PFL. They are required to submit certain documentation for approval BEFORE they can take the leaves. I fully understood this must be the practice because application always goes before approval. When I was asking Mr. Crawford whether a Birth Certificate was verified. Mr. Crawford advised me that he is not going to tell me that. I also called him at a later time that that conversation didn't go well, that's why I don't want to copy him of this email today because I do not want him to think I disrespect him or his decision, or continue to challenge him. Though I don't always agree with him on what he is saying, I do have sincere respect to him.

I have been working here for almost 10 years, tightly focusing on my plan reviews, without much knowledge how to handle a HR issue. Sometimes it seems honesty and personal candor do not help, it requires some other tact which I may not master well. This is why I am sending this email exclusively to you as an informal inquiry to wish to learn some opinion and wisdom whether and how to proceed. May I ask you a question: After reading the report I sent to the three of you on 2-24 (L█████ vs. V███), do you really believe he has a baby born last May? We are dealing with S███ B███ on an everyday basis. There are many hints to suggest this is a FRAUD, indeed. I don't blame anyone who don't see it this way because I knew this is a very unusual / bold lie, too wrong to be wrong. It is a lifetime lie that requires lifetime "maintenance" and very few people can make it.

Can you please simply tell me how can this fact be justified: He put a family shot in his cubicle since last November (still there) which the girl is a baby of another women (R██ b█████ who lives in Jamaica?)?! If he really had a baby of his own, why wouldn't he have his own baby in the photo? Plus the fact he had shown photos of a baby and claimed it is his daughter BEFORE the claimed DOB of this baby? I believe that photos will not be changed until the girl's mother comes for a visit the next time and that girl is available to borrow. My motive is very simple and straightforward. I only wish to know the TRUTH, that's all. I do NOT care in a later day he is promoted to a supervisor, or a CBO... I just wish to know the TRUTH. It has been so spiritually painful to see this this bold lie went through so well. I feel my intelligence is raped every day. Have you guys requested him to bring the baby to the office, or the conclusion was drawn only based on the documentation/paperwork he submitted? Is there any physical proof at all?

I wish to get some advice and learn some tact to handle this situation. I understand it is unwise to talk to unwilling ears. Shall I continue it or drop it now and wait to allow the situation to work out or break out itself? In either case, I will be the one to take full responsibility and consequence of doing it which I am aware. Some professional advice and cultural wisdom is more than welcome and appreciated to guide me through. THANK YOU.

Luchi

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024

2

Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Brown, Mia (DCRA)
**Sent:** Friday, February 24, 2017 3:13 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: new info

Ms. Lu,

This has not provided any new perspective, the agency has confirmed all required documentation needed for an approval.

Regards,

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, February 24, 2017 2:45 PM
**To:** Brown, Mia (DCRA)
**Subject:** FW: new info

Has this provided some new perspective? thanks

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, February 21, 2017 10:26 AM
**To:** Crawford, Walter (DCRA); Jackson, Ingrid (DCRA)
**Cc:** Brown, Mia (DCRA)
**Subject:** new info

Please see attachment, a fact and common sense based report with new information. Sorry I did not keep my promise, but for a good reason, considering the coincidence of the SAME LAST NAME of baby L████, in case it was overlooked. In the first place I thought only OIG is able to investigate it. I just realized a lot information can be verified in his PeopleSoft, under Dependents and Beneficiaries.

3

Exhibit #16

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL |
| | (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Wednesday, May 17, 2017 9:38 PM |
| **To:** | Qing Lu |
| **Subject:** | Fwd: seeking advice |

Sent from my iPhone

Begin forwarded message:

> **From:** "Lu, Luchi (DCRA)" <luchi.lu@dc.gov>
> **Date:** May 17, 2017 at 2:06:54 PM EDT
> **To:** "Corrales, Ileana (BEGA)" <ileana.corrales@dc.gov>
> **Subject: FW: seeking advice**

These are the most recent emails I had with the HR of my agency DCRA.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Brown, Mia (DCRA)
**Sent:** Friday, May 12, 2017 4:29 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: seeking advice

You have a good weekend as well.

https://dchr.dc.gov/sites/default/files/dc/sites/dchr/publication/attachments/edpm_12_302_paid_family_leave_0.pdf

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352

1

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, May 12, 2017 4:11 PM
**To:** Brown, Mia (DCRA)
**Subject:** RE: seeking advice

I see your point. A child is a "minor" in law term. But I respectfully disagree the practice of accepting medical documentation as ultimate proof of a child birth. Let's put aside the possibility of fraud (which is rare) and talk about it in a general sense, there is possibility of miscarriage and abortion before delivery, right? An anticipated birth is not a birth occurred. https://dchr.dc.gov/node/910082. So only the verified government issued birth certificate plus healthcare medical bill (Aetna, United, Kaiser) / credit card payment shall be accepted as proof of an occurred child birth.

Now it seems I understood HR's position better: you have to follow the established standards and work within your scope of authority and treat every case equally. An aggressive approach that deviates from the established standard may trigger human rights issues. Not an easy job. ☺

Practically, it is a lot easier to prove "there is something" than the opposite. If you can explain and tell what makes material fact and acceptable ultimate proof for of it, please just advise. It's time to move on, bye and have a good weekend.


Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Brown, Mia (DCRA)
**Sent:** Friday, May 12, 2017 2:19 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: seeking advice

You're welcome.

No need to report the response of a child to HR.

Regards,

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352


**From:** Lu, Luchi (DCRA)
**Sent:** Friday, May 12, 2017 1:20 PM

2

*Exhibit #17*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Thursday, May 25, 2017 9:59 AM |
| **To:** | Corrales, Ileana (BEGA) |
| **Subject:** | Reports – OIG ▮▮▮▮ |
| **Attachments:** | V▮▮ vs  L▮▮ pdf; Report to OIG 2017.pdf |

Ms. Corrales,

Please scroll all way down to the bottom for my first report to OIG on June 27, 2016. In this email, I expressed my concern based on the facts S▮▮ B▮▮ wife showing no physical sign of pregnancy at the end of last April and his motive of committing this fraud, which is to use the paternity leave to cover the possible prison time he may be sentenced to at his pending trial on June 23rd, 2016. I received 2 letters from OIG in August and October 2016 notifying me this is an ongoing matter and premature disclose will interfere with law enforcement proceeding. OIG eventually dropped this case, withheld all findings and passed it to DCRA, knowing DCRA is neither a law enforcement agency nor a disciplinary body. There has been significant lack of openness and inefficiency in OIG's handling of this case.

I contacted the HR of my agency DCRA and requested an update. Mr. Crawford, the Chief Administrative officer of DCRA called me to his office on February 10 and informed me: Every DC government employee applying for FPL shall go through a standard procedure. They are required to submit certain documents for approval **before** they can take the leave. HR has reviewed the documents submitted by S▮▮ B▮▮ and it is fine. I mentioned to him the fact that a staff and I, we **both** saw his wife at the end of April last year. There was NO physical sign of pregnancy on her body. I asked Mr. Crawford whether a government issued birth certification was verified to establish this child birth. Mr. Crawford said he is not going to tell me that.

For your reference: S▮▮ B▮▮ took 8 weeks paternity leave (PFL) for a his son N▮▮ who was born on ▮▮▮▮ 2015. S▮▮ B▮▮ wife has brought this boy to DCRA office and we all saw him many times. S▮▮ B▮▮ claimed his daughter was born on ▮▮▮▮ 2016. However, there are some vital and material facts occurred **after** this date which have provided strong and consistent evidence he has committed a fraud, i.e. he took 8 weeks government paid paternity leave WITHOUT having a baby. I know it sounds shocking. Some of the information was obtained from the public profile of his wife's Facebook (S▮▮ C▮▮), which shall be considered self-presentation and self-statement. I summarized these in my report V▮▮ vs. L▮▮, please see the 1st attachment. This was sent to HR of my agency on 2-24-2017. In a summary:

1. S▮▮ B▮▮ had shown a baby's photo to a co-worker BEFORE the alleged birthday ▮▮▮▮ 2016) of the baby.

2. He and his wife were not able to present a single photo showing "3" kids together until November 2016 when a Jamaica women R▮▮ B▮▮ visited DC with her baby girl L▮▮, since then L▮▮ was repeatedly borrowed to make photos with S▮▮ B▮▮ family.

3. S▮▮ B▮▮ put the Santa photo ▮▮▮▮▮▮ in his cubicle since then (It is still there). His wife pointed out the girl in the middle and confirmed to an employee at the permit this is their daughter. This photo was taken last November. The girl in the middle looks way older than a 6-month old.

1

4. There are 2 names of the baby girl, "V███" does not exist. It was just a photo of his son N███ who was born in ███████ 2015), while L███ is the daughter of R███ B███, a woman who lives in Jamaica.



A family member (S███ P███ mother-in-law C███ H███ C███ confirmed the girl in the above photo is a cousin in her own Facebook, Please see Part 7 of the 2nd attachment (Report to OIG 2017) which I sent to OIG on March 5, 2017. His mother-in-law's statement is also consistent with R███ B███ Facebook, which confirmed R███ B███ identity as the girl's mother, with people congratulating her on the baby and asked about a baby shower. Other than this Part 7, these two attachments are pretty much the same. Please note, there is no motive no reason no need for these 2 women to lie about the baby's identity.

The most recent email I received from OIG notified me the case is closed based on analysis of the documentation provided by DCRA. The closure is unjust and biased because OIG has solely and entirely relied on same / old documents submitted by one party every time and all the times. OIG has totally ignored the vital and material facts occurred and presented to it at a later time just as if they were not in existence. This approach is neither independent nor technically competent. The coexistence of these facts has provided systematic evidence to support this is a fraud including the documents reviewed by OIG, which highly likely is fraudulent, which shall not be relied on to justify this case because itself may be forged and fake. An in-house "analysis" by OIG itself is not able to establish the fact, because a fake or manipulated document can look real.   https://www.buyafakediploma.com/fake-birth-certificate.html. OIG was expected to exercise due diligence to reach out to the original issuer which is the Vital Record Department of Maryland Government to establish the fact whether the document he submitted was issued by it or purchased online or manipulated.

His wife is a permit expediter and doing business with DCRA everyday. In the past 12 months, the couple has been so eagerly showing a baby girl's photos to employees and to DCRA customers, and claimed it is their daughter, but they were unable to bring a real baby girl to the office, not even once. Each time she visited DCRA she brought her sons. When an employee asked how why she never took her daughter with her, she replied: "We don't want people to see her. We don't want people to comment on her." But she continued to offer vivid babysit stories of her daughter to the employee and customers, especially while S███ B███ was taking his second portion of the fatherhood leave two days a week between January and March this year (2017).

There was another evidence presented but ignored by OIG. As you see Part 3 of the 1st attachment (V███ vs. L███ shows posts made by his wife on May 18 (supposedly being induced at the hospital) and May 19 (supposedly delivering a baby). Now all these 4 posts (pasted below) have been deleted by her while the other posts remained. I'm glad I had captured them earlier showing the date as original proof before they were

2

removed. There is not any new photo other than the above-mentioned old photos of last November when R███ B███ came to DC for visit. This can be verified by everyone on her Facebook.



I recently had some email exchange with Ms. Mia Brown on May 12 (I forwarded it to you last Wednesday). She sent a link of the required documents for a child birth - a certificate of live birth, or similar government (or legal) document, listing the employee as a legal parent.
https://dchr.dc.gov/sites/default/files/dc/sites/dchr/publication/attachments/edpm_12_302_paid_family_leave_0.pdf

Now I tend to have more understanding of HR's role on this matter, which is to request and receive documents per requirements outlined by DC government, that's all. It is OIG's mission to exert due diligence and carry out an investigation when there has been overwhelming fact based evidence to support this is a fraud.

There are a lot hints on an everyday basis as well. Whenever some employees asked him to bring his baby girl to the office, each time he looks very evasive. He pretends he did not hear and walks away. He thought that way people would stop asking. On April 27 (Take Your Kids to Work Day) an employee asked S███ B███: "S███ why didn't you bring your kids? How many kids do you have?" He was almost frozen and leterally was not able to reply.

Some information here you may have already known, just in case. Thank you.

Luchi

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

From: Qing Lu <luchi_100@hotmail.com>
Sent: June 27, 2016 3:50 PM
To: oig@dc.gov; hotline.oig@dc.gov
Subject: Report

To Whom It May Concern

My name is Qing (Luchi) Lu. I am an employee of the District Colombia Government. My employee ID is 00037041. My full identity is pasted below for your verification:

3

*Exhibit # 18*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, July 25, 2017 1:49 PM |
| **To:** | Corrales, Ileana (BEGA) |
| **Subject:** | RE: Board of Ethics & Government Accountability |

All transparency are automatically and legitimately sacrificed by the "confidential" investigation. Now I felt extremely difficult and depressed with the situation which I must say farewell and let go to all logics, truth and common sense that I've been living by for more than 50 years, and just accept the legal conclusion you drew based on the facts you say I don't know. I am a mother of one. I don't understand why and how a legal fact and natural fact must run totally and entirely against each other like this on an everyday basis. I trust it is the truth that BEGA staff have access to certain resources that I'm not aware of, but I don't think HIPPA and verification of one child' birth certificate can be done without consent. When you say the case is closed, it means no whatever evidence will be accepted, REGARDLESS, am I right? This is hard to cope now, hopefully I can go over it better as time goes. Don't know if an "attorney advisor" can advise about the investigation process itself.

Don't think me negative. I WISH I can see the girl, even for once, I WISH I am wrong, so my mind won't be that torn anymore and I will be mentally relieved.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Corrales, Ileana (BEGA)
**Sent:** Tuesday, July 25, 2017 10:47 AM
**To:** Lu, Luchi (DCRA)
**Subject:** Re: Board of Ethics & Government Accountability

We don't have any process for appealing a decision not to investigate.

You stated that an in house review cannot determine the fact that a document is true or fake. I am not going to go into the details of what was reviewed during the course of the investigation. Also, please be advised that all of our subjects of an investigation are put under oath by the Director of Government Ethics. Investigators at BEGA have access to resources and documents that you may not be aware of. I myself have interviewed Mr. B███ and others that are related to him. I will not keep going back and forth on this as the matter has been closed. Please respect the findings of this office and if for any reason you believe another code of conduct violation has occurred then you are welcomed to file a complaint at any time. In addition, please be advised that this office investigates matters that potentially violated the DC Code of Conduct.

1

If you would like advice on a matter please call our office and have the front desk put you in contact with a BEGA attorney advisor.

Investigator Corrales
Board of Ethics & Government Accountability
District of Columbia Government

---

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, July 25, 2017 8:37:57 AM
**To:** Corrales, Ileana (BEGA)
**Subject:** RE: Board of Ethics & Government Accountability

Ms. Corrales,

I am not sure whether you are aware now Facebook evidence is admissible even in court. In this case, the evidence was totally from her own Facebook not anybody else's. She put those posts there willfully without coercion and influence of any others. It is her self-presentation and self-confession. By no means it shall be ignored. Again and again, BEGA is not able to determine whether a document is true or fake if the document was originally issued by another jurisdiction. An in-house document review cannot determine the fact. Bega shall not only reply on the paper they provided (and the interview) and at the same time totally ignore the co-existence of strong evidence presented by her own's Facebook as she is (supposed to be) the mother of the "baby". This is partial opinion. Without a clearly outlined known definition of sufficiency, BEGA cannot conclude whether the evidence I presented is insufficient. I am the complainant of this case, not the subject, being the case can I appeal?

Yes, this case does involve an employee's spouse, who is so willing to cooperate in a deliberate fraud, but is does not involve a "child". There is NO child. V▇▇ is just a photo of his biological son N▇ L▇▇ is the daughter of R▇ B▇ a family friend who lives in Jamaica. Who / Where is his daughter ?

Thank you for your time and efforts. I appreciate it.

