Response to Case # 018-SP-0034

## Confidential

Prepared by:   Luchi (Qing) Lu
Submitted to:  Mr. Whitescaver
Date:          April 12, 2019

1

Confidential Subject to Protective Order     Lu v. DC et al1-20-cv-00461_00000687

# Contents

Introduction ............................................................................................................................................... 3

Interview with DCRA Investigator Mr. Lawson ........................................................................................ 3

The Investigative Report (RI) .................................................................................................................... 5

Charge 1 – Violation of rule of regulations (Page 26) ............................................................................. 5

Charge 2 – Knowingly provide wrong information (Page 27) ................................................................... 6

    (2) Misrepresentation, falsification, or concealment of material facts: ............................................... 6

    (4) Knowingly and Willfully ................................................................................................................... 7

Charge 3 – Failure / refusal to follow instructions (Page 28) ................................................................. 7

Charge 4 – Causing mental distress, stalking (Page 32) ........................................................................ 11

Mr. Sydney Lester's Report .................................................................................................................... 13

    Harassment and stalk ......................................................................................................................... 14

    Prejudice towards my whistleblowing of an official matter ............................................................... 15

    Long lasting play of favoritism ........................................................................................................... 15

        Undue influence ............................................................................................................................. 17

        Unjust and secret privilege given to S    B    by Sydney Lester ....................................... 17

        Assigning of EN. ER and EA jobs in 2018 ...................................................................................... 17

    Sydney Lester's statement at witness interview ................................................................................ 21

    My unshakable honesty and integrity ................................................................................................. 22

    Speaking to Director Bolling (Exhibit 40) ........................................................................................... 23

    Speaking to the Mayor ........................................................................................................................ 23

    Government Integrity ........................................................................................................................... 24

Time frame of DC government handling .................................................................................................. 24

Current DCHR policy concerning paternity leave .................................................................................... 25

DCRA's investigation on me changing subject at meeting on February 2, 2017 .................................... 26

Exhibit #1, #1A , #2, #3 ........................................................................................................................... 27

Vital fact 1 - Legitimacy, legality, ethics of my conduct ......................................................................... 28

Vital fact 2 – Prejudice , negligence, bias and professional retaliation of DCRA against me ................ 30

Vital fact 3 – DC government's persistent and intentional concealment of material information .......... 31

Vital fact 4 – My contact of local new outlets ........................................................................................ 32

Conclusion ............................................................................................................................................... 37

2

## Introduction

In the morning of April 2, 2019, my supervisor Mr. Lester walked to my desk and asked me to come to his office. When I arrived, Mr. Chris Bailey was there. Mr. Lester was trying to tell me something, but I didn't understand what he was saying. Mr. Bailey explained the purpose of the meeting it was about a proposed disciplinary action against me. I told Mr. Bailey and Mr. Lester that during the interview with Mr. Lawson I have apologized using my time paid for plan reviewer doing something that was not plan review and I have stopped while on duty sitting in DCRA business premises, and I thought that was the end of it. They told me "No."

## Interview with DCRA Investigator Mr. Lawson

I spoke with Mayor Bowser while she was in DCRA on February 5. I received an Interview Notice form Mr. Lawson 2 days after. I sort of knew what it was about. I sent him an email telling him how I was so looking forward to meeting with him.

Ms. Lu, My investigation is regarding a complaint against you. It could lead to disciplinary action being taken against you.

Best Regards

Tyrone Quintin Lawson
Special Investigator
The Department of Consumer and Regulatory Affairs
Office of the Director
(202) 442-4386 (desk)
(202) 442-9447 (fax)
tyrone.lawson@dc.gov

 

From: Lu, Luchi (DCRA)
Sent: Thursday, February 07, 2019 11:33 AM
To: Lawson, Tyrone (DCRA)
Subject: RE: Investigatory Interview Request

I sort of know what this is about. Are you aware this case is currently under review with OIG for the 3rd time? The review request was officially submitted by a City Council Member to OIG in October 2018, 4 months ago. The Council's office will follow up and provide update. For so many times I wanted to stop you and talk to you, I am so glad you eventually reach out to me!

The interview was on conducted on 2-12-2019, witnessed by my union representative Mr. Harris. I was properly Mirandized. I was especially reminded of my rights against self-crimination. I was given ample time to answer each question. During the 1.5 hours there was no "harassment" or "stalk" charges against me. The words / phrases used most by Mr. Lawson is "It's not your business." Since it was audiotaped, you can please replay and review it.

3

After the interview (actually days before the interview), I ceased pursuing this while on duty sitting in DCRA's business premises. Because I understand employment (including government employment) is business. Business is about you do what you are paid to do. From the business operation / payroll point of view, if one is paid to deliver pizza one should deliver pizza. Also I understand there are only 8 hours a day. If you do this, you can't do that. An employee should be more focused on what he/she is asked to do as specified in his/her job descriptions. Since then, I have concentrated and been working very hard to do my plan reviews. On a 40 - 45 hour week, I usually finish 75 - 85 reviews. I will continue to do my best.

However I do have a few notes to make about the interview.

1. I wished to know the answer to the question that I have asked so many times, which is "Whether any DC government agency has verified the paper S███ ███ submitted, with Maryland government" Mr. Lawson instructed me that the interview is about he ask questions and I answer them. For more than once, Mr. Lawson told me "It's not your business."

2. During the interview, I did NOT ask Mr. Lawson "Why S███ ███ did not bring this baby girl to the office." – I knew the answer was ready and it's not verifiable. Mr. Lawson initiated it and offered to tell me (in a scolding tone) it was because they were afraid of me. I found his statement extremely untenable and so unfair to me. If the **true reason** why he can't bring the girl to office is too inconvenient, too unspeakable to tell, at least S███ █ could have made up something else, don't drag me into his family skeleton.

He used me as an excuse again and attempt to blame me for something I did not do. For your official record, I don't eat children and I don't have a record of endangering a child's welfare. S███ █ s patent strategy® ™ is to pretend miserable and pitiful and victim-ish, to invite sympathy, and then uses his non-existing victim status to harm me and he enjoys it. This is sick, and he takes pleasure in doing this.

At the beginning of the interview I was made read my Job Descriptions. Mr. Lawson printed out and brought foot-high documents to the table. He showed me those emails one by one and asked me the same question "On [date] did you send an email to XXX?" I admitted I did them all. I found Mr. Lawson's approach straightforward and convincing. In my closing statement, I sincerely apologized for using the time I am paid as a Fire Protection Engineer for doing stuff that is clearly not outlined in my Job Description. Since then I worked extra hard to make up.

Mr. Lawson also asked his questions "On [date] you contacted CNN. Is CNN part of DCRA HR?" "On [date] you contacted WTOP. Is WTOP part of DCRA HR?" "On [date] you contacted City Paper. Is City Paper part of DCRA HR?" ...... I found these questions far-stretching. I answered "No" to all of them.

During the interview, Mr. Lawson showed me a fake birth certificate. I told him that the purpose I provided it was to illustrate nowadays how easy it is to obtain a fake paper from the Internet. The current DCHR policies concerning PFL has some problems, and should be improved. I should be lauded for raising my concern, not disciplined. Below is the response to some charges against me, in Mr. Lawson's report and Mr. Lester's Proposal.

*[handwritten margin notes: "Failure to acknowledge the closed case", "Lack of remorse", "No acknowledgement of wrongdoing regarding harassment", "Failure to ac..."]*

4

## The Investigative Report (RI)

RI is different than the Interview itself, in its contents and tone.

The interview did not touch the word "knowingly," to my best memory. But please do verify before taking my word. There are so many "knowingly" charges in the RI report. I will provide more response to the charge of "knowingly" on page 7 of my response. Generally:

1.  I did not standby S██████B████s wife in the hospital's delivery room, I did NOT see the baby pushed out or taken out of her body.
2.  S███B███ did NOT give me writing authorization to verify the birth certificate.
3.  I live in my house, he lives in his house, 40 miles away.

How do I possibly know he has a baby?

## Charge 1 – Violation of rule of regulations (Page 26)

### Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(a) Conduct prejudicial to the District of Columbia Government, including:

#### (3) Conduct that an employee should have reasonably known is a violation of law or regulation;

As a DC government employee, I reported an employee's fraud to OIG, whose mission is to "... to detect and deter fraud, waste and mismanagement throughout the government" based on my best knowledge and capability. I identified myself and provided variable information. I did it honestly, ethically, professionally and ethically.

http://app.oig.dc.gov/news/PDF/release10/Special%20Assessment%20of%20Contracting%20and%20Procureme nt%20at%20UDC%20OIG%20Project%20No.%2017-1-1GG.pdf
Above pasted is OIG's Mission. As a dedicated employee, I helped OIG to achieve its mission.

Taking 8 weeks government paid paternity leave without a baby is a fraud. Knowingly submitting a fake document to government is a forgery crime, per DC Law § 22–3241. In addition, it is unethical and against basic human decency. Fraud and crime are violation of law and regulation. Reporting fraud and crime is not. As a DC government employee, I helped OIG to achieve its mission.

BEGA's mission is to "investigate alleged ethics laws violations by District government employees and public officials..." https://bega.dc.gov/page/mission  I helped BEGA to achieve its mission.

In every year, OIG and BEGA (and DCHR) must receive many reports and allegations. Some are substantiated some are unsubstantiated, some are inconclusive. These agencies should not discipline all employees whose reports eventually turn out to be unsubstantiated, or inconclusive, no matter how persistent they are. Otherwise it will create fear and silence, deter and threaten future reports that will eventually harm government integrity.

There are 2 types of allegations. A positive allegation states something exists, a negative allegation states something does not exist. A negative allegation can't be proved by physical proof. As an individual, I do not have

5

access to another person's record held by statement government. I provided evidence of absence of existence to the best of knowledge and capability.

## Charge 2 – Knowingly provide wrong information (Page 27)
### Mr. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(b) False Statements, including:

- (2) Misrepresentation, falsification, or concealment of material facts or records in connection with an official matter;

- (4) Knowingly and willfully reporting false or misleading information or purposely omitting material facts to any supervisor.

I knowingly provided truthful information to my best knowledge and capability. There are employee's name there for verification. My reports were all based on honest observations to my best knowledge and capability. As I can't (nobody can) possibly present at every factual situation, I used my best judgment and reasonable and logical inference.

(2) Misrepresentation, falsification, or concealment of material facts:

My statements in all those reports were based on my honest observation and primary anatomical and gynecological knowledge as a regular person, a woman and a mother. There was no knowing misrepresentation.

Mr. Lawson asked me more than once "Did you even seen S███ B███ 's wife nude?" I admitted "No" to all. Some anti-anatomical facts suggested that she may have stuffed her belly with foreign objects. I admitted that I didn't see she was wearing them, or not wearing them. I am not a law practitioner, I don't catch the exact and subtle difference between a speculation and reasonable inference, and therefore I used my reasonable inference. But nobody sees whether she was NOT wearing them.

