Message

**From:** Foster, Janet (BEGA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JANET.FOSTER]
**Sent:** 11/1/2016 2:19:25 PM
**To:** Lu, Luchi (DCRA) [/o=DC Government/ou=First Administrative Group/cn=Recipients/cn=Llu]; Corrales, Ileana (BEGA) [/o=DC Government/ou=First Administrative Group/cn=Recipients/cn=ileana.corrales]
**Subject:** RE: Application in PDF

Ms. Lu -

Thank you for meeting with Ms. Corrales last week. Please note that our investigations are *confidential*, so we cannot provide updates as our investigations are ongoing. We do, however, greatly appreciate your assistance and cooperation. Should we have any follow-up questions or need additional documentation we will certainly reach out to you.

Best regards,
Janet

**Janet Foster**
Attorney Advisor
D.C. Board of Ethics and Government Accountability
441 4th Street, N.W., Suite 830 South
Washington, D.C. 20001
Main: (202) 481-3411
Direct: (202) 741-2130
Email: Janet.Foster@dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, October 31, 2016 11:06 AM
**To:** Corrales, Ileana (BEGA); Foster, Janet (BEGA)
**Cc:** Chounoune, Rudy (BEGA)
**Subject:** Application in PDF

Ms. Corrales,

Is there update you can provide? As said, I do not know the job number of the 17 jobs referred to. If you need, you can provide the numbers and then I can send you the application of those jobs in PDF, so you see the name of applicant is always conspicuous on the each application.

Please see attachment of Application of B███████ as an example, the one I brought to meeting on 9-1 and emailed to you.

Please just let me know.

Thanks,
Luchi

Best Regards,

Luchi Lu
Fire Protection Engineer

Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

Message

**From:** Allsopp, Runako (DCRA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUNAKO.ALLSOPP]
**Sent:** 9/8/2016 6:40:54 PM
**To:** Sobin, Darrin (BEGA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DARRIN.SOBIN]
**CC:** Flowers, Brian (BEGA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRIAN.FLOWERS]
**Subject:** RE: Permit Issuances/ Financial Conflicts of Interest
**Attachments:** Excel Spreadsheet S████ B████ Permits.xlsx

Attached is the proper spreadsheet for this referral. Thanks.

Runako Kumbula Allsopp
Assistant General Counsel
DCRA
202-442-8199



**From:** Allsopp, Runako (DCRA)
**Sent:** Friday, September 02, 2016 12:09 PM
**To:** Sobin, Darrin (BEGA)
**Cc:** Flowers, Brian (BEGA)
**Subject:** RE: Permit Issuances/ Financial Conflicts of Interest

Actually Darrin, S████ B████'s supervisor just explained that that is raw data that still needs to be analyzed. It only contains the list of permits his wife applied for -- but does not show which ones S████ B████ acted on. He will send me a conclusive list next week. Thanks and have a good weekend.



**From:** Allsopp, Runako (DCRA)
**Sent:** Friday, September 02, 2016 11:47 AM
**To:** Sobin, Darrin (BEGA); Flowers, Brian (BEGA)
**Subject:** RE: Permit Issuances/ Financial Conflicts of Interest

You're welcome. I just received the attached spreadsheet, which shows all of the permits S███ B███ was involved in approving for his wife, S███████ C████ S█████ and/or her company, ████████████. Thanks.


Runako Kumbula Allsopp
Assistant General Counsel
Office of the General Counsel for the
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite 5266
Washington, D.C. 20024
Phone: 202-442-8199  Fax: 202-442-9447
Email: Runako.Allsopp@dc.gov



**From:** Allsopp, Runako (DCRA)
**Sent:** Thursday, September 01, 2016 1:48 PM
**To:** Flowers, Brian (BEGA)
**Cc:** Sobin, Darrin (BEGA)
**Subject:** RE: Permit Issuances/ Financial Conflicts of Interest

Brian,

I am emailing you to supplement the information I previously provided for this referral. Gary Englebert, who is S█ B███'s supervisor, just gave me the attached document, which shows that S███ B███ conducted a fire review of a permit submitted by his wife's company, ████████ LLC. S███ B███ indicated in the notes of DCRA's internal system that a fire review was "n/a" for this permit application, which is correct that it was not applicable to this project; however, he should not have conducted the review in the first place, given this is his wife's company. Mr. Englebert is now reviewing all of ████████ LLC's permit applications to determine whether there are anymore that show S███ B███ acted on these applications. I will forward any additional documentation. Thank you.

