## Brown, Mia (DCRA)

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, February 24, 2017 3:23 PM
**To:** Brown, Mia (DCRA)
**Subject:** RE: new info

Woww.. We are just his coworkers, not law enforcement. We can sense something wrong even from his eyes and facial expression when someone was asking him about the baby. I figured he may have submitted forged document but I certainly have no proof myself. See if he would put that Thanksgiving (Santa) photo there forever.

Thank you for letting me know !!

Best Regards,

Luchi Lu
Fire Protection Engineer
Department of Consumer and Regulatory Affairs
1100 4th Street SW, E340. Washington, DC 20024
Office: 202-442-9474
Email: luchi.lu@dc.gov
Website: www.dcra.dc.gov

**From:** Brown, Mia (DCRA)
**Sent:** Friday, February 24, 2017 3:13 PM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: new info

Ms. Lu,

This has not provided any new perspective, the agency has confirmed all required documentation needed for an approval.

Regards,

Mia Brown
Human Resource Specialist
Department of Consumer and Regulatory Affairs
1100 4th Street, SW, Suite E500
Washington, DC 20024
Phone: (202) 442-4352

**From:** Lu, Luchi (DCRA)
**Sent:** Friday, February 24, 2017 2:45 PM
**To:** Brown, Mia (DCRA)
**Subject:** FW: new info

1