# Refile - OIG 2016-1103

Qing Lu

Sun 2017-03-05 2:22 PM

To: OIG, FOIA (OIG) <foia.oig@dc.gov>; oig@dc.gov <oig@dc.gov>; hotline.oig@dc.gov <hotline.oig@dc.gov>;

6 attachments (3 MB)
Report to OIG 2017.pdf; DCRA 0207.pdf; DCRA 0210.pdf; V███ vs. L███ - DCRA.pdf; DCRA 0224 - Last.pdf; DCRA 0901.pdf;

There are total 6 attachments to this email. The 1st attachment is my report for OIG with new proof. All others are for your reference.

Dear OIG,

Thank you for allowing me to refile this case with new proof. Please see the 1st attachments for new information (7 pages in PDF). I request **Confidentiality** of this report, and all future / following reports, if any. Please pay attention to the 1st part of the report, which is: S███ B███ took paternity leave last year from May 19th to June 3rd 2016. May 18th was his LAST day of May in the office. At an after work dinner, he told a coworker that his daughter was born on ███ ███. However the fact is he had shown some photos of a baby and claimed that was his daughter BEFORE he took off his paternity leave. If his daughter was born on ███ ███, whose photos he showed?

**Background**

I filed this case with OIG Hotline the 1st time on June 27th, 2016. After that, I totally received 3 email responses from OIG on August 23rd, October 27th 2016 and February 1st, 2017. In the first 2 emails, I was notified this was an ongoing matter and premature public disclosure would interfere with pending or prospective enforcement proceeding per DC Code 2-534(a)(3)(A), which I was led to believe there was an investigation going on then. However in the last email package I received from OIG on February 1st this year, there was a letter to DCRA Director Ms. Bolling dated on October 28, 2016, which means this case had been transferred to my agency DCRA on October last year but I was not notified until February 1st, this year. There was no explanation why this case was dropped by OIG and passed onto my own agency DCRA to handle.

Can you please tell me your findings of the investigation and why it was transferred to DCRA?

**My candid dealing with my agency DCRA**

After I received the last email from OIG on February 1st this year, I started thinking whether I should notify my agency DCRA I was the compliant. Eventually I decided to be open about this. I forwarded the email I received from OIG to DCRA's Human Resource department on February 7th, 2017, 2 Human Resource Officers, and a Chief Administrative Officer. In the email, I candidly informed them I was the complainant who initiated this report and I requested an update. As I did not hear anything back, I sent another email on February 9th, then one of the Human Resource officers responded, she wrote "I have forwarded your e-mail communications to Walter Crawford, Chief Administrative Officer. Mr. Crawford

will follow-up with you to address your concerns." On February 10th, Mr. Crawford sent me an email: "Can you please come to my office this morning?" For all these emails, Please refer to attachment DCRA 0207.

On February 10th I went upstairs to Mr. Crawford's office and had a conversation with him. He advised me that there was no problem, the agency has verified the documents S█████ B█████ had submitted for paternity leave approval, he said "those documents have met the government standard for an approval."

This is link to Family and Medical Leave Application Form https://dchr.dc.gov/node/910082.

| **If you are requesting …** | **You must provide …** |
|---|---|
| Birth of your child | Medical certification of anticipated birth **or** birth certificate |

S█████ B█████ took paternity leave between May 19th – June 3rd. May 18th was his LAST day of May in the office. At the time when he applied for PFL, his daughter was NOT born yet but, therefore I assumed the document he had submitted for approval was a "Medical certification of anticipated birth." So I asked Mr. Crawford "Have you verified the Birth Certificate?" Mr. Crawford said "I'm not going to tell you that, just like I won't tell him we had this conversation." I briefly told Mr. Crawford both a male employee and myself saw S█████ B█████ wife at the end of April last year and there was no sign of pregnancy on her then at all. I also mentioned the fact that from July to December S█████ B█████ actually did NOT use the PFL, he is using it now as "use or lose". Mr. Crawford did not comment on that. We thanked each other and I left.

