

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
Department of Consumer and Regulatory Affairs
Office of the Director

## TRANSMITTAL LETTER

| DCRA Policy No. | Subject | Date |
|---|---|---|
| HR-702.1 | Telework Policy | June 13, 2019 |
| Supersedes | Notes | |
| N/A | None | |

**Purpose.** This guidance provides the policy and procedures for the implementation of DCRA's Telework Policy.

**Applicability.** This guidance shall apply to all DCRA employees.

**Policy Dissemination and Filing Instructions.** DCRA managers and supervisors must ensure that DCRA staff are informed of this guidance and any revisions.

ACTION

**REMOVE AND DESTROY**
N/A

**INSERT**
DCRA Telework Policy
Telework Application and Agreement

_Ernest Chrappah_
Ernest Chrappah, Director



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
Department of Consumer and Regulatory Affairs

**TELEWORK POLICY**
**HR-702.1**

## I. PURPOSE

This policy establishes the Department's Telework policy and sets forth guidelines to authorize and administer the Telework Program for the Department of Consumer and Regulatory Affairs.

## II. APPLICABILITY

This policy shall apply to all DCRA full-time employees who meet the participation requirements based on operational needs of the agency. The provisions of this policy are subject to relevant provisions of the District Personnel Manual (DPM) and the applicable collective bargaining agreement.

Telework applications are accepted and approved on a rolling basis.

## III. AUTHORITIES

1) DC Official Code Sec. 1-612.01
2) DCHR Telecommuting General Information Guide
3) District Personnel Manual (DPM) Ch. 12

## IV. BACKGROUND

A. The Department of Consumer and Regulatory Affairs' (hereafter "DCRA") Telework Program is designed to provide greater flexibility in work schedules, reduce commuting times and cost, and improve the recruitment and retention of high caliber employees. Its fundamental goal is to improve morale and enhance the quality of life of DCRA employees, while decreasing the carbon footprint.

B. Where technologically possible, employees, inclusive of managers and supervisors, who perform duties that are suitable for telework and meet other established eligibility requirements, will be afforded the opportunity to telework.

C. A telework arrangement is a privilege and not a right, and may be terminated by the Department, the employee or the supervisor.

D. The Human Resources Manager, DCRA Office of Human Resources shall designate a Telework Program Coordinator to manage the program. In addition, a telework Program Liaison will be



designated in each business unit. All telework records will be maintained in the Office of Human Resources within the DCRA.

E. Positions appropriate for telework are those involving tasks and work activities that are not dependent on the employees being at the traditional worksite; and are conducive to supervisory oversight at the alternate worksite.

## V. DEFINITIONS

**Official Duty Station** - employee's office or the place where the employee normally reports to work and performs his/her duties.

**Telework** - tasks and responsibilities that allow employees to perform their duties from an alternate work location such as a home, a satellite office, or a telework center during selected work days, while on special projects, or during special documented circumstances, according to an agreed-upon schedule.

**Teleworker** - employee who, with the approval of his/her supervisor, works from home, a satellite office or a Telework Center to produce an agreed upon work product.

**Telework Site** - the established and documented site from which the employee will work remotely. It is also called the "remote workstation." The telework site may include the employee's home, satellite office or a Telework Center.

## VI. POLICY

A. **General Guidelines for Telework**

1) An employee who wishes to telework must complete the DCRA's "Telework Application/Agreement" and forward to his/her immediate supervisor for review and approval.

2) If the request is approved, the employee and the supervisor must complete and execute the Telework Application/Agreement prior to commencement of telework.

3) Telework may not be used in conjunction with other parts of the Alternate Work Schedules (AWS) Program, and regardless of the AWS schedule or telework option selected, employees must work from their official duty stations at least four (4) days per week. Weeks with official holidays are an exception to this provision. Please review the following for guidance on this exception. If an administrative closing falls on either an AWS or telework day, the employee is not entitled to an alternate day.

4) In the event that an employee is required to report to the official duty station on a designated telework day, every attempt will be made to give the employee at least three (3) hours advance notice. Due to coverage or other operational concerns, an alternate telework day in the given work week may be denied.



5) Telework by an employee will not be approved if it would adversely affect other jobs or other employees. Individual divisions, due to the nature of their work, may have specific requirements in addition to those listed in the policy.

6) Teleworking cannot be used in place of leave. Eligible employees and supervisors must observe all pertinent time and attendance, leave, and pay regulations when participating in the Telework Program. Overtime and compensatory time are to be approved in advance using existing procedures. All pay, leave, and travel entitlements will be based on the employee's official duty station. An employee must be accessible during the hours identified in the Telework Application/Agreement.

7) Teleworkers must be able to fully discharge their duties from a home office or telework site for the entire work day. If not, then the employee must return to the official duty station. Teleworking may not be used as a substitution for assisting an employee with dependent care duties. The teleworker must continue to make arrangements for child or dependent care to the same extent as s/he would if the teleworker were working at the official work site.

8) Participating employees must comply with all required DCRA security measures, disclosure laws, regulations, or policies so that at no time are security or privacy requirements compromised. (Please refer to the District's IT Security Policies and Procedures.)

9) Participating employees must review and acknowledge.

B. **Basic Eligibility Requirements**

Teleworkers should be self-motivated, responsible, results-oriented, able to work independently, and knowledgeable of their job requirements. Below are the basic eligibility requirements for the program.

