Message

**From:** Lu, Luchi (DCRA) [luchi.lu@dc.gov]
**Sent:** 10/9/2019 12:48:06 PM
**To:** Ricks, Tanya (DCRA) [tanya.ricks1@dc.gov]
**CC:** Lester, Sydney (DCRA) [sydney.lester@dc.gov]
**Subject:** FW: Telework application

Ms. Ricks,

I submitted my application for telework on August 13 and my supervisor approved it. On September 13 Ms. Crowe called me for a meeting in her office. On October 2 she informed me that my request was denied. On October 7 she explained that reason for denial was for VPN (Accela) access from home as the resource is scarce.

I want to know: For other employees did it take this long to process? To my best knowledge some got their application approved within 2 weeks after their supervisor forwarded their applications to HR. They do NOT have home access to Accela either and have been teleworking for months.

I need to get an update from you to know how soon I can start mine. Thanks.

Best Regards,

**Luchi Lu, MBA, PE, PMP** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



---

**From:** Crowe, Tiffany (DCRA)
**Sent:** Monday, October 07, 2019 11:21 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Bailey, Christopher (DCRA); Lester, Sydney (DCRA); Hager, William (DCRA); Ricks, Tanya (DCRA)
**Subject:** RE: Telework application

Ms. Lu,

I am not aware of the others exactly situated, but I've copied the HR Manager on this email to do an audit of all current teleworkers. Your supervisor contacted me about your application, which is why I'm involved. I can't speak to the other individuals, but the policy clearly states that you must be able to do ALL of the functions of your job from home, including access Accela and other network applications. If supervisors attested on the form that this was true, and submitted the application with incorrect information, that will be addressed.

Thank you for your interest in this program. The HR team will follow-up with you and your supervisor.

Best,

**Tiffany Crowe | Chief Administrative Officer**
Department of Consumer and Regulatory Affairs
tiffany.crowe@dc.gov | 1100 4th St SW, DC 20024 | Office 5103
office: 202.442.4509 | mobile: 202.271.4388 | dcra.dc.gov

 

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, October 7, 2019 11:15 AM
**To:** Crowe, Tiffany (DCRA) <Tiffany.Crowe@dc.gov>
**Cc:** Bailey, Christopher (DCRA) <christopher.bailey@dc.gov>; Lester, Sydney (DCRA) <sydney.lester@dc.gov>; Hager, William (DCRA) <william.Hager2@dc.gov>
**Subject:** RE: Telework application

Ms. Crowe,

You've seemed to be very involved in my telework application.

There are other teleworking employees who do NOT have home access to VPN. Their requests have been approved by HR after their supervisor submitted their applications. They have been doing it for months. I am exactly situated. What triggered the deviation?

- Is home access to VPN required for EVERY telework applicant / employee?
- Can you explain why I am required while other employees are not?

Best Regards,

**Luchi Lu, MBA, PE, PMP** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



---

**From:** Crowe, Tiffany (DCRA)
**Sent:** Monday, October 07, 2019 9:47 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Bailey, Christopher (DCRA); Lester, Sydney (DCRA); Hager, William (DCRA)
**Subject:** RE: Telework application

Ms. Lu. I have your form. I haven't had a chance to scan it. Once we have additional inventory of VPNs, your request will be reconsidered.

**Tiffany Crowe | Chief Administrative Officer**
Department of Consumer and Regulatory Affairs
tiffany.crowe@dc.gov | 1100 4th St SW, DC 20024 | Office 5103

office: 202.442.4509 | mobile: 202.271.4388 | dcra.dc.gov



---

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, October 3, 2019 8:55 AM
**To:** Crowe, Tiffany (DCRA) <Tiffany.Crowe@dc.gov>
**Subject:** RE: Telework application

I am looking forward to receiving it to learn why my request was denied.

