Tyrone Lawson - April 14, 2021

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLUMBIA
 3
 4     _____
                                      )
 5     QING LU,                       )
                                      )
 6                    Plaintiff,      )
                                      )
 7          vs.                       )   Civil Action No.
                                      )   1:20-cv-00461-APM
 8     DISTRICT OF COLUMBIA, et al.   )
                                      )
 9                    Defendants.     )
                                      )
10     _____)
11
12
13
14           VIRTUAL DEPOSITION OF TYRONE LAWSON
15                  Wednesday, April 14, 2021
16                         9:42 a.m.
17
18
19
20
21
22     REPORTED BY: Lohna Burns
```

1        Virtual Deposition of Tyrone Lawson

2  held via WebEx Remote.

3

4

5        Pursuant to Notice, the Virtual

6  Deposition of TYRONE LAWSON was taken

7  commencing at 9:42 a.m. on Wednesday,

8  April 14, 2021, before Lohna Burns, Court

9  Reporter and Notary Public in and for the

10  District of Columbia.

11

12

13

14

15

16

17

18

19

20

21

22

Tyrone Lawson - April 14, 2021

Page 3

```
1            A P P E A R A N C E S:
2       On behalf of Plaintiff:
3            DAVID S. SCHLEICHER, ESQUIRE
4            Schleicher Law Firm, PLLC
5            1629 K Street, N.W.
6            Suite 300
7            Washington, D.C.  20006
8            (202) 540-9950
9            Email:  david@gov.law
10      On behalf of Defendants:
11           ADAM P. DANIEL, ESQUIRE
12           MATTHEW BLECHER, ESQUIRE
13           Assistant Attorneys General
14           Civil Litigation Division, Section III
15           Office of the Attorney General
16           District of Columbia
17           400 6th Street, N.W.
18           Washington, D.C.  20001
19           (202) 442-7272
20           (202) 442-9774
21           Email:  adam.daniel@dc.gov
22                   matthew.blecher@dc.gov
```

```
 1              A P P E A R A N C E S ( CONTINUED ):

 2

 3      Also Present:

 4      Reginald Stewart

 5      Luchi Lu

 6                     C O N T E N T S

 7      EXAMINATION BY:                              PAGE

 8         Mr. Schleicher                           5, 149

 9         Mr. Daniel                                125

10                    INDEX TO EXHIBITS

11      EXHIBIT NO.:      DESCRIPTION               PAGE

12      Exhibit 1         Investigative Report        23

13      Exhibit 2         PDF of Exhibits             62

14      Exhibit 5         Document                    53

15      Defense Exhibit 1 Exhibits 3 from            125

16                        Investigative Report

17

18                        ********

19

20

21

22
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2      WHEREUPON,
 3                       TYRONE LAWSON,
 4      called as a witness, being first duly sworn, was
 5      examined and testified as follows:
 6                          EXAMINATION
 7      BY MR. SCHLEICHER
 8          Q.   Mr. Lawson, I'm David Schleicher and I
 9      will be asking some questions on behalf of Luchi Lu.
10      Can you hear me all right?
11          A.   Yes.
12          Q.   If you will do as you have done so far and
13      give a verbal answer in addition to any nodding of
14      the head, it will help the court reporter get a good
15      record.  And for the same reason if you will avoid
16      interrupting my questions and I'll try to avoid
17      interrupting your answers; is that all right?
18          A.   Yes.
19          Q.   Is there any reason, medication, lack of
20      sleep or anything else that would keep you from
21      giving complete and truthful answers this morning?
22          A.   Not at all.
```

```
1              MR. DANIEL:  Objection.  Form.  You can
2      answer.
3              THE WITNESS:  The first time she reported
4      it, no.  The next 20 times she reported it, maybe
5      yes.  I'm just hypothetically saying it was 20
6      times.  Yes, she did jump the chain of command.
7      BY MR. SCHLEICHER:
8         Q.   In your interview with SB and your review
9      of his written complaints, are you aware of him ever
10     using the term stalking?
11        A.   No, I'm not aware of it.
12        Q.   If SB had not complained about Luchi Lu's
13     conduct, do you have any reason to believe you would
14     have investigated her anyway?
15             MR. DANIEL:  Objection.  Form.  You can
16     answer.
17             THE WITNESS:  I'm not really clear on your
18     question.
19     BY MR. SCHLEICHER:
20        Q.   Sure.  Is there any reason you have to
21     believe that you would have ended up investigating
22     Luchi Lu even if SB had not complained about her?
```

