UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QING LU** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Case No. 20-cv-00461 (APM) |

### ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 101, the court grants Defendants' Motion for Summary Judgment and denies Plaintiff's Partial Motion for Summary Judgment.

This is a final, appealable Order.

Dated: September 23, 2022

Amit P. Mehta
United States District Court Judge