UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QING LU, § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> DISTRICT OF COLUMBIA, et al., § <br>     Defendants. § | Case No. 1:20-cv-00461-APM |

## PLAINTIFF'S QING LU'S NOTICE OF APPEAL

Please take notice that Plaintiff Qing "Luchi" Lu hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the September 23, 2022 final Order of the District Court (ECF No. 102) that granted Defendants' Motion for Summary Judgment (ECF. No. 79) and denied Plaintiff's Motion for Partial Summary Judgment (ECF No. 77) for the reasons the Court set forth in its Memorandum Opinion (ECF No. 101).

Respectfully Submitted,

SCHLEICHER LAW FIRM, PLLC
1629 K St., NW, Ste. 300
Washington, D.C. 20006
(202) 540-9950
(202) 683-6130 fax

510 Austin Ave., Ste. 110
Waco, TX 76701
(254) 776-3939
(254) 776-4001 fax

By:  /s/ David R. Schleicher
     David R. Schleicher
     DC Bar No. 428001
     david@gov.law

ATTORNEYS FOR PLAINTIFF