Luchi


Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office. 202-442-9474
Email:  luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Corrales, Ileana (BEGA)
**Sent:** Monday, July 24, 2017 4:04 PM
**To:** Lu, Luchi (DCRA)
**Subject:** Board of Ethics & Government Accountability

Attached is a letter from the Interim Director of Government Ethics, and General Counsel, Brian K. Flowers.

2

On Behalf of Interim Director Flowers,
Ileana Corrales | Investigator
Board of Ethics and Government Accountability (BEGA)
441 4ᵗʰ Street, N.W. Suite 830 South
Washington, DC 20001
Direct: 202-741-7685

*Just like our city, Sustainable DC is evolving! Help us update the plan by telling us what you care about most in this easy 3-minute survey. Learn more and get involved by visiting http://www.sustainabledc.org/in-dc/sdc2-0/.*
*Just like our city, Sustainable DC is evolving! Help us update the plan by telling us what you care about most in this easy 3-minute survey. Learn more and get involved by visiting http://www.sustainabledc.org/in-dc/sdc2-0/.*
DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.
*Just like our city, Sustainable DC is evolving! Help us update the plan by telling us what you care about most in this easy 3-minute survey. Learn more and get involved by visiting http://www.sustainabledc.org/in-dc/sdc2-0/.*
*Just like our city, Sustainable DC is evolving! Help us update the plan by telling us what you care about most in this easy 3-minute survey. Learn more and get involved by visiting http://www.sustainabledc.org/in-dc/sdc2-0/.*
DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

3

*Exhibit #*
*18*

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## BOARD OF ETHICS AND GOVERNMENT ACCOUNTABILITY



**Office of Government Ethics**

**CONFIDENTIAL**

**VIA EMAIL**

July 24, 2017

Luchi Lu
Luchi.Lu@dc.gov

Dear Ms. Lu:

This letter responds to your complaint to the Board of Ethics &Government
Accountability ("BEGA") dated May 16, 2017, and subsequent conversations with
BEGA staff, in which you provided to us details about your co-worker, S███ B███  In
your complaint you allege that Mr. B███ abused his Paid Family Leave by purchasing,
or forging, a document to deceive the government about the birth of his daughter.

We analyzed the details of your complaint in light of the Board of Ethics and
Government Accountability Establishment and Comprehensive Ethics Reform
Amendment Act of 2011 ("Ethics Act"), effective April 27, 2012 (D.C. Law 19-124;
D.C. Official Code § 1-1161.01, *et seq.*). After an interview with Mr. B███ and a
review of relevant documents obtained by BEGA investigators, there is insufficient
evidence to support a reasonable belief that a violation of the Code of Conduct occurred.

We appreciate you taking the time to forward this matter to our Office. If you have any
questions please feel free to contact Investigator Ileana Corrales at 202-741-2130.

Sincerely,

Brian K. Flowers
Interim Director of Government Ethics
 and General Counsel
Board of Ethics and Government Accountability

BF/ic
███

Lawson, Tyrone (DCRA)

*Exhibit #19*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) <luchi.lu@dc.gov> |
| **Sent:** | Thursday, August 03, 2017 11:04 AM |
| **To:** | Flowers, Brian (BEGA) |
| **Subject:** | RE: BEGA case ▮ |

Sir,

Thank you for your email.

Jurisdiction is jurisdiction. Sufficiency is sufficiency. Those are two different things. If BEGA does not have jurisdiction over it, BEGA should inform me in the first place. I have presented a list of comprehensive evidence, while what BEGA has is only a sheet of paper unverified. If the requirement and standard of sufficiency are in existence, BEGA shall provide. Otherwise, BEGA shall not liberally utilize the term "insufficiency" to reject my allegation without a ground. This is unjust.

An investigator is expected to know the respondent's self-defense statement itself is neither a finding not an evidence. Those are only statement.

BEGA investigator stated the "subjects of an investigation are put under oath", which is merely procedural. Those are only transcripts on file. "Under oath" neither guarantees the interviewees are telling the truth, nor prevents them from continuing to lie. It only means the people shall be responsible for all the legal consequence of lying to a government investigator.

If you can provide definition and/or guidelines of sufficient evidence, I will do my best to meet your standard.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Flowers, Brian (BEGA)
**Sent:** Wednesday, August 02, 2017 2:16 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: BEGA case ▮

Ms. Lu – This will acknowledge receipt of your request that we "re-review all materials and request an authorization from S▮ B▮ to submit it to the Vital Record Department of Maryland government to determine whether it matches the state record." As you know, the Board of Ethics and Government Accountability's jurisdiction over the conduct of District employees is set forth in the Board of Ethics and Government Accountability Establishment and Comprehensive Ethics Reform Amendment Act of 2011, effective April 27, 2012 (D.C. Law 19-124; D.C. Official Code § 1-1161.01, et seq.), and is limited to the statutes and rules contained in the District's Code of Conduct. See D.C. Official

1

Code § 1-1161.01 (7) (Defining statutes and rules that comprise the Code of Conduct). Allegations related to paternity and FMLA abuse are not within our primary jurisdiction.

I do not see anything materially different in your submission from the one that we responded to on July 24 (attached). We do not have an internal process for appealing a decision by the Director to decline to investigate a complaint. If you have new evidence that supports a reasonable belief that a violation of the Code of Conduct has occurred, we will consider your request at that time.

Sincerely

Brian K. Flowers
Interim Director and General Counsel
Board of Ethics and Government Accountability
441 4th Street, N.W., Suite 830 South
Washington, D.C. 20001
(o) 202.481.3411
(d) 202.481.3407
brian.flowers@dc.gov

Confidentiality Notice

This message is sent by a lawyer and is intended exclusively for the individual or entity to which/whom it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 02, 2017 1:57 PM
**To:** Flowers, Brian (BEGA),
**Subject:** FW: BEGA case █████████

Some minor formatting problem fixed. Please use this version. Thank you.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 02, 2017 11:16 AM
**To:** Flowers, Brian (BEGA)
**Subject:** BEGA case █████████

Dear Interim Director Brian K. Flowers,

My name is Luchi Lu. I am the complaint of BEGA case █████████ I received a letter from Investigator Corrales on July 24, notifying me the case is closed because of insufficient evidence and privacy. I have clearly responded "this case does

2

**Jackson, Ingrid (DCRA)**

*Exhibit #20*

From:        Bailey, Christopher (DCRA)
Sent:        Thursday, August 03, 2017 1:09 PM
To:          Crawford, Walter (DCRA)
Subject:     FW: Thank you

Fyi!

**Christopher M. Bailey**
Deputy Building Official for Permit Operations
Department of Consumer and Regulatory Affairs
1100 4th St SW
Washington DC 20021
O: 202-442-4533
E: christopher.bailey@dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, August 03, 2017 12:51 PM
**To:** Bailey, Christopher (DCRA)
**Subject:** Fw: Thank you

Hi Chris,

Thank you for taking time  from your busy schedule meeting with me. You asked for a "date" of some communication, now I am forwarding to you for your information. As said, I was seeking advice. I do NOT need you to discuss with anybody. If I choose to do it later, I will do it myself and take all the consequence responsibilities myself. Thank you again. Any further advice, please let me know.

Thank you again,
Luchi

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, February 10, 2017 1:31 PM
**To:** Crawford, Walter (DCRA)
**Cc:** Jackson, Ingrid (DCRA); Brown, Mia (DCRA)
**Subject:** Thank you

Mr. Crawford,

Thank you for taking your time to notify me the result of this complaint. It has been a little bit distracting given the prolonged investigation. Now it has come to an end and makes a good relief. I respect and take it as our agency's decision.

1

As stated, I was relying on my observation and comprehension as well as information voluntarily shared with me by several of my coworkers. I handled my reports and all information professionally and responsibly. Below is the original / initial / first report I sent to OIG on June 27, 2016. I just want to be totally candid and open with all you HR professionals what I actually did, so as to clear out any misunderstanding, if any.

From now on, there will no more communications from me on this matter. You have my word. Thank you all for your time.


Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Friday, February 10, 2017 1:24 PM
**To:** Lu, Luchi (DCRA)
**Subject:** Fw: Report




**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** June 27, 2016 3:50 PM
**To:** oig@dc.gov; hotline.oig@dc.gov
**Subject:** Report

To Whom It May Concern

My name is Qing (Luchi) Lu. I am an employee of the District Colombia Government. My employee ID is 00037041. My full identity is pasted below for your verification:

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

I am sending this email to express my concern about conducts of my coworker S██ B███. For your verification, his identity is also pasted below.



Department of Consumer and Regulatory Affairs

2

*Exhibit #2*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Underwood, Lynn (DCRA) |
| **Sent:** | Tuesday, August 15, 2017 2:57 PM |
| **To:** | Jackson, Ingrid (DCRA) |
| **Cc:** | Bailey, Christopher (DCRA); Parris, Lori (DCRA); Botling, Melinda (DCRA); Taylor, Kandace (DCRA) |
| **Subject:** | Luchi Lu |

Chris and I just had a meeting with Luchi Lu regarding the issue with S███ B███ We told her to not have contact with anyone in DCRA except Human Relations about this issue. She acknowledged our direction and left the meeting with an understanding of our explicit direction.

*Lynn Underwood*

Lynn Underwood, MCP, CBO
Chief Building Official
(202) 442-9513 office

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

1

**Lawson, Tyrone (DCRA)**

$Exhibit \#22$

| | |
|---|---|
| From: | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| Sent: | Wednesday, September 06, 2017 4:45 PM |
| To: | Qing Lu |
| Subject: | FW: Report to Director |

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

**From:** Underwood, Lynn (DCRA)
**Sent:** Tuesday, August 22, 2017 8:39 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Jackson, Ingrid (DCRA); Bailey, Christopher (DCRA)
**Subject:** RE: Report to Director

Luchi,
Please remember that I instructed you to take this issue ONLY to HR from now on. Please do not send these questions or any like them to anyone other than HR. Thank you.

*Lynn Underwood*

Lynn Underwood, MCP, CBO
Chief Building Official
(202) 442-9513 office

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, August 21, 2017 7:12 PM
**To:** Underwood, Lynn (DCRA); Bailey, Christopher (DCRA)
**Subject:** Re: Report to Director

Sir,

Do you think this time HR is going to request his authorization to verify his document with DVR Maryland, or still just take it as true with no verification? Thank you.

Luchi

Sent from my iPhone

1

Lawson, Tyrone (DCRA)                                    Exhibit #22A

| | |
|---|---|
| **From:** | Jackson, Ingrid (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=4F97C948506347DCB5C2570107A9B9CB> |
| **Sent:** | Monday, September 11, 2017 1:47 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | RE: Report to Director |

Good afternoon Ms. Lu,

I apologize for my tardy response. Based on my review of his records, Mr. B█ has met all of the District government requirements in order to be eligible for the Paid Family Leave and has taken the Leave in accordance with the regulations. Further review reflects that your concerns have been investigated by both the Office of the Inspector General (OIG) and the Board of Ethics and Government Accountability (BEGA). The OIG and the BEGA informed the agency that they could not find any cause for the agency to take any disciplinary action against Mr. B█ and that the case is now closed.

At this point, there is no further action required by representatives of the DC Department of Consumer and Regulatory Affairs (DCRA) or any other District government agency.

Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed.


Regards,

Ingrid L. Jackson
Human Resources Officer | Office of the Chief Administrative Officer
Department of Consumer and Regulatory Affairs (DCRA)
1100 4th Street, SW, 5th Floor, Room 5103 | Washington, DC 20024
( 202.442.4509 | : ingrid.jackson@dc.gov
www.dcra.dc.gov



Confidentiality Notice: This electronic communication, including any attachments, is intended only for the person or entity to which it is addressed and contains information which may be confidential, legally privileged, proprietary in nature, or otherwise protected from disclosure. If you are not the intended recipient, please do not read, distribute, share or reproduce this electronic communication, or its contents. If you have received this message in error, please reply to or telephone me immediately, and please delete all copies of this communication.



**From:** Lu, Luchi (DCRA)
**Sent:** Monday, September 11, 2017 11:24 AM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director


Ms. Jackson,

1

I sent you 2 emails on 8-23 and 8-25. You have not responded to any of them. Can you please send me an update and inform me of HR's conclusion? Thank you.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, August 25, 2017 9:40 AM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director

Ms. Jackson,

May I have some update from you for my report either today, or you want to advise a timeframe that I will follow?

Knowingly submitting a fake official (Maryland) government document to another (DC) government is a fraud, it is criminal. When I was reporting this to Mr. Crawford in February, he used an inappropriate word on me. A government HR manager is expected to perform due diligence to find out the truth. No government officer shall use his official position to suppress a report of a fraud case that may have criminal elements to it, or use his power to block or prevent from finding the truth, which is unlawful.

As I stated in my last email, I want to know HR's conclusion and move on, since it has been a bit distracting. Thank you.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, August 23, 2017 12:57 PM
**To:** Jackson, Ingrid (DCRA)
**Subject:** RE: Report to Director

Ms. Jackson,

I did my diligence professionally and responsibly in reporting this issue. Certainly wish and trust the agency did its due diligence with no negligence.

2

**Lawson, Tyrone (DCRA)**

*Exhibit # 23*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, September 19, 2017 11:07 AM |
| **To:** | Mayor Bowser; Bowser, Muriel (EOM); ATD EOM3; Bowser, Muriel (TRANSITION); Bowser, Muriel (EOM) |
| **Cc:** | Tuohey, Mark (EOM); Falcicchio, John (EOM); Perry, Beverly (EOM) |
| **Subject:** | Report forgery crime to EOM |
| **Attachments:** | 1-OIG 8-23 and 10-24-2016.pdf; 2-V■■ vs L■■.pdf; 3-birth and certificate.pdf; 4-Photos and Posts.pdf; 5-Transfer Letter.pdf; RE: BEGA case ■■.msg |

Dear Mayor Bowser and EOM Office,

My name is Qing (Luchi) Lu. I am an employee of DCRA. I am sending this email to your office to report a fraud involving forging official government documents, which is a felony crime, and the gross and deliberate negligence and extreme incompetent handling of this case by DCRA and other agencies. I request confidentiality.

Please scroll all way down to read my 1st email to OIG on June 27, 2016, 15 months ago. When I was requesting an update, I received 2 responses last year in August and October (Attachment 1, 2 pages) stating "As a law enforcement body, this office does not disclose information pertaining to ongoing criminal and/or administrative matters because premature public disclose would interfere with pending or prospective enforcement proceedings." On February 1st, OIG informed me this case had been transferred to DCRA. OIG wrote to DCRA "... your office would be in the best position to address the issues raised." (Attachment 5, 1 page)

I then sent a report (Attachment 2, 4 pages) with new evidence to DCRA's HR in February. The contents of this report were not included in my 1st email to OIG. They are 8 months apart and approached from different directions, yet they matched materially to support the same conclusion: My coworker S■■ B■■ took 8 weeks government paid fatherhood leave WITHOUT having a baby. He submitted FAKE documentation to HR. DCRA refused to verify his documents with the Department of Vital Record (DVR) of Maryland whether his claimed childbirth occurred and whether it matches the state birth record. The Human Resource simply informed me that the documents he submitted "met DC government's requirements" in February. In August this year, I reported it directly to our agency Director Bolling. She assigned it HR again. In the very last email I received from HR, Ms. Ingrid Jackson on 9-11 she stated again "Based on my review of his records, Mr. B■■ has met all of the District government requirements in order to be eligible for the Paid Family Leave and has taken the Leave in accordance with the regulations. Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed." This conclusion and closure were based on the assumption the documents he provided was true, without fact finding, without support by the state birth record of Maryland government.