My original report to OIG was only based on anatomical facts. I saw his wife myself at the end of April 2016 on the 2nd floor there was no sign, no noticeably raised belly, or a waddling gait. When I went back to the 3rd floor to refill my water bottle, Mr. LeCount Moore (Anthony, in the file room) asked me "Did you see S███ B███ s wife? She told me she was pregnant." As said, I had seen her on the same day but on the 2nd floor. The fact that she offered to tell Mr. LeCount Moore (Anthony) is a smoking gun proof that she did not look pregnant then. Otherwise she knew she would not need to tell it.

At a later time after the alleged baby was born, another female customer recalled and described his wife's belly (before delivery) as a "bizarre triangle shape." An excerpt of the email pasted below.

Disgusting!!! Yes, it was a bizarre triangular shape that's why I noticed it. I thought to myself that something may be wrong with the baby but I never imagined that it wasn't a baby.

I used my best knowledge and reasonable inference to my best capability. I presented and described for OIG and DC government what I actually saw with my own eyes. There was no knowing misrepresentation.

6

(4) Knowingly and Willfully

"Wilfully" Yes. "Knowingly" No. I did it totally willfully all the times. It is my self-inflicted decision to pursue this from Day 1. I have something to say about the "knowingly" part.

Knowingly reporting false or misleading information means:

1. On May 19, 2016, I stood by S█████B█████s wife in the hospital's delivery room, and eye witnessed the entire process a baby was pushed out or taken out of his wife's womb, and then I turn around and tell people: S███ B███ does not have a baby.
2. It can also mean: S███ B███ offered me his written authorization and I receive an official letter from the Department of Vital Record of Maryland Government , clearly notified me that his claimed childbirth matches State birth record, and then I turn around and tell people: he does not have a baby.

Neither of the above happened. I have no knowledge of the existence of the baby. He lives in his house. I live in my house. If DCRA believes that I know, or I "should reasonably know there is a baby" please prove it.

## Charge 3 – Failure / refusal to follow instructions (Page 28)
**On numerous occasions between August 15, 2017 and February 5, 2019 Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 16; §1605.4(d) Failure/Refusal to Follow Instructions, including §1607.2(d) Failure/Refusal to Follow Instructions:**

(1) Negligence, including the careless failure to comply with rules, regulation, written procedures, or proper supervision.

On Page 17 of the Investigative Report, it refers to an email from Mr. Underwood. The email wrote: "... we told her not to have contact with anyone in DCRA except Human Relations about this issue." I strictly followed his instruction. I sent emails to Ms. Ingrid Jackson – who was (then) an HR Officer – on 8-23 and 8-25-2017. I eventually received her response on 9-11.

7

Ms. Jackson,

Thanks for your reply. What FACT is YOUR review supported by? Is it supported by the State Record of Maryland? Does a fake document meet District government requirements ? If it is not verified, how do you know whether the document he submitted is real or fake?? A fake document can LOOK real.

Instead of re-typing what I received from BEGA, I used a screenshot pasted below, where BEGA's Director clearly stated "Allegations related to paternity and FMLA abuse are NOT within our primary jurisdiction."

BEGA interviewed the couple **together.** I tried to pictured how the interview was performed:

[BEGA's investigator]: We received a report that claims the fatherhood leave you have taken is a fraud. Is it a fraud?
[Mr. and Ms. B       Of course not. Our baby is 15 months now and she is doing very well.
[Findings]: There is no code violation.

I am speechless at the logic. It is simply like:

[Judge]: The plaintiff says you stole money. Did you steal?
[Defendant]: Of course not.
[Judgement]: Plaintiff is innocent.

# Please do advise if your conclusion is supported by Maryland State Record?

Thank you,
Luchi

8

From: Jackson, Ingrid (DCRA)
Sent: Monday, September 11, 2017 1:46 PM
To: Lu, Luchi (DCRA)
Subject: RE: Report to Director

Good afternoon Ms. Lu,

I apologize for my tardy response. Based on my review of his records, Mr. B███ has met all of the District government requirements in order to be eligible for the Paid Family Leave and has taken the Leave in accordance with the regulations. Further review reflects that your concerns have been investigated by both the Office of the Inspector General (OIG) and the Board of Ethics and Government Accountability (BEGA). The OIG and the BEGA informed the agency that they could not find any cause for the agency to take any disciplinary action against Mr. B███ and that the case is now closed.

At this point, there is no further action required by representatives of the DC Department of Consumer and Regulatory Affairs (DCRA) or any other District government agency.

Please consider this the final response on behalf of the agency as the matter has been investigated and deemed closed.

Regards,

Ingrid L. Jackson
Human Resources Officer | Office of the Chief Administrative Officer
Department of Consumer and Regulatory Affairs (DCRA)
1100 4th Street, SW, 5th Floor, Room 5103 | Washington, DC 20024
( 202.442.4509 ): Ingrid.jackson@dc.gov
www.dcra.dc.gov

Ms. Johnson finally responded and she advised "Based on MY review... " I know Ms. Jackson was (then) an HR Specialist of DC government. My best knowledge told me she did NOT have access to Maryland State birth record. This is supported by information at the website of Maryland Department of Health. https://health.maryland.gov/vsa/Pages/birth.aspx

Maryland law prohibits any unauthorized release of birth record information. Any third party must obtain written authorization from parents and legal guardians in order to apply. That means: even DCRA / DC government pays him for the 8 weeks, it still CANNOT verify it without legal parent/legal guardian's written authorization.

Ms. Jackson did not answer my question. So I did not know whether her review was supported by state record, or only based her own opinion and assumption. When it concerns a fraud and forgery crime, HR's conclusion should be based on FACT, not opinions or assumption.

I have asked this simple / plain question many times to every single and all agencies of DC government "Have you verified the paper he submitted with Maryland government?" "If you don't verify how do you know it's true or fake?" NO one has answered this question. They don't give me the answer so I don't know the answer. If any of the agencies ever answered this question, I would be able to know the answer.

During the 3 weeks waiting period, I sent an email to my union steward Ms. LaKeitha Johnson for advice. Please see images pasted below, how I followed Mr. Underwood's instructions strictly, and mechanically.

9

Thank you for your quick response. Truly appreciate it. I was thinking about doing it too. Mr. Underwood only copied to Ms. Jackson on 8-22, that's why I was sticking to her only. I will wait for a couple of days first. If I still don't hear back from Ms. Jackson then I will reach out to another HR person. Thank you again.

Luchi

From: Johnson, LaKeitha (DCRA)
Sent: Monday, August 28, 2017 3:58 PM
To: Lu, Luchi (DCRA)
Subject: RE: Report to Director

Hello,

I do not know why Mrs. Jackson haven't responded, but I do not know how long it's going to take her to respond. I do not know their process for her to send a confirm receipt. Give it another day or two then you can reach out to another person in HR and let her know in an email that you reach out to another person in HR so they both would not be working on the same thing.

Thanks

During the interview, Mr. Lawson asked me "Is Ms. LaKeitha Johnson part of DCHR Human Resource." I said "No." I explained to him that I am a union employee. I can always contact my union representative whenever I deem necessary. I never knew that I should ask management's permission to contact my union representative. I have explained this to Mr. Lawson during the meeting.

The Investigative Report Page 29 – 32 provides a list of local news outlets that I have contacted. Mr. Lawson asked his questions "On [date] you contacted CNN. Is CNN part of DCRA HR?" "On [date] you contacted WTOP. Is WTOP part of DCRA HR?" "On [date] you contacted City Paper. Is City Paper part of DCRA HR?" ...... I found these questions far-stretching. I answered "No" to all of them.

I know when it comes to an official matter, as a government employee, my rights as a whistleblower is ultimately protected by the 1st and 4th Amendment of the Constitution, but I did not argue that at the interview I understood the points Mr. Lawson's wanted to make. Because at t the beginning of the interview, Mr. Lawson asked me to read my job descriptions as a Fire Protection Engineer, I saw a foot high paper he put on the table. As a professional and reasonable person, I wanted to work this out in good faith and amicably. That's why I did not argue at all. In my closing statement, I sincerely apologized for using my time paid for plan review doing stuff that's not part of the plan review. Because I know business is also about you do what you are paid to do. I accepted Mr. Lawson's points.

Ever since the interview, actually **before** it, I ceased using my DCRA emails to contact any party during my work hour while sitting in DCRA's business premises.

Actually even while I was pursuing it in Year 2016, 2017, and 2018, I still managed and did my very best to balance my assigned duties and this pursuing. A lot reports were prepared at home. Especially those containing pictures and sensitive information. This has demonstrated my ethics, professionalism and responsibility and good faith towards others. After the interview, I have worked extra hard and tirelessly to do my plan review to finish as many jobs as I possibly can.

10

My persistency of pursuing it, if undesirable in DCRA's eyes, was started with my ethics and basic sense of right and wrong. It was caused by refusal and ignorance I have received from all DC government agencies all the times. If any one of them clearly answered my question and I got the answer, I won't have to proceed further. FACT should not be behind the door. I deserved an answer.

I know obedience is required to maintain an effective business operation. I am giving you an example now how much obedience I have. In the morning of April 2, my supervisor Mr. Lester called me to his office and handed me the Proposal of Suspension. Both Chris Bailey and Sydney Lester repeatedly instructed me **NOT** to respond until Mr. Whitescarver reaches out to me. When I actually read it I found out that I have only 6 days to respond, I sent him an email to clarify. After 2 emails exchanges he told me that I do need to reply within in 6 days. Even in this type of endangerment, I still ASKED first. Even when I am in an endangering situation that my job is hung on a hair, my supervisor STILL treated me so lightly and carelessly. My mechanical obedience and subordination to him as well as my blind trust in him in the past 10 years almost kill myself and cause irreversible adverse consequence on myself. You really don't know someone until something truly happens.

## Charge 4 – Causing mental distress, stalking (Page 32)

**Ms. Lu grossly violated Part 1, D.C. Personal Regulations Chapter 18; §1800.3(n) Employees shall not take actions creating the appearance that they are violating the law or ethical standards set forth in this chapter. Whether particular circumstances create an appearance that the law or these standards have been violated shall determine from the perspective of a reasonable person with knowledge of the relevant facts:**

To wit:
On Tuesday, February 12, 2019, Special Investigator Lawson conducted an audio recorded interview with Fire Protection Engineer Qing (Luchi) Lu regarding Ms. Lu's complaint allegation that Fire Protection Engineer S█████ B█████ fraudulently obtained approved Paid Family Leave (PFL) because Mr. B█████ s wife, N█ B█ faked a pregnancy and birth of I█████ B█████ born May 19, 2016.