**From:** Allsopp, Runako (DCRA)
**Sent:** Tuesday, August 23, 2016 1:46 PM
**To:** Flowers, Brian (BEGA)
**Cc:** Sobin, Darrin (BEGA)
**Subject:** Permit Issuances/ Financial Conflicts of Interest

Brian/Darrin:

I am referring the following matter to your office for review. I received a complaint regarding DCRA Fire Protection Engineer, S█ B███. S███'s wife is an expeditor and has her own company. It is alleged that on the days S███ works the permit counter issuing fire permits (typically Thursday afternoons), his wife comes in to DCRA to have her permit applications approved. Additionally, it is alleged that on one occasion, when S███'s wife had an application kicked back for corrections, S███ went to the DCRA staff member who rejected the application to ask questions about the needed corrections. I have spoken to S███ and Luchi's immediate supervisor, Sydney Lester and also Sydney Lester's supervisor, Gary Englebert. Both have indicated that they believe this allegation is unlikely to be true and that Luchi has a long held personal vendetta against Mr. B███ for unknown reasons; however both of them agree that they cannot confirm whether the allegation is true or not because they are not on the same floor as the employees when they are at the permit counter, issuing permits. In an abundance of caution, I did remind the supervisors of D.C. Code §1-1162.23, as well as the civil and criminal penalties associated with violations of the Ethics Act.

Please let me know if you have any further questions or need additional information. Thanks.

Runako Kumbula Allsopp
Assistant General Counsel
Office of the General Counsel for the
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite 5266
Washington, D.C. 20024
Phone: 202-442-8199  Fax: 202-442-9447
Email: Runako.Allsopp@dc.gov

Message

**From:** Englebert, Gary (DCRA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GARY.ENGLEBERT]
**Sent:** 8/16/2016 8:58:35 PM
**To:** Allsopp, Runako (DCRA) [/o=DC Government/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=runako.allsopp]
**Subject:** FW: counter schedule

[REDACTED]

Gary

Gary W. Englebert MCP, CBO
Division Chief Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th St SW
Washington DC 20021
Gary.englebert@dc.gov
202-442-6988

---

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, August 16, 2016 4:17 PM
**To:** Englebert, Gary (DCRA)
**Subject:** counter schedule

Gary,

A bit more information. S[REDACTED] B[REDACTED]'s wife S[REDACTED] C[REDACTED] is not only a permit runner, but also the owner of [REDACTED] LLC. This link, https://www.instagram.com[REDACTED] from her own website, shows her dealing with DCRA on seeking building permits. She has been a frequent office visitor particularly on Thursday afternoons in the past. Now it is getting more often. For frequency and the nature of her visits, you can talk to Sharon and the file-room staff. All reviewers on the 3rd floor knew it, including zoning staff. At manager level, Chris Bailey knew it. He was approached by her for plans reviews. You can verify with Chris.

Whenever Sydney Lester is absent, he always puts him in charge. He even let him **assign ProjectDox jobs** to others !! We don't have any proof to assert that he has assigned his wife jobs ([REDACTED] LLC) to himself, but our questions are:

- Is the management aware of this?
- Is there any monitoring policy or control mechanism at all to ensure we all are ethical and play fair games when we are in business??

To be frank, among us the reviewers, we are not quite surprised by what S[REDACTED] B[REDACTED] has been doing, since the dealings with him for a decade has given us more than enough hints of his deep character problems, especially his unhealthy attitude towards money and extreme selfishness. But what we are shocked is that Sydney Lester's blatant tolerance on this matter. We all know he sees what he wants to see. But on this matter, he has not only turned a blind eye on it, but also provided accommodation and made everything easier for him to carry it out.

As mentioned, Wednesday afternoons is my counter time. However On July 27th (Wednesday) morning Sydney Lester told me NOT to do it but let S[REDACTED] B[REDACTED] to do it "because" he is off the next day. This is amazing. If you need a day off you go ahead. Why do we have to switch for him? Please scroll down to read that email. It is not a general practice and it has never happened to the other people in the fire group. It does not make any business sense.