After I returned to my cubicle, I sent an email to the 3 of them: I thanked Mr. Crawford for taking the time talking to me, I also pasted / shared with them the original report of June 27th, 2016 I sent to OIG. Please see attachment DCRA 0210. When you scroll down, you can see I pasted my report to OIG in entirety. My mentality is: Regardless whether it is going to be substantiated or nor, I am not doing anything wrong, I am honestly and responsibly reporting an issue to my agency as a DC Government employee, which has reflected my professional and open attitude to work with my agency on this issue. By then, I really wanted to stop. I understand this case may sound too-wrong-to-believe. However, what I was a bit disappointed with DCRA was: A copy of "Medical certification of anticipated birth" is acceptable to HR before the baby was born. However, after DCRA received a letter from OIG on October 28 last year, which they knew there has been a lot suspicions that this may be fraud, DCRA should have taken some NEW actions to investigate by requesting NEW proof, they should not still go by the same/old documents which had been accepted in the first place. DCRA should verify his medical insurance statement to see if there is a statement for "induced labor", and also requested him to submit government issued Birth Certificate.

I've been thinking of it during that weekend. I don't want to form a negative impression of my agency's HR as if they don't take care of business seriously. I trust there is something they see I don't see, while I also believe there is something I see they don't see. So communication is the key. Driven by this kind of mindset, I prepared a report during the weekend of February 18 and 19, please refer to my attachment V█████ vs. L█████-DCRA, which I sent to my agency 3 recipients on Tuesday February 21st. I included photos pasted from the **public profile** of S█████ B█████ wife's Facebook, as well as information shared with me by some of my coworkers. In the first part of my report, I pointed out that **S█████ B█████ claimed his daughter was born on ██████, 2016. May 18th was his last day of May in the office. He had already shown a baby's photos to coworkers and claimed that is his daughter BEFORE he took off. How could he get photos of his baby BEFORE she was actually born?!?!**

As I did not hear any feedback from any of them, I sent an email to Ms. Mia Brown Human Resources Specialist on February 24th. I asked if my report has provided any new perspective. She replied right away: "This has not provided any new perspective, **the agency has confirmed all required documentation needed for an approval.**" She confirmed the agency decided to go by the old documents he had submitted for approval BEFORE the baby was born. I replied. Please see attachment DCRA 0224 – Last, which I expressed my concern that the document he submitted may be forged document, which was the last email till now.

At this point, I felt very frustrated to pursue any further. I have sensed very evident unwillingness of my agency to take any initiative to investigate and to request any new proof. I decided to talk to Mr. Crawford again. I called Mr. Crawford from home using my cell phone, the conversation did not go well. At this point, Mr. Crawford became very impatient. He pretty much dominated the conversation. This is what he delivered over the phone to me, not exactly word-for-word quote, but the gist:

> "Let me tell you there is no issue. There's no issue with the agency or the government. We have verified the documents he submitted for approval , everything is fine and there is no problem with it. It's time for you to go back to work. This is an employee's personal life and it's not your business.
>
> You reported to OIG. OIG dismissed your case. And now you come back to the agency and you continue to harass an employee's personal life. I have told you and I'm telling you again: there is no issue. The agency has no issue with it.
>
> You don't have complete information as we do. You don't have the entire information. I read your report. You draw your own conclusion. If you continue to be so stuck on an employee's personal life, you will be dealt with. You hear me? Thank you."

Mr. Crawford delivered the above in a non-stop pace and he was so dominant. There was cross talking. I was able to manage to convey the following to him:

1. I'm a DC government employee; I'm responsibly reporting suspicious activity to my agency. I'm not harassing anybody's personal life.
2. If he really had a daughter of his own, why would he display baby L▇▇ photo in his office, but L▇▇ is NOT his daughter?! – the yellow paragraph was his answer to this question.
3. What makes acceptable proof to the agency to require Birth Certificate? The grandma of the children has indicated L▇▇ is cousin, should it be strong enough to prove it? – He did not answer this question.

Because he was too dominant, I was not able to defend myself on the "harassing his privacy" part. I was not able to deliver the following points over the phone:

- Whether he had a baby or not is his privacy. That he has used government paid PFL for it. His entitlement is not his privacy.
- Information shall be evaluated per relevancy. All proof I've provided is strictly and strongly relevant to my allegation. Those are relevant proof I obtained from her Facebook posts as a public audience. I am not harassing his privacy.