1) An employee must have a minimum tenure of six (6) months.
2) An employee must have an overall performance rating of "Valued Performer" with a rating of 3.0 or above to apply for teleworking.
3) An employee is not eligible for telework if in a While Actually Employed (WAE) classification, on a probationary period, or in a non-pay or leave without pay status.
4) Employee must be able to provide an adequate work location with sufficient space, access to a telephone and have no undue interference which could impair productivity.
5) Employee must have job tasks that are measurable.
6) Employee does not require daily unscheduled face-to-face contact with other employees, supervisors, or the public in the official duty station.



C. **Denying, terminating or modifying the agreement**

DCRA managers and supervisors may approve, deny, adjust or revoke a telework schedule for an individual employee at any time based on duty requirements, seasonal workloads, staffing requirements, overtime considerations, or other government-related reasons (e.g., training, official travel, workshops, etc.) Additionally, managers may request exemption for specific positions and or units within an administration by submitting a written justification to the HR Manager.

1) A denial of a telework request by an approving official must be based on business-related reasons, documented in writing in the Telework Application/Agreement and made available to the employee.

2) Whenever the teleworker's supervisor determines that the approval for teleworking is to be terminated, the teleworker should be given, where practicable, at least 10 business days' notice of the termination. Reasons the DCRA may choose to modify or terminate an agreement include but are not limited to:

- A decrease in productivity or when assignments or projects are not completed within the agreed-upon timeframes (assuming that the delays are within the participant's control)
- When the participant repeatedly fails to be accessible by either telephone or e- mail during the agreed-upon work schedule
- When a determination is made that assignments or projects contain sensitive or confidential information
- When the employee is reassigned to another supervisor, office, division, or position, or when assignments or projects change

3) An employee may submit a written request to the supervisor to end participation in the Telework Program, regardless of reason, at any time. A supervisor should be given, where practicable, at least 10 business days' notice.

4) Upon termination of the telework, the employee will return to the tour of duty that existed prior to receiving approval to participate in telework, unless the tour of duty has been changed by the employee's supervisor in accordance with applicable rules or procedures.

D. **Work Standards and Performance**

1) The employee will meet with the supervisor to receive assignments or projects and to review completed work as necessary and appropriate. All assigned work will be completed according to work procedures as directed by the supervisor, and according to guidelines and expectations stated in employee's performance plan.



2) The supervisor will evaluate employee's job performance in accordance with employee's performance plan.

3) Employee must be able to respond timely to any work-related voice mail or electronic mail.

E. **Compensation and Benefits**

1) All pay, salary rates, leave accrual rates, and travel entitlements will remain as if employee performed all work at the official duty station.

2) The employee agrees to pay all of the travel expenses to and from the employee's official and alternate duty stations, including return trips to the official duty station for emergency meetings.

3) Employee's timekeeper and the Department's Quality Assurance Liaison will have a copy of the employee's telework schedule. Employee's time and attendance will be recorded as performing official duties at the official duty station.

4) Employee understands that overtime work must be approved in advance by the supervisor. If Employee works overtime that has been approved in advance, he/she will be compensated in accordance with DCRA's personnel regulations, applicable law, department policy and, where applicable, collective bargaining agreement.

5) Employee must obtain supervisory approval before taking leave in accordance with established office procedures. By signing the Telework Agreement, employee agrees to follow established procedures for requesting and obtaining approval of leave.

6) The employee agrees that he/she will not engage in dependent care or allow personal business or other employment, whether for compensation or not, to interfere with official business during established duty hours for the duration of this Telework Agreement. If a need to attend to such other business arises during duty hours, the employee will request leave following the normal procedures.

## VII. EQUIPMENT/EXPENSES

1) If the employee uses Department equipment, he/she agrees to protect such equipment in accordance with predetermined Department guidelines. District government-owned equipment will be serviced and maintained by the Department.

2) Neither the Department nor the District government will be liable for damages to employee's personal or real property during the course of performance of official duties or while using District government equipment at the alternative worksite.

3) Neither the Department nor the District government will be responsible for



purchasing or operating costs, home maintenance, or any other incidental cost (e.g., utilities, internet access, etc.,) associated with the use of employee's residence as an alternate worksite.

## VIII. SAFETY

1) Management may deny participation in the program or rescind an agreement based on verified safety problems in the alternate worksite. For the purpose of the Program, provided employee is given at least four (4) hours advance notice, management may inspect employee's alternate worksite at periodic intervals during employee's normal working hours. If employee is in a position represented by a labor organization, he/she may request that a labor representative accompany management on an alternate worksite visit.

2) The employee is responsible for ensuring that the home office is clean, free of obstructions or potential safety hazards, in compliance with all building codes, and free of hazardous materials. The supervisor may rescind a telework agreement based on safety problems in the home.

3) Any accident or injury occurring at the alternate worksite must be brought to the immediate attention of the supervisor. Because an employment-related accident sustained by a teleworking employee will occur outside the premises of the official duty station, the supervisor must investigate all accident and injury reports immediately following notification.

## IX. SECURITY

1) Employees will apply approved safeguards to protect Government/Department records from unauthorized disclosure, damage or loss and will comply with the privacy requirements Department set forth in District law, personnel regulations, and Department policies or procedures.

2) Employees must comply with the provisions specified in OCTO IT Standard ITSD010 – DCRA Data Sensitivity Standard (see attached) to protect data access in DCRA electronic information and computer systems. Only DC authorized VPN will be used to access the DCRA network or systems.