Best Regards,

**Luchi Lu, MBA, PE, PMP** | Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



---

**From:** Crowe, Tiffany (DCRA)
**Sent:** Wednesday, October 02, 2019 3:03 PM
**To:** Lu, Luchi (DCRA); Bailey, Christopher (DCRA); Hager, William (DCRA)
**Cc:** Lester, Sydney (DCRA); Agosto, Pedro (DCRA); Whitescarver, Clarence (DCRA)
**Subject:** RE: Telework application

Hi Luchi – As I understand it, there are limited licenses. Additionally, please remember that telework is a privilege not a right, so it would not be necessary for me to provide you with false information. Your request for telework has been denied. I'll forward the form to you later today.

Best,

Tiffany

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, October 2, 2019 2:32 PM
**To:** Crowe, Tiffany (DCRA) <Tiffany.Crowe@dc.gov>
**Cc:** Lester, Sydney (DCRA) <sydney.lester@dc.gov>
**Subject:** RE: Telework application

Ms. Crowe,

I discussed this with an expert in DCRA's IT department. What you said is not true. According to him, an employee who needs to access Accela from home shall submit a request. Upon approval of this request, the IT department will issue and set up his/her home access to VPN/Accela. In other words, no employee can have access to Accela until he/she is approved.

Let me know from now who I should follow up with on my telework application.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



---

**From:** Crowe, Tiffany (DCRA)
**Sent:** Monday, September 30, 2019 9:30 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Chrappah, Ernest (DCRA); Whitescarver, Clarence (DCRA); Lester, Sydney (DCRA)
**Subject:** RE: Telework application

Hi Ms. Lu. I apologize for the delay. The primary issue is technical. When you sent a screenshot of your test, it looks like you do not have access to Accela at home. This is a key requirement of your job. OIS was not to issue special laptops or VPN access in order to allow people to telework, rather, if someone met the requirements, and had the appropriate equipment, they could be granted telework. I was not involved in every other telework request, so I can't speak to the process. I believe you reached out to me regarding your application.

Best,

Tiffany

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, September 30, 2019 9:13 AM
**To:** Crowe, Tiffany (DCRA) <Tiffany.Crowe@dc.gov>
**Cc:** Chrappah, Ernest (DCRA) <Ernest.Chrappah@dc.gov>; Whitescarver, Clarence (DCRA) <clarence.whitescarver@dc.gov>
**Subject:** RE: Telework application

Ms. Crowe,

This is the 5th email I'm following up with you on my telework application that I submitted on August 13th, almost 7 weeks ago. You asked a meeting with me and we met in your office on September 13. Do you meet with every single applicant in your office or just me? I'd like to know how long it takes other applicants to receive an approval. I read the Guideline you sent in June I meet all the requirements. Your timely approval on my application will be appreciated. If there is an issue let's talk about it.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, September 26, 2019 10:01 AM
**To:** Crowe, Tiffany (DCRA)
**Cc:** Ricks, Tanya (DCRA)
**Subject:** RE: Telework application

Do you know how soon I can receive the approval? I submitted my application on August 13, 6 weeks ago.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Crowe, Tiffany (DCRA)
**Sent:** Friday, September 20, 2019 5:35 AM
**To:** Lu, Luchi (DCRA)
**Cc:** Lester, Sydney (DCRA); Ricks, Tanya (DCRA)
**Subject:** RE: Telework application

Hi Luchi.  Did we get back to you yet? @Tanya – have you received an application for Ms. Lu? I went through my emails and I do not see the actual application.

Can someone send?

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, September 11, 2019 12:44 PM
**To:** Crowe, Tiffany (DCRA) <Tiffany.Crowe@dc.gov>
**Cc:** Lester, Sydney (DCRA) <sydney.lester@dc.gov>; Ricks, Tanya (DCRA) <tanya.ricks1@dc.gov>
**Subject:** RE: Telework application

I am free on Friday. Any time in your convenience.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov



**From:** Crowe, Tiffany (DCRA)
**Sent:** Wednesday, September 11, 2019 12:41 PM
**To:** Lu, Luchi (DCRA)
**Cc:** Lester, Sydney (DCRA); Ricks, Tanya (DCRA)
**Subject:** Re: Telework application

Please look at outlook and find a time tomorrow or Friday.