```
 1              MR. DANIEL:  Objection.  Form.  You can
 2     answer.
 3              THE WITNESS:  Yes.  Yes, I do.
 4     BY MR. SCHLEICHER:
 5        Q.   Were you aware of there being any history
 6     of difficulties between SB and Luchi Lu prior to her
 7     reporting him as having engaged in paid parental
 8     leave fraud?
 9              MR. DANIEL:  Objection.  You can answer.
10              THE WITNESS:  No, not prior to the
11     investigative report that I conducted.
12     BY MR. SCHLEICHER:
13        Q.   Were you aware of whether or not Luchi Lu
14     was a witness in an ethics violation investigation
15     by BEGA?
16              MR. DANIEL:  Objection.  Form.
17     Foundation.  You can answer.
18              THE WITNESS:  I became aware as a result
19     of my investigation.
20     BY MR. SCHLEICHER:
21        Q.   What was your -- do you know what BEGA,
22     who that is?
```

1       A.      The Board of Ethics and Accountability.

2       Q.      And is that a unit of D.C. Government?

3       A.      Yes.

4       Q.      What was your understanding of what was
5    being investigated there in relation to SB?

6       A.      I recall that there was an allegation that
7    there was some conflict of interest; that SB was
8    reviewing and approving architectural plans that
9    were submitted to the agency by his wife.

10      Q.      And what did you understand to be the end
11   result of that investigation?

12      A.      I recall that there was settlement made
13   between the office of -- the Board of Government
14   Accountability and Ethics.

15      Q.      Is it accurate that SB admitted to an
16   ethics violation and paid a thousand dollar fine as
17   result of that investigation?

18              MR. DANIEL:  Objection.  Form.
19   Foundation.  You can answer.

20              THE WITNESS:  I can't say.  I don't know.
21   I don't know that there was admission of guilt or he
22   just made settlement.

1        (Lawson Deposition Exhibit No. 5 marked
2    for identification)
3    BY MR. SCHLEICHER:
4        Q.   Okay.  Let's go to what I've marked as
5    Exhibit 5.  In this -- in the file of exhibits for
6    today, it's PDF Page 242.
7             Looking at this document in which I
8    redacted SB's last name, does this look familiar to
9    you at all?  And let me scroll down to the next
10   page, a third page.
11            Does any of this look familiar to you?
12       A.   No.
13       Q.   Did Luchi Lu mention to you at any point
14   that there was an admission of violation of ethics
15   rules by SB?
16       A.   No, I don't recall her mentioning it.
17       Q.   Okay.  Let me go down to the date on this
18   document.
19            See the date of 12 -- SB's signature,
20   December 5th, 2016?
21       A.   Yes.
22       Q.   Was that prior to your investigation?

Tyrone Lawson - April 14, 2021

Page 54

1      A.    Yes.

2      Q.    Is there any reason you did not include

3  information related to this investigation in your

4  own investigation?

5      A.    I wasn't investigating the -- whatever his

6  allegation was.

7      Q.    Do you think it has any impact on your

8  investigation of who to believe when one of the two

9  parties you are deciding between has earlier

10  admitted to an ethics violation?

11      A.    Absolutely not.

12      Q.    Did you include your audio recordings with

13  your Report of Investigation as exhibits?

14      MR. DANIEL:  Objection.  Form.  Can you

15  spell it out a little more, David?

16      MR. SCHLEICHER:  I'm sorry.

17  BY MR. SCHLEICHER:

18      Q.    The audio recordings of your interviews

19  with witnesses, were those attached to your Report

20  of Investigation, or did you rely on your summaries

21  of those interviews?

22      A.    No, I never attach my audio interviews as

1    audio exhibits.
2        Q.   Do you know if either Sydney Lester or Mr.
3    Whitescarver ever requested those audio recordings
4    from you?
5            MR. DANIEL:  Objection.  Form.  You can
6    answer.
7            THE WITNESS:  I don't -- I don't recall.
8    Mr. Lester may have asked me for them.  I don't --
9    asked me for his interview.  I would have only --
10   anyone I interviewed has a right to request their --
11   their own interview, which I will gladly provide it
12   to whoever I interviewed, but I don't specifically
13   recall him asking for that, no.
14   BY MR. SCHLEICHER:
15       Q.   In looking at your Report of
16   Investigation, I saw there were some interviews in
17   December, and then it looked like the next interview
18   was not until February, and that being of Luchi Lu.
19           Does that sound right, that there was some
20   period in which there were no interviews between
21   December and February?
22       A.   That could be.

1    Capitol Street, N.E., up until -- he says recent
2    months.
3        Q.   All right.  So at the time of this email,
4    February 2nd, 2017, at any time around then, did you
5    become aware of any complaints by Mr. B to his
6    supervisors about Ms. Lu's conduct?
7        A.   No, I did not.
8        Q.   When did you first become aware that
9    Mr. B -- or, excuse me -- that SB was making a
10   harassment complaint against Ms. Lu?
11       A.   I first became aware of it when I was
12   assigned the investigation on November 18th of 2018
13   I believe.
14       Q.   So Exhibit 3 is not the harassment
15   complaint that you were assigned to investigate; is
16   that accurate?
17           MR. SCHLEICHER:  Objection.  Leading.
18           MR. DANIEL:  That's fair.
19   BY MR. DANIEL:
20       Q.   On February 2nd, 2017, were you assigned
21   to investigate this harassment complaint?
22       A.   No.

1      Q.   Were you ever assigned to investigate this
2   harassment complaint?
3      A.   Was I ever assigned it?  Yes.
4      Q.   At what time were you assigned it?
5      A.   I don't know what time.
6      Q.   Let me help your memory then.
7           Let's stop sharing my screen here, and --
8   can everyone see my screen?
9           MR. DANIEL:  Mr. Schleicher?
10          MR. SCHLEICHER:  Yes.
11  BY MR. DANIEL:
12     Q.   Okay. Mr. Lawson, do you recall the
13  handwriting in the upper right-hand corner of this?
14     A.   Yes, that's my handwriting.
15     Q.   Do you recognize this document as Exhibit
16  1 to your investigative report?
17     A.   Yes.
18     Q.   And this email was sent on what day?
19     A.   Thursday, November 8, 2018.
20     Q.   To whom was it sent?
21     A.   It was sent to Walter Crawford and copied
22  Sydney Lester and Christopher Bailey.

| | | |
|---|---|---|
| 1 | Q. | What is the subject matter of the |
| 2 | complaint? | |
| 3 | A. | Workplace harassment by fellow employee. |
| 4 | Q. | Is this the complaint that began your |
| 5 | investigation? | |
| 6 | A. | That is the -- the document that I was |
| 7 | given to trigger my investigation. | |
| 8 | Q. | And who wrote this complaint? |
| 9 | A. | That's me, wrote the complaint. |
| 10 | Q. | And who did you write the complaint about? |
| 11 | A. | This was an email he wrote notifying the |
| 12 | Chief Administrative Officer Walter Crawford that | |
| 13 | Ms. Lu was continuing harassment towards him. | |
| 14 | Q. | Now, when you say continuing, do you |
| 15 | understand there to be a connection between this | |
| 16 | email and the email I just showed you as defense | |
| 17 | Exhibit 1? | |
| 18 | A. | Yes. |
| 19 | Q. | Okay. So is there -- your investigation |
| 20 | covered the period of harassment, not just this one | |
| 21 | complaint; is that right? | |
| 22 | A. | It covered the period of harassment that |