Before I reported it to Director Bolling, I had contacted OIG the 2nd time on March 1st. I asked OIG Hotline if I can re-file an old case with new proof. I received response on the same day "Please send any new or additional information to the OIG hotline." I then forwarded this new report (Attachment 2) to OIG. On May 10, I received a reply from OIG stating "OIG conducted an independent analysis of the documentation provided by DCRA and determined that no further action by the OIG is warranted."

https://health.maryland.gov/vsa/Pages/birth.aspx
Maryland law prohibits from providing information on one's birth records without written authorization signed by the individual, parent, or guardian, and certified by a notary public, stating that the representative has permission to obtain a copy of the certificate. DC government should request this written authorization from S■■ B■■ to verify with Maryland government to determine the fact whether the claimed childbirth occurred.

1

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Johnson, LaKeitha (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=C237FED58181429097423D0DEAF56318> |
| **Sent:** | Tuesday, September 19, 2017 2:53 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | RE: Report to Director |

No

On Sep 19, 2017 10:22 AM, "Lu, Luchi (DCRA)" <luchi.lu@dc.gov> wrote:


Any thoughts, wisdom or advice I can share ?


Best Regards,


Luchi Lu

Fire Protection Engineer

Department of Consumer and Regulatory Affairs

1100 4th Street SW, E340, Washington, DC 20024

Office: 202-442-9474

Email:  luchi.lu@dc.gov

Website:  www.dcra.dc.gov


**From:** Lu, Luchi (DCRA)
**Sent:** Friday, September 15, 2017 9:49 AM
**To:** Johnson, LaKeitha (DCRA)
**Cc:** Johnson, LaKeitha (DCRA)
**Subject:** FW: Report to Director


Hi Ms. Johnson,

1

I am sending this email with attachments to ask for your advice on this matter how to deal with HR and those management. When you read the email chains from the very bottom, you can see it has bothered and distracted me for a long time, especially when I called Walter Crawford on 2-27 this year, over the phone he used the word "harassing" on me, I was very angry. When I tried to request justification why he threw that work on me, he became evasive rushed to hang up. We firmly firmly believed this is a fraud, it involves knowingly using and providing a forged document with intent to defraud, it is a felony crime. He DOES NOT have a baby. HR deliberately avoid finding the truth by NOT verifying the document he provided. They are not only negligent but also abused the system.

As stated, it is very easy to prove there exists a human being if there is one and there are many ways to prove it. They can also verify his medical bill with Aetna or Kaiser. But they just do not want to do it.

As you can see, I wrote a long email to the Director on 8-7 she did not reply a single word. I sensed reluctance, arrogance and lack of common courtesy, which I don't see typically from a high-ranking officer. She and I are at different level of hierarchy in the organization, but we work as equals when it comes to business. We stand equal before the law and the truth. You see I responded to Ms. Jackson's last email, I don't think she is going to respond anymore, because in her last email she wrote "Please consider this the **final** response on behalf of the agency as the matter has been investigated and deemed closed."

Though a lot of my coworkers found this quite entertaining, I am among the few who found it very creepy and disgusting, it has bothered me very much. This is so wrong. As said, I felt my intelligence is insulted and raped every day. I am not asking you to make judgement on the matter itself, I know it is not your responsibility. However, I wish to learn some advice and guidance from you how to handle this situation, whether to proceed and how to proceed. I am kind of inspired by Mr. Crawford wrong word he used on me. I want to prove he is wrong! But I knew it's hard to talk to deaf ear and willful blindness, which will create new frustration.

We recently had a coworker who stepped out to move his vehicle and he was discplined by a couple of hours no pay, but this is a EIGHT WEEKS paternity leave WITHOUT having baby by submitting forged government / offical document, it is a fenoly crime but DCRA let it go. DCRA is crazy!!!

How to handle this deadlock to reveal the truth and get myself out trouble? I want to learn how to cope and deal those management on this situation. I wanted to move on so I can totally concentrate on my work to end this. Thank you !

Best Regards,

Exhibit #25

**Lawson, Tyrone (DCRA)**

| From: | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL |
| | (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| Sent: | Friday, September 22, 2017 11:20 AM |
| To: | Mayor Bowser; Bowser, Muriel (EOM); ATD EOM3; Bowser, Muriel (TRANSITION) |
| Cc: | Tuohey, Mark (EOM); Falcicchio, John (EOM); Perry, Beverly (EOM) |
| Subject: | RE: Report forgery crime to EOM |

Dear Mayor Bowser and EOM Office,

I sent this email to your office on Tuesday 9-19 and copied to several people. I have not received an confirmation of receipt from any one yet. Wish to know it was safety received. Clearly I am waiting a response or a timeframe we can follow up with. If there is designated person I should follow up with please specify I will do accordingly. Thank you all.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, September 19, 2017 11:07 AM
**To:** Mayor Bowser; Bowser, Muriel (EOM); 'eom@dc.gov'; Bowser, Muriel (TRANSITION); Bowser, Muriel (EOM)
**Cc:** Tuohey, Mark (EOM); Falcicchio, John (EOM); Perry, Beverly (EOM)
**Subject:** Report forgery crime to EOM

Dear Mayor Bowser and EOM Office,

My name is Qing (Luchi) Lu. I am an employee of DCRA. I am sending this email to your office to report a fraud involving forging official government documents, which is a felony crime, and the gross and deliberate negligence and extreme incompetent handling of this case by DCRA and other agencies. I request confidentiality.

Please scroll all way down to read my 1st email to OIG on June 27, 2016, 15 months ago. When I was requesting an update, I received 2 responses last year in August and October (Attachment 1, 2 pages) stating "As a law enforcement body, this office does not disclose information pertaining to ongoing criminal and/or administrative matters because premature public disclose would interfere with pending or prospective enforcement proceedings." On February 1st, OIG informed me this case had been transferred to DCRA. OIG wrote to DCRA "... your office would be in the best position to address the issues raised." (Attachment 5, 1 page)

I then sent a report (Attachment 2, 4 pages) with new evidence to DCRA's HR in February. The contents of this report were not included in my 1st email to OIG. They are 8 months apart and approached from different directions, yet they matched materially to support the same conclusion: My coworker S___ B___ took 8 weeks government paid fatherhood leave WITHOUT having a baby. <u>He submitted FAKE documentation to HR. DCRA refused to verify his documents with the Department of Vital Record (DVR) of Maryland whether his claimed childbirth occurred and</u>

1

*Exhibit #26*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Slattery, Jim (EOM) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=04ED8C63D6D04FF7B73A5F0C5E7B00BF> |
| **Sent:** | Tuesday, September 26, 2017 9:01 AM |
| **To:** | Lu, Luchi (DCRA) |
| **Cc:** | Wright, Joseph (EOM) |
| **Subject:** | RE: Report forgery crime to EOM |

DCRA is part of the The Deputy Mayor for Planning and Economic Development cluster.

Good day.

Jim Slattery
Correspondence Officer
Mayor's Correspondence Unit
Executive Office of Mayor Muriel Bowser
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 316
Washington, DC 20004
Ofc- 202-545-3119
Cell- 202-351-9261
jim.slattery@dc.gov



★ ★ ★
WE ARE
**WASHINGTON**
**DC**
http://mayor.dc.gov/

To Subscribe to Mayor Bowser's Weekly E-Newsletter, click here.

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, September 26, 2017 8:50 AM
**To:** Slattery, Jim (EOM)
**Cc:** Wright, Joseph (EOM)
**Subject:** RE: Report forgery crime to EOM

Good morning Sirs,

I was at a meeting the whole afternoon yesterday and did not read your email carefully. I just did a brief search of the office you referred to, https://dmped.dc.gov/ I don't see what role they can play on this matter. Can you please advise?

The Mayor's Office exerts administrative authority over all agencies of DC government, that's why I reported the fraud and the negligent handling by agencies to EOM. As I am not totally familiar with the organization chart of your office, when I called to follow up I ended up being transferred to Mr. Wright on Friday afternoon. You both are correspondence officers, but if you are not the right personnel for this type of correspondence, you could simply tell me and point out

1

the right person to your best knowledge. I don't understand why a Planning and Economic Development office should be involved in an issue of criminal nature. Why should an economy committee be in a better position to handle this than EOM itself? Does it have any judicial and administrative power over its parallel agencies at all, what can it do??

We certainly expect EOM to take legitimate action to exhibit and restore the government's integrity, but we don't need a gesture or condescence. After reading the mails, if you believe this is not within your official responsibility or simply you don't want to be involved, you can say it and I won't follow up with you anymore. You don't need to transfer to an agency you knew is irrelevant. That would be waste of time of you, mine and that party. Working on this matter with multiple DC government agencies, I have learnt the technique how an agency appeared doing something by carefully bypassing the very essential part, don't want to see it more.

Can you suggest who I should talk based on the nature of this matter?

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Slattery, Jim (EOM)
**Sent:** Monday, September 25, 2017 12:51 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Wright, Joseph (EOM)
**Subject:** RE: Report forgery crime to EOM

Ms. Lu, good afternoon.

Mr. Wright asked me to review your e-mail. I want to thank you for informing the Mayor of your concerns. I will be reviewing with the Office of the Deputy Mayor for Planning and Economic Development and ask them to be in touch with you.

Thank you again,

Jim Slattery
Correspondence Officer
Mayor's Correspondence Unit
Executive Office of Mayor Muriel Bowser
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 316
Washington, DC 20004
Ofc- 202-545-3119
Cell- 202-351-9261
jim.slattery@dc.gov

2

Exhibit #29

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Wednesday, September 27, 2017 2:14 PM |
| **To:** | Seshasai, Karuna (EOM) |
| **Subject:** | RE: Report forgery crime to EOM |

How do you know he is not a liar ?

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Seshasai, Karuna (EOM)
**Sent:** Wednesday, September 27, 2017 1:00 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Report forgery crime to EOM

Good afternoon Ms. Lu,

I did receive your email last Friday, September 22, and your voicemail. The Mayor's Office has also received your request for follow-up on the report you sent on September 19. This matter has been reported to and investigated by your agency, DCRA, the Office of the Inspector General, and the Board of Ethics and Government Accountability. I have also discussed the report with DCHR. Your allegations have been investigated by the aforementioned agencies and they have taken appropriate action. Thank you for bringing this to our attention, there will be no further action taken on our end.

Best,

Karuna

**Karuna Seshasai**
Deputy General Counsel*, Mayor Muriel Bowser
202-724-1303
karuna.seshasai@dc.gov



http://mayor.dc.gov/

1

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

*Admitted to practice only in Pennsylvania. Practicing in the District of Columbia pursuant to District of Columbia Court of Appeals Rule 49(c)(4).

From: Lu, Luchi (DCRA)
Sent: Wednesday, September 27, 2017 10:03 AM
To: Seshasai, Karuna (EOM) <karuna.seshasai@dc.gov>
Subject: RE: Report forgery crime to EOM

Good morning Ms. Seshasai,

On Friday (9-22) afternoon a lady from your office kindly called me and informed me of the safe receipt of this email by you. Now I am sending this email to follow up if there is any update you can provide.

Lying about having a baby who is a human being shouldn't be easy. Yet he made it well and this huge lie has passed three DC government agencies. At DCRA we are amazed by S███ B████ feat, yet we are more amazed by DCRA's inaction. We are expecting your office to take legitimate action to render the truth. Thank you.

Luchi

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

Dear Mayor Bowser and EOM Office,

My name is Qing (Luchi) Lu. I am an employee of DCRA. I am sending this email to your office to report a fraud involving forging official government documents, which is a felony crime, and the gross and deliberate negligence and extreme incompetent handling of this case by DCRA and other agencies. I request confidentiality.

Please scroll all way down to read my 1st email to OIG on June 27, 2016, 15 months ago. When I was requesting an update, I received 2 responses last year in August and October (Attachment 1, 2 pages) stating "As a law enforcement

2

*Exhibit #27A*

**Jackson, Ingrid (DCRA)**

| | |
|---|---|
| **From:** | Brown, Mia (DCRA) |
| **Sent:** | Wednesday, October 04, 2017 10:46 AM |
| **To:** | Jackson, Ingrid (DCRA) |
| **Subject:** | FW: |

**From:** Fones, Ronald F. (DCRA)
**Sent:** Wednesday, October 04, 2017 10:27 AM
**To:** Brown, Mia (DCRA)
**Subject:**

Mia,

On September 4th around 9:30 am, I was approached by Juchi Lu, (4th floor elevator lobby) she was asking me if heard about one of the plan reviews' getting PFML because his wife was wearing a false pregnancy belt. I told her I did not know what she was talking about.

Lyn Underwood told me to report it to you.

Inspector Fones

The new school year is here and every day is a new opportunity for our students to learn and grow. We all have a role to play in ensuring students get to school, ready to learn, and understand that #EveryDayCounts. Go to attendance.dc.gov to learn more.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

The new school year is here and every day is a new opportunity for our students to learn and grow. We all have a role to play in ensuring students get to school, ready to learn, and understand that #EveryDayCounts. Go to attendance.dc.gov to learn more.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

1

*Exhibit # 28*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Thursday, November 29, 2018 10:24 AM |
| **To:** | luchi.lu_100@hotmail.com |
| **Subject:** | FW: DCHR Response |

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Gibson, Ventris (DCHR)
**Sent:** Tuesday, November 28, 2017 9:23 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Bolling, Melinda (DCRA); Zimmerman, Justin (DCHR); Williams, Ron (DCHR)
**Subject:** RE: DCHR Response

Good Morning Ms. Lu:

Thank you for your email. You requested that DCHR look into the allegation you made regarding a co-worker. Please know that DCHR, OIG and BEGA looked into your allegation and found no merit to your claim. As explained to you by members of my staff, this matter is now closed.

Since this matter is closed, we are unable to assist you further.

**Ventris C. Gibson|Director**
District of Columbia Department of Human Resources
441 4th Street, N.W., Suite 3305, Washington, D.C. 20001
(202) 442-9706 – Office (main)
(202) 442-9669 – Office (direct)



**From:** Lu, Luchi (DCRA)
**Sent:** Monday, November 27, 2017 12:14 PM
**To:** Gibson, Ventris (DCHR) <ventris.gibson@dc.gov>
**Subject:** RE: DCHR Response

1

Good afternoon Ms. Gibson,

I called you on Wednesday (11-22) and someone helped taking a message. I am waiting for your response.

Long story short: My coworker S▌ B▌ submitted a fake Birth Certificate in May 2016, his wife was wearing a silicone bump underneath her clothes and walking around in DCRA. He received and took 8 weeks government paid paternity leave with no baby. This is a fraud involving a forgery crime, which is a felony under DC Code § 22–3241.

DCRA and OIG and BEGA closed this case based on their assumption and opinion that the paper he submitted was not fake without official verification and confirmation from the issuing authority. I was asking DCHR to share with the fact and proof why this case should be closed and no response.

Please read the email thread below. Waiting for your response.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email:  luchi.lu@dc.gov
Website:  www.dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, November 22, 2017 9:07 AM
**To:** Brennan, Ellen (DCHR)
**Cc:** ortiz, lissette (DCHR); Stancell, Gia (DCHR); Gibson, Ventris (DCHR)
**Subject:** RE: DCHR Response

Ms. Brennan,

I have not heard a straight answer from you though I have asked the question twice, which implies to me all the agencies have reviewed the same document he submitted and assumed it is not fake without fact finding – If I am mistaken you should point it out. An allegation of forgery crime shall not be closed based on assumption. Proof must be presented.

BTW, you stated "DCHR has provided all relevant information and this matter is now considered close." – was it a typo, did you actually mean DCRA?

I am a government employee. You are a government paid Human Resources Officer. We are in business. An Human Resource professional shall be an advocate of unambiguous communication, rather than internationally being evasive and vague on a significant matter with criminal elements to it. Thank you.

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024

2

*Exhibit #*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Qing Lu <luchi_100@hotmail.com> |
| **Sent:** | Friday, May 11, 2018 10:33 AM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | Fwd: Fenit with the Washington Post |

**From:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Sent:** Wednesday, January 31, 2018 11:14:09 AM
**To:** Qing Lu
**Subject:** RE: Fenit with the Washington Post

Thank you, Luchi

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Wednesday, January 31, 2018 11:02 AM
**To:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Subject:** Re: Fenit with the Washington Post

Sure, I am starting compiling a report. There are many people's name and many agencies involved, but I will do my best to make it clear for you to read. I will probably finish and send it out to you this weekend. Thanks again!