During the interview Ms. Lu admitted that between June of the year 2016 and February of the year 2019, she engaged in a course of conduct directed at Mr. and Mrs. B█ that Ms. Lu should have known would cause a reasonable person in the individual's circumstances to:

(D) Fear for his or her safety or to the safety of another person;
(E) Feel seriously alarmed, disturbed, or frightened; or
(F) Suffer emotional distress.

In making this admission Ms. Lu knew or reasonably should have known that she was violating D.C. Official Code (Criminal) § 22-3133 Stalking.

The word "stalk" was not introduced at the interview but it is in the report. Since it was audio-taped, please do play and review it. I don't know exactly what stalking it refers to.

11

My initial report to OIG was mainly based on anatomical facts of lack of sign, not including information from social media. After I received the response from OIG on March 1ˢᵗ, 2017 (pasted below), I then followed OIG's instruction and did my best to collect new and additional information for OIG.



OIG, FOIA (OIG) <foia.oig@dc.gov>
Wed 2017-03-01 4:31 PM
You ⌄

Dear Qing Lu,

Please send any new or additional information to the OIG hotline.

Sincerely,

FOIA Officer

**From:** Qing Lu [mailto:luchl_100@hotmail.com]
**Sent:** Wednesday, March 01, 2017 3:05 PM
**To:** OIG, FOIA (OIG); Hotline Inspector General
**Subject:** OIG Report

Hello,

May I call or have an appointment with someone with OIG to get some advice on reporting issues?

For an old case, if we have NEW PROOF, can we re-file it with OIG through hotline?

Thank you,
Qing Lu

This is an official matter not a personal matter. By nature, it is a matter between a whistleblowing employee (me) and DC government. In this official matter █ █ █ the perpetrator of an alleged fraud and white collar crime. He is the SUBJECT, not a VICTIM. S █ █ and his wife's emotional state (fear, safety disturbance, and distress) should be irrelevant to this official matter and before the law. Even this case is eventually unsubstantiated based on facts, he is still not a victim. Simply put:

1. Where and what is the starting place of his fear, stress? There is no proof beyond reasonable doubts that their fear, stress are caused by something else, not his own deed.
2. If he did not commit a fraud, he did not even need to be fearful or distressed. His joy of being a father of 4 should not be adversely effected by a fewer number. A baby is a human being. There are MANY MANY ways to prove the existence of a human being. What reasonable actions has he taken to mitigate his own stress? He knows he can prove this baby more than HR. I am sorry for his stress, but law is law.
3. If he committed a fraud and his wife is an accessory and accomplice of it, they BOTH should be punished by law, no matter of their emotional state. Nobody is above the law, regardless of one's fear, disturbance, and/or mental stress, DCRA's caring for their mental state does not supersede the law.

12

4. In this case, DCRA is a party that I reported the official matter to. At the same time, it is also a judge. DCRA is now punishing me for initiating and pursuing this matter, and punishing me for asking a simple Yes or No question that was never answered.

5. If a person committed a fraud and feels stressful and never sleep well ever since then and became stressful, fearful of losing one's job, then this person should make a confession. Admit it. Taking responsibility is the very first step to do right thing, and to have a good night sleep to release stress.

While on duty, I am either siting at my desk on the 3ʳᵈ floor, or at the counter on the 2ⁿᵈ floor. I have never stalked him. No matter how many emails I have written, no matter how he feels, it still does not and will never change the OFFICIAL nature of the matter. S███ █ ███ and his wife's emotional state has nothing to do with this official matter before law. The law should punish anyone who breaks the law, regardless of one's fear, or stress. Honesty is the best sleep-aid to release stress.

This is a task that I am not able to finish all by myself. While pursuing it, especially after I heard the response from OIG in March 2017 to instruct me to provide any new and additional information, I got some help from some of my colleges in order to gather more relevant information to present it to OIG.

Somewhere in the IR report (I have no time to find the page #) stated that I was told to "discontinue" and "desist" – I don't recall to receive any email like that from any agency. What I remember is that I have experienced the same pattern with ALL DC government agencies, including the Mayor's Office was:

*   I sent them initial report.
*   Then I followed up and asked how far along it is. No response.
*   Then I sent another report to follow up and received a conclusion letter, all with the similar wording: [we reviewed your case. His documents meet requirement. No further action is warranted. Case closed]
*   When I ask what fact base and ground of the conclusion, no response.
*   I deserve an answer.

Power and opinion do not substitute for truth. I need to know fact. If after he heard I am pursuing it and then immediately became stressed, his fear and distress may have caused by what he did himself, not me. Speaking for myself, if I have "X" children and people say that I have "Y" and Y < X, I can prove they are wrong easily. I won't be stressed at all.

## Mr. Sydney Lester's Report

### Specification:

Special Investigator Tyrone Quintin Lawson was tasked with investigating Case Number 018-SP-0034 – a complaint that Qing (Luchi) Lu, Fire Protection Engineer, knowingly stalked and harassed Fire Protection Engineer S███ █ and his wife N███ B█ while on duty. His report stated that her actions occurred over the period June 27, 2016 to February 5, 2019. During that time Ms. Lu failed to comply with rules and proper

Sydney and I have been working together for 11 years. I really did not expect a report like this from my very own supervisor who I have been working with for over 10 years. He has neither professionally guided me, nor personally cordially advised me on this matter.

13

The word "harassment" was not used to against me at the interview. The only time I heard the word "harassment" was when Mr. Lawson asked me: "Did Mr. Walter call you harassment?" Since Mr. Walter already apologized to me before former Director Bolling on April 20, 2018 and I already accepted his apology, I didn't feel the need to re-address. – Please don't take my word until you play it.

Mr. Lester's proposal is shorter, yet the charges against me are more grave, deadly and harmful. The very **same** conducts in Mr. Lawson's report listed under insubordination (Charge 3, page 28 on IR) have now been re-classified and elevated to harassment, by my own supervisor.

He elevated it to harassment, probably he knows how DC government has been over heavy-handed in handling harassment cases. He needs to put me there first in order to destroy me. What is the criterion to decide a harassment? Does that mean whenever someone does not like it he or she can all it harassment? For example I am 5'4" tall. What if - for whatever reason, out of my own unspeakable personal idiosyncrasy - I like 5'7" better, can I call all people who say I'm 5'4" harassment? Can we do the measurement first? Does that mean whenever a statement does not serve someone's pleasure, this someone can immediately call it harassment without proof? S███ B███ s denial and displeasure do not justify this harassment charge. His mental stress caused by this pursuing does not justify his harassment complaint.

I also see Mr. Lester involves S███ B███ s spouse into this matter. Now my back is on the wall. I will have to say and do **anything** to defend myself against the false harassment and stalk charge placed on me. This is professional retaliation. It is unjust.

## Harassment and stalk

Does that mean when one FEELS being humiliated or embarrassed that would mean he was factually harassed? How do we know the humiliation and embarrassment that he FEELS are self-inflicted for his own deed? Calling reporting a fraud to OIG harassment is unjust and detrimental.

I directed my reports / emails to DC government agencies, it is an official matter, between me (an employee) and DC government (the authorities who is expected to do its diligence to investigate). S███ B███ s the SUBJECT of this alleged white collar crime, not a victim.

Up to this moment of my life, I have never said a single word to her. She has never said a single word to me either. There has been no work related interaction either while I am on duty. I have not done a walk through job of her on the 2nd floor at counter. I saw her stop by other counters except fire, while I was/am on duty.

His wife is part / accessory / accomplice of an alleged fraud and white collar crime, she is also the mother of the claimed child. I can't complete my report without mentioning an accomplice / accessory. I can't complete my report of paternity leave fraud without mentioning the mother of the child. Per law, relevance is the cornerstone of the rules of evidence. I need and I have to mention her name in my reports in order to provide complete information. He initiated this proposal only based on S███ B███ s displeasure and denial of the matter I raised and my persistence. **Mr. Lester charges of harassment on me is unlawful and unjust.**

I had a meeting with Ms. Bolling on 4-2—2018. Mr. Crawford was there. He said S███ B███ s wife told him that I harassed her 3 month before (January 2018) by saying to her "you don't have that baby." – Exhibit #40. This baby smokes at the second she was making this lie. If she does have one, she would never, never, ever ever have to tell a single lie.

14

Harassment complaints shall always require the same level of proof as other complaints. A harassment complaint should not be privileged over other complaints. The fundamental determinant is fact and truth, no matter how ugly the truth is. The Mayor says DC government has "zero" tolerance to harassment, what about to fraud and felony crime?

Prejudice towards my whistleblowing of an official matter

018-SP-0034 – a complaint that Qing (Luchi) Lu, Fire Protection Engineer, knowingly stalked and harassed Fire Protection Engineer S███ B███ and his wife N███ B███ while on duty. His report stated that her actions occurred over the period June 27, 2016 to February 5, 2019. During that time Ms. Lu failed to comply with rules and proper

In Mr. Lawson's report, I was given "some" credits for my persistent pursuing, at least in the first year (?) – I can't find the exact page number because the RI report is too long. In Mr. Lester's report, he stated that I started wrong from the very 1st contact with OIG Hotline, OIG held it for 8 months before notifying me it has been transferred to DCRA. The 8 month processing time reflected this is a grave and serious official matter. Reporting an official matter to law enforcement is not harassment.

I sent my report to OIG. OIG held it for 8 months. OIG did not call it harassment, Mr. Lester called it harassment. I sent my report to BEGA. BEGA worked on it. BEGA did not call it harassment, Mr. Lester called it harassment. I sent my report to DCHR. DCHR worked on it. DCHR did not call it harassment, Mr. Lester called it harassment. Mr. Lester called my entire commitment on this matter from beginning June 2016 harassment. It is unlawful.

Long lasting play of favoritism

5. **Confidence in Employee.** Management's confidence in the employee's ability to refrain from continuing the dishonest allegation about Mr. B███ is very low based on her record. .

His low confidence in me reflects his long time prejudice on me. He called my entire commitment to reporting this crime a harassment. This is prejudice and biased derived from his dishonesty, lack of principle, play of favoritism and negative perceptions towards me all the times, whenever it concerns a work relation issue between S███ B███ and me, and S███ B███ and others. Mr. Lester has used his power as a supervisor to establish S███ B███ as an un-criticizable person, no matter of what, in all daily operations. Please read the email below in August 2016, pasted from Exhibit #11.

I did alarm management in 2016 that S███ B███ had been using his official position to do his wife's jobs, based on the information and job number provided to me by file-room staff. It was substantiated by BEGA in December 2016.

https://bega.dc.gov/sites/bega/files/publication/attachments█████ S. B█████ _Negotiated_Disposition.pdf

Confidential Subject to Protective Order      Lu v. DC et al1-20-cv-00461_00000715

**From:** Lu, Luchl (DCRA)
**Sent:** Wednesday, August 31, 2016 3:03 PM
**To:** Lester, Sydney (DCRA)
**Cc:** Englebert, Gary (DCRA)
**Subject:** RE: Our Workplace

I acknowledge receipt of this email. Will certainly provide proof for issues concerning public trust.