Permit runner is an industry with low barrier and everybody can do it. We do not know - from a strict legal point - whether this should be allowed as the lecturing from the ethics trainings is still lingering. If it is, he should, at least, make sincere commitment so as to avoid any conflict of interest. He should disclose his association with ▇ and his relation with her candidly. He should choose to stay AWAY from it while she is seeking permit on the 2nd floor. Unfortunately and to its contrary, S▇ B▇ is doing the opposite. He chose to be there, to be present, to sit by and to accompany. There should be some watch up and control at PRC intake, ticket counter, file-room and all floors at both management and staff level. Otherwise this would be like a time bomb. When customers eventually bring this matter to BEGA or OIG with proof, there will be very little defendable ground for DCRA.

Instances described are being seen by everybody. At the same time there are some hearsays that may indicate some deeper / more grave problems of his conducts. Since these hearsays are not directly from my observations, I cannot provide too much details. But this is the hint:

1. **Monitor his phone calls at his desk to make sure he is not soliciting or helping ▇ her to receive more business!**
2. **Watch up his long term plan to make ▇ LLC a third party review company for DCRA.**

I know this link provides a complete list of permits that have been issued month by month by DCRA. http://dcra.dc.gov/publications?after[value][date]=&before[value][date]=&keys=building&type=79&sort_by=field_date_value&sort_order=DESC But it would be quite time consuming to dig out permits that are issued to ▇ and to her. The best way for you to control may be to ask Sharon and fileroom to report to you more often and to request Sydney Lester to copy to you, Robert Simpkins and Joe Bembry the fire group counter schedule, so there will be more people to watch him for you.

If you wanted to learn what a person S▇ ▇ is, just click on this link, **http://casesearch.courts.state.md.us/casesearch/** by entering his name. This is a government website for public access.

Luchi

---

**From:** Lester, Sydney (DCRA)
**Sent:** Wednesday, July 27, 2016 12:27 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: counter schedule

No, only for this week because he is off tomorrow.

Sydney Lester
Fire Protection Manager/ Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th Street SW, 3rd Floor
Washington DC 20024.
202.442.4551 (O), 202.442.4863 (F)
sydney.lester@dc.gov
www.dcra.dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, July 27, 2016 12:11 PM
**To:** Lester, Sydney (DCRA)
**Subject:** counter schedule

Is it for this week only or for good?

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

Message

| | |
|---|---|
| From: | Englebert, Gary (DCRA) [/O=DC GOVERNMENT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GARY.ENGLEBERT] |
| Sent: | 8/15/2016 12:50:28 PM |
| To: | Allsopp, Runako (DCRA) [/o=DC Government/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=runako.allsopp] |
| Subject: | FW: Thursday afternoons |
| Attachments: | Permit Center Fire Counter Schedule - 5-24-16 to ----.docx |

[redacted]

**Gary**

Gary W. Englebert MCP, CBO
Division Chief Permit Operations Division
Department of Consumer and Regulatory Affairs
1100 4th St SW
Washington DC 20021
Gary.englebert@dc.gov
202-442-6988

---

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, August 11, 2016 2:47 PM
**To:** Englebert, Gary (DCRA)
**Cc:** Bembry, Joseph (DCRA)
**Subject:** Thursday afternoons

Gary and Joe,

Attached is the email the fire group received from Sydney Lester on May 23rd, it is the Permit Center Schedule, where Sam Mutia is assigned to do Thursday afternoons at the counter.

Then on June 6th, the schedule was changed by Sydney Lester without an explanation of the reasons. Sam was removed and S[redacted] B[redacted] started doing Thursday afternoons. Since then there has been a pattern: S[redacted] B[redacted]s wife – who is a permit runner – has always been coming to DCRA for permit **particularly on Thursday afternoons.** – If you have not observed this yet, you can start making your observation now.

We all owe DCRA an obligation to be professional and to be perceived professional. I am bringing this matter to you for your attention on the possibility of conflict of interest and the extreme self-serving intentions, to make sure we all work together to serve the very best interest of DCRA and there is no hidden self-serving agenda.

Luchi

Best Regards,

Luchi Lu

Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Lester, Sydney (DCRA)
**Sent:** Monday, May 23, 2016 6:01 PM
**To:** Lu, Luchi (DCRA); Mutia, Samuel (DCRA); Carroll, Arnold (DCRA); Hashmi, Syed M. (DCRA)
**Subject:** Permit Center Fire Counter Schedule - 5-24-16 to ----.docx

This is a repeat.