Till now, the agency has no plan to investigate him, but it has turned hostile on me for reporting it. The reality is: I'm talking to unwilling ears. If I continue I will be dealt with - in his words. My situation is:


DCRA has decided everything is fine. So this time how OIG is going to handle it this time / now will have critical impact on me.

**His wife's everyday visit to DCRA and NO-show of the baby girl**

S███ B████ wife Ms. S████████ C████ is not only a builder, but also a permit expeditor. She seeks permit for houses she is going to build herself, she is also helping homeowners / applicants to obtain building permits. To do her job, she is dealing with DCRA on a daily basis. She knows all plan reviewers of DCRA. She discussed jobs with them. Because she visited the office too often, DCRA issued a Memo as a reminder and warning of not use their public office or position for private gain and potential Conflict of Interest. Please see attachment DCRA 0901. She still continued to come to the office and asked S███ B████ to do her jobs. S███ B████ was finally disciplined by BEGA http://www.bega-dc.gov/sites/default/files/documents/1548-001%20-%20S.%20████%20-%20Negotiated%20Disposition.pdf

There is a dramatic contrast. Last year, S███ B████ and his wife were so exaggeratingly eager to show the baby's photos to coworkers and to DCRA customers, but they have never been able to bring a real baby to the office, not even once. In the summer and fall of 2016, I saw her almost every day. I saw her with her older son (K████ many many times in DCRA's building, with her younger son (N██) several times. Speaking for myself, I NEVER saw her with a baby girl in DCRA's building, not even once.

I last saw her around Thanksgiving with her toddler N██ in the building, I heard she told one of my coworkers that her family would fly back to Jamaica for Christmas. S███ B████ took 3 weeks off in December. My supervisor noticed one of my teammates that S███ B████ has a lot paternity leave unused. Sine January 2017, he has been taking Monday and Wednesday off to consume his paternity leave.

**My 2nd filing with OIG this time**

If something is real, every detail shall add up automatically. But there is something wrong about his having a baby, as outlined in my report (the 1st attachment, 7 pages). Thought there may be other possibilities, it is highly suspicious especially on the two names of the baby: V███ and L████. His mother-in-law confirms L████ is a cousin. If he had a real baby of his own, why didn't he post a photo of his own baby? Things don't add up at all, there must be reason for it, we don't experience knots for no reason.

I don't know what OIG is going to do with my report this time. You guys simply passed it onto my agency for handling the last time. I am here asking OIG **PLEASE DO NOT** transfer it to my agency this time, which will put me in a jeopardized position, considering the message sent to me over the phone by Mr. Crawford, who is the Chief Administrative Officer of DCRA.

I would suggest a simple face-to-face interview will get you most of the information. DCHR at Judiciary Square located at 441 4th St., NW can also help to verify the information he entered in his PeopleSoft under Dependents and Beneficiaries. OIG can check his Aetna, Kaiser statement to see if there is an item for induced labor for ███████ and requested Birth Certification.

If anything here is not clear, if OIG requires clarification or any new information, please let me know. Email is the best way to reach me. After OIG receives this whole package, I wish you can please confirm receipt, and please advise me how long you need to reach a conclusion. If you need to interview me, please email me, I am ready.

Thank you,

Qing Lu
Cell: 202-760-0783

---

**From:** OIG, FOIA (OIG) <foia.oig@dc.gov>
**Sent:** March 1, 2017 4:31 PM
**To:** Qing Lu
**Subject:** RE: OIG Report

Dear Qing Lu,

Please send any new or additional information to the OIG hotline.

Sincerely,

FOIA Officer

****Please do not respond to this message.  This mailbox is not set up to receive replies.****

---

**From:** Qing Lu [mailto:luchi_100@hotmail.com]
**Sent:** Wednesday, March 01, 2017 3:05 PM
**To:** OIG, FOIA (OIG); Hotline Inspector General
**Subject:** OIG Report

Hello,

May I call or have an appointment with someone with OIG to get some advice on reporting issues?

For an old case, if we have NEW PROOF, can we re-file it with OIG through hotline?