**Tiffany Crowe | Chief Administrative Officer**
Department of Consumer and Regulatory Affairs
tiffany.crowe@dc.gov | 1100 4th St SW, DC 20024 |Office 5103
office: 202.442.4509|mobile: 202.271.4388 | dcra.dc.gov

On Sep 11, 2019, at 12:39 PM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

> I am free the whole afternoon. Thanks.
>
> Best Regards,
>
> **Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
> Department of Consumer & Regulatory Affairs
>
> luchi.lu@dc.gov | 1100 4th St SW, DC 20024
> Main: 202.442.4400 | Desk: 202.442.9474
> dcra.dc.gov
>
> <image001.png>   <image002.jpg> <image003.jpg>
> <image004.jpg> <image005.jpg>
>
> ---
>
> **From:** Crowe, Tiffany (DCRA)
> **Sent:** Wednesday, September 11, 2019 12:36 PM
> **To:** Lu, Luchi (DCRA)
> **Cc:** Ricks, Tanya (DCRA)
> **Subject:** Re: Telework application
>
> Hi Ms. Lu. Please schedule a meeting with me, your supervisor, and Ms. Ricks to discuss.
>
> Thank you.
>
>
> **Tiffany Crowe | Chief Administrative Officer**
> Department of Consumer and Regulatory Affairs
> tiffany.crowe@dc.gov | 1100 4th St SW, DC 20024 |Office 5103
> office: 202.442.4509|mobile: 202.271.4388 | dcra.dc.gov
>
> On Sep 11, 2019, at 12:19 PM, Lu, Luchi (DCRA) <luchi.lu@dc.gov> wrote:

Good afternoon Ms. Crowe,

This is 3rd email to inquire about the status of my telework application. I applied on August 13. It's more than 4 weeks now. Can you please tell me usually how long it take to process. If you require additional information please let me know. Thank you.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

<image001.png>   <image002.jpg> <image003.jpg> <image004.jpg> <image005.jpg>

---

**From:** Lu, Luchi (DCRA)
**Sent:** Monday, September 09, 2019 8:16 AM
**To:** Crowe, Tiffany (DCRA)
**Subject:** FW: Telework application

Ms. Crowe,

Mr. Lester sent you an email last Wednesday. I submitted my telework application on August 13, about 4 weeks ago. I'd like to know how soon I can receive an approval. Thanks.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

<image001.png>   <image002.jpg> <image003.jpg> <image004.jpg> <image005.jpg>

---

**From:** Lester, Sydney (DCRA)
**Sent:** Wednesday, September 04, 2019 3:34 PM
**To:** Crowe, Tiffany (DCRA)
**Cc:** Lu, Luchi (DCRA); Turner-Christian, Latrease (DCRA)cr
**Subject:** FW: Telework application

Good afternoon Ms. Crowe,

Do you have a response for Ms. Lu?

Regards.

**Sydney Lester** | *Fire Protection & Elevator Eng. Manager, Permit Operations Division*
Department of Consumer and Regulatory Affairs

Sydney.Lester@dc.gov | **1100 4th St SW, DC 20024**
**main: 202.442.4400 | desk: 202.442.4551**
dcra.dc.gov

---

**From:** Lu, Luchi (DCRA)
**Sent:** Wednesday, September 4, 2019 3:16 PM
**To:** Lester, Sydney (DCRA) <sydney.lester@dc.gov>
**Subject:** RE: Telework application

I signed the form and submitted my application for telework on August 13, about 3 weeks ago. I have not heard anything back. Can you ask HR usually how it takes to receive an approval? How long did it take other employee to receive the approval as I knew some have been on it for a while. You can forward my email to the HR contact and copy me. Thank you.

Best Regards,

**Luchi Lu, MBA, PE, PMP** |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

<image001.png>   <image002.jpg> <image003.jpg>
<image004.jpg> <image005.jpg>

---

**From:** Lester, Sydney (DCRA)
**Sent:** Thursday, August 22, 2019 9:20 AM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Telework application

There is no time frame. They are submitted and HR deals with it after. There are some that were submitted weeks ago and they are still waiting.

Will let you know as soon as I get the response. They may even contact you directly, I am not sure since I have no one else, other than Saima, applying. I have not gotten a response for her application.