```
 1    began in 2016 involving the allegation that SB
 2    falsified his application for Family Medical Leave
 3    Act.
 4        Q.   So I am going to stop sharing my screen
 5    here again.  Bear with me.
 6        A.   And just to be clear, Mr. SB said that
 7    there was harassment between 2007 and 2016.  I did
 8    not investigate that.  I investigated from 2016.
 9        Q.   All right.  Now, I'm pulling back up the
10    list of exhibits that plaintiff previously shared
11    here.  Let me just -- one second.
12             Now, Mr. Lawson, am I correct that you
13    previously testified that you were assigned the case
14    that began the investigation on November 28, 2018?
15        A.   Yes, that's correct.
16        Q.   And that you delivered your report on
17    February 23rd, 2019?
18        A.   Yes.
19        Q.   Now, we talked a lot about this stalking
20    and harassment charge in your earlier testimony.
21    Was that the only charge you substantiated in your
22    investigation?
```

Tyrone Lawson - April 14, 2021

Page 156

1    CERTIFICATE OF STENOTYPE REPORTER - NOTARY PUBLIC

2

3        I, Lohna Burns, Court Reporter, the officer

4    before whom the foregoing proceeding was taken, do

5    hereby certify that the foregoing transcript is a

6    true, correct, and complete record of the

7    proceeding; that said proceeding was taken by me

8    stenographically and thereafter reduced to

9    typewriting by me; and that I am neither counsel

10   for, related to, nor employed by any of the parties

11   to this litigation and have no interest, financial

12   or otherwise, in its outcome.

13       IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 14th day

15   of April 2021.

16

                        *Lohna Burns*
17                      LOHNA BURNS

18                      Notary Public in and for

19                      District of Columbia

20   My commission expires:

21   1/31/2023

22