**From:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Sent:** January 30, 2018 4:15 PM
**To:** Qing Lu
**Subject:** RE: Fenit with the Washington Post

If we find this merits a story, we would mention DCRA specifically, yes.

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Tuesday, January 30, 2018 4:14 PM
**To:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Subject:** Re: Fenit with the Washington Post

Will you mention "DCRA" or just refer it to as an agency ?

1

**From:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Sent:** January 30, 2018 4:01 PM
**To:** Qing Lu
**Subject:** RE: Fenit with the Washington Post

Hi Qing,

Here's an example of how I handled a tip regarding D.C. government:
https://www.washingtonpost.com/local/dc-politics/bowsers-pick-to-lead-st-elizabeths-came-from-troubled-hospital-where-feds-shuttered-the-er/2016/03/18/c48caad0-ed36-11e5-bc08-3e03a5b41910_story.html?utm_term=.69d5114df7e0



Bowser's pick to lead St. Elizabeths came from troubled ...

www.washingtonpost.com

D.C. Mayor Muriel E. Bowser's choice to lead the District's public psychiatric institution had only one other hospital stint on his résumé: chief executive of a ...

As you can see, I don't include any information regarding the tipster so long as the facts check out. In some instances we may use the phrase "documents obtained by The Washington Post" without specifying from where. I do not see a situation where I would mention you in any story, but if that becomes necessary, I will explain the process for being an anonymous source.

It would be very helpful if you have a way of downloading the emails or copying and pasting them into one document and sending it over. Please do send as much identifying information as possible.

We do not use legal paper work, other than providing our commitment that we will not share your identity outside the newsroom. One scenario where we may no longer honor an anonymity agreement is when we find out someone is deliberately lying, but that is very rare.

Fenit Nirappil
Reporter
The Washington Post
Office: 202-334-6365
Cell: 678-977-8284
Twitter: @FenitN[twitter.com]

2

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Tuesday, January 30, 2018 12:06 PM
**To:** Nirappil, Fenit <Fenit.Nirappil@washpost.com>
**Subject:** Re: Fenit with the Washington Post

Mr. Nirappil,

Attached is my government ID. I pasted my DC government employee signature block below for your verification. We will communicate using my personal email. I choose to identify myself before Washington Post, but I request anonymity and confidentiality in any publication or interview -- if any -- for my personal protection, and ideally gender neutral.

This happened in the summer of 2016. The volume of emails will be overwhelming. I can forward them or paste them as images.

- There are many names of recipients across different agencies of DC Government. Shall I scramble those names off or leave them there?
- Shall I release the name of the employee who perpetrated this fraud, which is a felony crime per DC Code § 22–3241 (Forgery), or just address him as "this person"?

Again, I don't want my name to be on any publication or media. I have a question out of curiosity: If it is deemed newsworthy, will DCRA's name be there as DCRA, or it will be referred to as "an agency of DC government" or something like that, and you'll interview some people? I have never done this before, just wish to learn how these tips will be handled and processed.

I wish to know whether we need to sign some legal paper work for us to proceed and if there is any legal advice. From Washington Post side, are there any rules and regulations for people who choose to report fraud to media? If so, please advise and I will obey and follow all the rules. Please advise and confirm.

Thanks,

Luchi

Exhibit #30

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, February 20, 2018 5:02 PM |
| **To:** | Brennan, Ellen (DCHR); Smith-Mathis, Ledesma (DCHR) |
| **Cc:** | ortiz, lissette (DCHR); Stancell, Gia (DCHR); Zimmerman, Justin (DCHR) |
| **Subject:** | RE: DCHR Response |

Hello All,

For this case, may I re-file with **NEW** proof? I request Confidentiality.

We communicated about this before. My coworker S███ B███ claimed he had a baby born in May 2016, and he took 8 weeks government paid fatherhood leave. My stand is:

1. **The baby he took 8 weeks government paid fatherhood leave for does NOT physically exist in this world. In other words There was no baby. It is a fraud.**
2. **If it involved using a fake Birth Certificate, then he has also committed a forgery crime, which is a felony.**

Proof I have provided include:
1. no appearance at 3 weeks before delivery,
2. extreme change in appearance,
3. showing the baby's pictures BEFORE the baby was born,
4. his 6-year-old child told one of my coworkers "I do NOT have a sister",
5. very implausible and untenable response to inquiries about this baby,
6. no single appearance of the baby in the past 21 months.
7. using other people's kids in his own family shot.
8. His family member and his wife admitted she used pictures of other people's kids.

**Now we have NEW proof.** Can I meet with you in your office? Thank you.

Best Regards,

Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

✔dcra 🐦📘📷▶

**Be a Life Saver**. Get alerted to sudden cardiac arrests in your immediate vicinity, so that you can start CPR in the critical lifesaving minutes before EMS teams arrive. **Download the PULSEPOINT app today from your App Store**. And to get trained in Hands on Hearts CPR, visit: https://fems.dc.gov/page/hands-hearts-cpr-program

1

Exhibit #3

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Nolo Network <noreply@user-experthub.com> |
| **Sent:** | Tuesday, February 20, 2018 7:20 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | Case Review #599-9C6-447F from employmentlawfirms.com |



Luchi Lu,

**Thank you for your submission!**



1



## Contact Information

| Question | Answer |
|----------|--------|
| First Name | Luchi |
| Last Name | Lu |
| Email | luchi.lu@dc.gov |
| Phone | 2024429474 |

## Case Summary Results

| Question | Answer |
|----------|--------|
| Total employees that work for the business | 101-500 |
| The Employer is a | Government Agency |

| Case Description |
|------------------|
| One of my coworkers, a DC government employee submitted a fake birth certificate to HR and his wife was wearing a silicone bump around her belly underneath her clothes. This person took 8 weeks government paid fatherhood leave WITHOUT a baby !! I reported this fraud to HR with rock solid evidence obtained from me and from other employees. When I was calling to follow up. The agency's chief staff = HR manager called it harassment. He used "harassment" to threaten me. He said " if you continue you'll be dealt with". He knew revealing the truth will reveal his own incompetence and negligence. |

 To learn more about your legal issue, consider Nolo's legal self-help resources. Check out Nolo's Store!

To guarantee inbox delivery of your consultation emails in the future, please add

2

**Lawson, Tyrone (DCRA)**

*Exhibit #32*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, February 20, 2018 8.34 PM |
| **To:** | luchi_100@hotmail.com |
| **Subject:** | Request for a meeting |
| **Attachments:** | image001.png; ATT00001.htm; image002.jpg; ATT00002.htm; image003.jpg; ATT00003.htm; image004.jpg; ATT00004.htm; image005.jpg; ATT00005.htm; image007.png; ATT00006.htm; image001.png; ATT00007.htm; image002.jpg; ATT00008.htm; image003.jpg; ATT00009.htm; image004.jpg; ATT00010.htm; image005.jpg; ATT00011.htm; attachment.docx; ATT00012.htm |

Hi LaKeitha,

I have forwarded to you some of my emails about the fake baby before. S████ B████ claimed he had a baby born in May 2016, and he took 8 weeks government paid fatherhood leave. My stand is: The baby he took 8 weeks government paid fatherhood leave for does NOT physically exist in this world. In other words There was no baby. It is a fraud. – If it involved using a fake Birth Certificate, then he has also committed a forgery crime, which is a felony. Proof I have provided include:

1. no appearance at 3 weeks before delivery,
2. extreme change in appearance,
3. showing the baby's pictures BEFORE the baby was born,
4. his 6-year-old child told one of my coworkers "I do NOT have a sister",
5. very implausible and untenable response to inquiries about this baby,
6. no single appearance of the baby in the past 21 months.
7. using other people's kids in his own family shot.
8. His family member and his wife admitted she used pictures of other people's kids.

In February 27, 2017 when I was calling Mr. Walter Crawford to follow up with him on a report I had sent to him earlier, over the phone he told me that S████ B████ had reported this to him and this is harassment. I was very angry but since he was dominating the conversation, I was not able to get more clarification of it.

Recently (and accidently) I obtained an email which S████ B████ sent to Chris Bailey on 2-2-2017, **I pasted it for you below. Please scroll all way down to read it. It is also attached.** – this is his harassment complaint he filed to DCRA and Mr. Crawford call me "harassing" based on the information in this email without verifying anything with me from my side. I am asking you please read his unbelievable email first and then I have some questions about the logic and contents of this email itself.

S████ B████ wife is a permit runner. He was fined by BEGA for doing his wife's jobs. He was fined for $1,000. The case was substantiated on 12-5-2016, **with his own signature.** He was not supposed to call it defamation. Please click on this link for BEGA's report.

## http://bega.dc.gov/sites/bega/files/publication/attachments/████████
## _Negotieted_Disposition.pdf

My main questions are:
* Why did he need to react to a Google search with nobody's name on it?
* Why is his mind there for his wife?

1

- Why did he choose to relate a google search to his wife's pregnancy and then deny the connection?
- Why did a general google search especially bother him?
- This sheet of paper is about FAKE pregnancy, if his wife's pregnancy is not fake, then that would mean this paper has no bearing on his wife at all, why did he call it harassment? Why did he call it harassment TO HIM?

I need to hear from them why a google sheet constituted a harassment to him. Why is his mind there? DCRA did not very anything mentioned in this email with me, but just used this harassment word on me. It is unjust and unfair to me!

Best Regards,
**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires
luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov


**Be a Life Saver.** Get alerted to sudden cardiac arrests in your immediate vicinity, so that you can start CPR in the critical lifesaving minutes before EMS teams arrive. **Download the PULSEPOINT app today from your App Store.** And to get trained in Hands on Hearts CPR, visit: https://fems.dc.gov/page/hands-hearts-cpr-program

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

Confidential Subject to Protective Order     Lu v. DC et al1-20-cv-00461_00000261

*Exhibit #33*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4EB9AC4B4136EF111E0C> |
| **Sent:** | Thursday, February 22, 2018 4:24 PM |
| **To:** | Harris, William (DCRA) |
| **Cc:** | Johnson, LaKeitha (DCRA) |
| **Subject:** | FW: THANK YOU |

Mr. Harris,

**Thank you** for taking the time from your busy schedule to meet with me. I really appreciate it. Thank you for your advice.

Below is the email I sent to Ms. Mia Brown on 12-1-2017 after talking with her in the lobby in this building, which was the very last email about this matter. I will learn to work on myself to change my mindset. Thank you again!

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

    

---

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, December 01, 2017 10:49 AM
**To:** Brown, Mia (DCRA)
**Subject:** THANK YOU

Hi,

THANK YOU for talking to me yesterday, I appreciate it not only as an HR advice, but also enlightenment and wisdom from a trustworthy professional to help me gain a broader perspective and larger picture of view, I cherish it and hold it warmly to my heart.

The last 18 months was unusual in my life. There were 2 voices in my head. One constantly saying "this is too wrong too indecent. How could this possibly happen?! I must let people know." when I am tired of pursuing the other voice emerging "why should this bother YOU? Did YOU pay him for that 8 weeks" – I've been rejected too many time. I was torn, I blamed myself for not being capable of convicing others. I was very distressed. I presented all facts very seriously, responsibly and honestly, but I was not able to make people believe it. For illustration, I purchased a document from http://www.buyafakediploma.com/, the shipment alone costs $40 for next day FedEx delivery. My thinking was: this is not complicated murder case like when 2 witnesses have presented very different even conflicing testemony, or a piece

1

of instrument as vital evidence is missing – this is just about a baby, an alive human being who is living in his house every single minute if eixsting – there should have been many many ways to prove there is one if there is. I don't image any other case in this world that should be ealier to prove than this one – but I didn't make it. The sence of failure is overwheling especially when seeing the party enjoying the huge success of this unbelievable feat …. Hard to digest but now I face it accept it and will move on, give me a little time.

I started pursuing this since last June as you knew. I have taken a lot time off on this since last year, especially while I was compiling my email V[redacted] vs. L[redacted] and those long emails with picture attachments. You knew where my cubicle is, to avoid being seen by others in office, I have taken a lot time off from work and did them at home, which has demonstrated my sence of respobsility to others and discplines in handling. My tenacity may have caused some extra work on you guys, but I believe I deserve mertis and credits on helping alert the agency and DC government a fraud may happen and some monitoring mechanism is truly necessary, I still have wholeheart trust that most people here are honest and very decent. **Can I be granted a couple of days admin leave so I can use them during the holiday season, as a compensation for the actual time off I spent , a reward of my conscienceness, and help of recovery of my extreme mental stress?**

3 days ago a person from DCHR says someone there wanted to meet with me, I was sooo happy that eventually I get a chance to speak to someone to present the fact and to ask questions. I had sleepless night, too happy to sleep, but on the next day they changed their mind…. Now I am so mentally exhausted. I will do my best to stay positive. I promise you – giving me some time – you will see a motivated, hard working, positive-minded, healthy me the next year. Thank you.

Luchi

**From:** Smith-Mathis, Ledesma (DCHR)
**Sent:** Tuesday, November 28, 2017 12:13 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: DCHR Response - Follow up with the Director

Good morning,

Unfortunately, Director Gibson will not be able to personally meet with you on this matter. However, [illegible] our Associate Director for Policy and Compliance who oversees [illegible] this Thursday. If you are interested just send me a few times during the day that work for you and I can get that scheduled for you.

Thank you

From: Smith-Mathis, Ledesma (DCHR) Sent: Wed 11.29.2017 [illegible]
To: Lu, Luchi (DCRA)
Cc: Taylor, Kandace (DCRA)
Subject: RE: DCHR Response - Follow up with the Director

[illegible]

**Ledesma Smith-Mathis**
**Program Analyst**
[illegible]

2

*Exhibit #34*

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Friday, February 23, 2018 10:35 AM |
| **To:** | Hotline Inspector General (OIG) |
| **Subject:** | RE: OIG Control #2016-1103 |

May I have a confidential consultation with OIG?

It is a document I accidently obtained. It's an email he wrote to one of the management staff on 2-2-2017, a year ago. The whole email will be submitted for your review and verification of authentication if required.

> Again, just a week ago during our morning meeting on 1/26/2017, which was held on the floor of the Permit Center, she found the time to do a google search on 'fake pregnancies'. yes, bizarre! Knowing that I was the Reviewer assigned to the Fire review counter after the meeting ends, she made sure that a printed copy of her google 'findings' was left on top of the stamps in the drawer for me to see it. One may ask, what is her motive? For me it was very clear, it was a direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL).
>
> I believe this is clear harassment, and her conduct only serves to generate a hostile work environment; this need to be addressed as soon as possible and should be documented for the record. This conduct does not belong in our work place!

Thanks for your time in this matter.

S▮▮▮B▮▮▮

Department of Consumer and Regulatory Affairs

Website: www.dcra.dc.gov

It may happen – though highly unlikely – S▮▮▮ B▮▮ himself, driven by some sudden unexplained impulsive morality – turns himself in and confesses to DCRA or OIG that he did take 8 weeks fatherhood leave with NO baby. Does it mean before this happens ANY evidence shall be deemed insufficient no matter what? It compares a suspect offers to tell other "I didn't do it" before anybody asks!! Why is his mind there? Why did he even need to react Google search if it is not him? Why the words there bother him?

Before I sent the whole email to you, I wish to learn: since my allegation is there is NO baby, WHAT makes sufficient proof for OIG to verify the birth certificate he submitted with the issuing authority which is the DVR of Maryland government?? You know I am not law enforcement, I'm just an individual, I cannot go to his house and count how many kids he has there. For an individual, what proof / evidence shall be deemed sufficient by OIG? If you have a guideline please email it to me. I will take a look first to see if I can meet the requirement or not. If it is beyond my capability I will not proceed.