**From:** Lester, Sydney (DCRA)
**Sent:** Wednesday, August 31, 2016 2:38 PM
**To:** Lu, Luchl (DCRA)
**Cc:** Englebert, Gary (DCRA)
**Subject:** Our Workplace

Luchi,

You have been a member of the Fire Protection Engineering Review team for several years and during that time you have made several allegation about the conduct of your co-worker S██ █ ██ These allegations became more and more serious as time progressed. You have made some recent allegations which have now placed us at the stage where the allegations have legal implications that cannot be ignored. We have contacted our legal staff and at this time, after their review, there is no evidence to conclude any wrong doing.

Since you have made the allegations, if you are in possession of any proof that backs up your allegations you should present them. Both Mr. Gary Englebert and I are available to meet with you to discuss any proof that exists.

Regards.

Sydney Lester
Fire Protection Manager/ Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th Street SW, 3rd Floor
Washington DC 20024.
202.442.4551 (O), 202.442.4863 (F)

I don't understand Mr. Lester's intent. Does that mean that even if it was already successfully substantiated, it is still a wrong conduct for me to bring S██ █ ██ to BEGA? He has given his SO MUCH TOO MUCH privileges, from attendance, workload to counter schedule, and many many more that can't be all included here. Below are some major stuff.

16

Undue influence

As early as August 2016 (2015 ?), at one of the regular staff meetings on Thursday morning, Sydney informed us of his retirement and announced that S     B     will be the next fire supervisor to lead the team. Mr. Lester stated that S     B     has "possessed all attributes to take this position." I immediately became concerned and I talked to my union steward Joe Bembry (then). Joe told me to his best knowledge the new Fire Supervisor position was not even created yet, once created it would be posted, once posted everyone can apply. Sydney Lester has grossly violated the basic HR rule, he used his position to exert undue influence on the new fire supervisor position. I remembered I sent emails to HR around the time of Exhibit #11, about his unauthorized announcement bending the HR rule. I reported it and some other stuff to the agency's HR, and copied to Jennifer Barbour if I remembered right. I got an interview notice from Adrianne Lord-Sorensen in October 2015, then it was concealed.

Unjust and secret privilege given to S     B     by Sydney Lester

S     B     is the ONLY plan reviewer who has been allowed to assign ProjectDox jobs, FA, FS jobs, as well as EN, EA, and ER jobs to other plan reviewers. In 2016, 2017, he was assigning ProjectDox jobs not only to fire reviewer, but to the ENTIRE plan review team, including structural, mechanical/plumbing and electrical.

Considering the fact his wife was/is an active permit runner doing business with DCRA on an everyday basis, allowing him to assign jobs means if his wife submitted B     and B     he would be the one to determine who is going to do the fire review of his wife's jobs, and mechanical/plumbing and structural reviews. Also because he assigned too little jobs to himself, my coworker Samuel Mutia and I reported to the Joe Bembry again. We printed out the assignment sheets we received from him to show that the work load was not equally distributed. At that time. Gary Englebert was the deputy CBO. I no longer remember whether we took it to Gary or not, I also don't know whether Joe Bembry took it to Gary.

Assigning of EN, ER and EA jobs in 2018

In the year of 2018, I had numerous email exchanges with Mr. Lester about the assigning procedure of EN (elevator new), ER (elevator renovation) and EA (elevator alteration) jobs. At that time the assigning procedure for these jobs was/is: "customer – DCRA file room – supervisor (Sydney) – reviewer (Luchi)". When Sydney Lester is not in the office, the procedure becomes "customer – DCRA file room – S     B     – Luchi". S     B     main focus is Velocity and he himself does not do EN, ER, or EN jobs. I asked Sydney Lester that when he is not in the office the procedure should change to "customer – DCRA file room – Luchi", therefore we can eliminate a step it will be quicker, considering there has been some delays since EN, ER, or EN jobs usually have shorter processing time than other jobs. Below are some images of these emails.

Then I received a pompous email from him like "thank you for trying to assume some supervisor's responsibilities ... " or something like that. I patiently told him that I am not interested in assuming his responsibility at all, I just don't want those jobs to be delayed. I don't have time to find that email.

17

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, March 15, 2018 9:19 AM
**To:** Lester, Sydney (DCRA)
**Subject:** Distribution of EA, ER and EA Jobs

I recently found out the elevator shop drawings in my queue were assigned to me by S███ B███ ██is name is in the list as an elevator review supervisor. He is the only reviewer who assigns jobs to himself and to his peer reviewers. Before I had always thought those jobs were assigned to me directly by file room staff since they knew I am the one in fire group who's been doing EN, ER and EA jobs. Since S███ B███ imself doesn't do those jobs, can you add my name to Anthony's distribution list, so Anthony can assign those jobs **directly** to me? What I am asking for is to **RECEIVE** EN, ER and EA jobs directly from file room staff, not to assign jobs to others. This will not affect your authority of assigning file jobs, nor S███ B███ assigning FA and FS jobs, he can continue to pick FA and FS jobs for himself and assign them to Sam and Syed.

There has been delays from time to time, which has caused difficulties for me to track the status and respond to inquiries from customers. Please scroll all way down to the very bottom to read my emails to customers, when they repeatedly informed me they have finished loading the plans but I don't see them on my end. From the 3 Workflow Routing Slips pasted below you can see my handling is efficient without delay. However I don't have control over others as this is a multi-step assigning process. Eliminating an intermediate step will contribute to a quicker turnaround and delivery, and make me have better knowledge to advise customers.

Can you add my name to Anthony LeCount Moore's distribution list for receiving EN, ER and EA jobs? Thanks.

| | ☑ | ELEVATOR REVIEW SUPERVISOR | Individual | ☑ | Shaun Parkman |
| 1 | ☐ | ENERGY REVIEW SUPERVISOR | First In Group | ☑ | Aaron Eastering / Sara Estrada |
| 1 | ☐ | FIRE REVIEW SUPERVISOR | First In Group | ☑ | Sydney Lester / Keith Slade |
| 1 | ☐ | GREEN REVIEW SUPERVISOR | First In Group | ☑ | Herbert Williams / Sylvia Alexander |

# Project[Doc]

## Current Project - Workflow Routing Slip

### EN1801567

| Task Name | Status | Created | Updated | Group | User | Cycle | Completed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Date | Days | Hours | Min | Sec |
| ApplicantUpload | Complete | 3/6/2018 2:03:21 PM | 3/7/2018 9:03:10 AM | Applicant | Phyllis Stevens | 0 | 3/7/2018 9:03:10 AM | 0 | 18 | 59 | 49 |
| PreScreenReview | Complete | 3/7/2018 9:03:10 AM | 3/7/2018 4:19:52 PM | PRC | Anthony LeCount | 0 | 3/7/2018 4:19:52 PM | 0 | 7 | 16 | 42 |
| CorrectionComplete | Complete | 3/7/2018 4:19:53 PM | 3/7/2018 5:39:15 PM | Applicant | Phyllis Stevens | 0 | 3/7/2018 5:39:15 PM | 0 | 1 | 19 | 22 |
| PreScreenReview | Complete | 3/7/2018 5:39:16 PM | 3/8/2018 8:38:42 AM | PRC | Anthony LeCount | 0 | 3/8/2018 8:38:42 AM | 0 | 14 | 59 | 26 |
| CorrectionComplete | Complete | 3/8/2018 8:38:44 AM | 3/9/2018 1:33:04 PM | Applicant | Phyllis Stevens | 0 | 3/9/2018 1:33:04 PM | 1 | 28 | 54 | 0 |
| PreScreenReview | Complete | 3/9/2018 1:33:04 PM | 3/9/2018 2:28:12 PM | PRC | Anthony LeCount | 0 | 3/9/2018 2:28:12 PM | 0 | 0 | 55 | 8 |
| BeginReview | Complete | 3/9/2018 2:28:12 PM | 3/9/2018 2:30:03 PM | PRC | Anthony LeCount | 0 | 3/9/2018 2:30:03 PM | 0 | 0 | 1 | 51 |
| DepartmentReview | Complete | 3/9/2018 2:30:04 PM | 3/15/2018 12:36:21 PM | Fire Review Supervisor | S[...] | 1 | 3/15/2018 12:36:21 PM | 5 | 142 | 6 | 0 |
| DepartmentReview | Complete | 3/15/2018 12:53:59 PM | 3/15/2018 12:53:49 PM | Fire Review | Luchi Lu | 1 | 3/15/2018 12:53:49 PM | 0 | 0 | 17 | 50 |
| ReviewQA | Pending | 3/15/2018 12:53:50 PM | 3/15/2018 12:53:50 PM | QA Review | | 1 | | 0 | 0 | 0 | 0 |

### EA1801325

| Task Name | Status | Created | Updated | Group | User | Cycle | Completed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Date | Days | Hours | Min | Sec |
| ApplicantUpload | Complete | 2/9/2018 2:05:03 PM | 2/9/2018 4:32:49 PM | Applicant | Lisa Blush | 0 | 2/9/2018 4:32:49 PM | 0 | 2 | 27 | 46 |
| PreScreenReview | Complete | 2/9/2018 4:32:50 PM | 2/12/2018 3:44:56 PM | PRC | Anthony LeCount | 0 | 2/12/2018 3:44:56 PM | 2 | 71 | 12 | 0 |
| CorrectionComplete | Complete | 2/12/2018 3:44:55 PM | 2/12/2018 5:18:25 PM | Applicant | Lisa Blush | 0 | 2/12/2018 5:18:25 PM | 0 | 1 | 33 | 30 |
| PreScreenReview | Complete | 2/12/2018 5:18:24 PM | 2/14/2018 9:12:05 AM | PRC | Anthony LeCount | 0 | 2/14/2018 9:12:05 AM | 1 | 39 | 53 | 0 |
| CorrectionComplete | Complete | 2/14/2018 9:12:07 AM | 2/14/2018 9:55:37 AM | Applicant | Lisa Blush | 0 | 2/14/2018 9:55:37 AM | 0 | 0 | 43 | 30 |
| PreScreenReview | Complete | 2/14/2018 9:55:37 AM | 2/14/2018 3:48:16 PM | PRC | Anthony LeCount | 0 | 2/14/2018 3:48:16 PM | 0 | 5 | 52 | 39 |
| CorrectionComplete | Complete | 2/14/2018 3:48:17 PM | 2/14/2018 4:34:12 PM | Applicant | Lisa Blush | 0 | 2/14/2018 4:34:12 PM | 0 | 0 | 45 | 55 |
| PreScreenReview | Complete | 2/14/2018 4:34:13 PM | 2/15/2018 9:59:09 AM | PRC | Anthony LeCount | 0 | 2/15/2018 9:59:09 AM | 0 | 17 | 24 | 56 |
| BeginReview | Complete | 2/15/2018 9:59:13 AM | 2/15/2018 10:00:46 AM | PRC | Anthony LeCount | 0 | 2/15/2018 10:00:46 AM | 0 | 0 | 1 | 33 |
| DepartmentReview | Complete | 2/15/2018 10:00:48 AM | 2/20/2018 10:49:36 AM | Elevator Review Supervisor | S[...] | 1 | 2/20/2018 10:49:36 AM | 5 | 120 | 48 | 0 |
| DepartmentReview | Complete | 2/20/2018 10:49:20 AM | 2/21/2018 8:23:09 AM | Elevator Review | Luchi Lu | 1 | 2/21/2018 8:23:09 AM | 0 | 21 | 33 | 49 |
| ReviewQA | Complete | 2/21/2018 8:23:09 AM | 2/28/2018 9:24:02 AM | QA Review | Shaun Baskerville | 1 | 2/28/2018 9:24:02 AM | 7 | 169 | 0 | 0 |

Confidential Subject to Protective Order    Lu v. DC et al1-20-cv-00461_00000727

At this moment, it's still not shown in my system yet. It may take a day or so to show up. I will keep checking tomorrow and process it.