Thank you,
Qing Lu

**Lu v DC**  **Plf. September 8, 2020 doc production**  **000499**

To:        OIG
From:      Qing Lu
Date:      3-5-2017

Below are some photos and images pasted from the **public view** of S█ B█ wife' Facebook and linked accounts. Her name is S█ C█. There has been something here highly suspicious that is unexplainable and so against common sense. Just wish to share with all of you for your insight and new perspective. Thank you.

## 1 – Date of Birth

S█ B█ took paternity leave from May 19 (Thursday) to June 3 (Friday), 2016. May 18 was his last day of May in office. He had showed photos of a baby to a coworker sitting near him and claimed it was his daughter BEFORE he took his paternity leave.

On May 25 (Wednesday), more than 10 plan review engineers had an after-work dinner with a former employee. We ate together at an Indian restaurant near Union Station. S█ B█, though on paternity leave then, still attended the dinner. He continued to show photos. When a coworker (not the one who he showed photos to) asked him when the baby was born, he answered "last Thursday", which was May 19.

- S█ B█ had shown photos of a baby BEFORE he started his leave on May 19. If the baby was really born on May 19, whose photos were they?
- If my coworker did not hear him right and his baby's born on/before May 18, why wouldn't he stay home taking care of family? Why would he still sit in office show photos rather than enjoy the PFL that had been approved?

## 2 – His wife's Facebook posts on Mother's Day



The lady in the photos on the left is Mr. S█ B█ wife Ms. S█ C█. She made this post on May 8th, 2016 Mother's Day, 11 days before she gave birth to her alleged baby girl (█th, 2016). She wrote: "Motherhood has been one of the greatest blessings of my life… Life is so much sweeter with my K█ and N█" There was no mentioning of the imminent arrival of the baby girl, who according to her was "past due."

In the whole summer and fall of 2016, I saw her with her older son (K█) many times, with her younger son (N█) several times. **Speaking for myself**, I never saw her push a stroller or carry a baby seat with a baby in it, not even once.

## 3 – Her Facebook posts on her day of labor

There has never been a pre-announcement, announcement, post-announcement or any kind of identification and/or declaration made by her to introduce this baby on her Facebook. On June 2nd, while S█ B█ himself was on paternity leave, she visited the office alone. Without carrying the baby, she continued to show photos and voluntarily informed people it was a past due pregnancy with induced labor. So supposedly on May 18 she was in hospital being induced.

She made three posts on May 18; and one post (4) on May 19, 2016 which was the alleged DOB of her baby. Her 3 posts on May 18 included a video how a mobile home transforms into a house, former President Obama and first lady in exotic costumes, and an old couple cuddling.

On May 19, which is the birthday of this alleged baby girl, while she had been on induction and delivering a baby, she shared a video on her Facebook, it was a mother and son who both without arms.
- Common sense wise, given the unbearable pain, how could she possibly make it while being induced and delivering a baby in the hospital?
- How likely is a mother doing these so irrelevant posts while delivering her very own baby and making no reference at all to her own baby who just came to the world?

## 4 – V▓▓▓ first appearance – July 4th

There was no photo of a new born posted in May and June. However, on July 4th 2016, his wife posted a solo photo of a baby. This baby was not identified or introduced by her. There was no indication of this baby's relation to the family.

This only solo photo of "V▓▓▓" was used as Cover Photo for a long time before November. There has never been a photo showing "V▓▓▓" with her other children / family together, not even one. Also "V▓▓▓" is missing from all family photos.



(1)                                                          (2)

In Image (2), T▓▓▓ B▓▓▓ wrote a comment "can't tell its it N▓▓ or V▓▓▓". His wife replied "She look like N▓▓ sometimes." In her reply, she compared this baby's looks with their son N▓▓, the younger one in her Mother's Day post, who was born in February 2015. This is the **ONLY** posted photo of Vicky.

It also shows a comment from R▓▓ R▓▓ B▓▓▓. She wrote "Sorry I'm not there to celebrate with you", which means she is lot living with V▓▓▓.

## 5 – L▓▓▓ first appearance – November 16th Whitehouse photos

Between July 4th and November 16th 2016, there was no other baby photo posted on her Facebook. In November 16, 2016, his wife posted several family phots showing a visit to the Whitehouse in DC with R▓▓ B▓▓▓▓ family. ==The man who is holding a boy in his right arm is S▓▓ B▓▓▓.== There is a baby girl in these photos. She was not announced or clearly introduced by S▓▓ B▓▓▓ family.