**Sydney Lester** | *Fire Protection & Elevator Eng. Manager, Permit Operations Division*
Department of Consumer and Regulatory Affairs

Sydney.Lester@dc.gov | 1100 4th St SW, DC 20024
main: 202.442.4400 | desk: 202.442.4551
dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Thursday, August 22, 2019 9:12 AM
**To:** Lester, Sydney (DCRA) <sydney.lester@dc.gov>
**Subject:** RE: Telework application

Usually how long does it take to receive an approval for telework application? How long was it for others? Thanks.

Best Regards,

Luchi Lu, MBA, PE, PMP |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

<image001.png>   <image002.jpg> <image003.jpg> <image004.jpg> <image005.jpg>

**From:** Lester, Sydney (DCRA)
**Sent:** Tuesday, August 13, 2019 9:18 AM
**To:** Lu, Luchi (DCRA)
**Subject:** RE: Telework application

Please prepare and sign a hard copy. Leave it on my desk if I am not in the office.
Thanks.

Sydney Lester | *Fire Protection & Elevator Eng. Manager, Permit Operations Division*
Department of Consumer and Regulatory Affairs

Sydney.Lester@dc.gov | 1100 4th St SW, DC 20024
main: 202.442.4400 | desk: 202.442.4551
dcra.dc.gov

**From:** Lu, Luchi (DCRA)
**Sent:** Tuesday, August 13, 2019 8:23 AM
**To:** Lester, Sydney (DCRA) <sydney.lester@dc.gov>
**Subject:** Telework application

Please see attachment for my telework application.

Best Regards,

Luchi Lu, MBA, PE, PMP |Fire Protection Engineer | Permit Operations Division
Department of Consumer & Regulatory Affairs

luchi.lu@dc.gov | 1100 4th St SW, DC 20024
Main: 202.442.4400 | Desk: 202.442.9474
dcra.dc.gov

<image001.png>   <image002.jpg> <image003.jpg> <image004.jpg> <image005.jpg>

---

**From:** Crowe, Tiffany (DCRA)
**Sent:** Friday, June 14, 2019 6:23 PM
**To:** dcrahrdivision(DCRA); Crowe, Tiffany (DCRA)
**Subject:** Telework Policy launch

Good Afternoon.

Attached, please find the newly launched Telework Policy. Supplemental materials and Lessonly Training to follow. Telework applications are processed on a rolling basis and subject to eligibility guidelines.

Please do not "reply all." If you have questions about the policy or application, please email dcrahrdivision@dc.gov.

Thank you.

Have a great weekend.

**Tiffany Crowe | Chief Administrative Officer**
Department of Consumer and Regulatory Affairs
tiffany.crowe@dc.gov | 1100 4th St SW, DC 20024 | Office 5103
office: 202.442.4509 | mobile: 202.271.4388 | dcra.dc.gov

---

<image006.png>   <image007.jpg> <image008.jpg> <image009.jpg> <image010.jpg>

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**Join Mayor Bowser at DC DHCD's Housing Expo, June 15, 10-3 at the Convention Center. Home-buying & rental housing programs, remodeling tips, get free credit reports & counseling & a $4,800 living room furniture giveaway, all in one place. Register today! #JuneHousingBloom**

DCRA actively uses feedback to improve our delivery and services. Please take a minute to share your feedback on how we performed in our last engagement. Also, subscribe to receive DCRA news and updates.

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

*Let's reimagine roads. Come join Mayor Bowser and enjoy a wide range of activities in and along Georgia Avenue at* **Open Streets DC** *on* **Sat., October 5.** *Register at <u>openstreetsdc.eventbrite.com</u>, learn more at <u>openstreets.dc.gov</u>.*

**DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at <u>dcravision2020.dc.gov</u>. Also, <u>subscribe</u> to receive DCRA news and updates.**

DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.

DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.

DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.

DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.

DCRA is embarking on a digital transformation to improve delivery of city services. Track projects underway and latest updates at dcravision2020.dc.gov. Also, subscribe to receive DCRA news and updates.