1

The logic in his email is so ridiculous and it is so unfair to me. To me it is a hint / tip that his wife DID have fake pregnancy, otherwise why is he so alert about the words? Why did he need to react to a sheet of paper? It means there is something wrong in his mind. Do you see it this way? Please enlighten me.

My agency is sided with him and unfair to me. **That's why I am requiring confidentiality for my own sake.** Please do enlighten me and I will follow accordingly. Thank you.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Hotline Inspector General (OIG)
**Sent:** Wednesday, February 21, 2018 2:49 PM
**To:** Lu, Luchi (DCRA)
**Subject:** OIG Control #2016-1103

Ms. Lu,

Please see attached correspondence regarding the status of your case. If there is new information, the D.C. Office of the Inspector General will evaluate new information submitted to us and will contact you should we need any additional information. Thank you.

Sincerely,

OIG Hotline
D.C. Office of the Inspector General
717 14th Street, N.W., Suite 500
Washington, D.C. 20005
(202) 727-2540

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, February 20, 2018 4:29 PM
**To:** ATD OIG; OIG, FOIA (OIG)
**Cc:** Hotline Inspector General (OIG); Hotline Inspector General (OIG)
**Subject:** OIG Control #2016-1103

Hello ALL,

For old case with NEW proof may I refile?

I request confidentiality. Thank you.

Best Regards,

**Lawson, Tyrone (DCRA)**

*Exhibit # 35*

| | |
|---|---|
| **From:** | Reid, Rohan (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=D0A43608E829491D9868A9C0DB1EBC57> |
| **Sent:** | Friday, March 09, 2018 9:07 AM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | RE: Confidential meeting request |

Good morning Ms. Lu,

There is nothing further that I am able to add. Respectfully, please do not share anymore details about the case that you are involved in and that HR is handling. You must take your concerns to that division. I am the newest member to the EEO and Sexual Harassment Team and understand the professionalism that is necessary to carry out my duties. I am also certain the older members take the claim of harassment seriously and execute their responsibilities in a professional manner.

Thank you and have a good day and weekend.

Regards,

**Rohan Reid** | *Program Analyst, Office of the Zoning Administrator*
Department of Consumer and Regulatory Affairs
Government of the District of Columbia

rohan.reid@dc.gov | 1100 4th Street SW, Suite E340, Washington, DC 20024
main: 202.442.4400 | desk: 202.442.4648
inspections: 202.442.7867 | dcra.dc.gov

 

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, March 08, 2018 6:47 PM
**To:** Reid, Rohan (DCRA)
**Subject:** Re: Confidential meeting request

He attempted to use a false harassment on me to cover his own fraud. I knew it from an email I accidentally obtained he sent to Chris Bailey I pasted it in my report to you. That word "harassment" is in his email.

I knew there is NO record in my performance. I understand the origin of the case is a HR matter. I agree. Now since you are holding an official and significant position in the committee at city level, you will certainly have some influence as a high-ranking officer. Your voice will be bigger than ours. So at some meetings please do tell the others: caution! Sometimes a false harassment can be filed as a tool to cover one's own wrong doing, even a fraud, a felony crime ! Want this voice to be heard agency wide, citywide and nationwide !!!

Just to a clarify: Nothing "sexual" in this case.

1

Thank you for your time. I don't want to talk to HR again since they did not put any record on me. I just felt it's unfair to me. I also had talked to my union. They advised me since HR chose to let it go just let it go. Otherwise I will become the problem not him.

I will move on and continue to stay positive and let it go. Thank you again.

Luchi
Sent from my iPhone

On Mar 8, 2018, at 6:01 PM, Reid, Rohan (DCRA) <rohan.reid@dc.gov> wrote:

> Good afternoon Ms. Lu,
>
> Thank you for the follow up. As I mentioned to you in our meeting, there is a process for investigating complaints and it is not the SHO/EEO Officer's or Counselor's job to make any determinations about the outcome/resolution of a complaint. In general, we gather information and pass it along to the party who has the responsibility to determine the outcome/resolution/next steps.
>
> I am not aware of a complaint against you, beyond you informing me that there is one that you are aware of. Based on the limited information you began to disclose about it, I don't believe it was brought to the attention of the agency as a sexual harassment complaint, or it predates my announcement as the SHO/EEO Officer. If the latter, perhaps it was brought to the attention of another SHO/EEO Counselor. I would again advise speaking with Charles Thomas, DCRA's General Counsel, to get more clarification about the course a sexual harassment claim would take.
>
> At this time I want to be clear, as I think that you are, that I am not able to act on information about any harassment complaints that may have been brought against you. I would again advise following up with DCRA's HR division on general harassment complaints and to get more clarity about whether there is a complaint against that may have been made with their office. Further, once I have assumed the full responsibilities of my role, I will only be able to address 'sexual' harassment complaints/concerns and those related to equal employment opportunity.
>
> Regards,
>
> **Rohan Reid** | *Program Analyst, Office of the Zoning Administrator*
> Department of Consumer and Regulatory Affairs
> Government of the District of Columbia
>
> rohan.reid@dc.gov | 1100 4th Street SW, Suite E340, Washington, DC 20024
> main: 202.442.4400 | desk: 202.442.4648
> inspections: 202.442.7867 | dcra.dc.gov
>
> ---
>
> <image011.png>     <image012.jpg> <image013.jpg> <image014.jpg>
>
> > <image015.jpg>
>
> **From:** Lu, Luchi (DCRA)
> **Sent:** Wednesday, March 07, 2018 6:33 PM
> **To:** Reid, Rohan (DCRA)
> **Subject:** Re: Confidential meeting request

2

Mr. Reid,

As you see I myself did not initiate a harassment complaint. Someone complained about me without justification. I provided some background information. If you think those info is irrelevant please ignore it.

My whole point to meet with you as an officer is to call attention: whoever files a harassment complaint shall be required to provide evidence to justify his complaint. A harassment complaint shall not be deemed true automatically without fact finding. And the person who files a harassment complaint shall not be given privileged treatment than those who are being complained. Otherwise "harassment" will become a cover of wrong doings which is detrimental. --- these are the whole point of my meeting with you.

I fully agree that an officer shall be impartial and unbiased in examining and reviewing any case, all conclusion shall be based on TRUTH and FACT. I respect it. If I need more guideline WITHIN your purview and scope, I'll reach out to you. Thank you for your time.

Regards,
Luchi

On Mar 7, 2018, at 5:56 PM, Reid, Rohan (DCRA) <rohan.reid@dc.gov> wrote:

> Ms. Lu,
>
> Thank you for reaching out to me. I read the first paragraph of your email and began to read the second paragraph. At this point I realized that you are disclosing information about a matter that you informed me, is being investigated, or recently concluded investigation by DCRA's HR division, and did not read the remainder of the email. Further, as I mentioned in our meeting I have not concluded my trainings for the new position as EEO Officer and Sexual Harassment Officer (SHO); therefore, I am not comfortable receiving this information or advising on the matter.
>
> The only advice I can offer is for you to speak with the HR Division, or Mr. Charles Thomas, General Counsel for the agency, if you are interested in filing a complaint about harassment. Also, if you wish to inquire further about the specifics of your situation: I do appreciate your concern about the responsibility that the SHO/EEO Officer has to be impartial when handling/investigating complaints and they are duly noted.

3

*Exhibit #36*

## Lawson, Tyrone (DCRA)

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) |
| **Sent:** | Thursday, April 05, 2018 8:55 AM |
| **To:** | Bolling, Melinda (DCRA) |
| **Subject:** | FW: follow up |

Good morning Director Bolling,

I wish to meet with you privately for maximum 30 minutes. Would you be available sometime in the next week?

I work half day at the counter. I am available every day in the morning before 11:30, except on Tuesday I am available in the afternoon.

Thank you in advance.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, April 04, 2018 11:11 AM
**To:** Slade, Keith (DCRA)
**Subject:** follow up

Hi Keith,

Have you got it arranged?

I fully understand the Director has a lot things to take care of especially she just came back from vacation. If she is fully booked for this week, next week will also do. If possible please just give me 2 days' notice. Thanks again.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

1

**Lawson, Tyrone (DCRA)**

Exhibit # 37

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Monday, April 09, 2018 4:28 PM |
| **To:** | heather.brown@turner.com; lauren.cone@turner.com |
| **Subject:** | Fw: Epidemic Paternity leave fraud by male DC government employees |
| **Attachments:** | Government ID.pdf |

Hello,

I found your emails from this link.
http://cnnpressroom.blogs.cnn.com/press-contacts/

When I was calling 202-878-7900 (CNN Washington DC) to follow up on the email below I had sent earlier, i was told i must provide a name of the contact otherwise my inquiry won't be answered. This is my initial contact. I don't have a name.

Sorry about the blind / group email. Can you please read my email below and forward it to a right person I can follow up with? I will stick to the contact. Your response is appreciated. Thank you.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division**
Department of Consumer & Regulatory Affairs

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, April 9, 2018 1:24 PM
**To:** community@cnn.com; cnn.feedback@cnn.com
**Subject:** Epidemic Paternity leave fraud by male DC government employees

Hello,

I am in Washington DC. I am an employee of the District of Columbia government. My government ID is attached. I am writing to report the epidemic paternity leave abuse / fraud at my agency -- Department of Consumer & Regulatory Affairs.

DC government employees receive 8 weeks parenthood leave (maternity and paternity) https://dchr.dc.gov/page/paid-family-leave At my agency a male employee submitted a paternity leave application and received 8 weeks paternity leave WITHOUT a baby. People said they never heard the pregnancy. This person's reaction to questions about this baby caused suspension. He was reported by coworkers to HR. HR did not do anything.

The 2nd one is also a male employee. He holding a safety-sensitive position in DC government answering to public trust. He did his fraud more skillfully than the 1st one. He submitted fake documents. He utilized his wife. His wife was a wearing a plastic bump underneath her clothes and walking around in the agency in May 2016. He applied for and took 8 weeks government paid paternity. It was found out later by adding up tips from many employees together this is also a fraud. **It was just a BUMP there is no baby.**

1

We are NOT able to provide any PHYSICAL evidence because this baby girl dost NOT exist, what we have provided includes lack of appearance, sudden and extreme change of appearance. At the social occasion he told others the girl was born on May 19, 2016, but he had shown a baby's picture to other and claimed it is his new born **BEFORE** this date. a female customer's confirmation in writing about the bizarre / fake look of his wife pregnancy - his wife was wearing a bump or pillow. From the link to the threads posted in his wife's Facebook. His own family member's written post to confirm the girl is a cousin. One asked his 5 or 6 year old "how's your sister doing" the boy answered "I don't have a sister" .... And of course no single appearance but only vivid babysit stories told by his wife, and many more...

I did contact Washington Post. At first when I had confidentiality concern the contact assured me confidentially will be honored as long as the facts check out. After he received my reports with attachments and  rocksolid evidence, he kept asking me "why are you determined to get this out" ... I'm not sure what makes standard answers to this question.

This case should have some profound and  long lasting impact on law scholars in terms of how far to push for proving negative, though at this link
https://digitalcommons.law.msu.edu/cgi/viewcontent.cgi?article=1426&context=facpubs  the article tries to illustrate a negative claim is not necessarily more difficult to prove than a positive allegation. In practice, when one (he) says he has a baby one (she) says this is a fraud, should he be totally exempted from proving any physical proof at all for this claimed child birth? At WHAT point the burden should shift from one to the other? The subject of this claim is a BABY - a human being. Given rock solid evidence has been provided, should he be required to submit physical proof? DC government never requested any physical proof and never verified the paper work he submitted with the vital record department of Maryland government to verify the claimed child birth. They just ASSUMED the paperwork he submitted is not fake without fact finding. Recently we had a conversation with one of the HR staff and asked him why given so much overwhelming evidence provided HR still does not him to bring "the" baby. He stated because there is possibility the person will bring "a" baby.

OIG, BEGA and DCRA  all looked at the same fake document, none of them took the initiate to verify it with the state birth record. When they saw on the 2 words "birth" and "certificate" on the paper, they all ASSUMED it is good. Because HR failed to catch him in the first place, after receiving reports, HR didn't take action. There is abuse of discretion. They are knowingly negligent and self-serving - they knew revealing the truth will reveal their own negligence and incompetence. They used their official potion to protect this fraud. Rather, HR manager created a culture of silence and fear and defended him on this fraud. They mutually referred t each other's decision to defend their own negligence.

It's not only dishonest, unethical, indecent, disgusting, low, ... or something like that. Knowingly use a counterfeit official document for personal gain is a fraud, it is forgery crime. It is **felony per DC Code - § 22–3241.**

We trust the voice matters it will help bring out the truth. Please advise if this makes a newsworthy story to call for integrity of government and its employees, especially the scrutiny of paternity leave applications from male employee whose spouse is not working in the same agency.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

**Lawson, Tyrone (DCRA)**

Exhibit # 38

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) |
| **Sent:** | Tuesday, April 10, 2018 10:12 AM |
| **To:** | Bolling, Melinda (DCRA) |
| **Subject:** | Re: follow up |

Director Bolling,

I sent you the 1st email last Thursday 4-5 (Please see below). I wish to meet with you privately. Would you be available sometime this week ? Your response will be appreciated.

Thank you,
Luchi

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, April 5, 2018 8:54 AM
**To:** Bolling, Melinda (DCRA)
**Subject:** FW: follow up

Good morning Director Bolling,

I wish to meet with you privately for maximum 30 minutes. Would you be available sometime in the next week?

I work half day at the counter. I am available every day in the morning before 11:30, except on Tuesday I am available in the afternoon.

Thank you in advance.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, April 04, 2018 11:11 AM

1

Exhibit #39

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | TANYA HILL <permitxperts@gmail.com> |
| **Sent:** | Thursday, April 12, 2018 5:18 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | Re: Fw: Distribution of EA, ER and EA jobs |

WOW! Didn't know about this.

Thank you,

Tanya Hill
PermitXperts
7830 Chapel Cove Drive
Laurel, MD 20707
301.953.2309 p/f
301.775.4995 m

On Thu, Apr 12, 2018 at 4:48 PM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

Probably he wants to have total control as a manager, but it's not right. But did you know his wife is a permit runner and he's fined $1,000 by BEGA.

Check this out!

https://bega.dc.gov/sites/bega/files/publication/attachments/▮▮▮▮▮▮▮▮▮▮
_Negotiated_Disposition.pdf

(see attachment)

**From:** TANYA HILL [mailto:permitxperts@gmail.com]
**Sent:** Thursday, April 12, 2018 4:27 PM
**To:** Lu, Luchi (DCRA)
**Subject:** Re: Fw: Distribution of EA, ER and EA jobs

Thanks for sending. I don't understand either, but you tried.

1

Thank you,

Tanya Hill

PermitXperts

7830 Chapel Cove Drive

Laurel, MD 20707

301.953.2309 p/f

301.775.4995 m

On Thu, Apr 12, 2018 at 4:13 PM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

Read these emails below from the very bottom. I requested and explained to him the benefits of adding my name to Anthony's distribution list, but he refused to do it. I don't understand WHY.

**From:** Lester, Sydney (DCRA)
**Sent:** Friday, March 16, 2018 1:52 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Distribution of EA, ER and EA jobs

There is no hidden agenda. To remove this problem I will have S▆▆▆▆ name removed from the list of people who have acted as supervisor. The only time he is supposed to assign any job is when I am out of office and he is the acting supervisor. Jobs are assigned by supervisors or people granted the supervisors authority. I intend to restrict the supervisory role for assigning jobs to myself so I am fully aware of what takes place on a day to day basis. Keith, Aaron and Shaun have their administrative roles that also allow them to assign jobs.