**EN1801228**
Main Contact:
Elevator New Permit - 2551 17TH ST NW - 1/31/2018 1:16:53 PM - Job Class-SO-C

⊟ **EN1801228**
⌐◻ Coluction (5 Files - 0 new)
⌐◻ Supporting Documents (4 Files - 3 new)
⌐◻ Received Drawings
⌐◻ Approved Supporting Documents

No tasks are available at this time.

Below is the response from Mr. Lester on March 15, 2018.

**From:** Lester, Sydney (DCRA)
**Sent:** Friday, March 16, 2018 1:52 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Distribution of EA, ER and EA jobs

There is no hidden agenda. To remove this problem I will have S███s name removed from the list of people who have acted as supervisor. The only time he is supposed to assign any job is when I am out of office and he is the acting supervisor. Jobs are assigned by supervisors or people granted the supervisors authority. I intend to restrict the supervisory role for assigning jobs to myself so I am fully aware of what takes place on a day to day basis. Keith, Aaron and Shaun have their administrative roles that also allow them to assign jobs.

Whenever on leave, a supervisor would appoint a delegate. Like when Mr. Keith Winston is on vacation, he may appoint Mr. Harrison Shelton to delegate. But Harrison Shelton will not be able to assign jobs, because his name was not programmed in the ProjectDox system. What I was asking for was merely to RECEIVE jobs DIRECTLY from the file-room to reduce delay, since S███ B███ was NOT doing these EN, ER and EA jobs. Because it was not resolved, I took it to Keith Slade, the Operational Manager to address it.

Then I found out on 7-16-2018, 4 months after he told me he removed S███ B███ from the line, he was still there and still assigning jobs to me. To assign jobs, one's name should be pre-programmed / coded in the system. This means S███ B███ name was never removed. There was another email I told Sydney Lester "there is **always** some difference between what you say and what you do" – no time to find it.

20

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, July 16, 2018 5:44 PM
**To:** Slade, Keith (DCRA)
**Subject:** assignment

These are the jobs he assigned to me this morning. I know he will continue since he has been given the responsibility of doing this.



Please scroll down to read all old emails below. Herb Williams told me S████ B████ s name has been there for YEARS as a supervisor to allow him to assign jobs to others, just like a supervisor (even when Sydney Lester is in office). He is the ONLY plan reviewer who is allowed to assign jobs to other plan reviewers. This means, if tomorrow or any day his wife submits jobs, he will be the one who decides and picks who is doing his wife's jobs, because he has been given the responsibility of assigning.

Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM | Fire Protection Engineer | Permit Operations Division**
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



Given Sydney Lester's long record of lack of principle and play of favoritism, my confidence in his refraining from further destroying me is very low. His words should be taken with caution. His proposal should be treated with caution, all facts should be closely examined.

Sydney Lester's statement at witness interview

In the RI, at interview with Mr. Lawson, Mr. Lester stated that he "has **not** met the child in person **but he knows** that Mr. B████ has a toddler daughter..." I respect it. And what I want to say is "I have **never** met that child and therefore I do **NOT** know if he has one."

If Sydney Lester is not charged with "knowingly provide wrong information" why me ?

21

My unshakable honesty and integrity

**This proposed disciplinary action has taken into account the Douglas factors to include:**

1. **The nature and seriousness of the conduct.** The offenses are serious and do impair operational efficiency and continued up to February 6, 2019.

2. **The employee's job level and employment type.** Employee interacts with the public on a daily basis and is expected to uphold the mission and integrity of her position. Core functions require interaction with professionals in the construction industry where accuracy and honesty are essential in the Agency's ability to enforce compliance if not done with integrity.

I am very glad eventually I see these 2 words. I am an honest and candid person, a straight shooter, an untactful type with minimum diplomacy even at this age. The only few things I really lack is the knowledge about DC government. I know, un-specifically a government can be dark, I just don't imagine HOW dark it can get. I also lack some tact how to "invite sympathy". I also lack the patience as some female customers told me "don't worry, at some point life will get him." I know I am not perfect, yet I am honest. I know we all are potato eaters, and the world is not black and white, yet when it comes to the very fundamentals, some basic principles and human decency should still hold, this differentiates us from other species on earth.

As an honest person, by default I always trust the honesty of other people and authorities. I chose to work with all DC government agencies / authorities, I reported to them including the Mayor' Office because I trusted (past tense) them. In my report to EOM on 9-19-2017, I wrote "I tended to believe people holding higher position in government have higher level of integrity. When a conduct is unacceptable to most professionals and general public, it should be more intolerable to them. " I really meant it. I always thought (assumed) people holding a higher position in government would have higher level of honesty and integrity, and have stronger sense of right and wrong.

At some point, one of the reporters at WTOP told me she can do the story for a fee $400 (?). Media plays a vital role in voicing out concerns to general public, bringing out the truth and helping improve government integrity, also I had been longing for getting this story out to media for a long time, but I still did not proceed with her. I don't feel comfortable with that she writes a story only and simply because I pay her. I decided not proceed. I want to win, but in a decent way, not a small way. I pasted it for you under Vital Fact 4. This has demonstrated my unshakable and unarguable honesty and integrity as a DC government employee and decency human being, even in the extreme hardship of this ordeal, that I have been so badly treated, ignored and intimidated. Because in my heart I know there is something that is more paramount than win or lost.

To be frank, Mr. Sydney Lester really is not the right person to discuss honesty and integrity with. I don't want to waste my time.

Below is what I pasted from Sydney Lester's report.

Charge:    DPM 1605.4(b) In this case the charge is False Statements – Knowingly and willfully reporting false or misleading information or purposefully omitting facts, to any supervisor.

22

Willfully – TRUE, YES. My pursuing is my own decision. I am 200% willfully.

For discussion purpose, the word "you" used here in this context is both singular and plural. It does not refer to any specific individual management staff, it generally refers to DC government authorities. Please don't take it personally.

In the interview I was asked questions about his wife's nude, more than once. I answered that I have never seen his wife nude, not even once. In the first place I am not an argumentative or contentious type of person. Whenever there is a point I take it. But now my back is on the wall with these false charges. I have to defend myself to my best capability, to fight for the long lasting, unjust and professional retaliation on me.

I did NOT eye witness this childbirth. I am NOT able to verify his paper. I do NOT live in his house. I am NOT his neighbor. How do you prove that I "knowingly" provided "false" information?

## My questions for DCRA and DC government are:

- **Have YOU ever seen his wife nude?**
- If not, how do YOU know that she was **NOT** wearing any object?
- How can you prove I'm false without knowing whether I am false.

### Speaking to Director Bolling (Exhibit 40)

Finally, then DCRA Director Melinda Bolling told Ms. Lu that her complaint was investigated and found to have no merit and so DCRA is done with the complaint. This was documented in Ms. Lu's email to Mr. Slade of **April 23, 2018** informing him of the outcome of her meeting with the Director. – Exhibit 40 of the IR.

He wrote it as if he were sitting there. During the meeting, the word "investigation" or "investigated" were not mentioned. She was extremely impatient. During the meeting, she told me "Even you are right, it's not going to be validated." "Even you are right, we are not going to validate it."

- When someone alleged that "I changed subject at a meeting", DCRA investigator interviewed at least 4 employees.
- When I reported an alleged fraud / felony crime to my agency's Director, she told me "Even you are right, we are not going to validate it."

How does this deal work? Is DCRA rule-based, or power-based?

### Speaking to the Mayor

The final act raised the level of dishonesty/false statements even higher when on **February 5, 2019** Ms. Lu confronted Mayor Bowser and her party touring the Permit Center while visiting DCRA, aired her complaint and followed up with an email to the Mayor dated **February 6, 2019** with the subject "Report to Mayor Bowser – Wearing Pillow for paternity leave" – Exhibit 55 of the IR

Confidential Subject to Protective Order     Lu v. DC et al1-20-cv-00461_00000735

I spoke with Mayor Bowser while she was in DCRA on February 5. Before I started talking to her, I showed her my DC Government ID and identified myself. While I was speaking with her, I did not mention S█████B█████s name. A young female lady came to me later and I wrote down his name on that paper. As a DC government employee, I do not need any management's approval or permit to speak to the Mayor.

## Government Integrity

The final act raised the level of dishonesty/false statements even higher when on **February 5, 2019** Ms. Lu confronted Mayor Bowser and her party touring the Permit Center while visiting DCRA, aired her complaint and followed up with an email to the Mayor dated **February 6, 2019** with the subject "Report to Mayor Bowser – Wearing Pillow for paternity leave" – Exhibit 55 of the IR

Mr. Lester's created an assumption that DC government is all right and all are my fault, then he used his own assumption as an axiom to attack me, as if you don't agree with DC government you are harassment. If we don't like you, you are harassment. Is disagreement, questioning, or challenging a DC government decision a harassment?

Does that mean whoever holds a different opinion and persistently asking a legitimate question will be considered harassment and be disciplined? I know DC government overpowers me. Power does not supersede truth. If you know the truth that I don't know, please tell me, please don't hide it.

Government integrity should aim at preventing corruption, fraud, and foster high standards of behavior, help to reinforce the legitimacy and credibility of those involved in decision-making regarding the public interest and routine business operation. Government integrity shall promote and maintain honesty and integrity in its operation and personnel management. At an operation level, these policies should address high-risk areas, to prevent crime and fraud of itself and its employees. The employee behavior should be regulated to maintain high standard honesty and trust in serving the publics. Integrity means telling the truth even if the truth is very ugly.