(4)     (5)     (6)     (7)

- <u>Photo (4)</u> – Baby L▓▓ with S▓▓ B▓▓▓ wife. There is a comment made by T▓▓ A▓ B▓▓ – shown underneath the photo, she wrote "Baby L▓▓▓ pretty in res", so we know the baby girl is L▓▓. This is the first time baby L▓▓ appears and is referred to in S▓▓ B▓▓▓ family's posted photos.
- <u>Photo (5)</u> – From the label shown on the photo, we know this lady is R▓▓ B▓▓▓, who is NOT S▓▓ B▓▓▓ mother. S▓▓ B▓▓▓ mother passed away several years ago after DCRA moved to the current address (1100 4th St., SW). At that time, we signed a condolence card for him for his loss of his mother, which was between Year 2010 and 2013, which can be verified and substantiate in his PeopleSoft Bereavement.
- <u>Photo (6)</u> – In the tag attached below, it shows a person asked "Where are you?" R▓▓ B▓▓▓ replied "Spending sometime in DC"
- <u>Photo (7)</u> – Baby L▓▓ with R▓▓ B▓▓▓. This photo is also posted by R▓▓ B▓▓▓ on her own Facebook and used as Cover Photo. R▓▓ B▓▓▓ is the person who wrote a comment to V▓▓ solo photo posted on July 4th mentioned above. Underneath Photo (5), S▓▓ B▓▓▓ wife wrote a comment "Pretty girls!" There is a commnent by a friend, who wrote: ==="Runs in the family"=== – to me that means L▓▓ belongs to R▓▓ B▓▓▓ family.

Baby "V▓▓" is missing from all these photos. S▓▓ B▓▓▓ claimed his daughter was born on ▓▓▓▓ 2016. I am a mother of one, to my eyes the baby girl in these photos doesn't look like 6 months old. She look older than that.

## 6 – R███ (R██) B██████ Facebook



(1)

She has 2 Facebook accounts: R██ B██████ and R██ R██ B██████.

From her profile, Image (1), it shows:
- She is married.
- She lives in Clarendon, Jamaica.
- She visited Washington DC in November 2016.



On November 16, R██ B██████ posted Photo (5) to her own Facebook. She made it her Profile / Cover Picture to one of her accounts. She received 23 comments to this photo. Some offered congratualtions, one was asking about a shower.

In her response to the 1st comment, R██ B██████ confirmed the baby she is holding is "young B████" – with the same last name.

S████ B██████'s wife wrote a comment to this photo too, a smiling face OMG.

## 7 – C████████ H███ C██████ post - Grandma's post



(1)     (2)

This lady is Mr. S████ B██████ mother-in-law. She shared / reposted these 2 photos onto her own Facebook.

Photo (1) on the left, she wrote: "S██ and boys inside tour " – She did not mention the girl in the red circle (bottom left, the one in the red circle). Why the children's grandma only mentioned the boys but NOT the girl? My understanding is: because this girl does not belong to her family, otherwise the grandma won't miss her out.

Photo (2) on the left, she wrote: "Memorable photo for my three last grandkids, their first tour of the Whitehouse, with Dad and other Grandma R██ and a cousin" – which she has clearly indicated the girl held by grandma R██ is a cousin. This is another very strong proof that S██ B██████ is just utilizing this girl to make a photo, this girl is a cousin, not his daughter.

## 8 – S███ B█████ office wall decoration – Thanksgiving Santo Photo



Though S███ B█████ showed his daughter's photos to coworkers from his cell phone multiple times, he had not displayed any photo of her daughter – allegedly born on ██████ in his office until November 2016.

This photo was first posted by his wife on November 28, 2016. S███ B█████ stuck it to the wall in his office soon after. It is still there now. It shows S███ B█████ family with L█████. The 2 boys in the photo are his 2 sons K███ (older) and N███ (younger).

This girl in this photo looks way older than 6 months.

"V███" is not only missing from the Whitehouse photos posted, but also no show in these 2 family photos. There has NEVER been a photo posted showing "V███" with family together in the same frame.