At this time to address your main concern about delayed reviews, all elevator shop drawing have been assigned up to yesterday and Anthony has been instructed to only assign jobs to me as the supervisor

2

Exhibit #40

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Friday, April 27, 2018 2:24 PM |
| **To:** | Sumner, Andrea (DCRA) |
| **Subject:** | FW: THANK YOU ! |
| **Attachments:** | ▮▮▮▮▮▮-_Negotiated_Disposition.pdf |

Update – Mr. and Mrs. Pillow – FYI

Have a good weekend ...

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, April 23, 2018 2:07 PM
**To:** Slade, Keith (DCRA)
**Subject:** THANK YOU !

Keith,

THANK YOU for helping make the appointment!

Kandace came down to my cubicle Friday morning and told me the Director was available. I am very thankful to have a chance to see her though the notice was short. I had asked to meet with her privately, she still called Walter Crawford to the meeting, who arrived before me. The meeting ended up with dismay and new frustration. During the 20 – 25 minute meeting, the Director told me at least 20 times "Luchi, we are done." "we are done" "we are done" ... According to her "This is not validated. Even you were right, it's still not validated." Not surprisingly, she reiterated the conclusion of other agencies (OIG and BEGA). I expressed to her/them "It's NOT about HOW MANY DC government agencies have been involved. It's about whether they did their due diligence. DC government could be negligent. They could be wrong."

The Director informed me that in addition to a Birth Certificate, S▮▮▮ B▮▮▮ has also submitted a doctor's note and pictures taken when a newborn was pulled out of his wife's body. I reiterated HIS WIFE WAS WEARING A PILLOW / PUMP. THERE WAS NO BABY. The Director went on "when I show you birth certificate you say this is false. When I show you the doctor's note you say this is false. When I show you the picture the baby just came out of her vagina you will say this is false." The Director OFFERED to show me these information. I told her "I am not entitled to those information." I should have asked the Director "when you say he submitted Birth Certificate, do you actually mean a sheet of PAPER with the 2 words 'birth' and 'certificate' on it, or you mean the official written statement from Maryland Government to confirm it matched the state birth record" – I regretted I did not do it. I mentioned to her the new strong evidence I recently received from a female customer in writing, who saw his wife around that time in May 2016, she clearly recalled the shape of his wife's body was bizarre. Pasted below. The Director did not take it seriously.

Disgusting!!! Yes, it was a bizarre triangular shape that's why I noticed it. I thought to myself that something may be wrong with the baby but I never imagined that it wasn't a baby.

I told the Director on this matter DCRA's HR has acted as a defense attorney and judge. Crawford apologized to me for calling me "harassment" I accepted his apology. Crawford told the Director and me during the meeting that 3 months ago S▮▮▮ B▮▮▮ wife came up upstairs to complain that I "harassed" her at permit center by speaking to her "You don't have a baby". The true fact is till this moment of my life I have never said a single words to her. I defended myself

1

Exhibit #41

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Wednesday, April 25, 2018 3:51 PM |
| **To:** | luchi.lu_100@hotmail.com |
| **Subject:** | Paternity leave fraud at DC government -Wearing a pillow |
| **Attachments:** | Government ID.pdf |

Fenit.Nirappil@washpost.com

capehartj@washpost.com, michelle.boorstein@washpost.com, paul.farhi@washpost.com

Hi,

I am in Washington DC. I am an employee of the District of Columbia government. I work for Department of Consumer & Regulatory Affairs (DCRA). I am writing to report the epidemic paternity leave abuse / fraud at my agency. I found your contact information by entering "reporters, Washington Post, Washington DC" and your names came up. My government ID is attached.

DC government employees receive 8 weeks parenthood leave (maternity and paternity) https://dchr.dc.gov/page/paid-family-leave   At my agency TWO male employees submitted FAKE paternity leave application and received 8 weeks paternity leave WITHOUT a baby. They submitted FAKE birth certificate. Their spouses were wearing a pillow/bump underneath their clothes. They took 8 weeks government paid paternity leave without having a baby. Rocksolid evidence - from employees and from general public - will be provide to support the allegation.

I had contacted Washpost before. I was transferred to Mr. Fenit Nirappil. I was told he is the city hall reporter. We had email exchanges in February this year. At first I had concerns about confidentiality he advised usually confidentiality will be honored as long as the fact checks out. After he received the materials I sent, he started repeatedly question my "motive" "why did you want to get this out?" I told him because this is so wrong, indecent, unfair it's not supposed to be like this. I was not sure whether there is a standard to the question. He became reluctant. I figured it was because it concerned many DC government agencies.

This case was denied by BEGA for "insufficient evidence" - but the allegation is there is NO baby so there is NO physical proof because the baby does NOT exist. All DC government agencies ASSUMED the document they submitted is not fake without verification. None of them was reaching out to Maryland government to verify whether the birth certification he submitted matched the state record. They just ASSUMED the documents are not fake. They never demand any proof from the subject but keep telling all allegations are lack of evidence.

This case would have some profound and long lasting impact on law scholars in terms of how far to push for proving negative, though at this link https://digitalcommons.law.msu.edu/cgi/viewcontent.cgi?article=1426&context=facpubs the article tries to illustrate a negative claim is not necessarily more difficult to prove than a positive allegation. In practice, when

1

one (he) says he has a baby one (she) says this is a fraud, should he be totally exempted from proving any physical proof at all for this claimed child birth? At WHAT point the burden should shift from one to the other? The subject of this claim is a BABY - a human being. Given rock solid evidence has been provided, should he be required to submit physical proof? DC government never requested any physical proof and never verified the paper work he submitted with the vital record department of Maryland government to verify the claimed child birth. They just ASSUMED the paperwork he submitted is not fake without fact finding.

The agency's Director recently stated "even if the report is true it is still not validated" - she tried to use her power to permanently protect this fraud and to justify DC government's negligence. Knowingly using a counterfeit official document for personal gain is a fraud, it is forgery crime. It is felony per DC Code - § 22–3241. it is unlawful and illegitimate for government agencies and their officers to use their official position to protect / cover for a felony crime. This is abuse of power! Let me know if this make a new worthy story. More info will be provided. I am looking forward to hearing back from you. If you are not the people who take care of this, please forward it to the right department / people, other than Mr. Fenit Nirappil. Thank you.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

2

**Lawson, Tyrone (DCRA)**

*Exhibit #42*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Wednesday, May 30, 2018 1:52 PM |
| **To:** | Basch, Michelle |
| **Subject:** | Re: Paternity leave fraud - using pillows for fake pregnancy |

Good afternoon Ms. Basch,

We wait to know whether you've got any update for us from your discussion with others at WTOP? Thank you.

Luchi

**From:** Basch, Michelle <mbasch@wtop.com>
**Sent:** Thursday, May 24, 2018 10:42:45 AM
**To:** Lu, Luchi (DCRA)
**Subject:** Re: Paternity leave fraud - using pillows for fake pregnancy

Hi Luchi - I finally had time to read this.

I will discuss with my bosses.

- Michelle

Sent from my iPhone

On May 23, 2018, at 5:45 PM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> Good afternoon Ms. Basch,
>
> Thanks for your patience. It actually took me longer than I expected to write this report. This is about paternity fraud conducted by 2 DCRA male employees. They used fake documents to apply for paternity leave. One case involves the employee's wife, who was wearing a pillow, or a silicone bump for fake pregnancy.
>
> DC government employees receive 8 weeks parenthood leave (maternity and paternity) https://dchr.dc.gov/page/paid-family-leave   At DCRA, so far two male employees used fake birth certificate to apply for paternity leave. They both took 8 weeks paternity leave WITHOUT having a baby. None spouse of these 2 employees works for DCRA. One was found out soon after he started taking the 8 week paternity leave. Someone reported the suspicious childbirth to the agency's HR. HR did not take any action to verify the paper he submitted. This person has found a new job and already left.
>
> The other one is still here. This one is an employee holding a safety-sensitive position in DC government (Grade 12). He submitted fake documents to HR. He claimed he had a baby girl born in the 3rd week of May 2016. He applied for and took 8 weeks government paid paternity with NO baby. His wife (not a DC government employee) was a wearing a plastic bump / pillow underneath her clothes (just like those used for making movies by Hollywood)  and walking around in DCRA in May 2016. It was found out little by little by adding up tips from many DCRA employees and customers together in the past 2 years. It was just a BUMP there is no baby.

1

Exhibit #93

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Friday, June 01, 2018 4:00 PM |
| **To:** | Yarborough, Rick (NBCUniversal) |
| **Subject:** | RE: DC gov worker's wife faked pregnancy, worker took paternity leave?! |
| **Attachments:** | Government ID.pdf |

Thank you for your quick reply. We appreciate it! I can't talk to you now. I am on the 2nd floor of 1100 4th Street, SW, calling tickets doing customer service.

My counter duty hours are: Monday, Wednesday, Thursday and Friday: 12:30 - 4:30. Tuesday: 8:30 - 12:30. When I am at the counter I can't make phone calls. But I am fully available to talk to you at any other times. Email is the best way to reach me. My DC government ID is attached for your verification identification. I will send more information the next week.

My personal email is luchi.lu_100@hotmail.com

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division**
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

✔dcra 🐦 🅵 🔲 🔳

-----Original Message-----
From: Yarborough, Rick (NBCUniversal) [mailto:Rick.Yarborough@nbcuni.com]
Sent: Friday, June 01, 2018 3:29 PM
To: Lu, Luchi (DCRA)
Subject: FW: DC gov worker's wife faked pregnancy, worker took paternity leave?!

Thanks for writing NBC4.

Is there a number or another email to contact you?

Thanks, Rick

-----Original Message-----
From: noreply@nbcwashington.com [mailto:noreply@nbcwashington.com]
Sent: Friday, June 01, 2018 10:59 AM

1

To: Glassman, Matt (NBCUniversal, WRC) <Matt.Glassman@nbcuni.com>; 2016 Viewer Mail <DCViewerMail@nbcuni.com>; Weston, Donna (NBCUniversal, WRC) <Donna.Weston@nbcuni.com>; @NBC Uni DC News <dcnews@nbcuni.com>; @NBC Uni WRC Desk <nbcwrcdesk@nbcuni.com>
Subject: Viewer E-mail - www.nbcwashington.com - newsTip - Using pillows for paternity leave

From: luchi.lu@dc.gov
Email Address: noreply@nbcwashington.com Users Email: luchi.lu@dc.gov
Message:
I am an employee of DC Government. My employee number is 00037041. I work for DCRA. DC government offers parenthood leave (maternity and paternity) to its employees. https://dchr.dc.gov/page/paid-family-leave   At DCRA, so far two male employees used fake birth certificate to apply for paternity leave. They both took 8 weeks paternity leave WITHOUT having a baby. One found a new job and quit. The other one is still here. This one is an employee holding a safety-sensitive position in DC government (Grade 12). He is also an active member of DC Government?s VeloCity Program. He submitted fake documents to HR in May 2016 and received 8 weeks government paid paternity with NO baby. His wife (not a DC government employee) was a wearing a plastic bump / pillow underneath her clothes and walking around in DCRA in May 2016. It was found out little by little by adding up tips from many DCRA employees and customers together in the past 2 years. This case has gone through several DC government agencies. Instead of investigating to find the truth, they all are deliberately negligent and refuse to take any action. They have actually helped his get away with it. A government employee?s using his pillow-wearing wife for 8 weeks paternity leave is not only dead wrong, dishonest, unethical, indecent, creepy and disgusting, ... it's also a fraud and a crime. Knowingly using a counterfeit official document for to defraud government for personal gain is a forgery crime per DC Code - ? 22?3241. Please appoint a contact person. We will send more information with proof.

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**Don't miss DC's 10th Annual DC Housing Expo and Home Show, June 9 from 10AM to 3PM at the Washington Convention Center. Learn more at dhcd.dc.gov/2018expo or call 202-442-7200.**

2



Confidential Subject to Protective Order

**Lawson, Tyrone (DCRA)**

*Exhibit #44*

| From: | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL |
| | (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| Sent: | Wednesday, August 15, 2018 4:34 PM |
| To: | Yarborough, Rick (NBCUniversal) |
| Subject: | FW: DCHR Response - Follow up with the Director |

At some point last year, I was told Justin Zimmerman, DCHR's Associate Director for Policy and Compliance can meet with me. But DCHR changed their mind at the later time.

I know it's a lot for you to digest.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Smith-Mathis, Ledesma (DCHR)
**Sent:** Wednesday, November 29, 2017 2:37 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Taylor, Kandace (DCRA)
**Subject:** RE: DCHR Response - Follow up with the Director

Good afternoon Ms. Lu,

I apologize for the miscommunication, however, after speaking with Director Gibson, she has informed me that DCHR, OIG and BEGA looked into your allegation and found no merit to your claim.

Since this matter is closed, we are unable to assist you further.

Thank you

**Ledesma Smith-Mathis**
**Program Analyst**
District of Columbia Department of Human Resources
Office of the Director
441 4th Street, NW, Suite 300 South
Washington, DC 20001
(202) 442-9642 (Desk)
(202) 236-0734 (Mobile)

1

Confidential Subject to Protective Order     Lu v. DC et al1-20-cv-00461_00000282

**Lawson, Tyrone (DCRA)**

*Exhibit #45*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Friday, September 28, 2018 12:05 PM |
| **To:** | cjones@washingtoncitypaper.com |
| **Subject:** | wearing pillow for 8 weeks paternity leave |

Ms. Jones,

Thanks for talking with me over the phone. Please read the info I submitted online and let me know if this is the case your paper is able to handle. If so, I will provide the person's business identity so you will have chance to hear the story directly his side. As a government employee he is obligated to respond and cooperate, just like Brett Kavanaugh's allegation. If you interview them, they would probably tell you "this case was closed" – which is true. But the key problem is the case was closed without fact finding. They bought a fake birth certificate online and submitted to HR. https://www.buyafakediploma.com/  No agency of DC Government has ever verified the paper he submitted, they just **assumed** it was true without verification. The agencies covered for each other and kick the ball back and forth. They passed on the hot potato back and forth to each other. This is the SECOND paternity fraud case in DCRA. The 1st one was also a male employee. At some point this person was counter complaining for "harassment to his privacy" – he was never requested to present proof to support his claim. This case will also have impact on the HR practice of processing paternity leave application submitted by **male** employees whose spouse is not working for DC government. and on handling of "harassment". I was not sure if your paper is able to handle this type of fraud.

I know you need to know WHY we made the allegation and based on what we say this is a fraud. All information and evidence will be provided. A government employee using his pillow wearing wife and a fake birth certificate for 8 weeks leave is not only unethical, disgusting, it is also a forgery crime which is a felony.

As mentioned over the phone, when we asked one of the HR specialists here at DCRA "why don't you just ask him to bring the baby to the office since he complained to HR about the harassment" – the HR person responded "we can't do that. If we ask him to bring **"the"** baby, he would bring **"a"** baby – we don't know **WHOSE** baby he is going to bring." – they know it is a fraud but take no action. They know revealing the truth will reveal their own incompetency and negligence.

Please review it and advise if you need to know the person's name so I can give you his DC government email address and phone for you to proceed.

My signature block is provided below. If ok I will communicate with you using my personal email for safety.

Thanks,
Luchi

1



Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

Confidential Subject to Protective Order    Lu v. DC et al1-20-cv-00461_00000284

Exhibit # 46

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| From: | Lu, Luchi (DCRA) <luchi.lu@dc.gov> |
| Sent: | Wednesday, November 07, 2018 4:38 PM |
| To: | mbaskin@washingtoncitypaper.com |
| Subject: | Fw: THANK YOU ! |

This has been going on for a along while. Director Bolling clearly told me in her office "Luchi, even you were right, it's still not going to be validated." (read the email below) As you know Keith gave me his personal email but declined to provide any info. I was not sure whether he told the Director that I am pursuing it now - I hope not.