When it comes to an official matter related to government' operation, my rights to whistleblowing to the Mayor and to whatever news outlet I choose is ultimately protected by Amendment 1 and 4 of the Constitution. I don't need Mr. Underwood or DCRA, or DC Government's approval to exercise my right and freedom protected by the Constitution.

Given how I have been treated and especially the harassment charge against me in my supervisor's Disciplinary Action Proposal, I reserve my right to bring this matter to the Constitutional court of the United States of America, to make this fight more worthy.

## Time frame of DC government handling
OIG:   6-27-2016 – 2-1-2017.
BEGA:  5-17-2017 – 7-24-2017.
DCHR:  10-12-2018 – 11-28-2017.

The case was stuck with OIG for 8 months, still no conclusion but transferred. I received 2 emails from OIG. Please see attachment.

* The 1st attachment (2 pages), which I received from OIG on 8-23-2016 and 10-24-2016. Both state "As a law enforcement body, this Office does not disclose information pertaining to ongoing criminal and/or administrative matters because premature public disclosure would interfere with pending or

24

prospective enforcement proceedings" --- this misled me to believe there was some investigation or "enforcement proceedings" / actions going on at that time, and it was just not finished yet.

- The 2nd attachment (5 pages). I received from OIG on 2-1-2017. The 3rd page is a letter OIG sent to Director Bolling (then) in October 2016, I did not know it had been transferred back to DCRA until then. This 5-page document listed how the report was reviewed by OIG, but there was no "law enforcement" proceedings at all. There was no record of showing verification of birth record with Maryland government. I had no clue at all what "enforcement proceedings" OIG was referring to. If OIG investigated the case and had solid ground to believe he is clean, why didn't OIG simply close this case as "unsubstantiated", and present facts to conclude this case by its own, OIG would not even to transfer it to DCRA.

When the agencies state that the evidence is not sufficient, I was asking for a written guidelines of sufficiency, from OIG, and BEGA. Neither of them provided that info.

## Current DCHR policy concerning paternity leave

https://dchr.dc.gov/node/910082
Above is a link to paid family leave.

| If you are requesting ... | You must provide ... |
|---|---|
| Medical leave for a personal health condition | Certificate of Health Care Provider for Employee's Serious Health Condition (DOL-WH-380-E) |
| Birth of your child | Medical certification of anticipated birth or birth certificate |
| Adoption of a child or other legal placement | Certified court order(s) of placement |
| Assumption of parental duties for a child | Official records of parental responsibilities (such as school parental designation) |
| Caring for a family member | Certificate of Health Care Provider for Family Member's Serious Health Condition (DOL-WH-380-F) |
| Exigency Military Leave | Certification of Qualifying Exigency for Military Family Leave (DOL-WH-384) |
| Military Caregiver Leave | Certification of Serious Injury or Illness of Current Service member – Military Family Leave (DOL-WH-385) – OR |
| | Certification of Serious Injury or Illness of a Veteran for Military Caregiver Leave (DOL-WH-385-V) |

Medical certification of anticipated birth does not justify 8 weeks leave. Anticipated birth can end up with abortion, miscarriage, or stillborn.

In the past few years, I had a lot conversations about this matter with Alec Petrillo-Groh (not Alex) when we were both sitting at the counter. Alec has a daughter born if not on the same day, definitely in the very same month: May 2016. Alec told me before his daughter was born, he filled out the application form and submitted together with a doctor's note. After the baby was born, he submitted birth certificate. I asked Alec "After you submitted the birth certificate, do they require you to prove written authorization so they can verify the document you submitted?" Alec told me "No." Therefore all my reports are based my best / honest knowledge from him. I should be praised and appreciated for bringing this matter to DCRA and DC government's attention, not punished.

My reports to agencies that DCHR currently does not verify the birth certificate is based on my truthful knowledge obtained from Alec.

25

As said before, paternity leave fraud is very easy to do but hard to resolve, especially when the mother does not work in the same place. It is also because this matter has a face / appearance of "privacy." These women involved wear two hats, they are the spouse and mother, at the same time they all are citizens. Once being investigated, they can simply refuse to cooperate by claiming it is violating the "privacy" of a citizen. They use their status as "a citizen" to get away with the fraud to which they are a part to it, and at the same time sit back and call it "harassment" and "stalk" and "invasion to privacy." Nobody is above the law, including employee's spouse.

Harassment complaints shall require the same level of proof as other complaints. A harassment complaint should not be privileged over other complaints. The fundamental determinant is whether it is true. Speaking of TRUTH is not harassment, no matter how ugly the truth is.

## DCRA's Investigation on me changing subject at meeting on February 2, 2017

statement. This statement began with a question to management "how do we handle another employee using their wife with a fake belly to fake a pregnancy and the father requesting family leave?"

So what?

Mr. B            stated that he did recall attending the meeting on Thursday, February 2, 2017. Mr. B       stated that he was embarrassed because he knew Ms. Lu was harassing him in front of his co-workers.

Why?

To my best memories, this was not included at the interview with Mr. Lawson on 2-12, but I could be wrong, please verify before taking my words.

Investigative Report includes statement from multiple witness's about a meeting in February 2017, 2 years ago stating that I "abruptly changing subject at meeting." At least 4 people were interviewed about this. Even if I did it, so what? Is it a professional misconduct subject to disciplinary action? I no longer remember what "office procedure" we were discussing since it was 2 years ago. But now I do have questions about the relevancy and purpose of this investigation and why it should be included in the Exhibits as evidence against me. Is asking a perceived irrelevant question at meeting a professional misconduct? Has it ever happened that employees are drifting away from the meeting agenda and excitingly talking about sports and their favorable team or Olympics where the meeting was designed for customer service? Did they receive a proposal of disciplinary action?

According to Mr. Chris Bailey's written testimony, I did NOT mention anybody's name. Why was S      B      the ONLY one who's being "embarrassed"? Was he embarrassed by me or by himself? Why is it relevant to THIS investigation? DCRA is so prejudicial and unfair to me and has collected all irrelevant information and use it to against me. This is not the best use of Government's resource.

26

## Exhibit #1, #1A , #2, #3

Exhibit #3 is an email S█████B█████wrote to Mr. Bailey on February 2, 2017. The amazing logic is that he saw a Google search sheet of fake pregnant belly, and he reported it as "a direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL)."

### motive? For me it was very clear, it was a direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL).

Why? His name is not there. His wife's name is not there.

What possessed his mind to react to a Google paper? If S██████ saw a Google search for pink wigs, prosthetics or fake tooth denture, would he report it as "direct non-verbal accusation at me (us) that my wife's pregnancy last year was faked in order for me to have been granted paid family leave (PFL)" to HR? He offered to make connection between his wife's pregnancy and a fake pregnancy, then he denied it. He can't claim and deny a thing at the same time.

It also refers to a conversation between me and Sharon and a pantry conversation which was the very FIRST time I know R███B█████s actually his step-mother. Before I always thought R███B█████was a family friend.

He reported to management that I tried to have a conversation with him. I heard and saw a lot when my colleges ask him "Hey man how's your daughter doing?" and then walk away without waiting for his response. In DCRA, I am one of those who have minimum interaction with him.

With the highest IQ, S██████knew the vital factor of his success is to find "right people" who is going to "buy" his logic. That's why did not confront me at the meeting but take it to "management. He knew they are going to buy it and "help" him whenever he appears victim-ish. " He was right. He successfully identified them, and from there he couldn't stop. That's actually should have been a sign to call for action and investigation to address HIM.

- He can't say that's me and that's not me at the same time.
- He can't implicate himself for benefit and then walk away from the consequence at the same time.

I am very concerned by the detrimental logic he used, and DCRA has allowed him to use in the past few year. An effective administration and management should be based on established norms and logical framework and legal reasoning that have been widely accepted. If a concern is raised, the gravest aspect of it should be addressed first. If the management believes there is relevancy and connection between his wife's pregnancy and a fake pregnancy, then they should address HIM as early as possible.

The law allows deduction and deductive reasoning. However deductive reasoning must have a STARTING PLACE. Where is S██████s starting place? A true pregnancy or a fake one? He can't have both.

- If it's a true one, don't bother. That's not you.
- If it's a fake one, he should be locked up. Period.

Should the HR of DCRA be disciplined for its own negligence of "should be reasonably expected to know ..."

27

S███ B███ also wrote:



I am hereby requesting again, PLEASE do something,

Do something of WHAT ??

If one has committed a crime, no matter how pitiful, whiney, begging, sympathy-arousing, sympathy-inviting, helpless and desperate one appears and pretends to be, one shall still be punished by law for what he did the SAME way as others. Pretending to be victim-ish shall not make one walk away from the crime one has committed. No one is above the law.

If a government employee has 2 children but he chooses to tell everybody that he has 4 – out of his unexplainable personal idiosyncrasy – it's totally OK. However, if a government employee takes 8 weeks government paid paternity leave, he MUST provide proof that he fathered a baby and this baby was born on the date in the documents he provided. I reported my concern to DC government authorities.

Taking responsibility is the first step to do right thing. It will significantly help relieve pressure and stress. Generally and un-specifically, it's never too late to tell the truth no matter how ugly and unspeakable it is. Generally and un-specifically, it's never too late to stop a lie no matter how sick it is.

S███ B███ s "that's-me-and-that's-not-me logic" is unfair and detrimental. It is wicked dodging of one's own responsibilities in the intent of destroying others. Allowing it will harm the fairness of government administration and deviates it from identifying the real issue. Personally, this is irresponsible and cunning. DCRA has allowed him to use this vile logic over and over, again and again in his untenable whiney and trivial complaints.

I don't know how DCRA works. My understanding is – generally and un-specifically – if a person has committed a grand larceny while on duty, the management should address the larceny, because it is a crime. Banning using the words of "steal" "thief" "crooks" won't help.

Not compelling him to provide that authorization, or his refusal to provide it has in fact created a privilege against self-incrimination. The law says:
1. One can't plead the 5th and still testify at the same time.
2. One can't plead the 5th and refuses to accept adverse-inference at the same time.

An effective administration and management shall essentially abide by established rules, norm, and the legal structural of a country's public life. His reports should not be included as evidence against me without asking what his starting point is.

## Vital fact 1 - Legitimacy, legality, ethics of my conduct

On March 1st, OIG instructed me to provide any new and additional information. I sent reports with information gathered from S███ B███ and his wife's Facebook, and the linked accounts to DCRA and OIG. Facebook is a public domain; nobody needs an invitation or permission to visit another person's Facebook.