## 9 – Christmas / New Year Photo



This photo was posted to her Facebook by his wife between Christmas and New Year time, likely in Jamaica, as said in my email that S███ ██████ wife told one of my coworkers that his family will go back to Jamaica for Christmas.

==The adult in this photo is S███ B█████.== The boy in the middle is N███ who was born in February 2015. Baby girl L█████ on the left in this photo definitely looks older than a 7 month old.

## 10 – Summary

The image in the middle is from his wife's Public Profile of her Facebook.



S▮▮ B▮▮ put this photo in his office since November 2016. It is still there.

From the comment made by an audience, we know this is L▮▮, whose photos first appeared on November 16, 2016.

From the comment made by an audience, we know this is V▮▮ whose photos first appeared on July 4th, 2016.

S▮▮ B▮▮ wife has made deliberate efforts and arrangements in an attempt to create an image there are "3" kids in family. V▮▮ solo photo was posted to serve this purpose since July 4th before L▮▮ first appearance on November 16th with R▮▮ B▮▮, who lives in Jamaica.

There had never been any photos posted showing V▮▮ with her other kids together. V▮▮ solo photo is always kept there in an attempt to show the "time lapses" of a "continuous growth" of the "same" baby. To her unexpectation, the comments made by friends failed her, which revealed 2 names – those are NOT the SAME baby, those are TWO different persons. If S▮▮ B▮▮ really had a daughter of his own, why would he do this?

I believe:

- Baby "V▮▮" is only a "phantom". She is not in existence. She used a photo of N▮▮, who is their younger son, who was born on February 2015, to who S▮▮ B▮▮ took 8 weeks paternity leave (PFL). This has also explained well why "V▮▮" has always been "solo" and ever "missing" from ALL family photos ever posted.
- Baby L▮▮ was then borrowed purposely and repeatedly used to make some family portraits with S▮▮ B▮▮s family for display purpose. From the comments made by audience, L▮▮ is the daughter of R▮▮ B▮▮ who lives in Jamaica, which explained well why L▮▮ had not appeared until November 2016, with R▮▮ B▮▮ when she visited DC then. L▮▮ late appearance itself has provided some hints that she is not living nearby and not easy to borrow. Otherwise, the S▮▮ B▮▮ wouldn't have to wait till November to use her in photos.
- S▮▮ B▮▮ has been keeping the Santa photo (top left) in his cubicle since November, in an attempt to lead people to believe he has 3 kids. This is the ONLY family photo he ever displayed in office showing a girl.

## 11 – Photo Schedule

| May 19 - July 3 | Per▓▓ B▓▓ the baby was born on ▓▓ 2016. No baby announcement posted. No photo of the new born posted. | |
|---|---|---|
| July 4 | V▓ 1st solo photo posted without identification or introduction. The name "V▓▓" is known from a comment made by T▓ B▓▓. R▓ B▓ made a comment to this photo. | This solo photo of V▓ was used as Profile Photo for about 4 months. |
| July 4 – November 15 | No photo of child or family. | |
| November 16 | L▓▓ photos posted (Whitehouse) the 1st time, without identification or introduction. R▓ B▓▓ who lives in Jamaica and visited DC then. The name "L▓▓" is known from a comment made by T▓ A▓ B▓. | |
| November 28 | L▓ is taking a picture with the whole family (Santa). S▓ B▓ displayed this photo in his office. This is the FIRST photo he displayed with a baby's girl in office since ever May. | This Santa photo was used as Profile Photo for about 1 month. |
| Christmas / New Year | She replaced the Santa photo with the Beach photo, which was taken in Jamaica. | This Beach photo was used as Profile Photo since then. |
| -   Present | No photo of child or family. | |

## 12 – Concerns

I must admit I have a very limited brain. To my limited brain he has committed a fraud; otherwise I don't know how the TWO-baby thing was justified.