Below is the email I sent to Keith after I met with Director Bolling in her office in April this year. I am more acquainted with Keith than other HR staff, because HR is on the 5th floor, Keith used to be file-room manager, which is located on the 3rd floor where my cubicle is, that's why I asked Keith to help me make an appointment with the Director, that's why I sent him the thank you email below after the meeting. I knew the other HR staff won't help me do it. they would simply give me the poker face and tell me "The case was closed, Director is not available for you."

I am very confident the truth will come out! Will wait. Bye now.

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, April 23, 2018 2:06 PM
**To:** Slade, Keith (DCRA)
**Subject:** THANK YOU !

Keith,

THANK YOU for helping make the appointment!

Kandace came down to my cubicle Friday morning and told me the Director was available. I am very thankful to have a chance to see her though the notice was short. I had asked to meet with her privately, she still called Walter Crawford to the meeting, who arrived before me. The meeting ended up with dismay and new frustration. During the 20 – 25 minute meeting, the Director told me at least 20 times "Luchi, we are done." "we are done" "we are done" ... According to her "This is not validated. Even you were right, it's still not validated." Not surprisingly, she reiterated the conclusion of other agencies (OIG and BEGA). I expressed to her/them "It's NOT about HOW MANY DC government agencies have been involved. It's about whether they did their due diligence. DC government could be negligent. They could be wrong."

The Director informed me that in addition to a Birth Certificate, S███ B███ has also submitted a doctor's note and pictures taken when a newborn was pulled out of his wife's body. I reiterated **IT WAS A PILLOW / PUMP**. THERE WAS NO BABY. The Director went on "when I show you birth certificate you say this is false. When I show you the doctor's note you say this is false. When I show you the picture the baby just came out of her vagina you will say this is false." The Director OFFERED to show me these information. I told her "I am not entitled to those information." I should have asked the Director "when you say he submitted Birth Certificate, do you actually mean a sheet of PAPER with the 2 words 'birth' and 'certificate' on it, or you mean the official written statement from Maryland Government to confirm it matched the state birth record" – I regretted I did not do it. I mentioned to her the new strong evidence I recently

1

**Lawson, Tyrone (DCRA)**

Exhibit #7

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, October 16, 2018 2:27 PM |
| **To:** | abonds@dccouncil.us; esilverman@dccouncil.us; bnadeau@dccouncil.us |
| **Cc:** | ikang@dccouncil.us; dmeadows@dccouncil.us; mblackwell@dccouncil.us; croyster@dccouncil.us; tjackson@dccouncil.us; tfazzini@dccouncil.us |
| **Subject:** | Report to council members of District o f Columbia - a crime committed by a DCRA employee at work |
| **Attachments:** | 1-My government ID.pdf |

Good afternoon Dear DC Council Members,

I am a DC government employee. I work for DCRA. Please see attachment for my DC government ID. I am sending this email to report an unbelievable fraud and forgery crime committed by one of my colleagues here at DCRA, and the negligence of many DC government agencies including the Mayor's office.  I picked up your names from this website, http://dccouncil.us/the-council/   I feel more comfortable talking about this issue to female council members. I choose to fully identify myself before the council. I request Confidentiality and Anonymity for my own job safety and livelihood purpose.

This person is a DCRA employee. He is holding a Grade 12 security sensitive position in DC government. He currently serves as a fire plan reviewer of DCRA Velocity Program. In May 2016, he submitted a FAKE birth certificate he bought online to DCRA's HR - literally a paper with the 2 words "birth" and "certificate" on it, with his and his wife's name and a name they made up for the child who does NOT exist. His wife was wearing a silicone bump underneath her clothes and walking around in DCRA  He took 8 weeks government paid paternity leave WITHOUT having a baby. This is a fraud and the forgery crime per DC Code, § 22–3241. It is a felony. This person's wife is a permit runner and doing business with DCRA on a daily basis. He met her at the counter and started secretly helping her with her jobs until caught by BEGA. He did many many her jobs and he was fined $1,000 by BEGA in December 2016, for 2 jobs. He successfully defended himself by using "marriage" – he said when he was doing those her jobs they had not married yet.

https://bega.dc.gov/sites/bega/files/publication/attachments/1548-001_-_S._B███_-_Negotiated_Disposition.pdf

https://bega.dc.gov/publication/1548-001-s-b███-negotiated-disposition

I don't know whether / how familiar you are with DCRA. We are located at 1100 4th Street, SW, at Waterfront Metro Station (Greenline). At DCRA, we review construction plans and issue building permits to applicants whose plans meet code requirements. If plans submitted don't meet the code requirements, we point out the incompliance for them to make correction. DCRA issues building permits but not birth certificate. This person lives in PG county of Maryland. When DCRA's HR receives a Birth Certificate, there is no way for it (and/or any other DC government agency) of knowing whether the paper is true or fake.

1

**Lawson, Tyrone (DCRA)**

*Exhibit #18*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) </O=DC GOVERNMENT/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=669843DC4A9A4E89AC484136EF111E0C> |
| **Sent:** | Tuesday, October 16, 2018 4:45 PM |
| **To:** | bnadeau@dccouncil.us |
| **Cc:** | Loggins, Michelle (Council) |
| **Subject:** | Re: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work |
| **Attachments:** | S█████B█████pdf |

Ms. Nadeau,

Thank you for your real quick response. I appreciate it. Please see attachment. However, I think your office should work out a plan before you reach out to those agencies. I believe once your office gets into contact with DCRA, or OIG, or BEGA, or DCHR, or EOM - they all would inform you that "this case has been reviewed and it is now closed" "there is no code violation" "there is no further action warranted" "All agencies have taken proper actions and the case is closed" -- something like that. The thing is the ultimate proof to justify paternity leave is a BABY. Childbirth is such a high private moment, no DC government agency was standing by in the delivery room in the hospital. How do they know the baby exists in this world?! If the paper he submitted is not to be verified with Maryland government, how do they know whether it is true or not. A fake birth certificate can be easily obtained online, it even has an embossed golden stamp on it and look very cool - but is it fake - https://www.buyafakediploma.com/



Fake Diplomas, Degrees and Certificates!
College – High ...

www.buyafakediploma.com

Since 2007, BuyAFakeDiploma.com has offered professionally printed fake high school, college, and university diplomas and fake transcripts at affordable prices.

I think the questions you need to ask them are:

- What FACT is your conclusion based on and supported by?
- How have you determined whether the baby exists or not?

We provided sufficient evidence collected from many DCRA employees and DCRA (female) customers, they said it is not sufficient, what sufficiency do they have other than a single sheet of paper - not verified.

1

Exhibit #49

# DCRA Directory

**Search by Name:** sikos

Click Here for Department Or Conf Room Contact



| | S | B | S |
| First Name: | | | |
| Last Name: | | | B |
| Phone# | | | |
| Administration | | Building Department | |
| Position | | Fire Protection Engineer | |
| Email | | | |

His wife's real name is S_____ C_____. Below is the world famous fake family shot he has put in his office cubicle ever since November 2016, almost 2 years now and it is still there. The 2 boys in the picture are his sons, one step (the older one on the left), one biological (the younger one on the right) who was born in February 2015 for whom he took 8 weeks leave. He claimed the (fake) girl was born in ____ 2016, but he was not able to show any picture of "3" kids together until November. The girl in the picture is a child of a family friend (R____ B____ who lives in Jamaica. The picture was taken during R____ B____ visit to DC around that time. He claimed he got a new baby in _____ 2017 (10 months ago), but he is NOT able to put any new picture there to show now he has "4" children.



S_____ C_____
Fire Protection Engineer...

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Blackwell, Michele (Council) <mblackwell@DCCOUNCIL.US> |
| **Sent:** | Wednesday, October 17, 2018 5:39 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Cc:** | Silverman, Elissa (Council) |
| **Subject:** | Re: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work |

Good afternoon,

I'm confirming that our office has received this email and inform you that it has not been shared with anyone outside of this email chain since you have requested anonymity. The Council does not have the authority to take action against individual DC government employees. Since you have not had success with the agencies that have that authority, I suggest you contact the Office of the Attorney General.

Best,

Michele

Michele N. Blackwell
Chief of Staff
Office of Councilmember Elissa Silverman, At-Large Councilmember
1350 Pennsylvania Ave., N.W. Suite 408
Washington, D.C. 20004
(202) 727-1135 (direct)
mblackwell@dccouncil.us

**From:** "Lu, Luchi (DCRA)" <luchi.lu@dc.gov>
**Date:** Tuesday, October 16, 2018 at 2:56 PM
**To:** "Bonds, Anita (Council)" <ABonds@DCCOUNCIL.US>, "Silverman, Elissa (Council)"
<ESilverman@DCCOUNCIL.US>, "Nadeau, Brianne K. (Council)" <BNadeau@DCCOUNCIL.US>
**Cc:** "Kang, Irene (Council)" <ikang@DCCOUNCIL.US>, "Meadows, David (Council)"
<DMeadows@DCCOUNCIL.US>, Michele Blackwell <mblackwell@DCCOUNCIL.US>, "croyster@dccouncil.us"
<CRoyster@DCCOUNCIL.US>, "Jackson, Tania (Council)" <tjackson@DCCOUNCIL.US>, "Fazzini, Thomas
(Council)" <tfazzini@DCCOUNCIL.US>
**Subject:** Re: Report to council members of District o f Columbia - a crime committed by a DCRA employee at
work

When we ask one of the HR specialists here at DCRA, why don't you guys just request him to bring the baby here to prove he has one, since the case has been going on for a long while, and since this person himself is aware of it and he called it "harassment to his privacy" - this HR specialist responded "we can't do it, if we ask him to bring **the** baby, he will bring **a** baby" - we don't know **WHOSE** baby he is going to bring - they allowed him to continually to file "harassment compliant" and use the term "harassment" to get away with it. DCRA's HR has attempted to create a culture of silence and fear - because they knew now revealing the truth will reveal their own very negligence and incompetence, so they work together to use their official power to protect this

1

crime, so are OIG and BEGA and DCHR. I have written testimony from a female customer and solid proof from my coworkers to prove that his wife was wearing a pillow and there was no baby.

Those agencies passed around the hot potato to one another. DCRA says "OIG has done everything, everything is fine. so it is fine"  OIG said "we reviewed the document submitted by DCRA, it is fine no further action is warranted" . Mayor's office say "All DC government agencies have taken proper action, the case is closed" - there is no way for any of them of knowing whether the paper he submitted is true or fake, or scrambled (he had a child before he took 8 week leave in 2015) - they just ASSUMED the paper is not fake with obtaining his written authorization and reach out to Maryland government.

---

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, October 16, 2018 2:26:54 PM
**To:** abonds@dccouncil.us; esilverman@dccouncil.us; bnadeau@dccouncil.us
**Cc:** ikang@dccouncil.us; dmeadows@dccouncil.us; mblackwell@dccouncil.us; croyster@dccouncil.us; tjackson@dccouncil.us; tfazzini@dccouncil.us
**Subject:** Report to council members of District o f Columbia - a crime committed by a DCRA employee at work

Good afternoon Dear DC Council Members,

I am a DC government employee. I work for DCRA. Please see attachment for my DC government ID, I am sending this email to report an unbelievable fraud and forgery crime committed by one of my colleagues here at DCRA, and the negligence of many DC government agencies including the Mayor's office. I picked up your names from this website, http://dccouncil.us/the-council/   I feel more comfortable talking about this issue to female council members. I choose to fully identify myself before the council. **I request Confidentiality and Anonymity for my own job safety and livelihood purpose.**

This person is a DCRA employee. He is holding a Grade 12 security sensitive position in DC government. He currently serves as a fire plan reviewer of DCRA Velocity Program. In May 2016, he submitted a FAKE birth certificate he bought online to DCRA's HR - literally a paper with the 2 words "birth" and "certificate" on it, with his and his wife's name and a name they made up for the child who does NOT exist. His wife was wearing a silicone bump underneath her clothes and walking around in DCRA  He took 8 weeks government paid paternity leave WITHOUT having a baby. This is a fraud and the forgery crime per DC Code, § 22–3241. It is a felony. This person's wife is a permit runner and doing business with DCRA on a daily basis. He met her at the counter and started secretly helping her with her jobs until caught by BEGA. He did many many her jobs and he was fined $1,000 by BEGA in December 2016, for 2 jobs. He successfully defended himself by using "marriage" – he said when he was doing those her jobs they had not married yet.

https://bega.dc.gov/sites/bega/files/publication/attachments/███████
 Negotiated_Disposition.pdf

https://bega.dc.gov/publication/████████████egotiated-disposition

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Nadeau, Brianne K. (Council) |
| | </OU=VIRTUAL/CN=SMTP/CN=BNADEAU@DCCOUNCIL.US> |
| **Sent:** | Friday, November 02, 2018 12:23 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | Re: Report to council members of District o f Columbia - a crime committed by a DCRA |
| | employee at work |

That's okay. We have referred to OIG - they won't give us updates per se.

Sent from my pocket-sized office

On Nov 2, 2018, at 11:15 AM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> K. I didn't mean to disturb you I just didn't know usually how long this takes. Many thanks !!
>
> Sent from my iPhone
>
> On Nov 2, 2018, at 11:10 AM, Nadeau, Brianne K. (Council) <BNadeau@DCCOUNCIL.US> wrote:
>
>> When I have one I will advise
>>
>> Sent from my pocket-sized office
>>
>> On Nov 2, 2018, at 9:04 AM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:
>>
>>> Good morning Council Nadeau,
>>>
>>> Would you be able to provide any update ?
>>>
>>> Thank you.
>>>
>>> Sent from my iPhone
>>>
>>> On Oct 26, 2018, at 9:38 AM, Nadeau. Brianne K. (Council) <BNadeau@DCCOUNCIL.US> wrote:
>>>
>>>> Please be patient as we go through the correct process.
>>>>
>>>> Sent from my pocket-sized office
>>>>
>>>> On Oct 26, 2018, at 8:41 AM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:
>>>>
>>>>> Dear Council Nadeau,

1

*Exhibit #2*

**La⸱ ⸱on, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Nadeau, Brianne K. (Council) |
| | </OU=VIRTUAL/CN=SMTP/CN=BNADEAU@DCCOUNCIL.US> |
| **Sent:** | Monday, November 12, 2018 8:29 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | Re: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work |

Thanks for the follow up. Once we submit the request to OIG they wont' report back until everything is complete.

**From:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Sent:** Thursday, November 8, 2018 11:21 AM
**To:** Nadeau, Brianne K. (Council)
**Subject:** RE: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work

Council Nadeau,

Congrats on your re-election first !

Have you heard back from OIG? This will be their 3rd time to review the same case. Has OIG reported to you what they are going to do this time, did they tell you whether they are going to require physical proof of the baby, or authorization from him to verify the paper he submitted?

Agencies like OIG and BEGA may receive hundreds allegations / complaints each year, some are concluded as 1--substantiated, 2--unsubstantiated, 3--undetermined (not found). For this case, the 3rd outcome does not apply because this is a black-and-white case, he either 100% has a baby who exists in this world, or 100% not which means he has committed a fraud. There is nothing in between. Can't say he "somewhat" has a baby "somewhat" not. There must be a definite conclusion, with proof.

Attached is a ~~fake~~ birth certificate bought online from https://www.buyafakediploma.com/ with good reviews and "testimonials". https://www.buyafakediploma.com/testimonials.html The original copy bears an embossed gold stamp on it, looks amazing.

If there is no update now, I will check back with you the next week. Thank you again!

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



1

Exhibit #53

**Lawson, Tyrone (DCRA)**

| | |
|---|---|
| **From:** | Nadeau, Brianne K. (Council) |
| | </OU=VIRTUAL/CN=SMTP/CN=BNADEAU@DCCOUNCIL.US> |
| **Sent:** | Monday, November 26, 2018 5:14 PM |
| **To:** | Lu, Luchi (DCRA) |
| **Subject:** | RE: Important info to share |

Thank you

**From:** Lu, Luchi (DCRA) <luchi.lu@dc.gov>
**Sent:** Monday, November 26, 2018 9:58 AM
**To:** Nadeau, Brianne K. (Council) <BNadeau@DCCOUNCIL.US>
**Cc:** Nadeau, Brianne K. (Council) <BNadeau@DCCOUNCIL.US>
**Subject:** Important info to share

Good morning Council Nadeau,

I trust OIG is doing a thorough work this time since it's been 6 weeks now. Without your office's prestige and attention, OIG wouldn't take it so seriously.