I did not mean to "congratulate" his step-mother, my finger slid probably. He does not need to feel alarmed. If he didn't do anything wrong, his joy with his family should not be effected. If he has committed a fraud he

28

should be punished by law, not matter how stressed he feels. His personal emotional state does not supersede the law.

OF

OIG, FOIA (OIG) <foia.oig@dc.gov>
Wed 2017-03-01 4:31 PM
You ⚘

Dear Qing Lu,

Please send any new or additional information to the OIG hotline.

Sincerely,

FOIA Officer

I needed to and have to mention his wife's name in the report of this nature, because she is the mother of claimed child. Because relevance is the cornerstone of the rules of evidence. I can't complete the reports without mentioning the mother of the child. I tried to get some help to from my coworkers to get more information for OIG. I got essential tip from Alec Petrillo-Groh (not Alex) in 2017 and 2018 before he moved to the satellite office, which I have shared with Mr. Lawson at the interview.

Do you know Alex, Alex (last name unknown) the original Mechanical Engineer who was there? Alex has a real baby at the same time. If not on the same day, within the very same month. At about September after four (4) months the baby was born the two (2) new fathers had a conversation.

11

Alex asked S   B   'Hey S   How's your baby doing?' That's four months. Do you know what S   B   say? She's doing well, she's walking around. Whose baby is walking around like four months old?

After 2 and half years, now a panel of professionals eventually sit together, not about investigating him, but about how to fix ME. The managements microscope, securitize and nitpick me what I did in the past 2.5 years, and tell me I should have done this, I should have done that. I should have known this, I should have known that.

What should DCRA have known? Should you have known that a paper is not a baby? Should you have known when there is larceny happened you should address the crime not ban the words? Should you have known if you don't answer my question then I don't know the answer?

29

This is not a task I can easily finish all by myself. It took OIG 8 months still no conclusion. I took BEGA 2 months. That reflected this is a serious and complicated matter. While pursuing it, if at any point, I did not meet the highest and most desirable standards all the times, that's was not intention. I don't need to be perfect to be a whistleblower. This is a lengthy ordeal, as an individual employee (vs. the entire DC government), it is unrealistic to expect me to always present and maintain the best disposition, rationales and most stable positivity all the times. End justifies the means. My own frustration is beyond words and I sucked it up. When I was writing my reports, I used formal and professional language and exercised my best knowledge and capability.

I admit that the phrase "anti-anatomical fact" would probably be more prudent than the words of "pillow" and "belly." However, I am not a law practitioner, I don't catch the exact difference between speculation and logical and reasonable inference. I can't possible present myself at every factual situation or circumstance, so I have to use reasonable and logic inference. The key logic here is whether this reasonable inference I used was a derivation of plausible (not infallible) conclusions from a knowledge base. If we take 1,000 women for example, the number of them whose body would show a sign is much more overwhelming than the opposite, I used my best logical inference based on the true science and basic anatomical fact in this regarding, as well as my experience and common sense as a women and a mother. There was no knowing misrepresentation.

My initiating of it was originated from my conscience, ethics and plain sense of right and wrong as a regular and decent human being. I just felt it is so wrong to take 8 weeks paternity leave without a baby. It is unimaginably wrong! It is so against basic human decency, not to mention it is fraud and crime. That's my starting point. I meant to do right thing, to help DC government prevent happening of more frauds in the future. I meant well and it's a good deed.

When I see some customers talking about this among them, especially in year 2017, and 2018, I have often seen the genuine jaw-dropping facial expressions, stoned, can't utter out a single word other than "Wow" or "My God." I thought whenever it is jaw-dropping to regular employees and general public, it should be MORE jaw-dropping to DC government. My persistency and tenacity were ignited and inspired by the treatment I received after I started, including the ignorance and even intimidation. I was expecting that someone from some agencies can stand up at some point to at least take their own responsibilities, instead of all blaming me.

While perusing this official matter, I respected S   B   and his family all the times. In the first few months of 2017, while preparing those report having pictures, I took a lot time off. I did a lot work at home. I do not want their personal information exposed. I don't want people to see it while they were walking by my cubicle. This has demonstrated my ethics and sense of responsibilities and good faith towards him and his family.

## Vital fact 2 – Prejudice , negligence, bias and professional retaliation of DCRA against me

My initial report to OIG in 2016 did not contain any materials from their social media. It stuck with OIG for 8 months, before OIG eventually transferred to DCRA in February 1, 2017. During then I received 2 response from OIG. Please see attachments. If OIG found my report no merit it should have unsubstantiated it, instead of transferring it. A transfer is not a verdict of innocence, yet DCRA treated it like one.

In February 2017, while I was calling Mr. Crawford from home to follow up with a report I had sent earlier, he called me harassment over the phone and threatened me "if you continue you will be dealt with." He apologized to me on April 20, 2018, in front of Director Bolling, in the Director's office on the 5th floor.

30

When I eventually got the interview with Director Bolling on April 20, she repeatedly told me: Luchi, even you are right it's not going to be validated. Even you are right we are not going to validate it. This is an open announcement of abuse of power to silence criticism and to cover up and conceal a crime to which DCRA is partially responsible. Ms. Bolling was expected to know **nobody is above the law**. Nobody should walk away from the crime he/she committed without being punished by law. Ms. Bolling's statement is negligent and biased, which has caused tremendous frustration on me. Mr. Lester's proposal of suspension serves as a professional retaliation by placing a false harassment charge in a purpose to retaliate me for asking a legitimate question in the past 2.5 years about the factual base and ground of DC government's conclusion of this matter.

S██B███ s wife placed false harassment claim against me before it was not addressed. During the meeting on April 20, 2018, Mr. Crawford told Director Bolling and me that about 3 months ago (which was January 2018) S██B███ wife said that I told her "You don't have that baby" while on duty. This is a lie made out of air. My complaints are:

- If Mr. Crawford found her claim credible in January 2018 when he first heard it, he should have called me right away, and verify it with me to address it. So we can pull out the videotape and go through it together to verify. On the 2nd floor there are cameras placed every 5 feet apart. Everything on duty is captured.
- If Mr. Crawford himself did not believe it, then he should NOT have brought it to the table, which has caused immediate negative impression on me before the Director, which has caused fear on me for losing MY job and alarm and distress, disturbance and tremendous emotional distress on ME. What about MY mental distress? Who's going to address that?

This case should not take this long to resolve at all. For illustration purpose, it was like: a workplace considers an employee having more than 5 fingers one hand minor disability, and offers some benefits. A person claims that he has 7 fingers and applies for the benefit. Another person claims the 1st person has 5, not 7, and therefore not entitled. **I thought** this could be easily resolved by asking the 1st person to put his hand on table and all parties count together, whether he has 5 or 7, then it is resolved right away.

A baby is a human being. There are many many ways of proving the existence of a human being. Why a highly-accomplished person like S██B███ ONLY and always use "filing harassment reports" to prove his daughter? It's because his initial unimaginable / success with Mr. Lester and Mr. Crawford who accepted his vile logic without asking a question, ever since then he has been enjoying selling using this vile logic to management, using it to dodge his own responsibilities and harm me. This should not be allowed anymore.

## Vital fact 3 – DC government's persistent and intentional concealment of material information

DCRA and all DC government agencies have persistently and intentionally refused to answer my question, and have concealed (or withheld) material facts and now is punishing me for seeking answer that I deserved to know. I asked the question many many times whether his paper is verified with Maryland government. I did not get an answer from any of the agencies. Even at the interview I still attempted to ask this question. Mr. Lawson told me "it's not your business."

Different conclusions can be drawn based on the same facts. This should be the easiest case becuae there is no grey ground in between. The lengthy process is not all my problem. No DC government agency has ever stood up to take any responsibility.

Simple FACTS that I hope we don't need to argue:

Confidential Subject to Protective Order      Lu v. DC et al1-20-cv-00461_00000675

1. A paper ≠ a baby.
2. If you didn't standby the mother in the delivery room, you don't know whether she delivered one or not.
3. If you don't verify the paper you don't' know it's true one or a fake one.
4. If you know the answer but you withheld and didn't tell me, then I don't know.

When a case with criminal element and public trust involved, it should be determined and closed based on rock solid FACT, not on opinions and assumptions. I should be notified of these fact. It happens that different conclusions can be drawn from the same fact base. There is room for dissenting opinions and different interpretation, they can be easily resolved if there is the system is sound.

Integrity is a crucial determinant of trust, in connection to a government's operation and interaction with local business, citizens and customers to prevent corruption and the perceived corruption. Government should aim at preventing fraud and fostering high standards of behavior among its management and employees, help to reinforce the credibility and legitimacy of those involved in policy decision making, safeguarding the public interest and restoring confidence in the policy making process. Unfortunately all DC government have handled my report ineffectively. And now my supervisor has proposed grave and unlawful charges against me for my fulfilment of my rights as a whistleblower protected by the Constitution. I reserve my right to DCRA to the Constitutional court to rule whether my rights and freedoms have been grossly violated in DCRA handling of this matter. This is no longer a baby case anymore, this is about government integrity and my constitutional rights. I am not afraid of the truth.

### Vital fact 4 – My contact of local new outlets

During the process, I gradually realized that I'm overpowered, and in an endangerment that I have to let biased DCRA decide if it is biased. I started contacting local media and news outlets, and City Council. In a hope their leverage can help bring out the truth. In all initial contacts, I did NOT mention his name until they clearly expressed interest in the story.

This happened in the summer of 2016. The volume of emails will be overwhelming. I can forward them or paste them as images.

- There are many names of recipients across different agencies of DC Government. Shall I scramble those names off or leave them there?
- Shall I release the name of the employee who perpetrated this fraud, which is a felony crime per DC Code § 22–3241 (Forgery), or just address him as "this person"?

From: Nadeau, Brianne K. (Council) [mailto:BNadeau@DCCOUNCIL.US]
Sent: Tuesday, October 16, 2018 4:13 PM
To: Lu, Luchi (DCRA)
Cc: Loggins, Michelle (Council)
Subject: RE: Report to council members of District o f Columbia - a crime committed by a DCRA employee at work

Ms. Lu,

Thank you for bringing this to my attention. Are you ale to share the name of the employee so we may investigate?

Brianne Nadeau

This shows my good will, good faith to focus on the matter/issue, not the person. Unfortunately most responses I received are like "The misconduct of a rack-and-file employee like this can rarely make the cut unless it's

32

extremely egregious." Or "Part of it is that it's a set of isolated cases, and yes, they are low-level employees. If there was a broader pattern of this happening, or it being allowed by senior officials, I'd be very interested." They have big fish to catch.

My focus was on some much broader issues concerning building up monitoring mechanism of HR policy citywide, government's integrity, negligence and some profound legal perspective of the matter, and raised my concern that **harassment shall not be used as a tool or cover to help one get away with the wrong deed / crime one committed**. I pasted for you as follows, so you can see my focus is on the issue, not on the individual. I should be praised and appreciated for what I did, not be punished.