Concerns were also originated from the fact that he did not seem to need PFLs in the summer and fall of 2016. On Tuesday June 28th, 3 business days after his trial, S▓▓ B▓▓ told a co-worker that he had to fly back to Jamaica to attend his sister's wedding. He was off from 6-29 to 7-7 for 7 days. Supposedly, those were annual leaves, not PFL. During then, he **TEXTED** a staff, who then forwarded it to the Water Club manager who shared it with me. He wrote he's in Jamaica for his sister's wedding. He apologized for the late payment of water fee. He did not pay the $6 per month water fee in June, July and August. When he was repeatedly requested to make payment, he told them he had a legal matter going on and could not pay. He eventually cleared all arrears in September. After receiving his text message, we all were very perplexed that he could afford round-trip flight tickets but not $6 for water. During his alleged visit to Jamaica, we saw his wife very often in DCRA office. We all believed he had lied. From August to December 2016, Silroy Brown did not use his PFL regularly until recently Sydney Lester said he had a lot PFL unused. Since January 2017, he has been taking PFL on Monday and Wednesday every week.

# Re: OIG Control#2016-1103

**Qing Lu**

Thu 2017-05-11 5:35 PM

To: Luchi Lu <luchi.lu@dc.gov>;

Dear Mr. Lucas and OIG Hotline,

Thanks for the email from OIG Hotline I received yesterday.

This case is closed by OIG based on analysis of documentation provided only by DCRA. What about the other information including her Facebook provided by me? which shall be an integrate part of the evidence. People regard OIG as "god of justice" and legitimate source of the ultimate truth. When evidence from different parties run into opposite directions, OIG shall not unilaterally rely on one source (DCRA) and totally ignored and excluded the other (my reports). This approach itself is not independent and is unfair to me.

His wife is the owner of her Facebook and author of those posts. The Facebook is their self-presentation, self-statement and self-confession, which was patched up with unexplainable inconsistency, by no means it shall be ignored. New proof is still mounting as I stated in my last email: she especially deleted her posts on ▇▇▇▇▇▇▇ 2016 (alleged birthday of the baby), which makes another indication this is a deliberate scheme. This can be easily verified. OIG shall request and use **NEW** docs including but not limited to: hospital live birth sheet, verified BC from Vital Record Department and the medical bill, the baby in person.

<span style="color:red">Please do advise **what** will make new and acceptable proof to OIG to reopen this case.</span>

Thank you all,

Qing Lu

---

**From:** Qing Lu <luchi_100@hotmail.com>
**Sent:** May 10, 2017 2:30 PM
**To:** Hotline Inspector General
**Subject:** Re: OIG Control#2016-1103

Thank you OIG. I respect your decision. I thought OIG would require some new documents like Aetna bill to show the induced labor. OIG still went by the documents submitted by DCRA provided.

Have you analyzed her Facebook? What does it tell you?

By saying the case is "closed" – does it mean OIG will NOT re-review on any new proof? For example if someone asked his son "How is your sister doing" and the 5 year old boy respond "I don't have a sister" – If that is the case shall we report to OIG or not?

Thank you again OIG,
Qing Lu

---

**From:** Hotline Inspector General <Hotline.InspectorGeneral@dc.gov>
**Sent:** May 10, 2017 1:46 PM
**To:** Qing Lu (luchi_100@hotmail.com)
**Subject:** OIG Control#2016-1103

Dear Qing Lu:

This correspondence is in response to your complaint regarding time and attendance and Paid Family Leave fraud. The Office of Inspector General (OIG) conducted an independent analysis of the documentation provided by the Department of Consumer and Regulatory Affairs (DCRA) and determined that no further action by the OIG is warranted.

Please be advised that the D.C. OIG considers this matter closed. If we can assist you in matters involving fraud, waste and abuse within the District of Columbia government, please contact the OIG Hotline at (202) 724-TIPS (8477), or by email at hotline.oig@dc.gov.

Sincerely,

OIG Hotline
D.C. Office of the Inspector General
717 14th Street, N.W., Suite 500
Washington, D.C. 20005
(202) 727-2540

The information transmittal herewith is intended solely for the use of the individual or agency to which it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this information is not the recipient or the employee responsible for delivering the information, you are hereby notified that any dissemination, distribution, or copying of this information is strictly prohibited. If you have received this information in error, please contact the sender immediately.

bc


#ThriveByFiveDC kicks off this month! Learn more about Mayor Bowser's commitment to early childhood and visit the District's first comprehensive child health and early learning website at ThriveByFive.dc.gov.