We gathered some important information recently just wish to share with you. Please see attachment. It is confirmed by his own family member that the girl in the Santa picture (#5) is S█████ B█████ paternal half-sister. In his own Facebook, he called her "rosebud". S███ B███ is nearly 50 years old. Usually it is not common for a 50-year-old to have a toddler half-sibling. It will be up to your decision whether to share this with OIG. Hope OIG staff are able to untangle the complicity, just in case S███ B███ brings this girl to OIG's office for an DNA test, since OIG has no knowledge he has a paternal half-sister.

AFTER the fake girl of May 2016, he claimed he had another baby. Last December (2017), 11 months ago, he texted 2 of my colleagues in my group. He wrote "My boy arrived this morning. Thanks for your patience." Nobody knows exactly whether this one is also a fake or not. What we all know is that he did NOT take paternity leave for this one. It is possible he would negotiate to use the 8 weeks for this one to "pay back" the fake one of May 2016, if DC government finally gets him. But the existence of this one is also a question mark.

Hopefully OIG assigned this case to female officers. Woman are more naturally intuitive and knowledgeable than men on this subject. The reason I am sharing this with you just wish you keep an eye on OIG, and make sure they are able to untangle the web and understand the complicity.

Here at DCRA we all say he is so "lucky". Because usually even within the same family, when it comes to something very wrong and very indecent it is usually hard to get full cooperation from the other half. His wife is a sad exception. She is a permit runner who is doing business with DCRA on a daily basis. She has been so eager and devoted to colluding and conspiring with him on this fraud, from the very beginning. He said the baby was born in May 2016, he took only 2 weeks off and returned to work in the 1st week of June. He took the remaining 6 weeks as "use-or-lose" between January and March 2017 – which can be verified with DCRA. While he was home taking care of the baby, his wife was coming to DCRA almost every day. She never brought the baby to the office by kept making up some vivid babysit stories, like how her sons (then) loved and helped take care of their little sister. Her name is S█████ C███ she closed her own Facebook a long time ago. If you have any question please let me know. If I don't know the answer I will ask my colleagues and some female customers, who have more interaction with him wife.

1

Picture #5 (Santa picture) has been in his cubicle since November 2016 and it is still there. We are confident OIG will be able to dig out the truth. This wearing-a-pillow-for-8 weeks-leave thing should stop. Will touch base in December. Please confirm receipt. Many thanks !

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, November 13, 2018 2:09 PM
**To:** bnadeau@dccouncil.us
**Subject:** Re: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work

Many thanks for writing a response on the holiday!! Feel more assured this time and believe it is on good track now! Your office's attention will not only help bring out the truth of this case, but also influence policy making concerning DC government employees' paternity leave. This pillow-for-8-weeks-paternity-leave fraud should not happen again.

This person used false harassment claims to protect himself. He called this was "harassment to his privacy" he was not required to present any proof to justify his claim. A deliberate false harassment claim should not be deployed as a strategy to hide one's own crime and help him get away with it. DC government does not tolerate any harassment in its workplace, it should not tolerate a gross fraud and/or a felony crime either. From now on, there should be monitoring mechanism by HR to scrutinize paternity leave applications submitted by male employees - especially those whose spouse is not working for DC government - to prevent its repeat occurrence in the future. These guys should not get away with it so easily.

There has been significant abuse of discretion and abuse of power in DC government agencies' handling of this case. Rather than using their official power and resources to detect and resolve a fraud, they have been using their power to avoid finding the truth. We need to know **"What ground does DC government have to prove this baby 's existence."** We ask OIG to share with us its fact findings, rather than its assumption, opinion or illusion.

2

Exhibit # 54



R___ B___ is S___ B___ step-mother, who is the mother of the girl in these pictures.



This girl in the picture is S___ B___ paternal half-sister. This also explains why the girl
was wearing a T-shirt "super auntie" – she is the aunt of S___ B___ children.

**Lawson, Tyrone (DCRA)**

*Exhibit # 55*

| | |
|---|---|
| **From:** | Lu, Luchi (DCRA) |
| **Sent:** | Friday, February 08, 2019 1:36 PM |
| **To:** | Lawson, Tyrone (DCRA) |
| **Subject:** | FW: Report to Mayor Bowser - Wearing pillow for paternity leave |

Good afternoon Mr. Lawson,

There is a circumstance I think I need to inform you openly for your decision. A case – using fake document and wearing a pillow for paternity – in currently under review by Director Chrappah and the Mayor's Office (EOM). Mayor Bowser visited DCRA on Tuesday (2-5) and I spoke with her about this fraud, Director Chrappah was standing by. Mayor Bowser asked Director Chrappah to follow through and he is working on it **now** . Please scroll down to read all emails from the bottom. It is being reviewed by OIG too as I informed you yesterday.

A government employee using a fake paper for 8 weeks government paid paternity leave is not only unethical, against basic human decency, but also is a fraud and felony crime per DC Code – **22-3241.** The nature of this offense is criminal and the review is pending. My question is : Can I meet with you at least AFTER Director Chrappah finishes his review and truth is coming out? As a fraud / criminal investigation usually takes longer than other type of investigations, I don't want to be left in a disadvantaged situation and expose myself to double jeopardy, while he himself can sit back and take advantage of the time. Of course he is not happy with the fact that I reported him to OIG, that's why he created this case in an attempt to deviate the investigation against him on a fraud/crime charge.

Considering the different nature of these 2 complaints, and for my own self-protection purpose, can I meet with you AFTER Director Chrappah discovers the truth? It won't be long since the request is from the Mayor. It's your decision I will respect and follow.

Luchi

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Chrappah, Ernest (DCRA)
**Sent:** Wednesday, February 06, 2019 10:35 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Mayor Bowser; Bowser, Muriel (EOM)
**Subject:** Re: Report to Mayor Bowser - Wearing pillow for paternity leave

Dear Luchi - thank you for your email and contact information. The allegation about "DCRA, OIG, BEGA and DCHR have worked together to use their governmental official power to make this crime go away" is very concerning.

1

I will get a briefing on the issues raised and respond appropriately.

Be well
Ernest Chrappah
Acting Director, DCRA

Sent from my iPhone


**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, February 06, 2019 10:15 AM
**To:** Mayor Bowser; Bowser, Muriel (EOM)
**Cc:** Chrappah, Ernest (DCRA)
**Subject:** RE: Report to Mayor Bowser - Wearing pillow for paternity leave

This is his name and government contact.

## DCRA Directory

Search by Name: 

*Click Here for Department Or Conf Room Contact*



First Name:
Last Name:
Phone#:
Administration
Position:
Email

Building Department
Fire Protection Engineer

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division**
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov




**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, February 06, 2019 10:09 AM
**To:** Mayor Bowser; Bowser, Muriel (EOM)
**Cc:** Chrappah, Ernest (DCRA)
**Subject:** Report to Mayor Bowser - Wearing pillow for paternity leave

Honorable Mayor Bowser and DCRA Director Chrappah,

2

I am sending this email to report a paternity fraud that has been going on for almost 3 years.

DC government offers parenthood leave (maternity, paternity) to its employees. At DCRA, one male employee submitted a fake paper to the agency's HR in May 2016. His wife (not a DC government employee) was a wearing a plastic bump / pillow underneath her clothes and walking around in DCRA. He received 8 weeks government paid paternity with NO baby. A government employee dragged a pillow-wearing woman to government's office and knowingly used a fake paper for 8 weeks government paid paternity leave is not only unethical, indecent, **it's also a fraud and a felony crime, per DC Code – 22-3241.**

https://dchr.dc.gov/page/paid-family-leave This link outlines documents required by DCHR for paid family leave application. For child birth, either a doctor's note, or a Birth Certificate is required. To our best knowledge, DC government does NOT verify the document they received – if I am wrong please don't hesitate to correct me. A doctor can prove someone is pregnant at a time, but pregnancy can end with miscarriage or abortion. Pregnancy itself does not necessarily justify 8 weeks paternity leave. Birth Certificate is merely a PAPER. How does DC government determine whether the paper it received is a true document issued by State Government or a fake one bought online. https://www.buyafakediploma.com/fake-birth-certificate.html - Attached is a fake paper bought online. The original copy has an embossed golden stamp on it and "looks" very real.

Plus don't forget the fact even a man can "LOOK"

pregnant.   https://www.google.com/search?q=fake+pregnant+belly&source=lnms&tbm=isch&sa=X&ved=0ahUKEwiOuf 2LoKfgAhWHNd8KHSMtD3wQ_AUIECgD&biw=1449&bih=807

HIPAA Law protects a patient's / employee's privacy. An employer cannot verify an employee's medical record without the employee's written consent. I have 2 questions about a Doctor's Note and I need an answer from our Mayor:

1. What if a doctor provides a fake note for money? Is there a monitoring mechanism to prevent it from happening?
2. **What if an employee refused to provide consent to investigating the doctor note and called it harassment, what happens next?**

This person lives in Maryland. State government prohibits verification of a Birth Certificate by a third party unless with the written authorization of a parent. https://health.maryland.gov/vsa/Pages/birth.aspx This means, even DC government is his employer and pays for the 8-weeks he took, it still cannot verify the Birth Certificate he submitted unless his written authorization. What if an employee refuses to provide this written authorization?

To our best knowledge, to obtain written authorization from every employee who applies for paternity leave is NOT in the current HR policy / practice. I have 2 questions about Birth Certificate and I need an answer from our Mayor:

1. If a Birth Certificate an employee submitted is not verified with state government for State birth record match, how can DC government possibly know whether it is true or fake?
2. **If DC government requires an employee to provide a written authorization and this employee refuses to provide it and called it harassment, what happens next?**

DCRA, OIG, BEGA and DCHR have worked together to use their governmental official power to make this crime go away. They covered for each other. They used the each other's negligence to defend their own negligence. This is unlawful. Madam Mayor, only you can stop this. They concluded the case totally based on their **assumption** that the document he submitted was not fake, without fact finding, without support of State Birth record. They reached a silent agreement and worked together to AVOID finding the truth. None DC government agency requested his written authorization. They all refused to verify the paper he submitted with State Government for birth record match. Because they know doing that will immediately reveal the truth which doesn't seem to be "desirable" to them. They used the governmental system and their official power to make this crime go away for 3 years. On April 20, 2018, DCRA Director Bolling clearly told me in her office "Even you were right, it's still not going to be validated."

In the past 3 years, all following DC government agencies have refused to answer this simple question: If you don't verify the paper he submitted, how do you possibly know whether it is fake or not? What is your conclusion based on and supported by?

3

See below. DCRA did NOT verify the paper he submitted.

## Re: Report to Director

Lu, Luchi (DCRA)

Mon 9/11/2017 5:36 PM

To:Jackson, Ingrid (DCRA) <ingrid.jackson@dc.gov>;

Ms. Jackson,

Thanks for your reply. What FACT is YOUR review supported by? Is it supported by the State Record of Maryland? Does a fake document meet District government requirements ? If it is not verified, how do you know whether the document he submitted is real or fake?? A fake document can LOOK real.

See below. BEGA did NOT verify the paper he submitted.

the database of the State Record. Why should a BEGA's investigator reject to verify it with the original issuer whether the document received matches the state record? If this sheet of paper is not verified, how can BEGA possibly tell he had a baby?

See below. OIG did NOT verify the paper he submitted.

If a birth certificate was submitted, OIG shall confirm with the above mentioned agency to prove it is a government issued birth certificate, not a fake one that could be easily purchased online, https://www.buyafakediploma.com/fake-birth-certificate.html

See below. DCHR did NOT verify the paper he submitted.

It is not about the quantity of the "information" - it is about whether it is true or fake. I am asking again: has any agency ever verified the Birth Certificate he submitted with the issuing authority which is the Department of Vital Records Maryland Government (DVR) and has received written official confirmation the childbirth did occur? - Yes or No ? Your straight answer will be greatly appreciated. Thank you again!

See below. EOM (Mayor's Office) did NOT verify the paper he submitted.

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, September 27, 2017 1:10 PM
**To:** Seshasai, Karuna (EOM)
**Subject:** RE: Report forgery crime to EOM

A paper is not a baby. None of the agencies verified the paper work he submitted with Maryland government. How does DC government know the paperwork he submitted is not fake? Can you advise what FACT is the conclusion based upon and supported by?

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340, Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

Now let's go through some common sense together: Child birth/laboring is a highly private event. My understanding is - if I am wrong please don't hesitate to point out - DC government does not send an official "representative" to eye-

4

witness a child birth in the hospital's delivery room. So for every parenthood application, there is no eye-witness. If the paper an applicant submitted – either a doctor' note, or a paper with the 2 words "birth" and "certificate" on it -- is not verified with State Government for birth record match, WHAT GROUND does DC government have (at all) to rule out a fraud? Yes, a woman can "LOOK" pregnant. Don't forget the fact even a man can LOOK pregnant! Should "look pregnant" be sufficient for 8 weeks government paid leave?

Hope this case can help alert the city in 2 ways:

### 1—Built-in monitoring mechanism in paid family leave to prevent fraud

Comparing with maternity, paternity leave is very easy to do but hard to resolve. Doing it only needs a fake paper, which can be easily obtained online https://www.buyafakediploma.com/fake-birth-certificate.html
– and a pillow-wearing woman (optional). Once being investigated and requested to provide the above-mentioned written authorization, these men can always grab "harassment to privacy", or "discrimination / why me" to defend himself and refuse to cooperate with investigations, and get away with the fraud and crime they committed.

### 2-- Standard of "sufficiency" of whistleblowing tips

Most whistleblowers are individuals who do not have access to official documents that are only available to organizations or authorities. Inevitably, their tips are based on direct observations and reasonable intuition. When it comes to the sufficiency of evidence, are there any written or widely accepted guidelines or it is totally subjective? How sufficient is 'sufficient'? "Insufficiency" shall not be conveniently used by DC government to deter whistleblowing activities whenever the outcome doesn't seem to be desirable, or be used to cover for their very own material negligence, abuse of discretion and unlawfulness. This standard of sufficiency should not be such as to deter any whistleblower from stepping forward to reveal government's cheats and frauds. In this case, the very questions here for DC government are:

1. What "sufficiency" does DC government have other than a sheet of paper (unverified)?
2. What ground does DC government have to rule out a fraud?

Madam Mayor and Director Chrappah, I hope in your new tenure, DC government and DCRA can demonstrate some principle and integrity, and acceptable ethical standard and tell right from wrong and bring the crime to justice. I am giving you the case number now for you to verify with OIG, Mr. Daniel Lucas and BEGA, Mr. Brian Flowers. OIG (case# 2016-1103) and BEGA (case# 1625-001). I understand as a Mayor of the District of Columbia, you must have a lot responsibilities to take care of.  Hope your attention on this matter can help end the incompetence, negligence and dishonesty of many DC government agencies in handling this matter, and help make DC government a clean and ethical place. In DC government, harassment is not tolerated. Forgery is a felony crime, just like murder and rape, it should not be tolerated either.

Nobody is above the law. Nobody should walk away from the crime he committed without being punished by law. The only reason they did not verify his paper with DVR of Maryland government is because they knew doing that will reveal the truth immediately, and revealing the truth will reveal their own incompetency and material negligence. DC government and its high-ranking officers in agencies must stop using their official governmental position to make a felony crime go away. They shall not put their own personal interest / agenda above the law, otherwise DC government has become obstruction of justice.

Please confirm receipt, so I know it is safely received by you both.

Best Regards,

Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474

dcra.dc.gov



DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

6