Below pasted are some excerpts from email I sent to news outlets, and email I reviewed from general public, all still saved in the "L     519" folder of my DCRA email account, intact.

In this case, "harassment" has been used subjectively, wantonly and frivolously by the subject and HR without proof. Whenever they don't like it, they called it harassment, regardless of truth. It has protected a crime from being pursued. The overblown harassment, combined with the incompetence and negligence in work places, has helped hide a crime and prevented pursuing of justice. The trendy word "harassment" shall be examined carefully to see how and whether it is justified. In this case, harassment has likely been used as a cover for an abuse, fraud and a forgery crime. Fortunately, I was not intimidated by Mr. Crawford's threat. I continued my pursuing.

33

Good afternoon Ms. Cloherty,

Thank you for your quick response. Please advise how much and usually what is the payment method. I didn't know before that a news outlet may charge a fee for a tip. I trust it is the standard practice of WTOP's I will certainly follow it. First thing first I need to know that you trust I am telling the truth. I don't want the truth to be sacrificed or compromised by the payment.

I don't have much knowledge in journalism, but I know whenever you hear a story you should hear it from both sides.

- I have provided the OIG case # and BEGA case #, are you going to file FOIAs to hear the story directly from DC government?
- I can provide this person's government ID and contact, so you can hear the story from his side / himself. Do you need it?

**I require strict confidentiality and anonymity, for my own sake. Please confirm.**

Thank you,
Luchi


Best Regards,

**Luchi Lu, MBA, PE, PMP, CPIM** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affaires

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

34

### 1—Build monitoring mechanism into HR's policy to prevent paternity leave fraud and other benefit fraud citywide

There are inherent flaws in the current HR policy of paid family leave (PFL). Comparing to maternity fraud, paternity leave fraud is much easier to do but harder to detect / prove, especially for those whose spouse is not working in the same place. There should be monitoring mechanism from HR to verify paternity leave applications submitted by male employees, especially when the spouse is working elsewhere. Child birth is a highly private event, no eye witness from employer standing by. Nowadays it is a no brainer to fake a "birth certificate." If any paper that has the 2 words "birth" and "certificate" on it is automatically deemed true without verification, what do we need HR for?

At least, as a reporter you can help ask a simple and plain question: Does HR verify the Birth Certificate it receives from an applicant? If not, how does it possibly know whether it is true or fake?

### 2-- Be careful of the overblown harassment exaggeration nation wide

Any complaint should be required to provide proof to substantiate, including a harassment complaint. This person knew there was some pursuing of his fraud. More than once he and his wife have come to Walter Crawford to file false "harassment" complaints. He said this is "harassment" to his privacy. He thought whenever he files a harassment claim, that would mean he is automatically / legally exempted from providing proof of the baby's existence in this world. "Harassment" complaint shall not be used as a self-defense tool to hide one's own fraud or crime. Harassment should not be tolerated by DC government, neither should fraud and forgery, which is a felony crime. Sadly, to my best knowledge, DCRA did not ask him to provide written authorization to verity the paper he submitted with Maryland government who is the issuer of Birth Certificate.

### 3-- Standard of "sufficiency" of whistleblowing tips

Most whistleblowers are individuals who do not have access to official documents that are only available to organizations or authorities. Inevitably, their tips are based on direct observations and reasonable intuition. When it comes to the sufficiency of evidence, are there any written or widely accepted guidelines or it is totally subjective? How sufficient is 'sufficient'? "Insufficiency" shall not be conveniently used by authorities to deter whistleblowing activities whenever the outcome doesn't seem to be desirable, or be used to cover for their very own material negligence, abuse of discretion and extreme incompetency. This standard of sufficiency should not be such as to deter any whistleblower from stepping forward to reveal government's cheats and frauds. Hope media's attention can make the next whistleblowing easier.

### 4-- The practical difficulty in proving a negative

https://digitalcommons.law.msu.edu/cgi/viewcontent.cgi?article=1426&context=facpubs This article tries to illustrated that a negative allegation is not necessarily more difficult to prove. In practice it is. From the litigation point of view, it seems the party that puts a negative allegation is always on the lower hand. No matter what and how much evidence they have presented, the other party can simply sit back and tell them it is not sufficient while they themselves do nothing. This baby should physical and objectively exist in this world, rather than in their assumption, opinion, or belief. Up to WHAT point, the burden should shift from this party to the other? When an allegation is "someone does not have a baby" BOTH parties should provide evidence. A unverified paper is not a proof of a baby's existence, neither a pregnant "look". Even a man can "look" pregnant. This case should have some impact on allocation of burdens of proof.

35

The in-depth discussion of these issues will not only help bring out the truth, but also create long-lasting impact in at 3 broader aspects, and hopefully make the future whistleblowing easier.

### 1-- HR's verification of paternity leave applications

Comparing to maternity fraud, paternity leave fraud is easier to do but harder to detect / prove especially for those whose spouse is not working in the same place. The subject person can always grab "harassment to privacy" to defend himself. There should be monitoring mechanism from HR to exam paternity leave applications submitted by male employees, especially when the spouse is working elsewhere. Otherwise sooner or later, there will be more and more DC government men drag a pillow-wearing woman to the office, submit a fake paper, go for 8 weeks government paid time off and call it "paternity leave". This is so against the basic norm of decency, not to mention forgery is a felony crime.

### 2-- Standard of "sufficiency" of whistleblowing tips

Most whistleblowers are individuals who do not have access to official documents that are only available to organizations or authorities. Inevitably, their tips are based on direct observations and reasonable intuition. When it comes to the sufficiency of evidence, are there any written or widely accepted guidelines or it is totally subjective? How sufficient is 'sufficient'? "Insufficiency" shall not be conveniently used by authorities to deter whistleblowing activities whenever the outcome doesn't seem to be desirable, or be used to cover for their very own material negligence, abuse of discretion and extreme incompetency. This standard of sufficiency should not be such as to deter any whistleblower from stepping forward to reveal government's cheats and frauds.

### 3-- The practical difficulty in proving a negative

Paternity leave is for those who physically have a baby or legally adopt one. DC government is burdened to provide grounds and facts that this baby physically exists in this world, not in their minds or opinions. From the litigation point of view, it seems the party that puts a negative allegation is always on the lower hand. No matter what and how much evidence they have presented, the other party can simply sit back and tell them it is not sufficient while they themselves do nothing. Should the sufficiency mandate equally apply to BOTH parties? Up to WHAT point, the burden should shift from this party to the other?

I trust the media's coverage can help break the deadlock and draw active attention from the general public to resolve the crime, it will invite valuable input and opinions from HR personnel, law practitioners, and established professionals who have knowledge and experience in this regarding. It will trigger some in-depth discussions and bring more perspectives, and eventually strike a balance between protection of one's true privacy and prosecution and punishment of frauds and crimes.

### 1-- Standard of "sufficiency" of whistleblowing tips

Most whistleblowers are individuals who do not have access to official documents that are only available to organizations or authorities. Inevitably, their tips are based on direct observations and reasonable intuition. When it comes to the sufficiency of evidence, are there any written or widely accepted guidelines or it is totally subjective? How sufficient is 'sufficient'? "Insufficiency" shall not be conveniently used by DC government to deter whistleblowing activities whenever the outcome doesn't seem to be desirable, or be used to cover for their very own material negligence, abuse of discretion and unlawfulness. This standard of sufficiency should not be such as to deter any whistleblower from stepping forward to reveal government's cheats and frauds.

### 2-- The practical difficulty in proving a negative

https://digitalcommons.law.msu.edu/cgi/viewcontent.cgi?article=1426&context=facpubs This article attempts to illustrate a negative claim is not necessarily more difficult to provide. Yet practically it is. From the litigation point of view, it seems the party that puts a negative allegation is always on the lower hand. No matter what and how much evidence they have presented, the other party can simply sit back and tell them it is not sufficient while they themselves do nothing. Should the sufficiency mandate equally apply to BOTH parties? Up to WHAT point, the burden should shift from this party to the other?

### 3-- Be careful of the overblown exaggeration of harassment nationwide

Any complaint should be required to provide proof to substantiate, including a harassment complaint. This person knew there was some pursuing of his fraud. More than once he and his wife have come to DCRA to file false "harassment" complaints. He thought a harassment claim would negate all his obligation to cooperate with an investigation and provide proof of the baby's existence. "Harassment" complaint shall not be used as a self-defense tool to hide one's own fraud or crime. Harassment should not be tolerated by DC government, a felony crime should not be tolerated wither.

36

As said before, paternity leave fraud is very easy to do but very difficult to resolve, largely because it has a face of privacy, and it involves another woman, the mother of the alleged/claimed children. These women wear two hats, they are the spouse/girl friend/partner of the subject (male) employees, at the same time they all are **citizens**. Once these male employee are subject to investigation, they can simply refuse to cooperate by arguing the investigation involving and violating the "privacy" of a citizen. Once these women are requested to submit additional documents, they would conveniently use their status as "a citizen" to get away, and at the same time call it harassment, invasion to privacy and even violation of human right. Nobody is above the law. What if an employee's spouse wears a citizen's hat to conspires in the crime? What if a citizen spouse is a true accomplice of this crime? DC government is

Thank Mr. Lawson for putting all the stuff together. I was reading them while sitting in the train coming to work and going home. This was the first time I was reading my own emails all together. And it was the first time that I was able to see myself at distance from a third person's point of view. I laughed, sighed, I shook my head, I leaned back and tell myself "wow…. " I saw an ant on hot pot, a lunatically tenacious and genuinely confused person, a Don Quixote fighting the windmills. Eventually when I read the 1st page of Exhibit #55. I laughed, and realized the idealism that has been so deeply rooted in my beliefs in the past 50 years, and how politically naïve and idiotic I am. With all being said above, I still want to say that we don't need to be noble, yet we must be honest and have some principles, and personal decency.

Now I am asking you, the Deciding Officer:
1. Remove / rescind Sydney Lester disciplinary proposal.
2. Ask Mr. Sydney Lester to provide written apology to me for placing harassment and stalk charges against me, and copy to you, and DCRA Labor Relation Office Mr. Don Tatum.
3. Remove Sydney Lester from his supervisor position, it will help foster government integrity, ethics and personal decency.

## Conclusion
After my interview with Mr. Lawson on 2-12, I have been working exceptionally hard on my plan review. I had 7 days to respond to Mr. Lawson and Mr. Lester's report that took them nearly 6 weeks to finish. If I can think of something else, I hope you can allow me to send them to you in the next few days. I am hereby copying this response to Mr. Don Tatum, DCRA Labor Relations Liaison, and my Union Representative Ms. John and Mr. Harris. Thank you all for your time reading this.

[THE END]