# OIG 2016-1103

## Qing Lu

Mon 2017-05-15 11:41 AM

To: daniel.lucas@dc.gov <daniel.lucas@dc.gov>;

Cc: marie.hart@dc.gov <marie.hart@dc.gov>; Hotline Inspector General <Hotline.InspectorGeneral@dc.gov>; hotline.oig@dc.gov <hotline.oig@dc.gov>;

Dear Inspector General Lucas, OIG Officer, and OIG Hotline,

Thanks for the email sent from OIG Hotline on 5-10-2017. This case is closed by OIG based on analysis of documentation provided by DCRA. OIG itself does not issue those documentation. OIG shall not only conduct an in-house analysis by its own. OIG shall reach out to Maryland government's Vital Record Department to officially verify and confirm whether those documentation is true. He had a real boy born on February 2015. OIG shall make sure he was not manipulating the live birth record of that boy. If a birth certificate was submitted, OIG shall confirm with the above mentioned agency to prove it is a government issued birth certificate, not a fake one that could be easily purchased online, https://www.buyafakediploma.com/fake-birth-certificate.html

My concerns were justified by his own family member, C▇▇▇▇▇▇▇ C▇▇▇, S▇▇ B▇▇▇▇ mother-in-law, on November 29, 2016, which she disowned the girls as a grandkid but a cousin. I also provided new development which is his wife especially deleted her posts on May 18 (supposedly being induced at hospital) and May 19 (supposedly delivering a baby), which can be seen by everyone. What is your analysis of these info. Why should these evidence be ignored?





Some other vital and material facts are recapped as follows:

S___ B___ was not able to present any photo ever showing 3 kids **together** until November 2016, when R___ B___, a Jamaica woman came to visit US. By then S___ B___ family took some photos with her during her stay. There is a baby girl (Lauren) in these photos who was identified as R___ B___ daughter. S___ B___ stuck this photo on his cubicle since then (It is still there). This March (2017) when an employee on the 2nd floor (permit center) asked his wife how her daughter was doing,

she showed these photos, she pointed out and identified L███ as **her** daughter and said she was doing well.

Please note his wife is the owner of her Facebook. The Facebook is their self-presentation and self-statement, which can be verified by everyone including OIG. I did not create her Facebook. As a complainant, I only brought them to your attention. These vital facts presented by herself were contradictory and revealed a vital dispute of the motherhood. Baby L███ has only **one** mother. When she was claimed by **two** women, one of them **must** have lied. By closing this case:

1. R██ B███ lives in Jamaica. How has OIG determined she is the liar?
2. How should OIG make its determination by only looking at the documentation submitted by one of them?

The documentation itself S███ B███ presented to DCRA shall be treated as a part of the dispute, as well as a part of the alleged fraud. It shall not be used as evidence to justify the case without reaching out to Maryland government vital record department to have them officially confirmed to establish the motherhood, because the fact is: At the time when S███ B███ submitted those documentation to agency or approval, these vital facts had not occurred, therefore the agency was not aware the existence of these vital facts and dispute. Otherwise this approach is not independent.

OIG has drawn a closure to this case. Has OIG received official confirmation from Maryland government Vital Record department to establish the documentation OIG analyzed is true? Has you cross referenced other documents like a medical bill to show she paid for an induced labor procedure on May 19, 2016? When the statement of either of them is to be true, the fraud has been automatically justified.

1. How has OIG determined **both** R██ B███ **and** his mother-in-law have made wrong presentation? What is the base of your determination?
2. **What physical, vital, official proof does OIG have to justify S███ B███ wife is the mother?**

The timing S███ B███ showed off these pictures was strictly coincident with R██ B███ stay in US. One day, S███ B███ wife was in the permit center with her older son and an employee asked her "How come we saw your sons all the time but you never brought in your daughter?" This was her response "We don't want people to see her. We don't want people to comment on her". When evidence presented runs to opposite directions, OIG shall not unilaterally, selectively pick and rely on one part of it and totally ignored and excluded the other part.

Let me tell you something Sir: Even S███ B███ himself did not expect he could "make it" this well and this far. He took measured steps. He used this PFL only for 2 weeks in 2016. He finished the majority part of it between January and March of 2017 when he felt he was totally safe. OIG should interview him. When he is sitting in front of OIG investigators, you will find the answer in his eyes in 2 seconds. Justice awaited!

Thank you,
Qing Lu